UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

*Electronically Filed*

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : | CASE NO. 2:20-cv-00027-WOB-CJS |
| Plaintiff, | : : | Judge William O. Bertelsman |
| v. | : : : | Magistrate Judge Candace J. Smith |
| ROLLING STONE, LLC and PENSKE MEDIA CORPORATION, | : : : : | |
| Defendants. | : : | |

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Penske Media Corporation discloses that it does not have a parent corporation and there are no publicly held companies that own 10% or more of its stock.

Respectfully submitted,

/s/ *Theresa A. Canaday*
Theresa A. Canaday (KBA# 88607)
Samuel W. Wardle (KBA# 97365)
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Phone: 502-589-5400
Fax:  502-581-1087
tcanaday@fbtlaw.com
swardle@fbtlaw.com

Michael E. Nitardy (KBA# 91613)
FROST BROWN TODD LLC
7310 Turfway Road, Suite 210
Florence, KY  41042
Phone: 859-817-5900
Fax: 859-283-5902
mnitardy@fbtlaw.com


Kevin T. Shook (*PHV pending*)
Ohio Bar No. 0073718
FROST BROWN TODD LLC
One Columbus, Suite 2300
10 West Broad Street
Columbus, OH  43215-3484
Telephone: (614) 464-1211
Facsimile: (614) 464-1737
kshook@fbtlaw.com


Ryan W. Goellner (*PHV pending*)
Ohio Bar No. 0093631
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
rgoellner@fbtlaw.com

*Counsel for Defendants, Rolling Stone, LLC and
Penske Media Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Todd V. McMurtry (KBA# 82101)
Kyle M. Winslow (KBA# 95343)
HEMMER DEFRANK WESSELS, PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, KY  41017
Phone: 859-344-1188
Fax: 859-578-3869
tmcmurtry@hemmerlaw.com
kwinslow@hemmerlaw.com

Nikki L. Baker
PETERSON BAKER, PLLC
701 South Seventh Street
LasVegas, NV  89101
Phone: 702-786-1001
nbaker@petersonbaker.com

L. Lin Wood
L. LIN WOOD, P.C.
1180 W. Peachtree Street, Suite 2040
Atlanta, GA 30309
Phone: 404-891-1402
Fax: 404-506-9111
lwood@linwoodlaw.com

*/s/ Theresa A. Canaday*
*Counsel for Defendants, Rolling Stone, LLC*
*and Penske Media Corporation*

0144420.0730688   4829-3912-3384v1