UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, : : : : Plaintiff, : : v. : : ROLLING STONE, LLC and : PENSKE MEDIA CORPORATION, : : Defendants. : | CASE NO. 2:20-cv-00027-WOB-CJS  **ORAL ARGUMENT REQUESTED** |

## MOTION TO DISMISS

Defendants Rolling Stone, LLC and Penske Media Corporation respectfully move this Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A memorandum in support and a proposed order granting this motion are attached.

Respectfully submitted,

/s/ *Kevin T. Shook*
Kevin T. Shook (*pro hac vice*)
FROST BROWN TODD LLC
10 West Broad Street
Columbus, OH 43215-3484
Phone: 614-464-1211
Fax: 614-464-1737
kshook@fbtlaw.com

Theresa A. Canaday (KBA# 88607)
Samuel W. Wardle (KBA# 97365)
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Phone: 502-589-5400
Fax:  502-581-1087
tcanaday@fbtlaw.com
swardle@fbtlaw.com

Michael E. Nitardy (KBA# 91613)
FROST BROWN TODD LLC
7310 Turfway Road, Suite 210
Florence, KY  41042
Phone: 859-817-5900
Fax: 859-283-5902
mnitardy@fbtlaw.com

Ryan W. Goellner (*pro hac vice*)
FROST BROWN TODD LLC
301 East Fourth Street, Suite 3300
Cincinnati, OH  45202
Phone: 513-651-6800
Fax: 513-651-6981
rgoellner@fbtlaw.com

*Counsel for Defendants, Rolling Stone, LLC and Penske Media Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2020, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first-class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Todd V. McMurtry (KBA# 82101)
Kyle M. Winslow (KBA# 95343)
HEMMER DEFRANK WESSELS, PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, KY 41017
Phone: 859-344-1188
Fax: 859-578-3869
tmcmurtry@hemmerlaw.com
kwinslow@hemmerlaw.com

L. Lin Wood
L. LIN WOOD, P.C.
1180 W. Peachtree Street, Suite 2040
Atlanta, GA 30309
Phone: 404-891-1402
Fax: 404-506-9111
lwood@linwoodlaw.com

                                        */s/ Kevin T. Shook*
                                        *Counsel for Defendants, Rolling Stone, LLC*
                                        *and Penske Media Corporation*