## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>  Plaintiff,<br>v.<br><br>ROLLING STONE, LLC, *et al.*,<br><br>  Defendants. | CASE NO. 2:20-cv-00027-WOB-CJS<br><br>JUDGE BERTELSMAN<br><br>MAGISTRATE JUDGE SMITH<br><br>**MOTION TO REMOVE L. LIN WOOD AS ATTORNEY OF RECORD FOR PLAINTIFF NICHOLAS SANDMANN** |

Comes now Nicholas Sandmann, Plaintiff, and moves the Court to remove attorney L. Lin Wood as Plaintiff's attorney of record in the above-captioned matter. Pursuant to Local Rule 7.1(a), the reasons supporting this motion are set forth in the attached memorandum. A proposed order is also attached.

Respectfully submitted this 25th day of January 2021.

  */s/Todd V. McMurtry*_____
  Todd V. McMurtry (KBA No. 82101)
  HEMMER DEFRANK WESSELS, PLLC
  250 Grandview Drive, Suite 500
  Fort Mitchell, Kentucky 41017
  Phone: (859) 344-1188
  tmcmurtry@hemmerlaw.com

  *Trial Attorney for Plaintiff,*
  *Nicholas Sandmann*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>Plaintiff,<br>v.<br><br>ROLLING STONE, LLC, *et al.*,<br><br>Defendants. | CASE NO. 2:20-cv-00027-WOB-CJS<br><br>JUDGE BERTELSMAN<br><br>MAGISTRATE JUDGE SMITH<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO REMOVE L. LIN WOOD AS ATTORNEY OF RECORD FOR PLAINTIFF NICHOLAS SANDMANN** |

Attorney L. Lin Wood is admitted to practice *pro hac vice* in this action. (Doc. 20). Mr. Sandmann has decided to terminate his lawyer-client relationship with Mr. Wood. (*See* Affidavit of Nicholas Sandmann, attached as ***Exhibit A***). For that reason, Plaintiff no longer wishes to be represented by Mr. Wood in this litigation. (*Id.*).

Attorney Todd V. McMurtry verifies that he will continue to represent Plaintiff in this litigation, that there is no trial or hearing on any motion for judgment or dismissal scheduled within the next twenty-one (21) days, and that Plaintiff consents to the removal of Mr. Wood as attorney of record, as evidenced by ***Exhibit A***, attached.

Respectfully submitted this 25th day of January 2021.

*/s/Todd V. McMurtry*_____
Todd V. McMurtry (KBA No. 82101)
HEMMER DEFRANK WESSELS, PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
Phone: (859) 344-1188
tmcmurtry@hemmerlaw.com

*Trial Attorney for Plaintiff,*
*Nicholas Sandmann*