EXHIBIT A

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN** and **JULIE SANDMANN**,<br><br>        Plaintiff,<br>v.<br><br>**ROLLING STONE, LLC,** *et al.,*<br><br>        Defendants. | **CASE NO. 2:20-cv-00027-WOB-CJS**<br><br>**JUDGE BERTELSMAN**<br><br>**MAGISTRATE JUDGE SMITH**<br><br>**AFFIDAVIT OF NICHOLAS SANDMANN** |

I, Nicholas Sandmann, having been duly cautioned and sworn, state that I have personal knowledge of the facts contained in this Affidavit, that I am competent to testify in the matters herein, that I am over the age of 18, and that all of the statements contained herein are accurate and true, as I verily believe:

    1.    I am the Plaintiff in the above-captioned action.

    2.    I offer this Affidavit in support of the motion to remove L. Lin Wood as my attorney of record in the above-captioned action.

    3.    Mr. Wood is currently one of my attorneys of record in the above-captioned action.

    4.    I have ended my lawyer-client relationship with Mr. Wood and no longer wish to be represented by him in the above-captioned action.

    5.    Attorney Todd V. McMurtry will remain my attorney of record in the above-captioned action.

State of  Kentucky  )
                   ) SS: *[signature]*
County of Fayette  )

The foregoing Affidavit was signed, acknowledged and sworn to before me on this 25th day of January 2021, by Nicholas Sandmann.

*Ashley Coons*
Notary Public

[Notary Seal: ASHLEY COONS, COMMISSION EXPIRES 2/26/2022, NOTARY PUBLIC, NOTARY ID # 614219, STATE AT LARGE, KENTUCKY]