UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, <br><br> Plaintiff, <br><br> v. <br><br> ROLLING STONE, LLC and PENSKE MEDIA CORPORATION, <br><br> Defendants. | CASE NO. 2:20-cv-00027-WOB-CJS <br><br> **ORAL ARGUMENT REQUESTED** |

## **MOTION FOR SUMMARY JUDGMENT**

Defendants Rolling Stone, LLC and Penske Media Corporation (collectively, "Defendants") respectfully move this Court for summary judgment on all claims in Plaintiff's Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure for all the reasons set forth in the Defendants' Joint Memorandum of Law in Support of Motion for Summary Judgment, which is attached hereto. A Supplemental Memorandum in support of Defendants' motion for summary judgment, explaining additional reasons Defendants are entitled to summary judgment, is filed separately and concurrently. A proposed order granting this motion is also attached.

Respectfully submitted,

/s/ *Kevin T. Shook*
Kevin T. Shook (*pro hac vice*)
FROST BROWN TODD LLC
10 West Broad Street
Columbus, OH 43215-3484
Phone: 614-464-1211
Fax: 614-464-1737
kshook@fbtlaw.com

Theresa A. Canaday (KBA# 88607)
Samuel W. Wardle (KBA# 97365)
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Phone: 502-589-5400
Fax:  502-581-1087
tcanaday@fbtlaw.com
swardle@fbtlaw.com

Michael E. Nitardy (KBA# 91613)
FROST BROWN TODD LLC
7310 Turfway Road, Suite 210
Florence, KY  41042
Phone: 859-817-5900
Fax: 859-283-5902
mnitardy@fbtlaw.com

Ryan W. Goellner (*pro hac vice*)
FROST BROWN TODD LLC
301 East Fourth Street, Suite 3300
Cincinnati, OH  45202
Phone: 513-651-6800
Fax: 513-651-6981
rgoellner@fbtlaw.com

*Counsel for Defendants, Rolling Stone, LLC and Penske Media Corporation*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 20, 2021, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first-class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

 Todd V. McMurtry
 Jeffrey A. Standen
 J. Will Huber
 HEMMER DEFRANK WESSELS PLLC
 250 Grandview Drive, Suite 500
 Fort Mitchell, Kentucky 41017
 tmcmurtry@HemmerLaw.com
 jstanden@HemmerLaw.com
 whuber@HemmerLaw.com

            */s/ Kevin T. Shook*
            *Counsel for Defendants, Rolling Stone, LLC*
            *and Penske Media Corporation*

0144420.0730688   4864-6831-1301v2