# EXHIBIT E

| # | | | | | | |
|---|---|---|---|---|---|---|
| 497 | Native Messages | Name/Number Redacted | Number Redacted<br>Nick Sandmann* (owner)<br>Number Redacted<br>Nick Sandmann* (owner) | Timestamp:<br>1/19/2019 8:28:27 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Your definitely handling this better than i would<br>**Participants:**<br><table><tr><th>Participant</th><th>Delivered</th><th>Read</th><th>Played</th></tr><tr><td>Number Redacted Nick Sandmann</td><td></td><td>1/19/2019 8:28:46 PM(UTC-5)</td><td></td></tr><tr><td>Number Redacted Nick Sandmann</td><td></td><td></td><td></td></tr></table><br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | |
| 498 | Native Messages | Name/Number Redacted | Number Redacted<br>Nick Sandmann* (owner)<br>Number Redacted<br>Nick Sandmann* (owner) | Timestamp:<br>1/19/2019 8:29:02 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Can i ask what made you stand in front of the indian guy<br>**Participants:**<br><table><tr><th>Participant</th><th>Delivered</th><th>Read</th><th>Played</th></tr><tr><td>Number Redacted Nick Sandmann</td><td></td><td>1/19/2019 8:29:03 PM(UTC-5)</td><td></td></tr><tr><td>Number Redacted Nick Sandmann</td><td></td><td></td><td></td></tr></table><br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | |
| 499 | Native Messages | Number Redacted<br>Nick Sandmann* (owner) | Name/Number Redacted<br>Number Redacted<br>Nick Sandmann* (owner) | Timestamp:<br>1/19/2019 8:29:15 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** yeah<br>**Participants:**<br><table><tr><th>Participant</th><th>Delivered</th><th>Read</th><th>Played</th></tr><tr><td>Name/Number Redacted</td><td>1/19/2019 8:29:16 PM(UTC-5)</td><td></td><td></td></tr><tr><td>Number Redacted Nick Sandmann</td><td></td><td></td><td></td></tr></table><br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | |
| 500 | Native Messages | Number Redacted<br>Nick Sandmann* (owner) | Name/Number Redacted<br>Number Redacted<br>Nick Sandmann* (owner) | Timestamp:<br>1/19/2019 8:29:54 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** the whole thing with the black people calling us things and the guy moving through the crowd trying to intimidate us<br>**Participants:**<br><table><tr><th>Participant</th><th>Delivered</th><th>Read</th><th>Played</th></tr><tr><td>Name/Number Redacted</td><td>1/19/2019 8:29:56 PM(UTC-5)</td><td></td><td></td></tr><tr><td>Number Redacted Nick Sandmann</td><td></td><td></td><td></td></tr></table><br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 501 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:30:07 PM(UTC-5) | Direction: Outgoing  Body: it just made me want to stand up for the school  Participants:  | Participant | Delivered | Read | Played |
| | | | | | Number Redacted Nick Sandmann | 1/19/2019 8:30:08 PM(UTC-5) | | |
| | | | | | Source Extraction: Logical (1)  Status: Sent  Message Type: iMessage  Folder: Sent | | | |
| 502 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:32 PM(UTC-5) | Direction: Incoming  Body: Black people?  Participants: | Participant | Delivered | Read | Played |
| | | | | | Number Redacted Nick Sandmann | | | 1/19/2019 8:39:41 PM(UTC-5) | |
| | | | | | Number Redacted Nick Sandmann | | | | |
| | | | | | Source Extraction: Logical (1)  Status: Read  Message Type: iMessage  Folder: Inbox | | | | |
| 503 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:44 PM(UTC-5) | Direction: Outgoing  Body: yeah  Participants: | Participant | Delivered | Read | Played |
| | | | | | Name/Number Redacted | 1/19/2019 8:39:45 PM(UTC-5) | | |
| | | | | | Number Redacted Nick Sandmann | | | | |
| | | | | | Source Extraction: Logical (1)  Status: Sent  Message Type: iMessage  Folder: Sent | | | | |
| 504 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:47 PM(UTC-5) | Direction: Incoming  Body: I never heard about that  Participants: | Participant | Delivered | Read | Played |
| | | | | | Number Redacted Nick Sandmann | | | 1/19/2019 8:42:35 PM(UTC-5) | |
| | | | | | Number Redacted Nick Sandmann | | | | |
| | | | | | Source Extraction: Logical (1)  Status: Read  Message Type: iMessage  Folder: Inbox | | | | |