# **EXHIBIT G**




N.S. 000129