UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : |
| Plaintiff, | : : |
| v. | : CASE NO. 2:20-cv-00027-WOB-CJS : |
| ROLLING STONE, LLC and PENSKE MEDIA CORPORATION, | : : : |
| Defendants. | : |

## **ORDER**

This matter having come before the Court on Defendants, Rolling Stone, LLC and Penske Media Corporation's ("Defendants") Motion for Summary Judgment, and the Court being otherwise duly and sufficiently advised, for all the reasons set forth in Defendants' Motion and the memoranda filed in support thereof:

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED.**

The clerk shall enter judgment against the Plaintiff and in favor of the Defendants and terminate this case from the Court's active docket.

**SO ORDERED.**

Dates: _____       _____
                                                                                     UNITED STATES DISTRICT JUDGE