# Exhibit A

**Declaration of Ryan Bort**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : |
| Plaintiff, | : : |
| v. | : CASE NO. 2:20-cv-00027-WOB-CJS : : |
| ROLLING STONE, LLC and PENSKE MEDIA CORPORATION, | : : : |
| Defendants. | : : |

## DECLARATION OF RYAN BORT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Ryan Bort, state and affirm:

1. I am over 18 years old, of sound mind, and aver the facts herein on my own personal knowledge. I could, if called as a witness, testify competently to each fact set forth herein.

2. I reside in Brooklyn, New York.

3. I am employed as a Staff Writer for Rolling Stone, LLC, which publishes *Rolling Stone* magazine in print and on www.RollingStone.com.

4. Attached to this declaration as **Exhibit A-1** is a true and accurate copy of the *Rolling Stone* article published to www.RollingStone.com on January 22, 2019 and titled "Trump Comes to the Rescue of the MAGA Teens."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/17/2021

Ryan Bort

0144420.0730688  4874-1943-1942v1

1

# **Exhibit A-1**

DocuSign Envelope ID: C68778C6-35D1-4CE1-A9D1-58045489D757




Menu | Music | TV | Movies | Politics | Culture | Video | Charts | RS Pro

HOME > POLITICS > POLITICS NEWS     JANUARY 22, 2019 2:49PM ET

# Trump Comes to the Rescue of the MAGA Teens

Right-wing media is using confusion over what exactly happened to paint the Covington Catholic teenagers as victims

By RYAN BORT



President Donald Trump speaks to the media as he leaves the White House.
Jacquelyn Martin/AP/REX/Shutterstock

During last Friday's March For Life rally in Washington, D.C., a confrontation was captured on video between a rowdy group of students from Kentucky's Covington Catholic High School and a Native-American protester named Nathan Phillips. The enduring image of the fracas will be that of a student named Nick Sandmann, wearing a "Make America Great Again" standing face-to-face with Phillips, who was resolutely playing a hand drum. In a widely circulated clip, Phillips was taunted by the teens, but on Sunday Sandmann **released a statement** alleging otherwise while directing people to other clips of the incident, which showed a small group of Black Israelite protesters yelling obscenities at the students. The media ate it up, walking back previous headlines in deference to the narrative put forth by Sandmann. Debate around the confrontation raged throughout the weekend, and on Monday night President

Trump came to the defense of the teens, many of which, like Sandmann, were dressed in #MAGA garb.

## Trending



1. Russia Isn't Dividing Us — Our Leaders Are
2. BTS Ambitiously Show off Their Pop Mastery On 'Map of the Soul: 7'
3. 'Better Call Saul' Recap: Let's Make a Deal
4. Bob Seger Drops 40th-Anniversary 'Against the Wind' Video
5. Watch Beyoncé Open Kobe Bryant Memorial Service With Medley of 'XO,' 'Halo'

### EDITORS' PICKS



POLITICS FEATURES
False Idol — Why the Christian Right Worships Donald Trump

MUSIC NEWS
The Breakdown: Billie Eilish and Finneas on 'Bad Guy'



Trump raised the issue again on Tuesday morning, writing that Sandmann and his peers are victims of "Fake News and how evil it can be." Perhaps inspired by his **two-minute visit** to the Martin Luther King, Jr. Memorial the previous day, the president added that Sandmann and his colleagues can use the world's attention to "bring people together" and that though "it started off unpleasant," it can "end in a dream!"



In his statement, **Sandmann writes** that he and his fellow students were sightseeing at the Lincoln Memorial when they were accosted by a group of black supremacist protesters. Sandmann claims the students responded with "school spirit chants," after which Phillips and other Native-American protesters approached the group, with Phillips "wading" into the crowd with his drum. Sandmann writes that Phillips locked eyes with him, approached him and began playing his drum "within inches of my face." Sandmann says that he was "startled and confused" and only attempting to "diffuse the situation" by standing his ground and smiling at Phillips. He continued to detail a belief that he and his classmates were victims. Additional videos confirm Sandmann's claim that African-American protesters yelled a series of vile invectives at the students. They had also been harassing the Native-American protesters.

Phillips has admitted that he attempted to intervene between the students and the African-American protesters, but has disputed Sandmann's account, as have other videos of the incident showing Covington students circled around Phillips, who said he felt threatened. "It was getting ugly," Phillips, a former Marine, **told the *Washington Post***. "I was thinking: 'I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial.' I started going that way, and that guy in the hat stood in my way, and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."

