# **Exhibit B**

**Additional Excerpts of Deposition**

**of Nicholas Sandmann**



# Transcript of Nicholas Sandmann

**Date:** September 13-14, 2021

**Case:** Sandmann, et al. -v- NBCUniversal Media, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
 2                NORTHERN DIVISION AT COVINGTON

 3                      REDACTED VERSION

 4     ------------------------------X

 5     NICHOLAS SANDMANN, by and      :
       Through his parents and natural
 6     Guardians, TED SANDMANN and    :
       JULIE SANDMANN,
 7                     Plaintiff,      : Case No.
                   V                     19-CV-00056-WOB-CJS
 8                                     :

 9     NBCUNIVERSAL MEDIA, LLC,
                       Defendant.      :
10     ------------------------------X

11     NICHOLAS SANDMANN, by and      :
       Through his parents and natural
12     Guardians, TED SANDMANN and    :
       JULIE SANDMANN,
13                     Plaintiff,      : Case No.
                   V                     20-CV-00023-WOB-CJS
14                                     :
       THE NEW YORK TIMES COMPANY
15     D/B/A THE NEW YORK TIMES,      :
                       Defendant.
16     ------------------------------X

17     NICHOLAS SANDMANN, by and      :
18     Through his parents and natural
       Guardians, TED SANDMANN and    :
19     JULIE SANDMANN,
                       Plaintiff,      : Case No.
20                 V                     20-CV-00024-WOB-CJS
                                       :
21     CBS NEWS, INC., et al.,
                       Defendants.     :
22     ------------------------------X
23     Job Nos.:  396015 and 396018

24     Pages 1 - 466

25     Reported by:  Dianna C. Kilgalen
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    2

```
 1      ------------------------------X

 2      NICHOLAS SANDMANN, by and        :
        Through his parents and natural
 3      Guardians, TED SANDMANN and      :
        JULIE SANDMANN,
 4                      Plaintiff,        : Case No.
                    V                       2:20-CV-00025-WOB-CJS
 5                                       :
        ABC NEWS, INC., et al.,
 6                      Defendants.       :

 7      ------------------------------X

 8      NICHOLAS SANDMANN, by and        :
        Through his parents and natural
 9      Guardians, TED SANDMANN and      :
        JULIE SANDMANN,
10                      Plaintiff,        : Case No.
                    V                       2:20-CV-00026-WOB-CJS
11                                       :
        GANNETT CO.,INC. AND GANNETT
12      SATELLITE INFORMATION NETWORK, :
        LLC,
13
                        Defendants.       :
14      ------------------------------X

15      NICHOLAS SANDMANN, by and        :
        Through his parents and natural
16      Guardians, TED SANDMANN and      :
        JULIE SANDMANN,
17                      Plaintiff         : Case No.
                    V                       2:20-CV-00027-WOB-CJS
18                                       :
        ROLLING STONE, LLC, et al.,
19                      Defendants.       :

20      ------------------------------X

21

22

23

24

25
```

```
1     Deposition of NICHOLAS SANDMANN

2           Conducted Virtually

3         Monday September 13, 2021

4                9:16 a.m.

5                  and

6        Tuesday, September 14, 2021

7                9:16 a.m.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    4

1           Deposition of NICHOLAS SANDMANN,

2    conducted virtually.

3

4

5

6

7

8

9           Pursuant to Notice, before Dianna C.

10   Kilgalen, Notary Public for the State of

11   Maryland.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    5

