UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, <br><br> Plaintiff, <br><br> v. <br><br> ROLLING STONE, LLC and PENSKE MEDIA CORPORATION, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : CASE NO. 2:20-cv-00027-WOB-CJS <br> : <br> : **ORAL ARGUMENT REQUESTED** <br> : <br> : <br> : <br> : |

## DEFENDANTS ROLLING STONE, LLC AND PENSKE MEDIA CORPORATION'S MOTION TO STRIKE REPORT AND TESTIMONY OF DR. CRAIGE ROBERTS

Defendants Rolling Stone, LLC and Penske Media Corporation (collectively "Defendants"), move for an Order granting Defendants' motion to strike the report and testimony of Dr. Craige Roberts for the reasons stated in the accompanying Defendants' Joint Memorandum of Law in Support of Motion to Strike Report and Testimony of Dr. Craige Roberts. A proposed Order is attached. Defendants request oral argument on this Motion.

Dated: February 11, 2022

Respectfully submitted,

/s/ *Kevin T. Shook*
Kevin T. Shook (*pro hac vice*)
FROST BROWN TODD LLC
10 West Broad Street
Columbus, OH 43215-3484
Phone: 614-464-1211
Fax: 614-464-1737
kshook@fbtlaw.com

Theresa A. Canaday (KBA# 88607)
Samuel W. Wardle (KBA# 97365)
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Phone: 502-589-5400
Fax:  502-581-1087
tcanaday@fbtlaw.com
swardle@fbtlaw.com

Michael E. Nitardy (KBA# 91613)
FROST BROWN TODD LLC
7310 Turfway Road, Suite 210
Florence, KY  41042
Phone: 859-817-5900
Fax: 859-283-5902
mnitardy@fbtlaw.com

Ryan W. Goellner (*pro hac vice*)
FROST BROWN TODD LLC
301 East Fourth Street, Suite 3300
Cincinnati, OH  45202
Phone: 513-651-6800
Fax: 513-651-6981
rgoellner@fbtlaw.com

*Counsel for Defendants, Rolling Stone, LLC and Penske Media Corporation*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2022, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first-class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Todd V. McMurtry
Jeffrey A. Standen
J. Will Huber
HEMMER DEFRANK WESSELS PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
tmcmurtry@HemmerLaw.com
jstanden@HemmerLaw.com
whuber@HemmerLaw.com

                                          */s/ Kevin T. Shook*
                                          *Counsel for Defendants, Rolling Stone, LLC*
                                          *and Penske Media Corporation*

0144420.0730688   4859-5621-3006v1