**SEE ALSO**

**Sotomayor Accuses Supreme Court of Granting Favors to Trump in Blistering Dissent**

**Trump Ousts Intel Director After Congress Was Warned of Russia 2020 Election Interference**

> This **@robbysoave** is wrong: "white, MAGA-hat-wearing male teenagers remained relatively calm & restrained." Maybe ripping off a shirt, jeering, mocking native music, & doing a tomahawk motion is restrained on Planet White Power. But staring a man down is still aggressive on Earth.
>
> — Walter Shaub (@waltshaub) **January 21, 2019**

The confusion around what exactly happened seems to have obscured the video footage that does indeed show a bunch of teens in #MAGA gear aggressively mocking a Native American. Right-wing media has used the additional footage to paint the students as victims of a Fake News conspiracy to mischaracterize the confrontation. Sandmann's statement has been embraced as gospel, while clear video evidence of the teens harassing Phillips has been ignored.

MUSIC FEATURES
Musicians on Musicians: Diddy & DJ Khaled



ADVERTISEMENT

Sponsored Stories


The Worst Foods To Feed Your Aging Cat
by Dr. Marty


The Reason Banks Don't Recommend Reverse Mortgage
by Reverse Mortgage | Sponsored Links


Neuropathy? Do This Immediately (Watch)
by healthbenefits.vip


U.S. Doctor: Here's How To Fight Neuropathy
by Friendly Healthy

Trump and the conservative media's willingness to give the students the benefit of the doubt — even when no doubt exists — might also have something to do with the students being predominantly white.





In a normal world, one might hope that the Covington students would live to regret their behavior, that they could, with time, remove themselves from the mob mentality that led to the confrontation and understand their cruelty. But this is not a normal world; this is Trump's America, and the president of the United States is not only failing to condemn their actions; he's publicly endorsing them.

Sandmann will continue to tell his side of the story when he sits down with Savannah Guthrie of the Today show Wednesday morning.

In This Article: **Donald Trump**

Want more Rolling Stone? **Sign up for our newsletter.**

**SPONSORED STORIES**                                                                                Recommended by



**Before you renew Amazon Prime, read this**
Wikibuy



**Plastic Surgeon Tells: "Doing This Every Morning Can Snap Back Sagging Skin (No Creams Needed)"**
Beverly Hills MD



**Tell Elizabeth Warren which issues matter to you most.**
Paid for by Warren for President

**Sponsored Stories**

- Want Business Appropriate Shoes That Feel Like Sneakers? Everlane
- How To Properly Empty Your Bowels Every Morning - Top Surgeon Explains How gutcleanseprotocol.com
- Kentucky: Say Bye To Your Mortgage If You Live Near Union (You Must Qualify) Fetcharate
- Read This Before You Renew Amazon Prime Again Wikibuy
- Kentucky Will Pay $271/Month Off Your Mortgage If You Have No Missed Payments And If You Qualify Mortgage Benefits
- Urologist: Try This If You Have Enlarged Prostate (Watch) healthbenefits.vip

**More From Rolling Stone**

- Roger Waters: 'The U.S. Is Not a Fool's Paradise, It's a Fool's Hell'
- Trump Threatens to Sue 'Everyone All Over the Place'
- Trevor Noah Examines Barbs Between Biden and Buttigieg on 'Daily Show'
- Roger Stone Knows Trump's Secrets. That's Why He'll Avoid Prison
- Is Bernie Sanders Unstoppable After Dominating the Nevada Caucuses?
- Matt Gaetz Is Having a Bad Hair Day

Recommended by







# Newswire

POWERED BY PMC

**HollywoodLife**
South Carolina Democratic Debate: How To Watch, When & What Else You Need To Know
5 hours ago

**WWD**
Dillard's Weathers a Slump in Earnings
5 hours ago

**Deadline**
'Parasite' Distributor NEON Buys Well-Received Berlin Title 'Gunda', 'Vegan Doc' Is Exec-Produced By Joaquin Phoenix – EFM
5 hours ago

**Indiewire**
Bong Joon Ho Selects 20 Directors Who are Pivotal to the Future of Cinema
5 hours ago

**GoldDerby**
'Survivor' medical evacuations through the years: How Nick Wilson and Michele Fitzgerald benefited
5 hours ago

| Rolling Stone | | Legal | Connect With Us | Get The Magazine |
|---|---|---|---|---|
| Music | TV | Privacy Policy | Facebook | SUBSCRIBE NOW |
| Movies | Politics | Terms of Use | Twitter | |
| Culture | RS Pro | AdChoices | YouTube | GIVE A GIFT |
| Advertise | Contact | PMC Entertainment | | |
| Live Media Events | Customer Service | California Privacy Rights | | |
| | | Do Not Sell My Personal Information | | |
| | | EU Privacy Preferences | | |

**Newsletter Signup** — Your email — SUBMIT

**Have a Tip?** We want to hear from you! Send us a tip using our anonymous form. — SEND US A TIP





© Copyright 2018 Rolling Stone, LLC, a subsidiary of Penske Business Media, LLC.
Powered by WordPress.com VIP

OUR BRANDS