```
1              A P P E A R A N C E S

2   Monday, September 13, 2021:

3   ON BEHALF OF THE PLAINTIFF:

4            TODD V. McMURTRY, ESQUIRE

5            WILL HUBER, ESQUIRE

6            HEMMER DEFRANK WESSELS, PLLA

7            250 Grandview Drive, Suite 500

8            Ft. Mitchell, Kentucky 41017

9            859.344.1188

10  ON BEHALF OF THE DEFENDANTS ABC NEWS, INC., ABC

11  NEWS INTERACTIVE, INC. AND THE WALT DISNEY

12  COMPANY:

13           NATHAN SIEGEL, ESQUIRE

14           MEENAKSHI KRISHNAN, ESQUIRE

15           DAVIS WRIGHT TREMAINE, LLP

16           1301 K Street, Northwest, Suite 500

17           Washington, DC 20005

18           202.973.4499

19  ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

20  VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

21           JESSICA LAURIN MEEK, ESQUIRE

22           DENTONS BINGHAM GREENBAUM, LLP

23           10 West Market Street, Suite 2700

24           Indianapolis, Indiana 46204

25           317.635.8900
```

```
 1          A P P E A R A N C E S   C O N T I N U E D

 2    Monday, September 13, 2021:

 3    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

 4    VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

 5              NATALIE J. SPEARS, ESQUIRE

 6              DENTONS US, LLP

 7              233 South Wacker Drive

 8              Suite 5900

 9              Chicago, Illinois 60606

10              312.876.8000

11    ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC AND

12    PENSKE MEDIA CORPORATION:

13              KEVIN T. SHOOK, ESQUIRE

14              FROST BROWN TODD, LLC

15              10 West Broad Street

16              Columbus, Ohio 43215

17              615.565.1222

18    ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

19    GANNETT SATELLITE INFORMATION NETWORK, LLC:

20              MICHAEL P. ABATE, ESQUIRE

21              KAPLAN JOHNSON ABATE & BIRD, LLP

22              710 West Main Street

23              4th Floor

24              Louisville, Kentucky 40202

25              502.540.8280
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    7

```
 1        A P P E A R A N C E S   C O N T I N U E D

 2    Monday, September 13, 2021:

 3    ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

 4    GANNETT SATELLITE INFORMATION NETWORK, LLC:

 5             MICHAEL J. GRYGIEL, ESQUIRE

 6             GREENBERG TRAURIG, LLP

 7             54 State Street

 8             6th Floor

 9             Albany, New York 12207

10             518.689.1400

11    ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA,

12    LLC AND THE NEW YORK TIMES COMPANY D/B/A THE NEW

13    YORK TIMES:

14             DARREN W. FORD, ESQUIRE

15             GRAYDON HEAD & RITCHEY, LLP

16             2400 Chamber Center Drive, Suite 300

17             Ft. Mitchell, Kentucky 41017

18             859.578.3071

19

20

21

22

23

24

25
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    8

1    Also present:

2         John Parkman, Videographer

3         Ted Sandmann

4         Justine Beyda

5         Marie Jones

6         Matthew Schafer

7         Daniel Kummer

8         Austin Costello, Planet Depos AV Technician

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                A P P E A R A N C E S

 2   Tuesday, September 14, 2021:

 3   ON BEHALF OF THE PLAINTIFF:

 4           TODD V. McMURTRY, ESQUIRE

 5           WILL HUBER, ESQUIRE

 6           HEMMER DEFRANK WESSELS, PLLA

 7           250 Grandview Drive, Suite 500

 8           Ft. Mitchell, Kentucky 41017

 9           859.344.1188

10   ON BEHALF OF THE DEFENDANTS ABC NEWS, INC., ABC

11   NEWS INTERACTIVE, INC. AND THE WALT DISNEY

12   COMPANY:

13           NATHAN SIEGEL, ESQUIRE

14           MEENAKSHI KRISHNAN, ESQUIRE

15           DAVIS WRIGHT TREMAINE, LLP

16           1301 K Street, Northwest, Suite 500

17           Washington, DC 20005

18           202.973.4499

19             - and-

20           ROBERT B. CRAIG, ESQUIRE

21           TAFT STETTINIUS & HOLLISTER, LLP

22           50 East River Center Boulevard

23           Suite 850

24           Covington, Kentucky 41011-1683

25           859.547.4300
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    10

```
 1        A P P E A R A N C E S   C O N T I N U E D

 2    Tuesday, September 14, 2021:

 3    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

 4    VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

 5             JESSICA LAURIN MEEK, ESQUIRE

 6             DENTONS BINGHAM GREENBAUM, LLP

 7             10 West Market Street, Suite 2700

 8             Indianapolis, Indiana 46204

 9             317.635.8900

10    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

11    VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

12             NATALIE J. SPEARS, ESQUIRE

13             DENTONS US, LLP

14             233 South Wacker Drive

15             Suite 5900

16             Chicago, Illinois 60606

17             312.876.8000

18    ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC AND

19    PENSKE MEDIA CORPORATION:

20             KEVIN T. SHOOK, ESQUIRE

21             FROST BROWN TODD, LLC

22             10 West Broad Street

23             Columbus, Ohio 43215

24             615.565.1222

25
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    11

```
 1        A P P E A R A N C E S   C O N T I N U E D

 2   Tuesday, September 14, 2021:

 3   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

 4   GANNETT SATELLITE INFORMATION NETWORK, LLC:

 5            MICHAEL P. ABATE, ESQUIRE

 6            KAPLAN JOHNSON ABATE & BIRD, LLP

 7            710 West Main Street

 8            4th Floor

 9            Louisville, Kentucky 40202

10            502.540.8280

11   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

12   GANNETT SATELLITE INFORMATION NETWORK, LLC:

13            MICHAEL J. GRYGIEL, ESQUIRE

14            GREENBERG TRAURIG, LLP

15            54 State Street, 6th Floor

16            Albany, New York 12207

17            518.689.1400

18   ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA,

19   LLC AND THE NEW YORK TIMES COMPANY D/B/A THE NEW

20   YORK TIMES:

21            DARREN W. FORD, ESQUIRE

22            GRAYDON HEAD & RITCHEY, LLP

23            2400 Chamber Center Drive, Suite 300

24            Ft. Mitchell, Kentucky 41017

25            859.578.3071
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    12

```
 1    Also present:

 2         John Parkman, Videographer

 3         Ted Sandmann

 4         Justine Beyda

 5         Marie Jones

 6         Matthew Schafer

 7         Daniel Kummer

 8         Sara Loiler, Planet Depos AV Technician

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    13

```
 1                    C O N T E N T S

 2    EXAMINATION OF NICHOLAS SANDMANN              PAGE

 3    By MR. SIEGEL:                            16, 252

 4

 5

 6                    E X H I B I T S

 7             (Previously marked and submitted.)

 8

 9

10    Confidential portions:

11    Page 183, Line 12 to Page 187, Line 15

12    Page 195, Line 11 to Page 199, Line 17

13    Page 306, Line 2 to Page 307, Line 5

14    Page 308, Line 25 to Page 309, Line 13

15    Page 427, Line 19 to Page 463, Line 16

16

17

18

19

20

21

22

23

24

25
```

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    195

| | | |
|---|---|---|
| 1 | Q.    But you disagree with that? | 14:16:45 |
| 2 | A.    Well, it's not how I was raised. | 14:16:48 |
| 3 | MR. SIEGEL:  Let's go to Exhibit 15. | 14:16:52 |
| 4 | After this one, we will take a break. | 14:16:58 |
| 5 | MR. McMURTRY:  Okay.  Just for the | 14:17:18 |
| 6 | record, 15 is also marked as confidential. | 14:17:19 |
| 7 | MR. SIEGEL:  Yes. | 14:17:28 |
| 8 | (The following portion from Page 195, | 14:17:28 |
| 9 | Line 11 to Page 199, Line 17 was designated | 14:17:28 |
| 10 | Confidential and is bound separately.) | 14:17:28 |
| 11 | BY MR. SIEGEL: | 14:17:28 |
| 12 | Q.    Nick, can you explain what medium of | 14:17:28 |
| 13 | communication is Exhibit 15? | 14:17:31 |
| 14 | A.    This is direct messaging on Instagram. | 14:17:34 |
| 15 | Q.    Okay.  And it looks like you are | 14:17:37 |
| 16 | directly messaging with Name Redacted, I take it? | 14:17:39 |
| 17 | A.    Correct. | 14:17:43 |
| 18 | Q.    And someone named Name Redacted? | 14:17:44 |
| 19 | A.    Correct. | 14:17:47 |
| 20 | Q.    Who is Name Redacted? | 14:17:48 |
| 21 | A.    Name Redacted is a cousin of Name Redacted | 14:17:49 |
| 22 | Q.    Okay.  Was Name Redacted there? | 14:17:52 |
| 23 | A.    No. | 14:17:54 |
| 24 | Q.    Are you friendly with Name Redacted independently | 14:17:55 |
| 25 | or -- | 14:18:04 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    196

| | | |
|---|---|---|
| 1 | A.    I really only know him through [Name Redacted] | 14:18:04 |
| 2 | Q.    Okay.  Let's turn to page 2,047. | 14:18:08 |
| 3 | So if you look sort of in the middle of | 14:18:20 |
| 4 | the page where [Name Redacted] messages:  Why was your | 14:18:23 |
| 5 | school there?  LOL. | 14:18:26 |
| 6 | Which is laugh out loud, right?  Do you | 14:18:29 |
| 7 | see that? | 14:18:33 |
| 8 | A.    Yes. | 14:18:34 |
| 9 | Q.    Okay.  So [Name Redacted] texts:  Why was your | 14:18:34 |
| 10 | school there?  LOL. | 14:18:37 |
| 11 | You message:  March For Life. | 14:18:42 |
| 12 | A.    Uh-huh. | 14:18:45 |
| 13 | Q.    Right?  He messages:  Ah, promoting | 14:18:45 |
| 14 | prolife, I see. | 14:18:48 |
| 15 | You respond:  Among other things, yes. | 14:18:49 |
| 16 | A.    Yes. | 14:18:52 |
| 17 | Q.    He messages:  What other things? | 14:18:52 |
| 18 | You respond:  I also promoted not being | 14:18:54 |
| 19 | intimidated by leftists. | 14:18:58 |
| 20 | A.    Yes. | 14:19:00 |
| 21 | Q.    So when you are saying not being | 14:19:01 |
| 22 | intimidated there, are you referring to the same | 14:19:02 |
| 23 | perception you've testified to before, that | 14:19:05 |
| 24 | Mr. Phillips was trying to intimidate the group? | 14:19:08 |
| 25 | A.    Correct.  Or I should also add -- excuse | 14:19:12 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    197

| | | |
|---|---|---|
| 1 | me.  I should also add this was not meant to be | 14:19:16 |
| 2 | taken seriously.  This was more of a joke that, | 14:19:19 |
| 3 | oh, I was there to promote not being intimidated. | 14:19:22 |
| 4 | I obviously didn't plan on ever meeting | 14:19:26 |
| 5 | Nathan Phillips that day, and I made this remark | 14:19:33 |
| 6 | more as a joke at my own expense. | 14:19:35 |
| 7 | Q.    Okay.  Well, but you -- the statement | 14:19:40 |
| 8 | was, right, not what you were intending to, but | 14:19:42 |
| 9 | it was:  I also promoted not being intimidated. | 14:19:45 |
| 10 | I think that's what ended up happening, | 14:19:48 |
| 11 | right? | 14:19:51 |
| 12 | A.    Right. | 14:19:51 |
| 13 | Q.    Okay.  Do you disagree with that | 14:19:52 |
| 14 | statement or did you feel you also promoted not | 14:20:02 |
| 15 | being intimidated by leftists? | 14:20:06 |
| 16 | A.    I mean, if I had any control over it, | 14:20:08 |
| 17 | the nar -- or the covers that would have come out | 14:20:11 |
| 18 | for the March For Life would have been about the | 14:20:13 |
| 19 | March For Life and not about what happened. | 14:20:15 |
| 20 | Obviously, I don't.  So the joke here | 14:20:19 |
| 21 | kind of was that, well, among other things, yeah, | 14:20:21 |
| 22 | I supported the March For Life but, | 14:20:25 |
| 23 | unfortunately, this is what everyone's talking | 14:20:27 |
| 24 | about right now and I didn't mean for it to | 14:20:31 |
| 25 | happen. | 14:20:33 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    198

```
1      Q.    Okay.  But given that it did happen,        14:20:33

2   right?                                               14:20:41

3      A.    Right.                                      14:20:42

4      Q.    How did what happened promote not being     14:20:42

5   intimidated by leftists?                             14:20:46

6      A.    Because there -- a lot of the               14:20:48

7   commentators and people who are weighing in on      14:20:55

8   what happened to me made kind of the slogan of      14:20:57

9   stand your ground, whatever.                         14:21:01

10         So even whether this was my goal or not       14:21:03

11   or whether I wanted it to happen or not, I became   14:21:06

12   kind of this poster for not being intimidated and   14:21:10

13   standing your ground.                               14:21:15

14      Q.    Were the leftists who you are saying you   14:21:17

15   are humorously referring to, right -- but did the   14:21:23

16   leftists mean Mr. Phillips?                         14:21:26

17      A.    No.  I would -- I would attribute that     14:21:28

18   comment more to the members of Congress and other   14:21:31

19   people on the political left that decided that      14:21:34

20   they should weigh in on what happened.  Because I   14:21:39

21   would say there is a whole lot more than me --      14:21:45

22   there is a whole lot more standing that I did       14:21:49

23   than me just physically standing there.             14:21:52

24      Q.    Okay.  Now, those -- the other             14:21:55

25   students -- other students, right, parted for      14:21:58
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    288

| | | |
|---|---|---|
| 1 | We are going to play the video that I will | 10:05:59 |
| 2 | represent the tweet links to.  Obviously, on | 10:06:02 |
| 3 | paper, I can't. | 10:06:05 |
| 4 | MR. McMURTRY:  This is one of the better | 10:06:05 |
| 5 | videos, I agree.  Is it Tom Petty?  It's one of | 10:06:08 |
| 6 | my favorites. | 10:06:11 |
| 7 | THE WITNESS:  I love Tom Petty. | 10:06:13 |
| 8 | (Thereupon, a video recording of Exhibit | 10:06:33 |
| 9 | 23 was played.) | 10:06:33 |
| 10 | MS. MEEK:  I'm starting from the | 10:06:40 |
| 11 | beginning of Exhibit 23. | 10:06:42 |
| 12 | BY MR. SIEGEL: | 10:08:31 |
| 13 | Q.    That's the video you linked to, right? | 10:08:31 |
| 14 | A.    Yes. | 10:08:34 |
| 15 | Q.    And why did you say you liked that video | 10:08:35 |
| 16 | or you liked it better than the one you were | 10:08:45 |
| 17 | responding to? | 10:08:48 |
| 18 | A.    I think because I like the song attached | 10:08:49 |
| 19 | to it better.  But in all honesty, this is part | 10:08:53 |
| 20 | of a larger trend of things that I post where I'm | 10:08:57 |
| 21 | very cynical about what happened, just to keep my | 10:09:01 |
| 22 | spirits relatively high. | 10:09:04 |
| 23 | Q.    Did you feel like the song expressed | 10:09:06 |
| 24 | something that spoke to you? | 10:09:08 |
| 25 | A.    Yes, as I testified earlier about how I | 10:09:11 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    289

| | | |
|---|---|---|
| 1 | wanted to stand up for the school. | 10:09:15 |
| 2 | Q.    Okay.  So it's the stand -- you feel | 10:09:18 |
| 3 | like you stood your ground? | 10:09:21 |
| 4 | A.    Yes. | 10:09:23 |
| 5 | Q.    I will just represent the screenshot of | 10:09:30 |
| 6 | this tweet was taken in early August, I think, | 10:09:33 |
| 7 | you know -- | 10:09:38 |
| 8 | A.    Uh-huh. | 10:09:38 |
| 9 | Q.    -- maybe six weeks ago? | 10:09:39 |
| 10 | And it appears that the tweet was no | 10:09:41 |
| 11 | longer on your Twitter feed after that point.  Is | 10:09:44 |
| 12 | that right?  Do you know if that's right? | 10:09:49 |
| 13 | A.    I'm unaware of ever deleting this. | 10:09:52 |
| 14 | Q.    Okay.  And have you deleted any tweets | 10:09:55 |
| 15 | from your Twitter feed? | 10:10:01 |
| 16 | A.    I've deleted tweets from back before | 10:10:02 |
| 17 | this ever happened that I look at now.  I know I | 10:10:07 |
| 18 | wasn't the smartest kid at 14 or 15, and I would | 10:10:12 |
| 19 | rather -- I would rather look a lot more | 10:10:16 |
| 20 | professional. | 10:10:19 |
| 21 | Q.    You don't want -- you don't want them to | 10:10:20 |
| 22 | show up on a job search five years from now? | 10:10:21 |
| 23 | A.    Well, not necessarily that.  I just | 10:10:24 |
| 24 | would rather have a more accurate reflection -- | 10:10:26 |
| 25 | MR. SIEGEL:  I got it. | 10:10:29 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    290

| | | |
|---|---|---|
| 1 | A.    -- of who I am now on my social media. | 10:10:29 |
| 2 | Q.    Okay.  Do you -- the last time I checked | 10:10:32 |
| 3 | your Twitter feed, it looked to me like that all | 10:10:37 |
| 4 | the tweets before I think around November 19, | 10:10:44 |
| 5 | 2019, weren't there anymore.  Is that -- is that | 10:10:47 |
| 6 | correct? | 10:10:52 |
| 7 | A.    I -- I have no idea.  I have not en | 10:10:52 |
| 8 | masse deleted tweets from that point. | 10:10:55 |
| 9 | Q.    Okay.  So you haven't done anything | 10:10:58 |
| 10 | with it? | 10:11:00 |
| 11 | A.    Correct. | 10:11:01 |
| 12 | Q.    Okay.  Okay.  Let's do Exhibit 24, and | 10:11:01 |
| 13 | then we will take a break. | 10:11:07 |
| 14 | So Exhibit 24 consists of Bates numbers | 10:11:18 |
| 15 | NS 662 through NS 671.  Again, Nick these are -- | 10:11:22 |
| 16 | these are texts that you exchanged? | 10:11:33 |
| 17 | A.    Yes. | 10:11:35 |
| 18 | Q.    Okay.  So if you could look at the first | 10:11:36 |
| 19 | page, which is 662, and it looks like -- the text | 10:11:42 |
| 20 | is just sent from a telephone number, but it | 10:11:51 |
| 21 | says:  Nick, it's Name Redacted? | 10:11:53 |
| 22 | A.    Name Redacted | 10:11:59 |
| 23 | Q.    Did you know him? | 10:12:01 |
| 24 | A.    I knew of him.  He went to Cov Cath. | 10:12:02 |
| 25 | And he was maybe two grades above me.  I'm not | 10:12:05 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                291

| | | |
|---|---|---|
| 1 | sure.  But he was older and had graduated by that | 10:12:09 |
| 2 | point. | 10:12:12 |
| 3 | Q.    He says:  Pretty sure you know me.  I | 10:12:13 |
| 4 | graduated CCH last year.  I'm texting you to get | 10:12:15 |
| 5 | permission from your parents to print a shirt | 10:12:20 |
| 6 | that has your face on it.  Right? | 10:12:24 |
| 7 | And then you respond in 1530:  I can ask | 10:12:27 |
| 8 | them.  Do you have a picture of what it would | 10:12:29 |
| 9 | look like? | 10:12:31 |
| 10 | And in 1531, he texts an image, right? | 10:12:31 |
| 11 | A.    Yes. | 10:12:37 |
| 12 | Q.    And it looks like the image has a | 10:12:38 |
| 13 | picture of your face with a red hat? | 10:12:42 |
| 14 | A.    Yes. | 10:12:47 |
| 15 | Q.    Okay.  And it says Stand Your Ground? | 10:12:48 |
| 16 | A.    Yes. | 10:12:51 |
| 17 | Q.    Okay.  And then 1532, 1533, you guys | 10:12:52 |
| 18 | text a couple other things back and forth. | 10:13:04 |
| 19 | Then on 1534, you says -- you say: | 10:13:06 |
| 20 | Okay.  Thank you.  I will ask my parents when I | 10:13:10 |
| 21 | can. | 10:13:13 |
| 22 | A.    Right. | 10:13:14 |
| 23 | Q.    Okay.  Now we are going to move ahead to | 10:13:20 |
| 24 | page 667.  And if you look at 1548, Name Redacted the | 10:13:25 |
| 25 | phone number that is associated with Name Redacted texts | 10:13:53 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    292

| | | |
|---|---|---|
| 1 | you back:  Hey, any news on approval for the | 10:13:56 |
| 2 | shirts?  I know you have been busy, so I just | 10:14:00 |
| 3 | wanted to give you some time. | 10:14:02 |
| 4 | And in 1549, you respond:  Yeah.  I have | 10:14:03 |
| 5 | been told we need to ask the lawyers on their | 10:14:05 |
| 6 | opinion.  I wish I could just give you the | 10:14:09 |
| 7 | go-ahead. | 10:14:11 |
| 8 | A.    Correct. | 10:14:12 |
| 9 | Q.    Why did you wish that you could just | 10:14:13 |
| 10 | give [Name Redacted] the go-ahead? | 10:14:15 |
| 11 | A.    Well, in all honesty, my feelings on | 10:14:18 |
| 12 | [Name Redacted] changed over time. | 10:14:21 |
| 13 | At first -- at first, I wanted -- the | 10:14:23 |
| 14 | date on this, I still was not -- not projected in | 10:14:29 |
| 15 | a very positive light, and so I figured anyone | 10:14:33 |
| 16 | that could show some way to support me or | 10:14:37 |
| 17 | whatever was a good thing. | 10:14:42 |
| 18 | And then I later -- so that is why I | 10:14:44 |
| 19 | said I wish I could just go ahead and give you | 10:14:49 |
| 20 | the support.  But I then kind of felt like he was | 10:14:53 |
| 21 | more leeching off the idea of making some money | 10:14:56 |
| 22 | on selling T-shirts with my face on it than | 10:14:59 |
| 23 | actually caring. | 10:15:04 |
| 24 | Q.    Okay.  So you came -- you became | 10:15:05 |
| 25 | uncomfortable with what you felt were his | 10:15:12 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                                    293

| | | |
|---|---|---|
| 1 | motives.  Is that fair say? | 10:15:16 |
| 2 | A.    Right.  Right. | 10:15:17 |
| 3 | MR. SIEGEL:  Okay. | 10:15:18 |
| 4 | A.    And I talked to my -- I think I had | 10:15:18 |
| 5 | another conversation with my parents or whatever, | 10:15:21 |
| 6 | and we felt more uneasy about it.  And I ended up | 10:15:23 |
| 7 | never giving him permission to do it. | 10:15:28 |
| 8 | Q.    Right.  So we can jump ahead then on | 10:15:30 |
| 9 | 671.  On 1562, you text:  Unfortunately, I don't | 10:15:34 |
| 10 | think it's a good idea.  Other people printed | 10:15:52 |
| 11 | them, but they didn't ask us.  I -- is that I | 10:15:55 |
| 12 | don't know? | 10:15:58 |
| 13 | A.    Yes. | 10:15:58 |
| 14 | Q.    -- if stuff will happen to them. | 10:15:58 |
| 15 | And is that -- is what you just | 10:16:03 |
| 16 | testified to, is that what you had in mind when | 10:16:07 |
| 17 | you responded with that -- | 10:16:10 |
| 18 | A.    Yes. | 10:16:12 |
| 19 | Q.    -- later? | 10:16:13 |
| 20 | Okay.  So if -- if -- would it be fair | 10:16:14 |
| 21 | to say that if you had felt that his motive was | 10:16:20 |
| 22 | purely to express support for you, you would have | 10:16:26 |
| 23 | been comfortable with the idea of him printing | 10:16:29 |
| 24 | these Stand Your Ground shirts, at least at that | 10:16:34 |
| 25 | point? | 10:16:38 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    294

| | | |
|---|---|---|
| 1 | A.   Maybe.  I'm not sure.  I -- I -- I don't | 10:16:38 |
| 2 | know if I still would have let him do it. | 10:16:43 |
| 3 | Because, I don't know, at the time we had more | 10:16:46 |
| 4 | important things to worry about than starting a | 10:16:51 |
| 5 | shirt campaign. | 10:16:55 |
| 6 | MR. SIEGEL:  Okay.  Okay.  Let's break, | 10:17:04 |
| 7 | take a break. | 10:17:06 |
| 8 | MR. McMURTRY:  Okay. | 10:17:07 |
| 9 | THE VIDEOGRAPHER:  We are going off the | 10:17:08 |
| 10 | record.  The time is 10:17 a.m. | 10:17:10 |
| 11 | (Thereupon, there was a recess taken at | 10:17:13 |
| 12 | 10:17 a.m.) | 10:17:13 |
| 13 | (Thereupon, the proceedings were resumed | 10:33:34 |
| 14 | at 10:33 a.m.) | 10:33:34 |
| 15 | THE VIDEOGRAPHER:  We are back on the | 10:33:35 |
| 16 | record.  The time is 10:33 a.m. | 10:33:49 |
| 17 | BY MR. SIEGEL: | 10:33:53 |
| 18 | Q.   Okay.  Nick, I'm showing you Exhibit 25, | 10:33:53 |
| 19 | which is Bates number NS 720.  And I want you to | 10:33:59 |
| 20 | look at particularly number 74 -- 1714, the one | 10:34:09 |
| 21 | in the middle, where it looks like you are | 10:34:14 |
| 22 | texting Name Redacted. | 10:34:17 |
| 23 | A.   Uh-huh. | 10:34:19 |
| 24 | Q.   And you said:  I smiled at him to let | 10:34:20 |
| 25 | him know he wasn't going to intimidate me, right? | 10:34:35 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                      316

| | | |
|---|---|---|
| 1 | A.    Yes. | 11:03:11 |
| 2 | Q.    Do you have any understanding of what | 11:03:11 |
| 3 | that is in that context? | 11:03:13 |
| 4 | A.    We would do what, what, what.  It was | 11:03:15 |
| 5 | another one of our school spirit chants that we | 11:03:21 |
| 6 | did when we couldn't hear the opposing team's | 11:03:25 |
| 7 | cheering section.  So we basically called them | 11:03:30 |
| 8 | out for being quiet. | 11:03:33 |
| 9 | But I think here, they are doing it | 11:03:35 |
| 10 | because they -- you can see Mr. Phillips raise | 11:03:38 |
| 11 | the drum almost -- I think part of it starts to | 11:03:41 |
| 12 | go past my head.  And I think they are doing that | 11:03:46 |
| 13 | because they are confused as to what's going on. | 11:03:49 |
| 14 | MR. SIEGEL:  Okay.  Let's keep going. | 11:03:58 |
| 15 | MS. MEEK:  I paused before at 2:12.  And | 11:04:00 |
| 16 | now I'm continuing from that point. | 11:04:04 |
| 17 | (Thereupon, a video recording of Exhibit | 11:04:08 |
| 18 | 16 was played.) | 11:04:08 |
| 19 | MS. MEEK:  Paused at 2:34. | 11:04:28 |
| 20 | BY MR. SIEGEL: | 11:04:30 |
| 21 | Q.    Okay.  So you hear somebody says what's | 11:04:30 |
| 22 | going on or I don't know what's going on? | 11:04:33 |
| 23 | A.    Correct. | 11:04:35 |
| 24 | Q.    And the woman wearing that green hat -- | 11:04:36 |
| 25 | A.    Yes. | 11:04:43 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    317

| | | |
|---|---|---|
| 1 | Q.    -- says you guys are acting like a mob, | 11:04:43 |
| 2 | that's what is going on, fucking mob mentality? | 11:04:48 |
| 3 | A.    Yeah. | 11:04:52 |
| 4 | Q.    Do you agree with her? | 11:04:53 |
| 5 | A.    Of course not. | 11:04:54 |
| 6 | Q.    Okay.  And why is that? | 11:04:56 |
| 7 | A.    Because we weren't.  We are a group of | 11:04:58 |
| 8 | students and -- whose personal space is being | 11:05:01 |
| 9 | invaded by adults while we have an entire camera | 11:05:07 |
| 10 | crew set up to capture it. | 11:05:11 |
| 11 | Q.    Do you have any -- do you believe that | 11:05:14 |
| 12 | that's how she perceived the students' behavior | 11:05:27 |
| 13 | at that time? | 11:05:32 |
| 14 | MR. McMURTRY:  Objection. | 11:05:32 |
| 15 | A.    No.  I think that right here she's | 11:05:33 |
| 16 | already starting to craft the story that is | 11:05:35 |
| 17 | eventually going to be taken to social media and | 11:05:38 |
| 18 | public interviews before I will even know what's | 11:05:43 |
| 19 | happening. | 11:05:48 |
| 20 | BY MR. SIEGEL: | 11:05:49 |
| 21 | Q.    And what's your basis for saying that? | 11:05:49 |
| 22 | A.    Because Nathan Phillips was on | 11:05:52 |
| 23 | television before I even knew what was happening. | 11:05:54 |
| 24 | Q.    And do you know who that woman is? | 11:05:57 |
| 25 | A.    No. | 11:05:59 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    318

| | | |
|---|---|---|
| 1 | Q.    So what is the -- your basis for saying | 11:06:00 |
| 2 | that or claiming that she had anything to do with | 11:06:04 |
| 3 | crafting a story at that moment? | 11:06:08 |
| 4 | A.    Because you are asking me what I thought | 11:06:11 |
| 5 | she was doing, and I'm -- I'm telling you from | 11:06:14 |
| 6 | this point, I -- that's what I believe she's | 11:06:19 |
| 7 | doing. | 11:06:23 |
| 8 | Q.    Okay.  That's your perception of it, | 11:06:24 |
| 9 | right? | 11:06:27 |
| 10 | A.    Yes. | 11:06:27 |
| 11 | Q.    Okay.  Just one last time, to make the | 11:06:28 |
| 12 | record clear, you don't have any other facts | 11:06:43 |
| 13 | about her, do you, to substantiate that | 11:06:46 |
| 14 | perception? | 11:06:49 |
| 15 | A.    Right.  I don't -- I have no idea who | 11:06:50 |
| 16 | she is. | 11:06:54 |
| 17 | MR. SIEGEL:  Okay.  Let's keep going. | 11:06:54 |
| 18 | MS. MEEK:  I'm playing Exhibit 16 | 11:07:06 |
| 19 | starting at 3 minutes and 15 seconds. | 11:07:09 |
| 20 | (Thereupon, a video recording of Exhibit | 11:07:13 |
| 21 | 16 was played.) | 11:07:13 |
| 22 | MS. MEEK:  I just paused at 3 minutes | 11:07:20 |
| 23 | and 20 seconds. | 11:07:22 |
| 24 | BY MR. SIEGEL: | 11:07:23 |
| 25 | Q.    Who is the student with his hand on your | 11:07:23 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    359

| | | |
|---|---|---|
| 1 | about what the man in the red hat said with | 12:05:36 |
| 2 | anyone that changes anything that you have | 12:05:39 |
| 3 | testified about before? | 12:05:42 |
| 4 | A.    No.  I -- I generally heard the same | 12:05:43 |
| 5 | things I heard from the other angle. | 12:05:46 |
| 6 | Q.    Okay.  Were you -- could you make out | 12:05:48 |
| 7 | anything about what the man in the white hat was | 12:05:51 |
| 8 | communicating? | 12:05:54 |
| 9 | A.    Not really. | 12:05:55 |
| 10 | MR. SIEGEL:  Okay.  All right.  Let's | 12:05:59 |
| 11 | take a -- let's take a lunch break. | 12:06:01 |
| 12 | THE VIDEOGRAPHER:  We are going off the | 12:06:04 |
| 13 | record.  The time is 12:06 p.m. | 12:06:06 |
| 14 | (Thereupon, there was a recess taken at | 12:06:12 |
| 15 | 12:06 p.m.) | 12:06:12 |
| 16 | (Thereupon, the proceedings were resumed | 12:50:03 |
| 17 | at 12:50 p.m.) | 12:50:03 |
| 18 | THE VIDEOGRAPHER:  We are back on the | 12:50:11 |
| 19 | record.  The time is 12:50 p.m. | 12:50:21 |
| 20 | BY MR. SIEGEL: | 12:50:25 |
| 21 | Q.    Okay.  Nick, you delivered a speech that | 12:50:25 |
| 22 | was broadcast as part of the Republican National | 12:50:30 |
| 23 | Convention, right? | 12:50:35 |
| 24 | A.    That is correct. | 12:50:37 |
| 25 | Q.    And how did you come to do that? | 12:50:38 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    360

| | | |
|---|---|---|
| 1 | A.    I was contacted through Turning Point | 12:50:40 |
| 2 | USA and was notified that there was interest from | 12:50:43 |
| 3 | the Trump campaign to have me speak.  And they | 12:50:49 |
| 4 | inquired about whether or not I would be | 12:50:52 |
| 5 | interested in doing that. | 12:50:55 |
| 6 | Q.    And do you remember who at Turning Point | 12:50:57 |
| 7 | contacted you? | 12:51:01 |
| 8 | A.    Yes.  His name is Alex Lorusso. | 12:51:02 |
| 9 | MR. SIEGEL:  Okay. | 12:51:08 |
| 10 | A.    He more commonly goes on the Internet by | 12:51:08 |
| 11 | just ALX. | 12:51:10 |
| 12 | Q.    Okay.  And you will excuse my ignorance. | 12:51:12 |
| 13 | But is he -- is he one of the commentators | 12:51:15 |
| 14 | essentially of TP? | 12:51:20 |
| 15 | A.    Yes.  Yes.  He's -- he's -- I think his | 12:51:21 |
| 16 | official title is he is a TPUSA ambassador. | 12:51:26 |
| 17 | Q.    Okay.  So after he contacted you, what | 12:51:32 |
| 18 | happened?  How did you actually come to agree and | 12:51:34 |
| 19 | then record that speech? | 12:51:39 |
| 20 | A.    If I remember it correctly, after | 12:51:42 |
| 21 | speaking to Alex, I then spoke to Charlie, who | 12:51:45 |
| 22 | runs Turning Point, and then -- | 12:51:50 |
| 23 | Q.    Charlie Kirk? | 12:51:53 |
| 24 | A.    Charlie Kirk, yes. | 12:51:55 |
| 25 | And then he connected me with members of | 12:51:58 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    361

| | | |
|---|---|---|
| 1 | the Trump campaign, who spoke to me first of -- | 12:52:01 |
| 2 | the first discussion we had was organizing how | 12:52:06 |
| 3 | was I going to get to DC, what was the schedule | 12:52:11 |
| 4 | going to look like, where was I actually going to | 12:52:15 |
| 5 | film my speech or whatever.  And we just worked | 12:52:18 |
| 6 | out all the logistics or whatever. | 12:52:21 |
| 7 | And then from then on, I moved to | 12:52:24 |
| 8 | actually writing my speech.  And after that, I | 12:52:30 |
| 9 | flew to DC. | 12:52:38 |
| 10 | Q.    Okay.  And were you standing in front of | 12:52:40 |
| 11 | the Lincoln Memorial when you gave it or was that | 12:52:42 |
| 12 | a backdrop? | 12:52:45 |
| 13 | A.    That was actually at the Lincoln | 12:52:47 |
| 14 | Memorial. | 12:52:49 |
| 15 | Q.    It was actually at Lincoln -- and who | 12:52:50 |
| 16 | were the people in the Trump campaign that you | 12:52:50 |
| 17 | communicated with? | 12:52:54 |
| 18 | A.    I can remember a couple of names.  I | 12:52:55 |
| 19 | won't be able to remember all of them. | 12:53:00 |
| 20 | I think there were about four or five. | 12:53:01 |
| 21 | I think one of them was Cliff Sims.  And another | 12:53:04 |
| 22 | one who was kind of the point person on keeping | 12:53:10 |
| 23 | my schedule and making sure I got where I needed | 12:53:14 |
| 24 | to be, his name was David Mariash.  And he kind | 12:53:18 |
| 25 | of organized my flights and things like that. | 12:53:23 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                              362

| | | |
|---|---|---|
| 1 | Another one that was -- that I can | 12:53:28 |
| 2 | remember, which is -- the last name I can, was | 12:53:31 |
| 3 | Jaylin Johnson.  And he wasn't necessarily | 12:53:36 |
| 4 | connected to the actual speech itself.  But when | 12:53:40 |
| 5 | I was in DC, he helped organize for me to tour | 12:53:44 |
| 6 | the Trump campaign office and like the war room, | 12:53:49 |
| 7 | the headquarters, typically. | 12:53:54 |
| 8 | Q.   And what was the process of coming up | 12:53:57 |
| 9 | with the substance of the speech? | 12:54:04 |
| 10 | A.   So the -- we had a couple -- he gave me | 12:54:06 |
| 11 | the general themes for what they wanted the | 12:54:11 |
| 12 | convention to center around.  And he offered me | 12:54:18 |
| 13 | two different approaches. | 12:54:23 |
| 14 | I could -- I could write the speech, how | 12:54:25 |
| 15 | I kind of wanted it to look, and then get input | 12:54:29 |
| 16 | from the speech writer on adjustments, or I could | 12:54:33 |
| 17 | tell the speech writer some of the things I | 12:54:36 |
| 18 | wanted and let him write it. | 12:54:39 |
| 19 | I took the initiative and wrote the | 12:54:42 |
| 20 | entire speech myself.  And then from there, we | 12:54:45 |
| 21 | made some adjustments. | 12:54:50 |
| 22 | Q.   And do you recall the name of the speech | 12:54:52 |
| 23 | writer?  Was it -- was it John Pastovich, or | 12:54:55 |
| 24 | something like that? | 12:55:04 |
| 25 | A.   Yes, John Pastovich. | 12:55:04 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    363

| | | |
|---|---|---|
| 1 | Q.    Okay.  And so what was his role? | 12:55:07 |
| 2 | A.    He played a role in helping me write the | 12:55:08 |
| 3 | speech. | 12:55:12 |
| 4 | Most of the original speech that I had | 12:55:13 |
| 5 | written ended up staying in there by the finished | 12:55:16 |
| 6 | product. | 12:55:19 |
| 7 | Q.    Okay.  And are there any -- do you have | 12:55:21 |
| 8 | any of the drafts of the speech that you wrote? | 12:55:24 |
| 9 | A.    I think I do. | 12:55:27 |
| 10 | MR. SIEGEL:  Okay.  I think we had asked | 12:55:35 |
| 11 | for those to be produced, Todd, only because they | 12:55:37 |
| 12 | do describe the events at -- | 12:55:40 |
| 13 | MR. McMURTRY:  Yeah, that is fine.  I | 12:55:41 |
| 14 | never thought of that.  It didn't strike me as | 12:55:42 |
| 15 | anything relevant.  But if you want us to get | 12:55:45 |
| 16 | those to you -- I don't think we've produced | 12:55:48 |
| 17 | them. | 12:55:50 |
| 18 | MR. SIEGEL:  Right. | 12:55:50 |
| 19 | THE WITNESS:  I don't know if it's | 12:55:51 |
| 20 | relevant to add that I think I do have several | 12:55:53 |
| 21 | different draft copies.  But on some of them, I | 12:55:56 |
| 22 | might have wrote it and then just wrote the new | 12:55:59 |
| 23 | draft over that. | 12:56:02 |
| 24 | MR. SIEGEL:  Over it, I understand. | 12:56:03 |
| 25 | THE WITNESS:  And edited it, but -- | 12:56:04 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    364

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  Okay. | 12:56:09 |
| 2 | THE WITNESS:  Yeah. | 12:56:09 |
| 3 | BY MR. SIEGEL: | 12:56:09 |
| 4 | Q.    Okay.  And why did you agree to speak? | 12:56:09 |
| 5 | A.    Well, I think, first and foremost, when | 12:56:12 |
| 6 | the President asks for something, you know, it's | 12:56:18 |
| 7 | kind of an honor and you do it. | 12:56:20 |
| 8 | So I was told that the President | 12:56:23 |
| 9 | personally wanted me to speak, and I was -- I was | 12:56:29 |
| 10 | very honored by that.  So that was probably my | 12:56:34 |
| 11 | leading motivation. | 12:56:37 |
| 12 | Q.    Okay.  So let's -- I'm going to put the | 12:56:39 |
| 13 | speech up.  I'm just going to play about the | 12:56:45 |
| 14 | first ten seconds for you to confirm that this is | 12:56:50 |
| 15 | your speech. | 12:56:54 |
| 16 | THE WITNESS:  Okay. | 12:56:55 |
| 17 | MR. SIEGEL:  This is Exhibit 31. | 12:56:56 |
| 18 | (Thereupon, a video recording of Exhibit | 12:57:02 |
| 19 | 31 was played.) | 12:57:02 |
| 20 | BY MR. SIEGEL: | 12:57:16 |
| 21 | Q.    Yeah.  That's the speech you gave? | 12:57:16 |
| 22 | A.    That is my speech. | 12:57:19 |
| 23 | Q.    Okay.  So let's go to 58 seconds. | 12:57:21 |
| 24 | MR. McMURTRY:  Recognize the suit? | 12:57:28 |
| 25 | A.    I actually needed one.  I have had this | 12:57:32 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    393

| | | |
|---|---|---|
| 1 | because I think it's really for Phase 2, but just | 13:35:12 |
| 2 | to sort of help with the timeline so we know. | 13:35:13 |
| 3 | When did you first learn that this | 13:35:17 |
| 4 | incident was out there in some way on social | 13:35:21 |
| 5 | media or wherever? | 13:35:26 |
| 6 | A.   Somewhere -- somewhere between 2 and | 13:35:27 |
| 7 | 3 a.m., on the bus back, I got woken up, and | 13:35:30 |
| 8 | people had found it trending on Twitter. | 13:35:34 |
| 9 | MR. SIEGEL:  Okay.  Let's go to -- I | 13:35:42 |
| 10 | think I skipped it the last time, but we will | 13:35:44 |
| 11 | still mark it as Exhibit 8.  And Exhibit 8 is DOC | 13:35:47 |
| 12 | 1 and 2.  It's an e-mail that was produced by the | 13:36:20 |
| 13 | diocese. | 13:36:24 |
| 14 | A.   Okay. | 13:36:25 |
| 15 | Q.   And is it -- I take it that the FR | 13:36:26 |
| 16 | Schomaker is for father? | 13:36:33 |
| 17 | A.   Yes. | 13:36:36 |
| 18 | Q.   Who is Father Schomaker? | 13:36:36 |
| 19 | A.   He -- I think he was the vicar general | 13:36:39 |
| 20 | at the diocese number two, which is the second in | 13:36:43 |
| 21 | command, basically. | 13:36:47 |
| 22 | Q.   Okay.  And did you know him? | 13:36:48 |
| 23 | A.   I didn't know him personally.  I had | 13:36:53 |
| 24 | seen him a handful of times when the bishop would | 13:36:56 |
| 25 | visit the school or when I would attend church | 13:37:03 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                           428

| | | |
|---|---|---|
| 1 | [Name Redacted] texts, protect your water | 14:47:06 |
| 2 | protectors, with an emoji I'm not sure I can make | 14:47:10 |
| 3 | out. | 14:47:14 |
| 4 | And on 804 at 1997, you respond, sacred | 14:47:19 |
| 5 | P-I-P-E-E-E.  What was that? | 14:47:26 |
| 6 | A.    Pipe. | 14:47:34 |
| 7 | Q.    Sacred pipe? | 14:47:35 |
| 8 | A.    Yes. | 14:47:36 |
| 9 | Q.    So is that a misspelling? | 14:47:36 |
| 10 | A.    Or just an -- I think what I was doing | 14:47:39 |
| 11 | was exaggerating it, like elongating the E. | 14:47:42 |
| 12 | Q.    Got it.  So what -- what does that mean? | 14:47:47 |
| 13 | What does this text exchange mean? | 14:47:50 |
| 14 | A.    I'm not sure.  I think I was | 14:47:55 |
| 15 | referencing -- I was referencing, I guess, the | 14:47:57 |
| 16 | sacred pipe from Native American culture. | 14:48:05 |
| 17 | Q.    And what was the point you were making | 14:48:10 |
| 18 | by doing that? | 14:48:12 |
| 19 | A.    It was intended to be humorous. | 14:48:13 |
| 20 | Q.    And what was the humor? | 14:48:18 |
| 21 | A.    The humor was in the text before. [Name Redacted] | 14:48:22 |
| 22 | [Name Redacted] said water protectors, and I assumed that | 14:48:30 |
| 23 | also had something to do with Native American | 14:48:34 |
| 24 | culture.  I don't know if it does or it doesn't. | 14:48:37 |
| 25 | And so I responded with another thing that has to | 14:48:40 |

| | | |
|---|---|---|
| 1 | do with Native American culture. | 14:48:46 |
| 2 | Q.    And why did you consider that humorous? | 14:48:50 |
| 3 | A.    Just because it related to what had | 14:49:08 |
| 4 | happened the day before. | 14:49:14 |
| 5 | Q.    Okay.  And again, what was funny about | 14:49:15 |
| 6 | it to you? | 14:49:19 |
| 7 | A.    As I said, just that it was -- that it | 14:49:20 |
| 8 | was in relation to something he had said.  And | 14:49:24 |
| 9 | obviously, this is connected to the same culture | 14:49:28 |
| 10 | of Mr. Phillips and what had happened the day | 14:49:33 |
| 11 | before. | 14:49:36 |
| 12 | Q.    And why was that funny to you? | 14:49:36 |
| 13 | MR. McMURTRY:  I think he's answered | 14:49:39 |
| 14 | that question.  But just try to answer. | 14:49:40 |
| 15 | A.    I believe I have -- I'm saying that it | 14:49:43 |
| 16 | was funny because I was referencing something the | 14:49:46 |
| 17 | day before. | 14:49:50 |
| 18 | It's kind of dark and cynical humor. | 14:49:51 |
| 19 | Because at this point, I'm convinced that more | 14:49:55 |
| 20 | than half the country hates me.  And if I don't | 14:49:58 |
| 21 | find some way to make light of the situation, I | 14:50:01 |
| 22 | don't know how I'm going to deal with it. | 14:50:04 |
| 23 | BY MR. SIEGEL: | 14:50:06 |
| 24 | Q.    And just what do you understand a sacred | 14:50:06 |
| 25 | pipe to be? | 14:50:10 |