# EXHIBIT A



Planet Depos®
We Make It *Happen*™

# Transcript of Craige Roberts, Ph.D.

**Date:** December 7, 2021
**Case:** Sandmann, et al. -v- NBCUniversal Media, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    NORTHERN DIVISION AT COVINGTON


------------------------------X

NICHOLAS SANDMANN, by and      :
Through his parents and natural
Guardians,  TED SANDMANN and   :
JULIE SANDMANN,
                  Plaintiff,   : Case No.
              V                  19-CV-00056-WOB-CJS
NBCUNIVERSAL MEDIA, LLC,        :
                  Defendant.
                               :

----------------------------- X

NICHOLAS SANDMANN, by and      :
Through his parents and natural
Guardians, TED SANDMANN and    :
JULIE SANDMANN,
                  Plaintiff,   : Case No.
              V                  20-CV-00023-WOB-CJS
                               :
THE NEW YORK TIMES COMPANY
D/B/A THE NEW YORK TIMES,      :
                  Defendant.
                               :

----------------------------- X

NICHOLAS SANDMANN, by and      :
Through his parents and natural
Guardians, TED SANDMANN and    :
JULIE SANDMANN,
                  Plaintiff,   : Case No.
              V                  20-CV-00024-WOB-CJS
                               :
CBS NEWS, INC., et al.,
                  Defendants. :

----------------------------- X

Job No.:  416134

Pages 1 - 224

Reported by:  Lisa M Barrett

1    (continued caption)

2    ------------------------------ X

3    NICHOLAS SANDMANN, by and        :
     through his parents and natural
4    Guardians, TED SANDMANN and      :
     JULIE SANDMANN,
5                        Plaintiff,   : Case No.
                         V              2:20-CV-00025-WOB-CJS
6                                     :
     ABC NEWS, INC., et al.,
7                    Defendants.      :

8    ------------------------------ X

9    NICHOLAS SANDMANN, by and        :
     Through his parents and natural
10   Guardians, TED SANDMANN and      :
     JULIE SANDMANN,
11                      Plaintiff,    : Case No.
                  V                     2:20-CV-00026-WOB-CJS
12                                    :
     GANNETT CO.,INC. AND GANNETT     :
13   SATELLITE INFORMATION NETWORK,
     LLC,
14                    Defendants.     :

15   ------------------------------ X

16   NICHOLAS SANDMANN, by and        :
     Through his parents and natural
17   Guardians, TED SANDMANN and      :
     JULIE SANDMANN,
18                      Plaintiff     : Case No.
                  V                     2:20-CV-00027-WOB-CJS
19                                    :
     ROLLING STONE, LLC, et al.,
20                    Defendants.     :

21   ------------------------------ X

22          Deposition of CRAIGE ROBERTS, Ph.D.

23          Conducted in-person and virtually

24      Tuesday, December 7, 2021 at 9:30 a.m.

25

1           Deposition of CRAIGE ROBERTS, Ph.D.,

2    conducted in-person and virtually,

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22           Pursuant to Notice, before Lisa M

23    Barrett, Notary Public for the State of

24    Maryland.

25

```
 1              A P P E A R A N C E S:

 2   Tuesday, December 7, 2021:

 3   ON BEHALF OF THE PLAINTIFF:

 4            TODD V. McMURTRY, ESQUIRE

 5            WILL HUBER, ESQUIRE

 6            HEMMER DEFRANK WESSELS, PLLA

 7            250 Grandview Drive, Suite 500

 8            Ft. Mitchell, Kentucky 41017

 9            859.344.1188

10   ON BEHALF OF THE DEFENDANTS ABC NEWS, INC.,
     ABC NEWS INTERACTIVE, INC. AND THE WALT DISNEY
11   COMPANY:

12            MEENAKSHI KRISHNAN, ESQUIRE

13            DAVIS WRIGHT TREMAINE, LLP

14            1301 K Street, Northwest,

15            Suite 500 Washington, DC 20005

16            202.973.4499

17   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
     VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
18

19            JESSICA LAURIN MEEK, ESQUIRE

20            DENTONS BINGHAM GREENBAUM, LLP

21            10 West Market Street, Suite 2700

22            Indianapolis, Indiana 46204

23            317.635.8900

24

25         A P P E A R A N C E S (Continued)
```

```
 1    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
      VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
 2

 3              NATALIE J. SPEARS, ESQUIRE

 4              DENTONS US, LLP

 5              233 South Wacker Drive Suite 5900

 6              Chicago, Illinois 60606

 7              312.876.8000

 8

 9    ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC
      AND PENSKE MEDIA CORPORATION:
10

11              KEVIN T. SHOOK, ESQUIRE

12              RYAN GOELLNER, ESQUIRE

13              FROST BROWN TODD, LLC

14              10 West Broad Street

15              Columbus, Ohio 43215

16              615.565.1222

17

18    ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
      AND GANNETT SATELLITE INFORMATION NETWORK, LLC:

19              MICHAEL P. ABATE, ESQUIRE

20              KAPLAN JOHNSON

21              ABATE & BIRD, LLP

22              710 West Main Street 4th Floor

23              Louisville, Kentucky 40202

24              502.540.8280

25          A P P E A R A N C E S:  (Continued)
```

```
 1    ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
      AND GANNETT SATELLITE INFORMATION NETWORK, LLC:
 2

 3              MICHAEL J. GRYGIEL, ESQUIRE

 4              GREENBERG TRAURIG, LLP

 5              54 State Street 6th Floor Albany,

 6              New York 12207

 7              518.689.1400

 8    ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA, LLC
      AND THE NEW YORK TIMES COMPANY D/B/A
 9    THE NEW YORK TIMES:

10              DARREN W. FORD, ESQUIRE

11              GRAYDON HEAD & RITCHEY, LLP

12              2400 Chamber Center Drive, Suite 300

13              Ft. Mitchell, Kentucky 41017

14              859.578.3071

15

16    Also present:  David Hernandez, Videographer,

17                   Socrates Matthews, Planet Depos AV Technician

18

19

20

21

22

23

24

25
```

1                   C O N T E N T S

2

3    EXAMINATION OF CRAIGE ROBERTS, Ph.D.          PAGE

4    By MS. SPEARS:                                12

5                   E X H I B I T S

6

7    EXHIBIT            DESCRIPTION                PAGE

8

9    Exhibit A     Expert Report of Craige        47
                   Roberts, Ph.D

10

11   Exhibit B     Document entitled: Craig       223
                   Roberts, Sandmann

12                 deposition notes, December
                   7, 2021

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | --- Commencing at 9:59 a.m. | |
| 2 | REMOTE TECHNICIAN:  Thank you to | 09:59:03 |
| 3 | everyone for attending this proceeding remotely | 09:59:28 |
| 4 | which we anticipate will run smoothly. | 09:59:30 |
| 5 | Please remember to speak slowly and do | 09:59:32 |
| 6 | your best not to talk over one another. | 09:59:34 |
| 7 | Please be aware that we are recording | 09:59:36 |
| 8 | this proceeding for back up purposes.  Any | 09:59:38 |
| 9 | off-the-record discussions should be had away from | 09:59:40 |
| 10 | the computer. | 09:59:42 |
| 11 | Please remember to mute your mic for | 09:59:43 |
| 12 | those conversations.  Please have your video | 09:59:45 |
| 13 | enabled to help the reporter identify who is | 09:59:46 |
| 14 | speaking. | 09:59:48 |
| 15 | If you are unable to connect with video | 09:59:49 |
| 16 | and are connecting via phone, please identify | 09:59:51 |
| 17 | yourself each time before speaking.  I apologize | 09:59:54 |
| 18 | in advance for any technical-related | 09:59:56 |
| 19 | interruptions.  Thank you. | 09:59:59 |
| 20 | THE VIDEOGRAPHER:  Here begins number 1 | 10:00:01 |
| 21 | for the videotape deposition of Craige Roberts in | 10:00:03 |
| 22 | the matter of -- | 10:00:08 |
| 23 | MS. SPEARS:  I'll read the matters | 10:00:11 |
| 24 | listed here.  This is the video-recorded | 10:00:12 |
| 25 | deposition of Nicholas Sandmann in the matter of | 10:00:14 |

| | | |
|---|---|---|
| 1 | Nicholas Sandmann et al. versus NBCUniversal Media | 10:00:20 |
| 2 | LLC.  Case number 19-CV-00056-WOB-CJS. | 10:00:20 |
| 3 | In the case of Nicholas Sandmann versus | 10:00:26 |
| 4 | the New York Times.  Case Number | 10:00:30 |
| 5 | 20-CV-00023-WOB-CJS.  In the matter of Nicholas | 10:00:30 |
| 6 | Sandmann versus CBS News, Inc., et al.  Case | 10:00:36 |
| 7 | Number 20-CV-00024-WOB-CJS. | 10:00:36 |
| 8 | In the matter of Nicholas Sandmann | 10:00:57 |
| 9 | versus Nicholas Sandmann, et al. versus ABC News, | 10:01:01 |
| 10 | Incorporated, et al., Case Number | 10:01:01 |
| 11 | 2:20-CV-00025-WOB-CJ. | 10:01:01 |
| 12 | In the matter of Nicholas Sandmann | 10:01:01 |
| 13 | versus Rolling Stone, LLC, et al.  Case Number | 10:01:01 |
| 14 | 2:20-CV-00027-WOB-CJS. | 10:01:01 |
| 15 | THE VIDEOGRAPHER:  Today's date it's | 10:01:12 |
| 16 | December 7th -- | 10:01:12 |
| 17 | -- (overspeaking) -- | 10:01:14 |
| 18 | MS. SPEARS:  One more.  Sorry, it's not | 10:01:16 |
| 19 | on the caption here.  But in the matter of | 10:01:16 |
| 20 | Nicholas Sandmann versus Gannett Company Inc., et | 10:01:18 |
| 21 | al. and that's case number 20-CV-00026-WOB-CJS. | 10:01:22 |
| 22 | THE VIDEOGRAPHER:  Today's date is | 10:01:32 |
| 23 | December 7th, 2021 and the time is 10:01 a.m. | 10:01:33 |
| 24 | The videographer today is David | 10:01:37 |
| 25 | Hernandez representing Planet Depos. | 10:01:37 |

| | | |
|---|---|---|
| 1 | This video deposition is taking place | 10:01:42 |
| 2 | at Dentons US LLP at 1221 Avenue of the Americas, | 10:01:45 |
| 3 | New York. | 10:01:50 |
| 4 | Will counsel please identify themself | 10:01:51 |
| 5 | and state whom they represent. | 10:01:52 |
| 6 | MR. FORD:  Good morning, this is Darren | 10:01:57 |
| 7 | Ford.  I'm sorry, go ahead, Natalie. | 10:01:58 |
| 8 | MS. SPEARS:  Go ahead, Darren. | 10:02:02 |
| 9 | MR. FORD:  Oh, this is Darren Ford | 10:02:04 |
| 10 | representing New York Times Company and | 10:02:05 |
| 11 | NCBUniversal Media LLC. | 10:02:08 |
| 12 | MR. HUBER:  Will Huber for the | 10:02:12 |
| 13 | plaintiff, Nicholas Sandmann. | 10:02:14 |
| 14 | MR. SHOOK:  Good morning, this is Kevin | 10:02:16 |
| 15 | Shook.  I'm with Frost Brown Todd, LLC. | 10:02:19 |
| 16 | With me today Ryan Goellner also with | 10:02:22 |
| 17 | Frost Brown Todd LLC.  We represent Rolling Stone. | 10:02:23 |
| 18 | MS. KRISHNAN:  Good morning.  Meenakshi | 10:02:29 |
| 19 | Krishnan representing ABC. | 10:02:31 |
| 20 | MR. ABATE:  Michael Abate with Kaplan, | 10:02:36 |
| 21 | Johnson Abate and Bird, co-counsel for Gannett Co. | 10:02:38 |
| 22 | Inc. and Gannett Satellite Information Network on | 10:02:40 |
| 23 | behalf of USA Today. | 10:02:44 |
| 24 | This is Michael Grygiel, Greenberg | 10:02:46 |
| 25 | Traurig.  Co-counsel with Mr. Abate for the | 10:02:47 |

| | | |
|---|---|---|
| 1 | Gannett Company and Gannett Satellite Information | 10:02:47 |
| 2 | Network as the publisher of USA Today. | 10:02:47 |
| 3 | MR. SIEGEL:  And Nathan Siegel also | 10:02:56 |
| 4 | representing ABC. | 10:02:56 |
| 5 | MR. McMURTRY:  Todd McMurtry, here for | 10:02:59 |
| 6 | the plaintiff, Nicholas Sandmann. | 10:02:59 |
| 7 | MS. SPEARS:  And good morning, | 10:02:59 |
| 8 | everybody.  This is Nathalie Spears.  I am here | 10:02:59 |
| 9 | with my colleague Jessie Meek, representing the | 10:02:59 |
| 10 | CBS defendants. | 10:02:59 |
| 11 | THE VIDEOGRAPHER:  The Court Reporter | 10:03:19 |
| 12 | is Lisa Barrett.  Would the Reporter please swear | 10:03:20 |
| 13 | in the witness. | 10:03:22 |
| 14 | (Oath Stipulation read by Court Reporter) | 10:03:22 |
| 15 | CRAIGE ROBERTS Ph.D, having been duly | 10:03:22 |
| 16 | sworn testified as follows: | 10:03:22 |
| 17 | BY MS. SPEARS: | 10:04:37 |
| 18 | Q    Can you please state your name for the | 10:04:38 |
| 19 | record. | 10:04:39 |
| 20 | A    Craige Roberts. | 10:04:41 |
| 21 | Q    And that is spelled C-R-A -- | 10:04:42 |
| 22 | A    C-R-A-I-G-E. | 10:04:46 |
| 23 | Q    Okay.  I wasn't sure if that was going | 10:04:48 |
| 24 | to be pronounced "Craige" or "Craig," but it's | 10:04:50 |
| 25 | "Craig". | 10:04:55 |

| | | |
|---|---|---|
| 1 | A    Correct. | 10:04:55 |
| 2 | Q    Is that a family name? | 10:04:55 |
| 3 | A    Great grandmother. | 10:04:57 |
| 4 | Q    Great grandmother.  Okay.  Have you | 10:04:59 |
| 5 | been deposed before? | 10:04:59 |
| 6 | A    I have. | 10:04:59 |
| 7 | Q    Okay and so you understand the rules, | 10:05:13 |
| 8 | they're a little bit different here as you've -- | 10:05:13 |
| 9 | -- (overspeaking) -- | 10:05:13 |
| 10 | A    Yeah.  They're a little different. | 10:05:13 |
| 11 | That's fine. | 10:05:13 |
| 12 | (Court reporter interjection re overspeaking.) | 10:05:13 |
| 13 | BY MS. SPEARS: | 10:05:14 |
| 14 | Q    Thank you.  That's one of the rules, so | 10:05:14 |
| 15 | thank you for stating that. | 10:05:15 |
| 16 | If you need a break at any time please | 10:05:16 |
| 17 | let me know.  If you don't understand one of my | 10:05:18 |
| 18 | questions, please let me know, otherwise the | 10:05:20 |
| 19 | record will assume and I will assume that you have | 10:05:22 |
| 20 | understood. | 10:05:25 |
| 21 | -- (overspeaking) -- | 10:05:25 |
| 22 | A    Understood. | 10:05:26 |
| 23 | Q    And nods of the head also don't work in | 10:05:28 |
| 24 | depositions, so you have to say "yes" or "no." | 10:05:30 |
| 25 | A    I'm trying just not to overlap what | 10:05:31 |

| | | |
|---|---|---|
| 1 | you're saying. Okay. That's fine. I understand. | 10:05:33 |
| 2 | Q   Great. All right. Where do you live | 10:05:36 |
| 3 | currently? | 10:05:38 |
| 4 | A   I live here in New York City. Do you | 10:05:39 |
| 5 | want the address? | 10:05:42 |
| 6 | Q   Sure. | 10:05:43 |
| 7 | A   501 West 123rd Street, Apartment 20F, | 10:05:44 |
| 8 | New York, 10027. | 10:05:45 |
| 9 | Q   And how long have you lived here? | 10:05:49 |
| 10 | A   I've lived in the city for five years, | 10:05:50 |
| 11 | but at that address for three. | 10:05:52 |
| 12 | Q   And by way of background, where were | 10:05:55 |
| 13 | you born? | 10:05:58 |
| 14 | A   Terre Haute, Indiana. | 10:05:58 |
| 15 | Q   And did you grow up there? | 10:06:19 |
| 16 | (Court reporter interjection re audio) | 10:06:19 |
| 17 | A   Is that better? Hello. I didn't hear | 10:06:19 |
| 18 | what she said. | 10:06:19 |
| 19 | BY MS. SPEARS: | 10:06:23 |
| 20 | Q   Is she close enough because I do want | 10:06:30 |
| 21 | to make sure that we're good to go here and we | 10:06:32 |
| 22 | don't have continuing issues. So don't be shy on | 10:06:35 |
| 23 | the court reporting side. Does that sound better? | 10:06:40 |
| 24 | (Court reporter clarification.) | 10:06:42 |
| 25 | A   I'll tell you again. I was born in | 10:06:48 |

| | | |
|---|---|---|
| 1 | Terre Haute, Indiana.  Can you hear me now? | 10:06:50 |
| 2 | COURT REPORTER:  Yes. | 10:06:57 |
| 3 | BY MS. SPEARS: | 10:06:57 |
| 4 | Q    Okay, great.  And that's where you grew | 10:06:58 |
| 5 | up? | 10:07:01 |
| 6 | A    I did. | 10:07:02 |
| 7 | Q    And where's Terre Haute in Indiana? | 10:07:04 |
| 8 | A    Terre Haute is on the western border of | 10:07:04 |
| 9 | Indiana with Illinois, about 200 miles due south | 10:07:04 |
| 10 | of Chicago. | 10:07:07 |
| 11 | Q    And did you go to high school in Terre | 10:07:08 |
| 12 | Haute? | 10:07:10 |
| 13 | A    I did.  Wiley High School. | 10:07:13 |
| 14 | Q    What high school is that? | 10:07:13 |
| 15 | A    Wiley.  No longer exists.  My great | 10:07:13 |
| 16 | grandfather went there so... | 10:07:17 |
| 17 | Q    Was it a public high school? | 10:07:19 |
| 18 | A    Yes. | 10:07:21 |
| 19 | Q    You went to University in Indiana, as | 10:07:21 |
| 20 | well? | 10:07:25 |
| 21 | A    I did. | 10:07:25 |
| 22 | Q    And where did you study? | 10:07:26 |
| 23 | A    Indiana University as part of the | 10:07:27 |
| 24 | undergraduate. | 10:07:29 |
| 25 | Q    And what was your undergraduate degree? | 10:07:30 |

| | | | |
|---|---|---|---|
| 1 | A | My degree was in theater. | 10:07:32 |
| 2 | Q | And when did you graduate? | 10:07:34 |
| 3 | A | I graduated in 1978, my undergraduate. | 10:07:37 |
| 4 | Q | Did you attend graduate school? | 10:07:45 |
| 5 | A | Yes, I did. | 10:07:47 |
| 6 | Q | Where? | 10:07:48 |
| 7 | A | I studied for another year at Indiana | 10:07:48 |
| 8 | | University.  Then I went to the University of | 10:07:52 |
| 9 | | Massachusetts in Amherst for my Ph D. | 10:07:54 |
| 10 | Q | And when you studied another year at | 10:07:57 |
| 11 | | Indiana University, what did you study? | 10:07:59 |
| 12 | A | I was studied linguistics at that time. | 10:08:01 |
| 13 | Q | Okay, and that was part of graduate | 10:08:04 |
| 14 | | training? | 10:08:06 |
| 15 | A | Yes.  That was working towards a | 10:08:06 |
| 16 | | Master's degree, but the Master's really didn't | 10:08:08 |
| 17 | | matter for my graduate education, so much as the | 10:08:11 |
| 18 | | classwork that I took there. | 10:08:16 |
| 19 | | So, when I was admitted to University | 10:08:17 |
| 20 | | of Massachusetts of Amherst, I went there the | 10:08:20 |
| 21 | | following year and didn't complete the Master's. | 10:08:23 |
| 22 | Q | So the year that you did in 1979 to | 10:08:29 |
| 23 | | '80 at Indiana State, that was part of your | 10:08:31 |
| 24 | | training in linguistics? | 10:08:36 |
| 25 | A | Yes, at the time while I was taking | 10:08:37 |

| | | |
|---|---|---|
| 1 | coursework there I also had studied lexicography, | 10:08:39 |
| 2 | dictionary making and I worked as a research | 10:08:46 |
| 3 | assistant on the dictionary of Haitian Creole, | 10:08:49 |
| 4 | French and English under Professor Arthur | 10:08:49 |
| 5 | (inaudible). | 10:08:53 |
| 6 | Q    And what is lexicography? | 10:08:54 |
| 7 | A    Lexicography is the study of how to | 10:08:57 |
| 8 | make dictionaries. | 10:08:59 |
| 9 | Q    And how did you get interested in | 10:09:01 |
| 10 | lexicography? | 10:09:03 |
| 11 | A    Well, that's a long story.  But I had | 10:09:05 |
| 12 | been living in New York prior to -- I took some | 10:09:07 |
| 13 | time off.  After my junior year of college, I came | 10:09:10 |
| 14 | here and lived. | 10:09:14 |
| 15 | I thought I might be interested in the | 10:09:15 |
| 16 | arts, but instead I got interested in linguistics | 10:09:17 |
| 17 | and met someone who was a very famous collector | 10:09:19 |
| 18 | and seller of dictionaries and got very interested | 10:09:27 |
| 19 | in that work and she told me, you know, there's a | 10:09:31 |
| 20 | place where people pay to do that instead of being | 10:09:33 |
| 21 | an expensive hobby, so I went to graduate school. | 10:09:36 |
| 22 | Q    And what interested you about | 10:09:43 |
| 23 | lexicography? | 10:09:45 |
| 24 | A    I'd always been interested in meaning | 10:09:46 |
| 25 | and I realized that there was a way to study | 10:09:50 |

| | | |
|---|---|---|
| 1 | meaning in a more systematic way that touched on | 10:09:53 |
| 2 | deeper issues about -- philosophical issues about | 10:09:55 |
| 3 | meaning in a way that could be conveyed. | 10:09:59 |
| 4 | Q    Then you went to University of | 10:10:07 |
| 5 | Massachusetts at Amherst? | 10:10:09 |
| 6 | A    Yes. | 10:10:11 |
| 7 | Q    And you studied linguistics there? | 10:10:12 |
| 8 | A    Yes.  At the time U Mass Amherst -- | 10:10:14 |
| 9 | well still it's one of the top universities in the | 10:10:18 |
| 10 | world to study in my area.  Not just linguistics | 10:10:21 |
| 11 | but linguistic semantics, the study of meaning. | 10:10:23 |
| 12 | And at the time my advisor there Barbara H Partee | 10:10:24 |
| 13 | was and still is one of the top people in the | 10:10:30 |
| 14 | field, so I wanted to work with her. | 10:10:33 |
| 15 | Q    Let's back up there a little bit.  Tell | 10:10:35 |
| 16 | me what is linguistics. | 10:10:36 |
| 17 | A    Linguistics is a scientific study of | 10:10:39 |
| 18 | language.  It's a very large field, not in terms | 10:10:41 |
| 19 | of number of people in it, but in terms of the | 10:10:44 |
| 20 | range of issues that people study.  Everything | 10:10:46 |
| 21 | from the history of languages, from the grammars | 10:10:48 |
| 22 | of particular languages.  But in modern | 10:10:53 |
| 23 | linguistics we are more interested in how people | 10:10:57 |
| 24 | learn and convey linguistic meaning to each other. | 10:11:03 |
| 25 | That's a complicated subject and I | 10:11:10 |

1   wanted to study not just sound patterns or syntax          10:11:14

2   or grammar but meaning.  How we convey meaning.            10:11:18

3       Q    What types of questions do linguists              10:11:22

4   have special expertise to answer?                          10:11:27

5                -- (overspeaking) --                          10:11:30

6       A    Well, it depends on the linguist.  I              10:11:30

7   wouldn't be here -- I purport to have no special           10:11:33

8   knowledge about historical grammar, how language           10:11:36

9   has changed or the relationships between different         10:11:38

10  languages historically.  That's not my expertise.         10:11:41

11  But in my particular case we -- I am able to bring         10:11:43

12  evidence to bear about the plain meaning of                10:11:50

13  expressions of a variety of languages but English         10:11:54

14  in particular.                                             10:12:00

15      Q    Does the type of linguistic study you             10:12:00

16  consider yourself an expert in, have a name?               10:12:04

17      A    Semantics.  Formal semantics.                     10:12:10

18      Q    What is semantics?                                10:12:11

19      A    Semantics is the study of meaning in              10:12:13

20  linguistics.                                               10:12:16

21      Q    How is semantics different from                   10:12:16

22  linguistics?                                               10:12:20

23      A    It's a subfield of linguistics.  As I             10:12:21

24  said, linguistics is complex.  There's historical         10:12:24

25  linguistics, cycle linguistics, phonology.  The           10:12:27

| | |
|---|---|
| 1 | study of the sound patterns.  Semantics is the | 10:12:29 |
| 2 | study of meaning.  I can tell you more about the | 10:12:31 |
| 3 | study, if you are interested. | 10:12:34 |
| 4 | Q    So, when you were you refer to yourself | 10:12:37 |
| 5 | as a linguist, do you refer to yourself as a | 10:12:39 |
| 6 | semantics linguist? | 10:12:43 |
| 7 | A    No, if you are saying you are a | 10:12:45 |
| 8 | physicist, then you can study particle physics or | 10:12:47 |
| 9 | nuclear physics or, you know, a variety of other | 10:12:53 |
| 10 | subfields in which your expertise would primarily | 10:12:56 |
| 11 | lie and mine is semantics within the -- I'm a | 10:12:59 |
| 12 | linguist who studies semantics so you can say I'm | 10:13:03 |
| 13 | a semanticist or a formal semanticist. | 10:13:05 |
| 14 | Q    Okay, and what kinds of data or | 10:13:11 |
| 15 | information do linguists who specialize in | 10:13:11 |
| 16 | semantics rely upon when you undertake an | 10:13:16 |
| 17 | analysis? | 10:13:19 |
| 18 | A    Well, we are scientists so we have | 10:13:20 |
| 19 | certain empirical methodologies that we use to | 10:13:22 |
| 20 | study the ways in which we convey meaning. | 10:13:27 |
| 21 | So that, itself, is (phone sounds.) | 10:13:30 |
| 22 | Q    Sorry.  The telephone just went off in | 10:13:38 |
| 23 | the room, but you can pick up where you left off. | 10:13:39 |
| 24 | A    Yeah.  So, for example, you might say | 10:13:42 |
| 25 | that the meaning of a sentence that I utter is a | 10:13:45 |

| | | |
|---|---|---|
| 1 | function of several factors. | 10:13:49 |
| 2 | Primarily the meanings of the words | 10:13:51 |
| 3 | that I utter, but also the syntactic structure. | 10:13:53 |
| 4 | As I said in my report, John loves Mary means | 10:13:57 |
| 5 | something very different than Mary loves John, so | 10:14:01 |
| 6 | you have to know that John's the subject of one, | 10:14:03 |
| 7 | the object of the other, etcetera, so you have to | 10:14:06 |
| 8 | know the meanings of the words. | 10:14:07 |
| 9 | The syntactic structure in which they | 10:14:10 |
| 10 | obtain in that utterance and the way in which | 10:14:13 |
| 11 | syntax puts the meanings of words together to | 10:14:16 |
| 12 | compose more complex meanings.  And then in | 10:14:20 |
| 13 | addition you have to look at various contextual | 10:14:23 |
| 14 | factors.  In particular, if there's a pronoun or | 10:14:26 |
| 15 | ellipsis in the sentence, we study the ways in | 10:14:30 |
| 16 | which people rely and really treat the meaning of | 10:14:34 |
| 17 | "he."  We say "He looks hungry," that means | 10:14:37 |
| 18 | something very different if I've been talking | 10:14:39 |
| 19 | about John versus a male alligator.  Right.  It | 10:14:40 |
| 20 | depends on the question under discussion and the | 10:14:45 |
| 21 | context of utterance and -- | 10:14:47 |
| 22 | Q    So, let me stop you there for a second. | 10:14:49 |
| 23 | So my question there was:  What kind of data or | 10:14:51 |
| 24 | information do you rely on?  You mention the | 10:14:54 |
| 25 | meaning of words, syntactic structure. | 10:14:56 |

| | | |
|---|---|---|
| 1 | -- (overspeaking) -- | 10:14:59 |
| 2 | What type of data? | 10:15:00 |
| 3 | -- (inaudible) -- | 10:15:00 |
| 4 | A    What data do we work on? | 10:15:01 |
| 5 | Q    Yes. | 10:15:03 |
| 6 | A    In the case of lexicography, this I | 10:15:03 |
| 7 | studied -- it's an old study, I studied this with | 10:15:07 |
| 8 | Professor Edward Gates, who was a lexicographer | 10:15:10 |
| 9 | that worked for Merriam-Webster Company in | 10:15:14 |
| 10 | Springfield, Massachusetts.  And classical | 10:15:17 |
| 11 | lexicographic procedure consists in finding usages | 10:15:21 |
| 12 | of the term that you are studying in, collecting | 10:15:25 |
| 13 | those from a wide variety of sources, literature, | 10:15:27 |
| 14 | newspaper reporting, essays. | 10:15:32 |
| 15 | Today we use radio programs, television | 10:15:35 |
| 16 | programs and the web, of course, to collect all | 10:15:37 |
| 17 | these usages. | 10:15:42 |
| 18 | They used to have shoeboxes full of | 10:15:43 |
| 19 | them.  Huge rooms full of shoeboxes of collections | 10:15:45 |
| 20 | of usages.  These are ordinary usages by people | 10:15:46 |
| 21 | who are native speakers of the language under | 10:15:52 |
| 22 | study and then the lexicographer attempts to | 10:15:54 |
| 23 | organize these into different possible sentences, | 10:15:59 |
| 24 | looking at context and evidence interpretation in | 10:16:02 |
| 25 | those passages in which they occur. | 10:16:05 |

1          And then they develop sensors or                10:16:07

2   dictionary definitions, some people call them.         10:16:12

3   Now a dictionary definition then is a reflection       10:16:14

4   of one of the meanings that ordinary people take       10:16:17

5   the given term to have.                                10:16:22

6       Q    Okay, so what you just described              10:16:25

7   essentially as what lexicographers do, putting         10:16:27

8   together dictionaries, correct?                        10:16:31

9       A    I talked to you about the data that           10:16:32

10  they use.                                              10:16:33

11      Q    Yeah, they use data to put together           10:16:33

12  dictionaries.                                          10:16:35

13      A    Right.                                        10:16:36

14      Q    So dictionaries are one form of               10:16:37

15  data that --                                           10:16:39

16      A    One form.                                     10:16:39

17      Q    -- linguists use.                             10:16:40

18      A    Right.                                        10:16:43

19      Q    What other data or is dictionary the         10:16:43

20  main data?                                             10:16:44

21      A    Well, no.  I mean, as I said there are       10:16:45

22  three prongs at least, major parts of the meaning     10:16:47

23  of a sentence I might utter.                           10:16:49

24              -- (overspeaking) --                       10:16:52

25      Q    Okay, so what other data?                     10:16:52

| | |
|---|---|
| 1 | A    So, the second prong is the syntactic | 10:16:54 |
| 2 | structure and linguists have been studying syntax | 10:16:59 |
| 3 | for centuries.  But in particular, since the | 10:17:02 |
| 4 | advent of generative grammar in the 1950s, | 10:17:05 |
| 5 | enormous progress has been made to study the many | 10:17:09 |
| 6 | and sometimes very complex and tactic structures | 10:17:12 |
| 7 | of a language, and the evidence that people draw | 10:17:15 |
| 8 | on again are texts and usages that are found in | 10:17:18 |
| 9 | the plain language of the speakers of the | 10:17:22 |
| 10 | language.  In other words -- | 10:17:25 |
| 11 | -- (overspeaking) -- | 10:17:27 |
| 12 | Q    Which you would find in dictionaries. | 10:17:27 |
| 13 | A    No, dictionaries do not record | 10:17:30 |
| 14 | syntactic structure.  You would go to -- I mean | 10:17:32 |
| 15 | the grammarians, the syntacticians in this case, | 10:17:36 |
| 16 | draw on actual usage.  They find the uses that | 10:17:40 |
| 17 | people make that are -- that other people who are | 10:17:44 |
| 18 | native speakers say, now that's sensible, that | 10:17:48 |
| 19 | sounds like English.  So now you'll find people -- | 10:17:51 |
| 20 | this is more recent because of the advent of | 10:17:55 |
| 21 | crowd-sourcing on the web, they use tools like | 10:17:59 |
| 22 | Mechanical Turk.  It's a very commonly used one to | 10:18:03 |
| 23 | do linguistic research on the web and get native | 10:18:07 |
| 24 | speakers to give judgments about whether they | 10:18:12 |
| 25 | think a particular structure of a certain word and | 10:18:15 |

| | | |
|---|---|---|
| 1 | the syntactic structure sounds like English.  Does | 10:18:17 |
| 2 | it sound fine or not and, if so, what does it | 10:18:20 |
| 3 | mean? | 10:18:22 |
| 4 | So, now we use -- we can use | 10:18:23 |
| 5 | crowd-sourcing, but that's a relatively recent | 10:18:26 |
| 6 | tool.  Just like lexicographers, syntacticians | 10:18:29 |
| 7 | have been studying the actual usages that you find | 10:18:33 |
| 8 | in both spoken and written English by native | 10:18:36 |
| 9 | speakers and studying what the native speakers | 10:18:42 |
| 10 | take them to mean and what the structures are | 10:18:42 |
| 11 | listed in English.  So it's listed in English to | 10:18:44 |
| 12 | say John has an apple, but now John has apple of | 10:18:46 |
| 13 | ... meaning -- | 10:18:53 |
| 14 | --(overspeaking) -- | 10:18:54 |
| 15 | Q    Okay, so dictionary's syntactic | 10:18:55 |
| 16 | structure -- | 10:18:56 |
| 17 | A    Syntax -- | 10:18:57 |
| 18 | -- (overspeaking) -- | 10:18:58 |
| 19 | Q    -- is the second thing -- | 10:18:58 |
| 20 | -- (overspeaking) -- | 10:18:59 |
| 21 | A    -- semantics -- | 10:18:59 |
| 22 | Q    And what is -- yeah.  You have to wait | 10:19:00 |
| 23 | until I'm done. | 10:19:03 |
| 24 | Thank you, Mr. McMurtry. | 10:19:04 |
| 25 | So, in considering data that linguists | 10:19:06 |

| | |
|---|---|
| 1 would use we talked about number one, | 10:19:08 |
| 2 dictionaries, two syntactic structures and | 10:19:12 |
| 3 resources that talk about syntactic structure. | 10:19:15 |
| 4 Anything else? | 10:19:17 |
| 5     A    So I was not quite finished with the | 10:19:18 |
| 6 syntax.  The results of all this study is -- are | 10:19:20 |
| 7 recorded in grammars by sophisticated linguistic | 10:19:21 |
| 8 syntacticians.  And they're excellent grammars of | 10:19:27 |
| 9 English starting -- well, actually starting in the | 10:19:32 |
| 10 early -- late 19 -- early 20th century, but | 10:19:33 |
| 11 certainly starting in the 1950s.  And these are -- | 10:19:36 |
| 12 these are books that gather that information, | 10:19:40 |
| 13 compile it and talk about underlying relationships | 10:19:45 |
| 14 between these different syntactic structures.  And | 10:19:47 |
| 15 that's what a generative grammar is.  A generative | 10:19:51 |
| 16 grammar is a set of recursive rules that aims to | 10:19:54 |
| 17 generate all and only the grammatical licit (?) | 10:19:58 |
| 18 sentences of the language, so you find that in | 10:20:02 |
| 19 grammar. | 10:20:04 |
| 20         That's not the sort of thing that most | 10:20:05 |
| 21 ordinary people read, but it's used by people, for | 10:20:06 |
| 22 example, who are making natural language | 10:20:09 |
| 23 understanding tools for computers, for human | 10:20:11 |
| 24 computer interface.  So that's the second kind of | 10:20:16 |
| 25 tool and the second kind of data that I can draw | 10:20:19 |

| | | |
|---|---|---|
| 1 | on. | 10:20:21 |
| 2 | The third kind are semantic judgments. | 10:20:21 |
| 3 | So, as I said, when you use Mechanical Turk, you | 10:20:23 |
| 4 | might be exploring what sounds like elicit, | 10:20:29 |
| 5 | meaning grammatical sentence of the language you | 10:20:34 |
| 6 | are studying, say English here, but you might also | 10:20:36 |
| 7 | ask, what does this mean and by exploring the | 10:20:39 |
| 8 | meanings of sentence in this way and what the | 10:20:42 |
| 9 | entailments are, people like me make judgments | 10:20:45 |
| 10 | about the ways in which the meanings of the words | 10:20:48 |
| 11 | interact with the syntactic structure to compose a | 10:20:53 |
| 12 | more complex meaning to the meaning of the | 10:20:58 |
| 13 | sentence. | 10:21:02 |
| 14 | Q    Anything else or that's the primary? | 10:21:03 |
| 15 | A    No, besides that we study the ways that | 10:21:04 |
| 16 | context influences interpretation so one of the | 10:21:06 |
| 17 | things I'm most well known for is my work on the | 10:21:09 |
| 18 | question under discussion. | 10:21:13 |
| 19 | If you Google "question under | 10:21:14 |
| 20 | discussion" Craige Roberts will come up.  So I | 10:21:15 |
| 21 | study the ways in which we encode the kinds of | 10:21:19 |
| 22 | factors in context, this utterance -- the context | 10:21:25 |
| 23 | that we have in this discourse, the kinds of | 10:21:32 |
| 24 | factors that come to bear on resolving | 10:21:35 |
| 25 | context-sensitive expressions in an utterance. | 10:21:38 |

| 1 | And context-sensitive expressions, as I | 10:21:41 |
|---|---|---|
| 2 | said, include things like pronouns and ellipses, | 10:21:43 |
| 3 | etcetera. | 10:21:46 |
| 4 | Q    Thank you.  Anything else in terms of | 10:21:48 |
| 5 | data or those are the main things? | 10:21:50 |
| 6 | A    That's the data for evidence about the | 10:21:51 |
| 7 | way that meaning is composed as a function of the | 10:21:53 |
| 8 | parts in the context in -- yeah. | 10:21:57 |
| 9 | Q    So, the -- just getting back to my | 10:21:58 |
| 10 | initial question, the kinds of data that linguists | 10:22:00 |
| 11 | rely on when they undertake an analysis, those are | 10:22:06 |
| 12 | the types that we just talked about.  Those are | 10:22:10 |
| 13 | the kinds of data, correct? | 10:22:11 |
| 14 | A    The primary kinds of data, yes. | 10:22:12 |
| 15 | Q    Okay.  And as a linguist when you | 10:22:16 |
| 16 | write -- you've written a lot, I take it. | 10:22:18 |
| 17 | A    I have. | 10:22:21 |
| 18 | Q    I've looked at your CV, correct? | 10:22:21 |
| 19 | A    Yes. | 10:22:23 |
| 20 | Q    And when you write, you're careful | 10:22:23 |
| 21 | about words you use and the meanings they have . | 10:22:25 |
| 22 | -- (overspeaking) -- | 10:22:28 |
| 23 | A    I am -- | 10:22:28 |
| 24 | Q    -- as a linguist; right? | 10:22:28 |
| 25 | A    Yes. | 10:22:30 |

| 1 | MR. McMURTRY:  Let her finish her | 10:22:31 |
| 2 | question first. | 10:22:31 |
| 3 | THE WITNESS:  I'm sorry. | 10:22:31 |
| 4 | MR. McMURTRY:  Yeah, it's -- | 10:22:31 |
| 5 | -- (overspeaking) -- | 10:22:31 |
| 6 | THE WITNESS:  I don't intend to foul | 10:22:31 |
| 7 | up.  Sorry. | 10:22:31 |
| 8 | BY MS. SPEARS: | 10:22:31 |
| 9 | Q    Thank you.  So, you also talk about, in | 10:22:40 |
| 10 | your report, pragmatics.  What is -- that you | 10:22:48 |
| 11 | specialize in pragmatics as well, correct? | 10:22:52 |
| 12 | A    Yes. | 10:22:54 |
| 13 | Q    What is pragmatics? | 10:22:55 |
| 14 | A    Pragmatics is the study of the way in | 10:22:58 |
| 15 | which context influences interpretation. | 10:23:00 |
| 16 | Q    And what is -- when you use it in that | 10:23:03 |
| 17 | way, what is context? | 10:23:08 |
| 18 | A    Context, it could be -- it depends on | 10:23:12 |
| 19 | the theory that you look at, the way in which it's | 10:23:15 |
| 20 | defined, actually.  This is a technical debate | 10:23:18 |
| 21 | within the field.  I have a theory of context. | 10:23:21 |
| 22 | Loosely and formally, you could say that the | 10:23:26 |
| 23 | context is the information that interlocutors | 10:23:28 |
| 24 | share in the course of a discourse and hence | 10:23:33 |
| 25 | information that might potentially be drawn upon | 10:23:35 |

|    |                                                                      |          |
|----|----------------------------------------------------------------------|----------|
| 1  | to help resolve context sensitive aspects of the                     | 10:23:37 |
| 2  | meaning of them.                                                      | 10:23:41 |
| 3  | Q    When you say "interlocutors," what do                            | 10:23:43 |
| 4  | you mean by that?                                                     | 10:23:44 |
| 5  | A    Interlocutors in a discourse are people                          | 10:23:46 |
| 6  | that are speaking with each other.                                   | 10:23:48 |
| 7  | Q    And why is context important to                                  | 10:23:50 |
| 8  | linguists?                                                            | 10:23:53 |
| 9  | A    As I said, there are many                                        | 10:23:55 |
| 10 | context-sensitive expressions in a language and                      | 10:23:56 |
| 11 | also other ways in which context comes to bear.                      | 10:24:00 |
| 12 | Would you like me to give an example                                 | 10:24:02 |
| 13 | besides pronouns and ellipses?                                       | 10:24:04 |
| 14 | Q    Sure.                                                            | 10:24:08 |
| 15 | A    Yeah.  So if I say to you, John only                            | 10:24:08 |
| 16 | introduced Sue to Bill, that could be true in a                      | 10:24:13 |
| 17 | context in which it would be false that John only                    | 10:24:16 |
| 18 | introduced Sue to Bill.                                              | 10:24:20 |
| 19 | I'll say the two utterances again.                                    | 10:24:24 |
| 20 | John only introduced Sue to Bill, versus John only                   | 10:24:26 |
| 21 | introduced Sue to Bill.                                              | 10:24:31 |
| 22 | So suppose that there's several people                               | 10:24:33 |
| 23 | at a party and John introduced several different                     | 10:24:35 |
| 24 | people to Bill.  Then -- but the only person that                    | 10:24:39 |
| 25 | Sue met was Bill.  One of those will be true.                        | 10:24:46 |

| | | |
|---|---|---|
| 1 | John only introduced Sue to Bill but the other one | 10:24:52 |
| 2 | was false. | 10:24:57 |
| 3 | John only introduced Sue to Bill | 10:24:57 |
| 4 | because Bill met several people.  So all I did | 10:25:00 |
| 5 | there was I put emphasis on one of the different | 10:25:04 |
| 6 | objects, Sue versus Bill. | 10:25:08 |
| 7 | Q    So in that example you gave, that is an | 10:25:10 |
| 8 | example of how context -- | 10:25:12 |
| 9 | -- (overspeaking) -- | 10:25:15 |
| 10 | A    And -- | 10:25:17 |
| 11 | -- (overspeaking) -- | 10:25:17 |
| 12 | Q    Hold on.  I have to finish the | 10:25:17 |
| 13 | question.  So that's an example of the way in | 10:25:19 |
| 14 | which context can impact meaning when it's spoken | 10:25:22 |
| 15 | by somebody by virtue of how they emphasize a | 10:25:25 |
| 16 | certain word, correct? | 10:25:28 |
| 17 | A    No. | 10:25:29 |
| 18 | Q    No. | 10:25:30 |
| 19 | A    You misunderstood, but you didn't let | 10:25:30 |
| 20 | me finish. | 10:25:32 |
| 21 | Q    Okay. | 10:25:33 |
| 22 | A    So what I did was give you the | 10:25:33 |
| 23 | utterances but my point was that the emphasis on | 10:25:35 |
| 24 | the accent on "Bill" versus "Sue" is said in the | 10:25:40 |
| 25 | theory, actually, the theory based on my work to | 10:25:45 |

| | | |
|---|---|---|
| 1 | be a reflection of which alternatives are under | 10:25:48 |
| 2 | consideration and that reflects the question under | 10:25:51 |
| 3 | discussion. | 10:25:53 |
| 4 | So, if I put it -- so that is a | 10:25:54 |
| 5 | contextual factor.  So if the question is: Who did | 10:25:57 |
| 6 | Bill introduce to Sue?  Who did Bill introduce to | 10:26:02 |
| 7 | Sue?  John only introduced -- I'm sorry, who did | 10:26:06 |
| 8 | John -- my names confused. | 10:26:11 |
| 9 | Who did John introduce to Sue?  By | 10:26:13 |
| 10 | saying:  John only introduced Bill to Sue, that's | 10:26:16 |
| 11 | an appropriate answer to that question. | 10:26:19 |
| 12 | Notice if I say:  Who did John | 10:26:21 |
| 13 | introduce to Bill?  And I say John only introduced | 10:26:23 |
| 14 | Sue to Bill, that would be an odd answer to that | 10:26:29 |
| 15 | question.  So there's a correlation between which | 10:26:32 |
| 16 | words I put the emphasis on among the objects and | 10:26:36 |
| 17 | the question under discussion.  And that's one way | 10:26:40 |
| 18 | that you can see that which question's under | 10:26:42 |
| 19 | discussion and that is a contextual factor. | 10:26:45 |
| 20 | It has a bearing both on the felicity | 10:26:47 |
| 21 | of the accent placement and which of the | 10:26:50 |
| 22 | utterances is appropriate, answers that question | 10:26:54 |
| 23 | and hence which is true.  Which is false. | 10:26:55 |
| 24 | Q    So, I may be a little confused now. | 10:27:00 |
| 25 | -- (overspeaking) -- | 10:27:02 |

| | | | |
|---|---|---|---|
| 1 | A | That's a complex question. | 10:27:03 |
| 2 | | -- (overspeaking) -- | 10:27:04 |
| 3 | Q | But let me ask you -- that's a complex | 10:27:04 |
| 4 | | question whether -- | 10:27:07 |
| 5 | | -- (overspeaking) -- | 10:27:07 |
| 6 | A | No, let me -- | 10:27:08 |
| 7 | Q | Whether Bill -- | 10:27:09 |
| 8 | A | No  -- (overspeaking) -- | 10:27:09 |
| 9 | Q | -- only introduced John to Sue, is it? | 10:27:09 |
| 10 | A | Oh, it's difficult to explain, but | 10:27:12 |
| 11 | | native speakers have no problems with it at all. | 10:27:14 |
| 12 | | That's the interesting thing. | 10:27:18 |
| 13 | Q | An average person can understand that | 10:27:19 |
| 14 | | type of -- | 10:27:21 |
| 15 | | -- (overspeaking) -- | 10:27:21 |
| 16 | A | Oh, yeah, yeah -- | 10:27:22 |
| 17 | | -- (overspeaking) -- | 10:27:22 |
| 18 | Q | -- sentence structure. | 10:27:22 |
| 19 | A | -- not explanation.  They understand | 10:27:22 |
| 20 | | the English. | 10:27:24 |
| 21 | Q | Right. | 10:27:26 |
| 22 | A | And the difference is which English | 10:27:26 |
| 23 | | utterance is felicitous and what the two | 10:27:28 |
| 24 | | in-utterances mean. | 10:27:30 |
| 25 | Q | And so I mean, boiling that down what | 10:27:32 |

| | | |
|---|---|---|
| 1 | you are essentially saying is that context can | 10:27:35 |
| 2 | impact the way in which a word is used in the | 10:27:37 |
| 3 | sentence or the way in which an accent on a | 10:27:41 |
| 4 | certain word is used in a sentence, correct? | 10:27:45 |
| 5 | A    That would be reduction beyond -- no, | 10:27:48 |
| 6 | that's not what I'm -- so -- | 10:27:51 |
| 7 | Q    Okay. | 10:27:53 |
| 8 | A    What I mean is -- may I? | 10:27:54 |
| 9 | Q    Sure. | 10:27:55 |
| 10 | A    Let me try again.  I meant that given | 10:27:56 |
| 11 | the whole utterance, and I'm going to say it now | 10:27:59 |
| 12 | without accent:  John only introduced Sue to Bill. | 10:28:01 |
| 13 | Okay?  That's the utterance. | 10:28:07 |
| 14 | How you can understand that, one way I | 10:28:09 |
| 15 | could say it which reflects one kind of question | 10:28:11 |
| 16 | under discussion, could be true and it's not a | 10:28:15 |
| 17 | function of the words.  The same words are in both | 10:28:18 |
| 18 | the sentences, whether I put accent on Bill or | 10:28:21 |
| 19 | Sue.  So it's not the words.  The accent reflects | 10:28:24 |
| 20 | the context and the context tells you what we call | 10:28:27 |
| 21 | the truth conditions, when it's true and when it's | 10:28:32 |
| 22 | false.  And one of those accents as a function of | 10:28:35 |
| 23 | the question under discussion that it reflects, | 10:28:39 |
| 24 | can yield something that's true while the other | 10:28:43 |
| 25 | accent could be false, given the same actual | 10:28:45 |

| | | |
|---|---|---|
| 1 | circumstances in which we assess it's true. | 10:28:48 |
| 2 | Q    Okay, and context can also be the | 10:28:51 |
| 3 | situation in which the statements are made, | 10:28:56 |
| 4 | correct? | 10:28:58 |
| 5 | A    Yes, in fact, that's what I said. | 10:28:58 |
| 6 | Q    External to the words themselves, | 10:29:01 |
| 7 | correct? | 10:29:03 |
| 8 | A    Yes, that's right, as long as we have | 10:29:03 |
| 9 | access to it as interlocutors, okay?  And that's | 10:29:06 |
| 10 | one reason why I said the information available to | 10:29:10 |
| 11 | the interlocutors. | 10:29:12 |
| 12 | So if the context of utterance is one | 10:29:14 |
| 13 | in which you have access to information that I | 10:29:18 |
| 14 | don't, that access that we don't -- that | 10:29:20 |
| 15 | information we don't share will not be part of | 10:29:23 |
| 16 | what I, as the person listening to you, take into | 10:29:26 |
| 17 | consideration in interpreting what you've said. | 10:29:31 |
| 18 | It's only shared context that is | 10:29:33 |
| 19 | brought to bear on meaning in a licit way, in | 10:29:36 |
| 20 | interaction. | 10:29:41 |
| 21 | Q    Right.  Okay. So -- or I should say | 10:29:45 |
| 22 | "understood." | 10:29:47 |
| 23 | Let's go back to talking about your | 10:29:48 |
| 24 | employment history. | 10:29:52 |
| 25 | A    Yeah. | 10:29:53 |

1      Q    So, I just want to wrap that up.  You      10:29:53
2   did a postdoctoral fellowship after your graduate   10:29:58
3   work, correct?                                       10:30:03
4      A    It's a post doctoral fellowship.  I was     10:30:04
5   for two years at the Center for the Study of         10:30:07
6   Language and Information at Stanford University,     10:30:10
7   which is one of the first institutions for          10:30:11
8   cognitive science.  The study -- the                10:30:14
9   inter-disciplinary study of --                      10:30:16
10                -- (overspeaking) --                   10:30:20
11      A    -- language.                                10:30:20
12      Q    Okay, then after that, what did you do?    10:30:20
13      A    I accepted a position at Ohio State        10:30:22
14   University in the linguistics department.           10:30:24
15      Q    And from what years to what years were     10:30:29
16   you at the Ohio State University?                   10:30:32
17      A    I went there in 1988 and I retired in      10:30:35
18   2016.                                               10:30:37
19      Q    And you taught undergraduate and           10:30:38
20   graduate courses at Ohio State?                     10:30:42
21      A    I did.                                      10:30:45
22      Q    And on your resume it says you taught      10:30:46
23   undergraduate and graduate courses and seminars in  10:30:50
24   syntax, semantics and pragmatics.  What does        10:30:54
25   syntax mean?                                         10:31:00

| | | |
|---|---|---|
| 1 | A    I mentioned that before.  That's the | 10:31:01 |
| 2 | study of what, in a given language -- which ways | 10:31:03 |
| 3 | of putting words together is deemed grammatical | 10:31:06 |
| 4 | for that language. | 10:31:10 |
| 5 | Q    You are a visiting professor at the | 10:31:12 |
| 6 | University of Amsterdam and the University of | 10:31:14 |
| 7 | Michigan? | 10:31:16 |
| 8 | A    Yes. | 10:31:17 |
| 9 | Q    Correct.  In philosophy; is that | 10:31:18 |
| 10 | correct? | 10:31:21 |
| 11 | A    That's the department I was in at | 10:31:21 |
| 12 | Michigan. | 10:31:23 |
| 13 | Q    And did you teach philosophy? | 10:31:23 |
| 14 | A    I taught a seminar on philosophy of | 10:31:25 |
| 15 | language.  Philosophy of language. | 10:31:28 |
| 16 | Q    And how does philosophy relate to | 10:31:30 |
| 17 | linguistics? | 10:31:34 |
| 18 | A    Well, remember, I mentioned I was at a | 10:31:34 |
| 19 | cognitive science center as my post-doc at | 10:31:36 |
| 20 | Stanford.  And cogni-science brings together | 10:31:40 |
| 21 | several fields that have -- that study things | 10:31:44 |
| 22 | about human cognition generally but language in | 10:31:44 |
| 23 | particular.  And those fields are linguistics, of | 10:31:48 |
| 24 | course, but also philosophy because there are | 10:31:50 |
| 25 | people who have studied language in philosophy for | 10:31:52 |

| | | |
|---|---|---|
| 1 | centuries and psychology and computer science | 10:31:56 |
| 2 | because of competition linguistics and sociology. | 10:32:01 |
| 3 | Sometimes anthropology. | 10:32:04 |
| 4 | So, in particular, the people who | 10:32:09 |
| 5 | study -- I said I was a formal semanticist and we | 10:32:11 |
| 6 | use logical tools to capture the ways that | 10:32:17 |
| 7 | different languages encode meaning.  This is very | 10:32:21 |
| 8 | useful as a way of capturing the meaning, | 10:32:26 |
| 9 | independent of a language in which you are doing | 10:32:30 |
| 10 | the analysis, okay?  And it's very helpful if | 10:32:32 |
| 11 | you're, for example, a computational linguist. | 10:32:36 |
| 12 | Q    Well, let me stop you there for a | 10:32:41 |
| 13 | second because I just want to -- at a high-level, | 10:32:44 |
| 14 | how does philosophy relate to linguistics? | 10:32:46 |
| 15 | A    I'm trying to explain to you. | 10:32:49 |
| 16 | Q    Okay. | 10:32:51 |
| 17 | A    Okay, so philosophers are interested in | 10:32:51 |
| 18 | a variety of things including thought and language | 10:32:54 |
| 19 | and the way that language reflects thought. | 10:32:56 |
| 20 | So for 200 years philosophers have | 10:32:58 |
| 21 | studied the way in which they think that language | 10:33:01 |
| 22 | relates to thought and as a consequence, they have | 10:33:04 |
| 23 | studied -- especially logicians are very | 10:33:07 |
| 24 | interested in expressions like the word "the" or | 10:33:11 |
| 25 | the word "every," etcetera.  So they have very | 10:33:14 |

1    detailed analyses of these words and they have had          10:33:18

2    a bearing on the analyses that linguistics --               10:33:21

3    linguists take into consideration, so we interact           10:33:26

4    with people who have a common interest in                   10:33:30

5    academia.                                                   10:33:31

6          Q     You developed and taught a class called         10:33:32

7    "Language in the Law"?                                      10:33:36

8          A     Yes.                                            10:33:37

9          Q     In 2005 to 2016?                                10:33:37

10         A     Yes.                                            10:33:38

11         Q     What was the focus of that course?             10:33:42

12         A     That was an advanced undergraduate             10:33:44

13   course for students who were interested in going            10:33:44

14   into the law, law enforcement related to fields.            10:33:46

15         It was a writing course so it was a                   10:33:50

16   very demanding course for the students and it was           10:33:52

17   a course in which we tried to talk -- first of              10:33:57

18   all, give them some basic information about the             10:33:59

19   way that "we" is understood by native speakers and          10:34:02

20   how you might bring that information to bear on              10:34:03

21   assessing the plain meaning of some -- of a given           10:34:15

22   expression.                                                 10:34:17

23         Then we looked at case law and some of               10:34:19

24   the sort of standard ways in which attorneys                10:34:22

25   approached language and tried to think about how            10:34:28

| | |
|---|---|
| 1 | linguistic tools could be useful in assessing | 10:34:39 |
| 2 | meaning in contentious cases. | 10:34:44 |
| 3 | Q    What law did you look at for that | 10:34:46 |
| 4 | course? | 10:34:48 |
| 5 | A    I would have look at my notes.  If | 10:34:48 |
| 6 | you'd like, I can do that at my computer here. | 10:34:51 |
| 7 | Q    That's all right -- | 10:34:53 |
| 8 | -- (overspeaking) -- | 10:34:53 |
| 9 | A    -- of course it is. | 10:34:53 |
| 10 | -- (overspeaking) -- | 10:34:54 |
| 11 | Q    -- just what you recall sitting here. | 10:34:54 |
| 12 | A    I -- for example, one of the books I | 10:34:56 |
| 13 | used a lot was a book by Larry Solan called "The | 10:34:57 |
| 14 | Language of Judges." Larry Solan is an | 10:35:01 |
| 15 | interesting -- I think he's a Professor at | 10:35:05 |
| 16 | Brooklyn, was it?  I can't remember.  John J. | 10:35:06 |
| 17 | College or Brooklyn College, one of these places | 10:35:08 |
| 18 | here in New York, but he has a Ph D. in | 10:35:08 |
| 19 | linguistics actually from the same school that I | 10:35:08 |
| 20 | went to, University of Massachusetts in Amherst | 10:35:16 |
| 21 | and he's taught language in the law for a long | 10:35:18 |
| 22 | time -- | 10:35:21 |
| 23 | Q    Any specific area of law? | 10:35:22 |
| 24 | A    Well -- | 10:35:23 |
| 25 | Q    Or is he just focused on writing and | 10:35:24 |

1   language?                                           10:35:28

2        A    I'm sorry, I don't understand the         10:35:29

3   question.                                           10:35:30

4        Q    Sure.  My question I was trying to get    10:35:30

5   at is were you, in your class "Language and the     10:35:32

6   Law" were you focused on any specific area?         10:35:35

7        A    No, we looked pretty broadly at the       10:35:39

8   variety of the kinds of cases.                      10:35:42

9             I'm not sure what the question is         10:35:44

10  trying to get at.  Sorry.                           10:35:45

11       Q    So is it criminal law or civil law?       10:35:46

12       A    Yeah, both.                               10:35:49

13       Q    Both?                                     10:35:51

14       A    Yeah.                                     10:35:53

15       Q    Did you teach anything about defamation  10:35:53

16  law in your class?                                  10:35:56

17       A    Not particularly.  I think we might      10:35:59

18  have looked at one or two cases in which           10:36:01

19  defamation was an issue, but that wasn't one of    10:36:04

20  the focuses.                                        10:36:06

21       Q    From 2016 to 2019, you were a visiting   10:36:07

22  Professor at NYU in the linguistics department; is 10:36:09

23  that correct?                                       10:36:13

24       A    Yes.                                      10:36:14

25       Q    And you said you -- have you retired     10:36:14

| | | |
|---|---|---|
| 1 | from there or what's your -- | 10:36:18 |
| 2 | -- (overspeaking) -- | 10:36:20 |
| 3 | Q    -- status? | 10:36:20 |
| 4 | A    -- (overspeaking) -- linguistics | 10:36:21 |
| 5 | professors don't retire. | 10:36:23 |
| 6 | They are just hired -- they are not | 10:36:24 |
| 7 | even hired for long term.  It's just, you know, | 10:36:25 |
| 8 | for a semester or a year, yeah, and they only | 10:36:27 |
| 9 | hired me to teach one course. | 10:36:30 |
| 10 | Q    Okay, and what did you teach? | 10:36:31 |
| 11 | A    I taught a course on indexicality. | 10:36:33 |
| 12 | Q    What's indexicality? | 10:36:38 |
| 13 | A    Indexi -- indexicals are a certain | 10:36:40 |
| 14 | class of context-sensitive expressions that | 10:36:43 |
| 15 | include:  I, you, we, here, now, yesterday, | 10:36:46 |
| 16 | tomorrow.  And they are sensitive to context in a | 10:36:49 |
| 17 | very particular way and I've been developing a | 10:36:52 |
| 18 | novel theory of the relationship between those | 10:36:55 |
| 19 | expressions and context. | 10:36:58 |
| 20 | Q    The -- strike that.  You are currently | 10:37:03 |
| 21 | Professor Emerita at OSU? | 10:37:07 |
| 22 | A    Yes. | 10:37:12 |
| 23 | Q    What does that mean? | 10:37:12 |
| 24 | A    It means I'm not just retired, but I'm | 10:37:13 |
| 25 | still eligible to serve on graduate committees. | 10:37:15 |

1    I have access to university resources from my          10:37:18

2    research.                                              10:37:21

3            It's an honored position, you know, a          10:37:24

4    position of respect that says I'm still an active      10:37:28

5    member of the research community, even though I        10:37:31

6    retired from teaching.                                 10:37:33

7        Q    And do you hold any other current             10:37:40

8    positions, teaching positions?                         10:37:41

9        A    Not teaching positions.  I actually           10:37:43

10   have just have received an invitation to be a          10:37:45

11   Research Scholar at Barnard College starting in        10:37:48

12   January of 2022.                                       10:37:52

13       Q    You also list you are an affiliate of         10:37:55

14   Rutgers --                                             10:37:58

15       A    Yes.                                          10:37:59

16       Q    -- for Cognitive Science?  What's that?       10:37:59

17       A    The cognitive science is an                   10:38:01

18   interdisciplinary study of a variety of things         10:38:02

19   having to do with human cognition, but as I said,      10:38:05

20   in particular they're interested in language.          10:38:07

21   Because I have a long history of working in an         10:38:09

22   interdisciplinary way with psychologists,              10:38:12

23   philosophers and computer scientists, when I moved     10:38:17

24   here I knew the people well at Rutgers and they        10:38:20

25   invited me to be part of their cognitive science       10:38:23

| | | |
|---|---|---|
| 1 | center. | 10:38:25 |
| 2 | Q    And what does it mean to be an | 10:38:27 |
| 3 | affiliate? | 10:38:28 |
| 4 | A    I have -- they don't give me any money. | 10:38:29 |
| 5 | This is all for glory and -- but they deem me -- | 10:38:32 |
| 6 | it's really a way of saying that I'm a respected | 10:38:36 |
| 7 | member of the community.  I'm a resource that they | 10:38:40 |
| 8 | would like their faculty and students to draw on. | 10:38:42 |
| 9 | For example, even though it's not | 10:38:45 |
| 10 | official anymore, I am still an affiliate at NYU. | 10:38:47 |
| 11 | I go to courses and seminars there all the time. | 10:38:50 |
| 12 | I'm on committees for graduate students.  I'm | 10:38:53 |
| 13 | writing letters for one of them right now. | 10:38:56 |
| 14 | Q    Okay, so is this basically -- have we | 10:38:59 |
| 15 | gone through your basic employment and teaching | 10:39:02 |
| 16 | history.  Have I left anything out? | 10:39:04 |
| 17 | A    Many other things but that'll do. | 10:39:07 |
| 18 | Q    Any other important positions you've | 10:39:11 |
| 19 | held that I've left out. | 10:39:12 |
| 20 | A    Those are my principle positions, yes. | 10:39:14 |
| 21 | Q    And obviously with all of your | 10:39:16 |
| 22 | extensive research and training as a linguist and | 10:39:18 |
| 23 | you've gone through, even in your answers very | 10:39:23 |
| 24 | deeply into, you know, the thought process here, | 10:39:25 |
| 25 | when you are reading something in everyday life | 10:39:28 |

| | |
|---|---|
| 1  does your training sort of impact how you read or | 10:39:31 |
| 2  interpret things? | 10:39:35 |
| 3       A    No, not unless there's an issue that | 10:39:37 |
| 4  comes up.  So, may I explain?  If I was reading | 10:39:39 |
| 5  and I'm an avid reader, I read constantly, I just | 10:39:43 |
| 6  read like you do.  I'm looking for content. | 10:39:46 |
| 7            If it's beautiful, I'm reading poetry | 10:39:48 |
| 8  and I'm impressed and moved by the form.  When | 10:39:50 |
| 9  something doesn't work, then probably more likely | 10:39:54 |
| 10 than you, I'm more likely than you to stop and | 10:39:57 |
| 11 think about why it doesn't work, what was | 10:39:59 |
| 12 infelicitous or seemed out of place or | 10:40:03 |
| 13 ungrammatical, but that's because I have that | 10:40:09 |
| 14 training to look at that. | 10:40:11 |
| 15      Q    Yeah, I would think that in reading | 10:40:13 |
| 16 things, just given your background, what you do | 10:40:14 |
| 17 for a living that's a prism through which you are | 10:40:17 |
| 18 constantly looking, right? | 10:40:19 |
| 19      A    Not really.  That would kind of spoil | 10:40:20 |
| 20 it for me, no.  And I don't like Scrabble.  I | 10:40:22 |
| 21 don't like word games. | 10:40:24 |
| 22      Q    Do you -- you said you're an avid | 10:40:28 |
| 23 reader. | 10:40:31 |
| 24      A    Yeah. | 10:40:32 |
| 25      Q    How often do you read and watch the | 10:40:32 |

1    news?                                                    10:40:34

2         A    Umm... I read the news every day.  I           10:40:36

3    mostly read the news.  I look at things online, as       10:40:40

4    well, videos, etcetera, yeah.                            10:40:43

5         Q    Are there particular newspapers that           10:40:48

6    you subscribe to?                                        10:40:50

7         A    New York Times and Washington Post.            10:40:52

8         Q    Any others?                                    10:40:54

9         A    Not subscribe.                                 10:40:55

10        Q    Are there particular news programs that        10:40:56

11   you watch regularly?                                     10:41:01

12        A    I don't watch the news.  I look at             10:41:02

13   streaming.  If there's an article either in the          10:41:05

14   New York Times or the Washington Post or if one of       10:41:10

15   my friends might post something on Facebook from         10:41:12

16   The Guardian or some other local newspaper that          10:41:16

17   they read and it looks like an interesting story,        10:41:21

18   I'll go there and if there's a video or streaming        10:41:23

19   I'll watch that.                                         10:41:26

20        Q    Do you watch TV?                               10:41:27

21        A    No.                                            10:41:28

22        Q    Do you have any special expertise in           10:41:33

23   video analysis?                                          10:41:35

24        A    No.                                            10:41:37

25        Q    Do you have any special expertise in           10:41:42

| | | |
|---|---|---|
| 1 | reconstructing events through analysis and videos? | 10:41:44 |
| 2 | A    No. | 10:41:48 |
| 3 | Q    Let's go to your -- I want to mark your | 10:41:48 |
| 4 | expert report and I have a copy here.  We are | 10:41:56 |
| 5 | going to mark it as Exhibit A to this deposition. | 10:41:58 |
| 6 | (Exhibit A was marked for | 10:42:01 |
| 7 | identification.) | 10:42:01 |
| 8 | BY MS. SPEARS: | 10:42:12 |
| 9 | Q    I'm marking Exhibit A to the deposition | 10:42:12 |
| 10 | and that is a copy of Plaintiff's 26(a)2 | 10:42:15 |
| 11 | disclosures, Phase I followed by Exhibit A to that | 10:42:22 |
| 12 | disclosure which is a report dated November 10th, | 10:42:29 |
| 13 | 2021; do you recognize this? | 10:42:35 |
| 14 | A    Yes, I do. | 10:42:37 |
| 15 | Q    Is this the report you wrote in this | 10:42:38 |
| 16 | case? | 10:42:41 |
| 17 | A    Yes. | 10:42:41 |
| 18 | Q    I should say "in these cases"? | 10:42:42 |
| 19 | A    Yes, that's right. | 10:42:44 |
| 20 | -- (indiscernible) -- | 10:42:48 |
| 21 | Q    If you would look at page 2 to 3 of | 10:42:48 |
| 22 | your report, so it starts in sort of a letter form | 10:42:51 |
| 23 | on page 1, "Dear Mr. McMurtry."  Do you see that? | 10:43:03 |
| 24 | A    Yes. | 10:43:06 |
| 25 | Q    And if you go to page -- the appendix | 10:43:07 |

1   of the report, essentially.                        10:43:13

2          A    Sure.                                    10:43:16

3          Q    It's actually page 1 of the appendix     10:43:26

4   which is at the back.  It says November of 2021,     10:43:29

5   Craige Roberts' brief.                               10:43:30

6          A    Sorry, are you talking about page 16?    10:43:31

7          Q    No, it's page 1.                         10:43:33

8          A    Oh, my CV.  Is that what you are         10:43:35

9   talking about?                                       10:43:38

10         Q    Mm-hmm.  Your CV.                        10:43:39

11         A    Yes.                                      10:43:43

12         Q    So that we're on the same page, it's     10:43:43

13  your CV brief.                                        10:43:45

14         A    Yeah.                                     10:43:47

15         Q    CV November 2021, page 1.                10:43:47

16         A    Yes.                                      10:43:51

17         Q    It's at the back of your report.  Do     10:43:52

18  you see that?                                         10:43:53

19         A    Yes.                                      10:43:54

20         Q    You list several publications here,      10:43:55

21  starting on page 2 and over to page 3.               10:43:59

22              In any of these publications -- you can  10:44:06

23  take a minute to look --                              10:44:08

24         A    Yeah.                                     10:44:09

25         Q    -- did you analyze videos of live        10:44:10

1   action or events to determine the veracity of          10:44:13

2   statements?                                            10:44:16

3        A    No.                                          10:44:17

4        Q    Do any of those publications discuss         10:44:17

5   how to approach a video analysis review, such as       10:44:20

6   how to review videos of live events?                   10:44:24

7        A    No.                                          10:44:26

8        Q    Page 2, down at the very first list          10:44:27

9   under books, it says "Haitian Creole English           10:44:32

10  French Dictionary."  I think you mentioned that        10:44:36

11  when you were speaking earlier, correct?               10:44:39

12       A    Yes.                                         10:44:41

13       Q    I assume that provides translations          10:44:42

14  between Haitian, Creole, English or French?            10:44:44

15       A    Correct.                                     10:44:47

16       Q    Do you speak Haitian Creole and French?      10:44:49

17       A    Yes.                                         10:44:52

18       Q    Do you speak any other languages?            10:44:53

19       A    Not well.                                    10:44:55

20       Q    Do you speak Haitian Creole and French       10:44:57

21  well?                                                  10:45:01

22       A    French pretty well, yes.  Haitian not        10:45:01

23  as well because I haven't had occasion to use it       10:45:05

24  much since I did the dictionary.                       10:45:07

25       Q    And that was in 1981?                        10:45:09

| | | |
|---|---|---|
| 1 | A    I worked on the dictionary from '78 to | 10:45:11 |
| 2 | '80, when I was first an undergraduate and then a | 10:45:15 |
| 3 | graduate assistant at Indiana University on the | 10:45:17 |
| 4 | dictionary project. | 10:45:19 |
| 5 | I wrote an article that was a | 10:45:23 |
| 6 | dictionary procedure article which was one of my | 10:45:25 |
| 7 | first published articles, but I didn't include it | 10:45:28 |
| 8 | here that was a procedures manual for the | 10:45:31 |
| 9 | dictionary. | 10:45:35 |
| 10 | Q    That's okay.  You know, I just wanted | 10:45:36 |
| 11 | to establish the timeframe. | 10:45:37 |
| 12 | A    Okay. | 10:45:39 |
| 13 | Q    If we have more time I could hear more | 10:45:39 |
| 14 | about the Haitian Creole dictionary, but I'm going | 10:45:41 |
| 15 | to pass. | 10:45:44 |
| 16 | So I take it you speak French as a | 10:45:49 |
| 17 | foreign language, obviously; you're a native | 10:45:52 |
| 18 | English speaker, correct? | 10:45:56 |
| 19 | A    Correct. | 10:45:57 |
| 20 | Q    Are you able to distinguish languages | 10:45:57 |
| 21 | from other human sounds? | 10:46:00 |
| 22 | A    It depends on the language.  I think I | 10:46:01 |
| 23 | could always tell if it was a human language from | 10:46:03 |
| 24 | various things, but that's a weird question. | 10:46:05 |
| 25 | Sorry. | 10:46:08 |

| | | |
|---|---|---|
| 1 | Q   That's okay.  I've been accused of | 10:46:10 |
| 2 | asking weird questions before.  Page 3.  You -- | 10:46:12 |
| 3 | the second one down has domain selection and | 10:46:17 |
| 4 | dynamic semantics in quantification and natural | 10:46:20 |
| 5 | language.  What is natural language? | 10:46:26 |
| 6 | A   Natural language is -- it's in | 10:46:28 |
| 7 | contraposition to artificial languages which would | 10:46:32 |
| 8 | be languages like logic, which is a kind of | 10:46:35 |
| 9 | language or a computer languages. | 10:46:38 |
| 10 | Q   I see.  Down a little bit further, | 10:46:39 |
| 11 | midway on page 3, I see a publication of yours | 10:46:42 |
| 12 | entitled "Domain selection" in -- | 10:46:46 |
| 13 | A   That's the same one. | 10:46:52 |
| 14 | Q   Oh, that's the same one.  Sorry. | 10:46:52 |
| 15 | "Discourse Context and Dynamic interpretation." | 10:46:52 |
| 16 | A   Yes. | 10:46:54 |
| 17 | Q   What's discourse context? | 10:46:55 |
| 18 | A   As I said -- I mean, there's a lot of | 10:46:57 |
| 19 | kinds of context in the world, but I'm talking | 10:47:01 |
| 20 | about the context that bears on the interpretation | 10:47:03 |
| 21 | of language, so we call that discourse context | 10:47:05 |
| 22 | because it's the context in which a discourse | 10:47:08 |
| 23 | takes place between interlocutors.  I wasn't | 10:47:10 |
| 24 | speaking specifically of the kind of context | 10:47:18 |
| 25 | that's relevant for interpretation of language. | 10:47:19 |

| | | |
|---|---|---|
| 1 | Q    What does dynamic interpretation mean? | 10:47:24 |
| 2 | A    Yeah.  Context changes in the course of | 10:47:28 |
| 3 | interpretation of a single complex sentence | 10:47:31 |
| 4 | sometimes.  I could give you examples and so you | 10:47:35 |
| 5 | call that dynamic context.  The context that | 10:47:37 |
| 6 | changes while the sentence is being spoken.  I | 10:47:39 |
| 7 | could give you a simple example.  I could say | 10:47:43 |
| 8 | "Give me a copy of that," pointing in one | 10:47:46 |
| 9 | direction; that, pointing in another direction | 10:47:49 |
| 10 | and; that, pointing in a third direction.  And the | 10:47:52 |
| 11 | context in which I'm pointing -- the context | 10:47:55 |
| 12 | includes my pointing and the information that you | 10:47:57 |
| 13 | get from the pointing about what I'm pointing at | 10:48:01 |
| 14 | in that, you know, visual context. | 10:48:04 |
| 15 | So there the context has changed | 10:48:05 |
| 16 | because one point when I said "that" I was | 10:48:07 |
| 17 | pointing in one direction.  Another point, I'm | 10:48:10 |
| 18 | pointing in different and then a third.  So that's | 10:48:12 |
| 19 | a dynamic context, but there are many more complex | 10:48:14 |
| 20 | ways in which a complex syntactic structure leads | 10:48:19 |
| 21 | to the possibility of updating contextual | 10:48:22 |
| 22 | information in the course of interpretation and | 10:48:25 |
| 23 | that's one of my areas of expertise. | 10:48:27 |
| 24 | Q    By the way, you mentioned earlier that | 10:48:32 |
| 25 | there was a technical debate in your field related | 10:48:34 |

| | | |
|---|---|---|
| 1 | to some -- some of the works you've -- or some of | 10:48:38 |
| 2 | the specialities that you focused on.  What were | 10:48:44 |
| 3 | you referencing? | 10:48:46 |
| 4 | A    Well, for example, I told you I'm | 10:48:47 |
| 5 | teaching a course on indexicality, and there's a | 10:48:48 |
| 6 | famous theory of indexicality due to a | 10:48:54 |
| 7 | philosopher -- you don't need to know all | 10:48:57 |
| 8 | the details Caplan in the '80s.  And I'm arguing | 10:48:58 |
| 9 | that if you looked across the wide variety of | 10:49:01 |
| 10 | human languages, there's empirical evidence from | 10:49:03 |
| 11 | those languages that his theory makes the wrong | 10:49:07 |
| 12 | predictions in a number of cases and so is | 10:49:10 |
| 13 | inadequate, so I have a better theory to offer. | 10:49:11 |
| 14 | Q    Are there any theories of yours in | 10:49:15 |
| 15 | linguistics that are the subject of debate in your | 10:49:19 |
| 16 | field? | 10:49:21 |
| 17 | A    Sure.  Of course.  If you are an | 10:49:29 |
| 18 | interested theorist, there are.  So mine, I have a | 10:49:29 |
| 19 | theory about "the." I'm actually you're at the | 10:49:32 |
| 20 | table with one of the world's foremost experts on | 10:49:32 |
| 21 | the English word "the" which is the most common | 10:49:32 |
| 22 | word in English language.  And there's a ferocious | 10:49:32 |
| 23 | debate going back to Russell and Whitehead and | 10:49:42 |
| 24 | Frega (?) in the late 19th, early 20th century | 10:49:45 |
| 25 | about the meaning of "the."  And I have a stance | 10:49:46 |

| | | |
|---|---|---|
| 1 | about that which is still controversial. | 10:49:48 |
| 2 | Q     Anything else in your work that is | 10:49:50 |
| 3 | controversial? | 10:49:52 |
| 4 | A     Oh, controversial.  I mean, I told you | 10:49:54 |
| 5 | my work on the question under discussion's very, | 10:49:56 |
| 6 | very influential.  There's a large -- if you go to | 10:49:58 |
| 7 | my web page, there's a large bibliography, you can | 10:50:02 |
| 8 | link from there that goes to about half of the | 10:50:06 |
| 9 | work that's been written about the question under | 10:50:08 |
| 10 | discussion. | 10:50:11 |
| 11 | Q     Can you tell me just briefly what is | 10:50:11 |
| 12 | the debate about your theory of the question under | 10:50:13 |
| 13 | discussion? | 10:50:15 |
| 14 | A     Whether I have the right theory of the | 10:50:16 |
| 15 | question under discussion.  I characterize it in a | 10:50:19 |
| 16 | certain, very precise formal way, which I could | 10:50:22 |
| 17 | give you a lecture about, if you wanted. | 10:50:25 |
| 18 | Q     No thanks. | 10:50:28 |
| 19 | A     I don't think you want it, but, but is | 10:50:28 |
| 20 | that the right way to do it. | 10:50:30 |
| 21 | So one of the students that I'm writing | 10:50:32 |
| 22 | letters for now has an alternative to one aspect | 10:50:35 |
| 23 | of my theory which I think improves on it but, of | 10:50:37 |
| 24 | course, in science, and I'm a scientists, we have | 10:50:40 |
| 25 | a hypothesis not because we think we're always | 10:50:43 |

1   right, but because we think that's the best          10:50:48

2   explanation we have to give at this point.           10:50:50

3           If new data comes to bear, we revise         10:50:52

4   our hypothesis, so in that sense, all theory is      10:50:54

5   always, in science, up for revision.                 10:50:57

6           The virtue of a good theory is its           10:51:03

7   clarity so that we can understand exactly what it    10:51:05

8   predicts.                                            10:51:08

9       Q    On page 5 of your CV, in a couple of        10:51:09

10  talks you've given on character assassination?       10:51:17

11      A    Mm-hmm.                                      10:51:21

12      Q    What are those?                             10:51:21

13      A    It's a joke.  It's a linguistic joke.       10:51:22

14           I told you about the guy's name Caplan,     10:51:25

15  whose work on indexicality is the most influential   10:51:28

16  and famous in the field and he calls the meaning     10:51:33

17  of an indexical its character.  It's a technical     10:51:37

18  term, has a very specific meaning in that theory.    10:51:40

19  And so I called my talk -- I called my work          10:51:43

20  character assassination because I'm dissing his      10:51:45

21  theory of character.                                 10:51:49

22      Q    Got it.  So, that's helpful.  Thank         10:51:50

23  you.  It's funny as well.                            10:51:52

24      A    (Laughter)                                  10:51:56

25      Q    You have a talk towards the bottom of       10:51:56

| | | | |
|---|---|---|---|
| 1 | | page 5, "OSU Pragmatics Group Slurs" from very -- | 10:52:02 |
| 2 | A | Yeah. | 10:52:11 |
| 3 | Q | Well, a year ago. | 10:52:12 |
| 4 | A | Yeah. | 10:52:12 |
| 5 | Q | Very recently.  What's this group | 10:52:14 |
| 6 | | about? | 10:52:16 |
| 7 | A | The OSU Pragmatics Group is something I | 10:52:16 |
| 8 | | started when I was there.  It's a working group | 10:52:19 |
| 9 | | for non-credit for graduate students who are | 10:52:22 |
| 10 | | interested in pragmatics, and it's very important | 10:52:24 |
| 11 | | for their professional development. | 10:52:26 |
| 12 | Q | And what's the slurs -- | 10:52:28 |
| 13 | | -- (overspeaking) -- | 10:52:29 |
| 14 | A | So I was -- I was attending by Zoom and | 10:52:29 |
| 15 | | their subject of that discussion is slurs, which | 10:52:32 |
| 16 | | are offensive terms in natural language.  And | 10:52:38 |
| 17 | | I have some things to say about the meaning of | 10:52:42 |
| 18 | | slurs and how I think they come to bear and bear | 10:52:45 |
| 19 | | on the truth condition of the utterance, that is | 10:52:53 |
| 20 | | to say whether it's true or false. | 10:52:56 |
| 21 | Q | And do slurs have universal meaning? | 10:52:58 |
| 22 | A | No, they are very particular to the | 10:53:00 |
| 23 | | group that uses them, I would say. | 10:53:02 |
| 24 | Q | And does the perspective of the | 10:53:05 |
| 25 | | listener or the interlocutor hearing the slur also | 10:53:08 |

1     matter?                                                10:53:11

2          A     Well, yes, I said "the group."  So         10:53:12

3     if --  if we're in crowd in a certain ethnic group    10:53:13

4     sometimes a term that would be used by an outsider    10:53:21

5     as an offensive slur can be used as an in-crowd       10:53:24

6     group as almost a badge of pride, so it depends on    10:53:28

7     who you're talking to what the slur -- not just       10:53:33

8     what it means truth conditionally but the             10:53:33

9     implications and the emotional connotations, yes.     10:53:33

10         Q     And cultural differences can --            10:53:42

11               -- (overspeaking) --                       10:53:42

12         A     And cultural differences come to bear,     10:53:43

13    that's correct.                                       10:53:45

14         Q     Let's look to your CV, page 2.  Have       10:53:50

15    you ever testified in a defamation case before?       10:54:01

16               You list a bunch of cases where you've     10:54:07

17    been engaged as a -- as an expert to do expert        10:54:08

18    work.                                                 10:54:11

19         A     No.                                        10:54:11

20         Q     Have you ever testified in a defamation    10:54:11

21    case before?                                          10:54:14

22         A     I don't believe so, no, I have not.        10:54:15

23         Q     Is this case listed at the bottom of       10:54:16

24    your list of cases on page 2 or is that a             10:54:19

25    different case?                                       10:54:22

| | | | |
|---|---|---|---|
| 1 | A | This is this case. | 10:54:23 |
| 2 | Q | So that's Hemmer DeFrank Wessels -- | 10:54:24 |
| 3 | A | Yes. | 10:54:27 |
| 4 | Q | -- Attorneys at Law, Ft. Mitchell. | 10:54:27 |
| 5 | A | Yes. | 10:54:28 |

1     A     This is this case.                          10:54:23

2     Q     So that's Hemmer DeFrank Wessels --         10:54:24

3     A     Yes.                                        10:54:27

4     Q     -- Attorneys at Law, Ft. Mitchell.          10:54:27

5     A     Yes.                                        10:54:28

6     Q     Retained as expert witness in a            10:54:28

7 defamation suit, preparing a report.                 10:54:28

8           Have you ever been retained by Hemmer      10:54:33

9 DeFrank Wessels before?                              10:54:35

10    A     No.                                         10:54:37

11    Q     Have you ever been asked to review          10:54:43

12 videos in connection with any expert testimony      10:54:45

13 before?                                              10:54:46

14    A     No.                                         10:54:48

15    Q     In how many matters have you provided       10:54:56

16 expert testimony?                                    10:54:58

17    A     You mean in the courtroom and               10:54:59

18 deposition or what do you mean by "provided expert  10:55:00

19 testimony"?                                          10:55:03

20    Q     Yeah, let me clarify that.  In how many     10:55:04

21 matters have you provided an expert opinion in an    10:55:06

22 report?                                              10:55:09

23    A     I would have to count.  I don't -- I        10:55:10

24 never -- I haven't kept track of the number.  Out    10:55:11

25 of the cases you see listed here probably 7 or 10.   10:55:15

| | | |
|---|---|---|
| 1 | I'm sorry, I don't know exactly the number. | 10:55:19 |
| 2 | Q    Does this list here that we see on | 10:55:22 |
| 3 | pages 1 and 2 contain a complete list of your | 10:55:25 |
| 4 | work -- legal work -- excuse me, expert work for | 10:55:30 |
| 5 | legal cases? | 10:55:31 |
| 6 | A    I suspect it does.  I don't remember. | 10:55:32 |
| 7 | Remember, this is a brief curriculum vitae so I | 10:55:35 |
| 8 | might have taken out something that didn't seem | 10:55:37 |
| 9 | very important. | 10:55:41 |
| 10 | Q    Have you ever been excluded as an | 10:55:42 |
| 11 | expert? | 10:55:44 |
| 12 | A    Excluded, meaning by a judge? | 10:55:44 |
| 13 | Q    Sure, let me rephrase that.  Has your | 10:55:46 |
| 14 | report ever been excluded in a case? | 10:55:48 |
| 15 | A    Sorry, I'm just not sure the technical | 10:55:51 |
| 16 | sense.  May I try to clarify? | 10:55:53 |
| 17 | Q    Let me try to clarify, and I could ask | 10:55:55 |
| 18 | the question a little better, so thank you. | 10:55:59 |
| 19 | Have you ever given a report or provided a report | 10:56:01 |
| 20 | as an expert in a case and your report has been | 10:56:04 |
| 21 | rejected by the court? | 10:56:08 |
| 22 | A    May I put it a different way?  It | 10:56:12 |
| 23 | was -- was my testimony ever ruled, after the | 10:56:14 |
| 24 | fact, inadmissible?  Yes. | 10:56:16 |
| 25 | Q    Okay.  When? | 10:56:18 |

| | | |
|---|---|---|
| 1 | A    In the second case here, you have the | 10:56:20 |
| 2 | Deters, Benzinger LaVelle, etcetera, in the case | 10:56:22 |
| 3 | pertaining to licensure of healthcare facilities. | 10:56:27 |
| 4 | I testified at a magistrate's hearing.  It was a | 10:56:30 |
| 5 | very interesting testimony. | 10:56:33 |
| 6 | My attorney knew at the time that my -- | 10:56:34 |
| 7 | because they had very strict legal tradition in | 10:56:37 |
| 8 | Kentucky of sticking to the plain meaning of the | 10:56:46 |
| 9 | terms in question, and that there was a | 10:56:49 |
| 10 | possibility that my testimony would be deemed | 10:56:51 |
| 11 | inadmissible because I was testifying as a | 10:56:53 |
| 12 | linguistic expert.  But the judge -- the | 10:56:58 |
| 13 | magistrate, rather, wanted to hear my testimony so | 10:57:00 |
| 14 | he did and it rang the bell.  Even though he | 10:57:03 |
| 15 | legally decided it wasn't admissible, I think it | 10:57:08 |
| 16 | had influence on the case's outcome.  I was very | 10:57:11 |
| 17 | proud of my testimony in that case. | 10:57:14 |
| 18 | Q    In that case, the magistrate ruled your | 10:57:16 |
| 19 | testimony inadmissible though? | 10:57:18 |
| 20 | A    They ruled that -- not because of what | 10:57:20 |
| 21 | I said, but because I was a linguistics expert | 10:57:22 |
| 22 | that the testimony was not admissible. | 10:57:27 |
| 23 | Q    Any other cases that you issued a | 10:57:38 |
| 24 | report in your testimony where your report was | 10:57:40 |
| 25 | deemed inadmissible? | 10:57:44 |

1        A    No.   Let me say this: If it was, I          10:57:45

2   don't know.   No one ever said, oh that was deemed      10:57:52

3   inadmissible.                                            10:57:54

4        Q    Fair enough.   You have a report listed       10:57:56

5   at -- or I'm sorry, not a report but it says            10:58:08

6   testified in court on the first listing on page 1       10:58:13

7   there.                                                   10:58:16

8        A    Yes.                                           10:58:16

9        Q    With Dinsmore & Shohl.                         10:58:16

10       A    Yes.                                           10:58:16

11       Q    Trademark law and interpretation of an        10:58:16

12  advertising slogan.                                      10:58:16

13       A    Yes.                                           10:58:20

14       Q    What were your opinions in that case?         10:58:24

15       A    Let me see if I can remember the              10:58:26

16  details.   It was a fascinating case.   In Ohio we      10:58:28

17  have Nationwide Insurance which has this                10:58:33

18  well-known advertising slogan:  "Nationwide at          10:58:35

19  your side."  I think that's it.                         10:58:40

20       Q    I'm familiar with it.                         10:58:41

21       A    Yes, every everybody is.  And there was       10:58:42

22  a little bank in New England.   I can't remember        10:58:44

23  which one, Sovereign Bank and they had come up          10:58:47

24  with a new advertising slogan, "Sovereign Bank          10:58:50

25  always by your side" or something like that.  I         10:58:54

1    can't remember.  I'm sorry, you know, I'd have to          10:58:59

2    look up the slogan now, but I testified on the            10:59:01

3    part of Sovereign that the new slogan they wanted         10:59:04

4    to use was not synonymous with Nationwide at your         10:59:10

5    side."                                                    10:59:14

6            Oh, no, "Nationwide on your side,"                 10:59:14

7    That's it.  "Nationwide on your side" versus              10:59:17

8    "Sovereign Bank always at your side."  And I              10:59:19

9    testified that they are not synonymous, yeah.             10:59:22

10   I had a really good punch line.  You want to hear         10:59:30

11   my punch line?                                            10:59:33

12        Q    Not really --                                    10:59:34

13        A    Oh, too bad.                                      10:59:35

14        Q    -- but it seems like you want to tell            10:59:35

15   me.                                                        10:59:36

16        A    That's okay.                                      10:59:36

17        Q    What was it?                                      10:59:36

18        A    Well, it's about truth conditions.  So           10:59:36

19   the attorney for Nationwide was cross-examining me        10:59:39

20   and he said, you know -- he was questioning my            10:59:45

21   analysis and I just said to him that -- I agreed         10:59:49

22   that, yeah, I thought he would have to agree that         10:59:52

23   the point where he was standing was at the side of        10:59:55

24   the attorney for Sovereign Bank.  He agreed that          10:59:58

25   was true.                                                 11:00:02

| | | |
|---|---|---|
| 1 | And I said you are certainly not on his | 11:00:03 |
| 2 | side, are you?  And he agreed that that was not | 11:00:05 |
| 3 | true. | 11:00:08 |
| 4 | So, I made the point that they were not | 11:00:08 |
| 5 | truth conditionally synonymous and in linguistic | 11:00:11 |
| 6 | terms, that means they're not synonymous. | 11:00:14 |
| 7 | Q    Okay, so let's -- | 11:00:18 |
| 8 | A    Sorry, may -- the reason I told that | 11:00:19 |
| 9 | you is that I think it has a -- | 11:00:20 |
| 10 | -- (overspeaking) -- | 11:00:21 |
| 11 | Q    That's okay.  That's fine. The next -- | 11:00:23 |
| 12 | you don't have to continue.  The next thing on | 11:00:24 |
| 13 | here is Deters and Benzinger. | 11:00:29 |
| 14 | A    That's the one we talked about -- | 11:00:35 |
| 15 | -- (overspeaking) -- | 11:00:36 |
| 16 | A    -- the Kentucky magistrate. | 11:00:36 |
| 17 | Q    Okay.  There's a matter on here about | 11:00:37 |
| 18 | midway down, Dritz, PLL interpretation of email | 11:00:56 |
| 19 | correspondence at issue in a criminal case. | 11:01:01 |
| 20 | A    Yes, that's correct. | 11:01:09 |
| 21 | Q    What were your opinions in that case? | 11:01:10 |
| 22 | A    I did not write an expert opinion.  I | 11:01:10 |
| 23 | gave them informal information about my | 11:01:10 |
| 24 | interpretation. | 11:01:13 |
| 25 | Q    Are any of these other cases ones in | 11:01:16 |

| | | |
|---|---|---|
| 1 | which you actually wrote a report? | 11:01:23 |
| 2 | A    Several of them are ones in which I | 11:01:26 |
| 3 | wrote a report, yeah. | 11:01:27 |
| 4 | Q    And you've indicated here if you wrote | 11:01:29 |
| 5 | a report or not? | 11:01:31 |
| 6 | A    Sorry, I didn't put that on the CV. | 11:01:33 |
| 7 | I'd have to look at my records to tell you which | 11:01:34 |
| 8 | ones I actually ended up writing formal reports | 11:01:37 |
| 9 | for. | 11:01:39 |
| 10 | Q    Okay, in some -- a few of these cases | 11:01:40 |
| 11 | it appears that the testimony you gave was about | 11:01:44 |
| 12 | interpretation of statutes or contracts; is that | 11:01:46 |
| 13 | correct? | 11:01:49 |
| 14 | A    Yes. | 11:01:49 |
| 15 | Q    In interpreting a statute or a | 11:01:55 |
| 16 | contract, have you done work where you're | 11:02:00 |
| 17 | examining solely the language of the contract to | 11:02:04 |
| 18 | interpret intent or have you looked to any other | 11:02:07 |
| 19 | resources, such as -- well, let me just stop right | 11:02:10 |
| 20 | there. | 11:02:13 |
| 21 | A    When I give my report, my expert | 11:02:19 |
| 22 | opinion as a linguist, I am not giving you my | 11:02:23 |
| 23 | expert opinion as someone with expertise in the | 11:02:26 |
| 24 | law.  The hardest thing about teaching a course on | 11:02:28 |
| 25 | language in the law is that I'm not an expert on | 11:02:31 |

| | | |
|---|---|---|
| 1 | the law.  So when I write an opinion or give an | 11:02:33 |
| 2 | opinion in testimony, I'm talking about the plain | 11:02:36 |
| 3 | meaning of whatever it is I am analyzing. | 11:02:40 |
| 4 | Q    Let me ask you this though.  If you -- | 11:02:44 |
| 5 | in one of these cases, let's talk about the Sparks | 11:02:44 |
| 6 | case here just to be specific. | 11:02:47 |
| 7 | A    Which one is this? | 11:02:48 |
| 8 | Q    It's about midway through -- | 11:02:50 |
| 9 | A    Commercial contracts. | 11:02:51 |
| 10 | Q    On the interpretation of a commercial | 11:02:51 |
| 11 | contract. | 11:02:53 |
| 12 | A    Yes. | 11:02:54 |
| 13 | Q    In that case did you interpret solely | 11:02:54 |
| 14 | the language of the contract? | 11:02:57 |
| 15 | A    Yes. | 11:02:58 |
| 16 | Q    And did you consider any other | 11:02:59 |
| 17 | information, such as statutory history? | 11:03:09 |
| 18 | A    No, I was not told to do so.  These are | 11:03:12 |
| 19 | cases where the plain language of the document was | 11:03:15 |
| 20 | at issue. | 11:03:17 |
| 21 | Q    Okay.  Let's go to the beginning of | 11:03:18 |
| 22 | your report here.  Back to the beginning. | 11:03:36 |
| 23 | Actually, if you go back to the very first page of | 11:03:37 |
| 24 | the caption to the "Plaintiff's Rule 26(a)(2) | 11:03:49 |
| 25 | Disclosures (Phase One)." | 11:03:50 |

| | | |
|---|---|---|
| 1 | A    Sorry, where are you?  Oh, yes, okay. | 11:03:50 |
| 2 | Yes. | 11:03:54 |
| 3 | Q    Got that?  Okay.  That indicates you're | 11:04:03 |
| 4 | going to testify at trial for Nicholas Sandmann; | 11:04:06 |
| 5 | is that correct? | 11:04:10 |
| 6 | A    Yes, I have agreed to do so. | 11:04:10 |
| 7 | Q    And do you understand what Phase I | 11:04:12 |
| 8 | means in this case? | 11:04:14 |
| 9 | A    No.  I mean, I know what the English | 11:04:15 |
| 10 | means but I don't really know the legal | 11:04:20 |
| 11 | implications. | 11:04:22 |
| 12 | Q    Okay, your report is dated | 11:04:23 |
| 13 | November 10th, as we talked about before and is | 11:04:24 |
| 14 | attached to this.  When were you first contacted | 11:04:26 |
| 15 | about this matter? | 11:04:31 |
| 16 | A    I believe that was in September of '21. | 11:04:33 |
| 17 | Q    September of '21, okay.  And who were | 11:04:42 |
| 18 | you contacted by? | 11:04:42 |
| 19 | A    Todd McMurtry. | 11:04:43 |
| 20 | Q    Was anyone else present? | 11:04:45 |
| 21 | A    No, it was an email contact initially | 11:04:46 |
| 22 | and then phone. | 11:04:48 |
| 23 | Q    And what -- you spoke with Mr. McMurtry | 11:04:50 |
| 24 | by phone? | 11:04:56 |
| 25 | A    Initially, yes. | 11:04:57 |

1      Q    And what was said in that conversation?          11:04:58

2      A    He told me that there was a case                 11:05:02

3  involving defamation.  He told me roughly what it         11:05:04

4  was about.                                                11:05:07

5           I remembered having seen the news                11:05:08

6  report of the initial -- the initial news reports         11:05:10

7  about the encounter between Mr. -- I didn't               11:05:14

8  remember the name, Sandmann or Phillips and he            11:05:17

9  asked me if I would be willing to give my expert          11:05:22

10  opinion about the meaning of two passages, and I          11:05:24

11  said I would but I reminded him that I only say           11:05:26

12  what I think it actually means.  I'm not                  11:05:30

13  testifying to an end.                                     11:05:34

14      Q    And did you discuss the matter with             11:05:40

15  anyone else?                                              11:05:43

16      A    No, I was asked to retain -- to keep            11:05:44

17  this in confidence.                                       11:05:48

18      Q    When did you begin preparing your               11:05:53

19  report?                                                   11:05:56

20      A    I'm sorry, I'd have to look at my               11:05:57

21  records but I think it was in September, to my            11:05:59

22  recollection.                                             11:06:01

23      Q    And --                                          11:06:03

24      A    Maybe it wasn't until October.  I'm            11:06:07

25  sorry, I think -- I'm not sure exactly when I            11:06:09

| | | |
|---|---|---|
| 1 | started doing the work. | 11:06:12 |
| 2 | Q   Did you do it over a long period of | 11:06:16 |
| 3 | time in October -- or not a long period.  I | 11:06:19 |
| 4 | shouldn't characterize it that way -- did you do | 11:06:22 |
| 5 | it over a month -- | 11:06:23 |
| 6 | -- (overspeaking) -- | 11:06:24 |
| 7 | A   I think I -- no, I think I wrote the | 11:06:24 |
| 8 | report.  I think what happened in September was | 11:06:26 |
| 9 | that I initially had access to the videos and the | 11:06:28 |
| 10 | passages that I was to look at and I gave -- I | 11:06:32 |
| 11 | reviewed those and I gave Todd a preliminary | 11:06:37 |
| 12 | assessment of whether I thought those passages | 11:06:40 |
| 13 | were true or not of what I saw in the videos.  And | 11:06:44 |
| 14 | then he came back later, probably in late October | 11:06:46 |
| 15 | and said we'd like you to write a report, and | 11:06:49 |
| 16 | I believe it took me about seven or eight days to | 11:06:52 |
| 17 | write the report. | 11:06:57 |
| 18 | Q   Did you have any in-person meetings | 11:06:58 |
| 19 | with anyone or just telephone calls -- | 11:07:03 |
| 20 | -- (overspeaking) -- | 11:07:04 |
| 21 | A   No. | 11:07:05 |
| 22 | Q   -- with Mr. -- | 11:07:05 |
| 23 | A   Telephone calls and video ...used Zoom. | 11:07:07 |
| 24 | Q   Can you look on your report at page -- | 11:07:13 |
| 25 | continuing on from where we were before, page 5 -- | 11:07:20 |

| | | |
|---|---|---|
| 1 | A     The report. | 11:07:23 |
| 2 | Q     -- at the end of your legal work. | 11:07:23 |
| 3 | A     Oh, you're talking about my appendix? | 11:07:31 |
| 4 | Q     I know you took the clip off of it, so | 11:07:34 |
| 5 | it's a little out of order.  You might want to put | 11:07:36 |
| 6 | the clip back on. | 11:07:38 |
| 7 | A     There's separate numbers on the CV.  I | 11:07:40 |
| 8 | wasn't sure you were talking about the report or | 11:07:42 |
| 9 | the CV. | 11:07:44 |
| 10 | Q     Yes, I'm sorry, I'm talking about the | 11:07:44 |
| 11 | report at this time. | 11:07:46 |
| 12 | A     Okay.  Page 5. | 11:07:47 |
| 13 | Q     Page 5. | 11:07:48 |
| 14 | A     Yes. | 11:08:03 |
| 15 | Q     Okay, "IV Bases for Opinions and | 11:08:03 |
| 16 | Materials Considered." | 11:08:03 |
| 17 | It says here, "I have been provided | 11:08:06 |
| 18 | with the following materials on which to base my | 11:08:09 |
| 19 | opinion" and then it goes on page 5, 6 and | 11:08:10 |
| 20 | continues onto page 7; is that correct? | 11:08:15 |
| 21 | A     Correct. | 11:08:16 |
| 22 | Q     Are the materials -- strike that. | 11:08:21 |
| 23 | Are all the materials that you reviewed | 11:08:22 |
| 24 | in connection with your report listed here on | 11:08:23 |
| 25 | Pages 5 to 7? | 11:08:25 |

1    A    That's correct.                              11:08:27

2    Q    Okay, so those that are listed here on      11:08:27

3  pages 5 to 7 are the only materials you reviewed,   11:08:30

4  correct?                                            11:08:32

5    A    That is correct.                             11:08:34

6    Q    On page --                                   11:08:34

7         -- (overspeaking) --                         11:08:35

8    A    May I say, in the original material,         11:08:35

9  set of materials I was given, there was some more   11:08:37

10 videos, but they were parts of the videos that      11:08:40

11 I have listed here so I didn't see any other         11:08:42

12 additional materials.                               11:08:45

13        In other words, there were snippets of       11:08:46

14 some of these videos that were separate from them    11:08:50

15 for some reason in among the original materials I    11:08:50

16 looked at but they are all included in the videos    11:08:50

17 here on the report.                                 11:08:55

18   Q    So just to clarify, you have videos of       11:08:56

19 scene in front of the Lincoln Memorial on January   11:08:59

20 18th of 2019 --                                     11:09:02

21   A    Correct.                                     11:09:02

22   Q    -- and it lists video 1 through video        11:09:02

23 18.                                                 11:09:04

24   A    Correct.                                     11:09:06

25   Q    Correct?  And what you're talking about      11:09:07

1    is those are the 18 videos that you had?                    11:09:08

2         A    That's right.                                     11:09:11

3         Q    And that there may have been additional           11:09:12

4    videos, but they were just snippets of the same 18          11:09:13

5    videos, correct?                                            11:09:16

6         A    That's correct.                                   11:09:18

7         Q    And other than those videos and the               11:09:18

8    newspaper articles listed and the other materials           11:09:25

9    listed on pages 6 and 7, there were no other                11:09:28

10   materials that you reviewed?                                11:09:31

11        A    That's correct.                                   11:09:34

12        Q    On page 5 it states: "I have been                 11:09:34

13   provided with the following materials on which to           11:09:36

14   base my opinion," at the bottom there.  Do you see          11:09:40

15   that?                                                       11:09:44

16        A    Yeah.                                             11:09:44

17        Q    Who provided the materials to you?                11:09:45

18        A    Mr. McMurtry's office.  His secretary             11:09:47

19   sent them.                                                  11:09:49

20        Q    So under videos we just talked about,             11:09:57

21   the next category is newspaper articles reporting           11:10:00

22   on the incident of interest on page 6.  And is              11:10:05

23   this list here a complete list of all the news             11:10:09

24   articles you were provided and reviewed in                  11:10:13

25   connection with your report?                                11:10:15

| | | |
|---|---|---|
| 1 | A    That is correct. | 11:10:16 |
| 2 | Q    And did you review any of the TV news | 11:10:17 |
| 3 | broadcasts or video news segments that accompanied | 11:10:20 |
| 4 | the online news articles or did you just review | 11:10:23 |
| 5 | the online articles? | 11:10:25 |
| 6 | A    If you go to those links, if on the | 11:10:27 |
| 7 | link there was a video of the news reporter, I | 11:10:30 |
| 8 | looked at that or there was, you know -- and that | 11:10:32 |
| 9 | is to say, if embedded in the news article there | 11:10:35 |
| 10 | was a video, I watched it. | 11:10:38 |
| 11 | Q    Umm... | 11:10:42 |
| 12 | A    But that's all. | 11:10:44 |
| 13 | Q    So, for example, in the second entry | 11:10:44 |
| 14 | here on page 6 for ABC's on-line article, Chris | 11:10:51 |
| 15 | Francescani and Bill Hutchinson you reviewed the | 11:10:52 |
| 16 | online article and if there was a video segment | 11:11:02 |
| 17 | linked to that you would have reviewed that, as | 11:11:05 |
| 18 | well? | 11:11:07 |
| 19 | A    I would have watched it, yes. | 11:11:08 |
| 20 | Q    Do you recall watching it? | 11:11:10 |
| 21 | A    No, I do not. | 11:11:11 |
| 22 | Q    So for the next one, the CBS online | 11:11:12 |
| 23 | article it just lists the online article, Native | 11:11:15 |
| 24 | American veteran in viral video by Justin | 11:11:18 |
| 25 | Carissimo.  Did you review just that online | 11:11:18 |

1    article or a broadcast linked within that article?                    11:11:27

2         A    I'm sorry, I'd have to look at the                          11:11:33

3    links that I was sent and look exactly at what I                      11:11:34

4    saw.                                                                  11:11:37

5              As I recall, the only videos embedded                      11:11:38

6    in these articles in general -- I don't remember                     11:11:40

7    which was which, were either a news reporter                         11:11:43

8    saying this is what happened and -- or a short                       11:11:46

9    clip from one of the 18 videos that we have seen                     11:11:51

10   here.                                                                 11:11:54

11        Q    Okay, so sitting here today with                           11:11:54

12   respect to CBS's online article that you have                        11:11:56

13   listed do you recall whether or not you also                         11:11:59

14   watched the video segment, went to that article?                     11:12:02

15        A    I do not recall about specific                             11:12:06

16   articles.  The reason I do not recall is that                        11:12:09

17   after I had viewed all this material I decided to                    11:12:11

18   base my report entirely on the videos 1 through                      11:12:14

19   18, which is what I have done so I did not review                    11:12:18

20   those subsequently, those newspaper articles.                        11:12:23

21        Q    And would that be the same if I asked                      11:12:30

22   you for the other newspaper articles --                              11:12:32

23        A    Yes, yes.                                                   11:12:34

24              -- (overspeaking) .                                        11:12:35

25        Q    Let me finish the question.  Okay,                         11:12:36

| | | |
|---|---|---|
| 1 | thank you.  As to the other news articles listed | 11:12:37 |
| 2 | here, you don't recall sitting here today whether | 11:12:41 |
| 3 | you reviewed anything but the online article; | 11:12:43 |
| 4 | you'd have to go back and... | 11:12:46 |
| 5 | A    I do recall that I did not seek out | 11:12:48 |
| 6 | additional information linked to or associated | 11:12:50 |
| 7 | with the articles. | 11:12:54 |
| 8 |        If there was in the article a video | 11:12:54 |
| 9 | clip, I clicked on that and watched it, otherwise | 11:12:58 |
| 10 | I did not go further. | 11:13:02 |
| 11 | Q    Sitting here today you don't recall | 11:13:07 |
| 12 | which specific ones you would have clicked on | 11:13:09 |
| 13 | links within the articles, correct? | 11:13:11 |
| 14 | A    No, I do not. | 11:13:13 |
| 15 | Q    Under "other materials" on page 7, I | 11:13:16 |
| 16 | list four other materials; do you see that there? | 11:13:23 |
| 17 | A    Yes. | 11:13:29 |
| 18 | Q    Final investigative report.  Letter | 11:13:31 |
| 19 | from Nick Sandmann to Bob Rowe.  Transcription of | 11:13:33 |
| 20 | Nick Sandmann's deposition.  Statement of Nick | 11:13:38 |
| 21 | Sandmann.  Are these the only materials that you | 11:13:40 |
| 22 | reviewed in connection with your report? | 11:13:44 |
| 23 | A    That is correct. | 11:13:46 |
| 24 | Q    And on page 8 you list at the top of | 11:13:47 |
| 25 | page 8, you know, you consulted several of the | 11:13:56 |

| | | |
|---|---|---|
| 1 | most respected dictionaries.  And you list three | 11:13:58 |
| 2 | dictionaries there:  The Oxford English Dictionary | 11:14:01 |
| 3 | on Historical Principles, Oxford University Press, | 11:14:03 |
| 4 | the Merriam-Webster's Collegiate Dictionary (11th | 11:14:08 |
| 5 | Edition) and The American Heritage Dictionary of | 11:14:11 |
| 6 | the American Language."  You consulted those three | 11:14:16 |
| 7 | dictionaries, correct? | 11:14:20 |
| 8 | A    That's correct. | 11:14:21 |
| 9 | Q    Did you consult any other dictionaries? | 11:14:22 |
| 10 | A    No, I did not. | 11:14:23 |
| 11 | Q    We have been going about an hour now; | 11:14:36 |
| 12 | is that right?  Should we take like a five-minute | 11:14:39 |
| 13 | break?  Is that okay? | 11:14:42 |
| 14 | MR. McMURTRY:  Sure. | 11:14:44 |
| 15 | MS. SPEARS:  Okay, thanks. | 11:14:46 |
| 16 | THE VIDEOGRAPHER:  The going | 11:14:48 |
| 17 | off-the-record, the time is 11:14 a.m. | 11:14:48 |
| 18 | (Recess taken from 11:14 a.m. to 11:29 a.m.) | 11:14:51 |
| 19 | THE VIDEOGRAPHER:  We are going back on | 11:29:36 |
| 20 | the record.  The time is 11:29 a.m. | 11:29:37 |
| 21 | BY MS. SPEARS: | 11:29:41 |
| 22 | Q    Okay, we're back on the record.  So in | 11:29:42 |
| 23 | your report -- going back to your report | 11:29:52 |
| 24 | (indiscernible) on page 1 of the actual report | 11:29:55 |
| 25 | (indiscernible) the page that's dated November | 11:29:55 |

| | | |
|---|---|---|
| 1 | 10th 2021. | 11:29:55 |
| 2 | A     Yes. | 11:29:55 |
| 3 | Q     Because there's several page ones. I | 11:29:55 |
| 4 | want to make sure I'm on (inaudible) you state | 11:29:55 |
| 5 | that you have been retained to answer the | 11:30:15 |
| 6 | following two questions pertaining to the above | 11:30:15 |
| 7 | cases basing my answers on the videos provided to | 11:30:15 |
| 8 | me (listed in section IV) below.  And then those | 11:30:15 |
| 9 | are -- just let me stop there for a second.  Those | 11:30:33 |
| 10 | are videos 1 through 18, correct? | 11:30:36 |
| 11 | A     Correct. | 11:30:39 |
| 12 | Q     And then you state later in the report, | 11:30:39 |
| 13 | that you've relied on videos provided to acquaint | 11:30:43 |
| 14 | you with as much details as possible of the | 11:30:48 |
| 15 | situation, correct? | 11:30:51 |
| 16 | A     Correct. | 11:30:52 |
| 17 | Q     How did you use the videos 1 to 18 in | 11:30:52 |
| 18 | reaching your decision?  What was your process? | 11:30:55 |
| 19 | A     I watched them many times and tried to | 11:30:58 |
| 20 | grab what was going on in each one and how they | 11:31:04 |
| 21 | correlated with each other, what was going on | 11:31:06 |
| 22 | generally in the situation and then, very | 11:31:09 |
| 23 | specifically, I watched repeatedly the segments of | 11:31:11 |
| 24 | the videos, especially the ones that I mentioned | 11:31:15 |
| 25 | in the report, where there was the lead-up to the | 11:31:18 |

1    interaction between Phillips and Sandmann and the        11:31:22

2    actual confrontation and the time at which it            11:31:26

3    broke off and what followed immediately after            11:31:35

4    that.                                                    11:31:35

5             So I watched those many, many times.            11:31:36

6    Stopped them, went back, tried to see at which           11:31:37

7    point which things happened and what evidence I          11:31:40

8    could have about -- could see in the videos about        11:31:41

9    the nature of the interaction.                           11:31:45

10       Q    Where did you watch the videos?                 11:31:49

11       A    In my home office.                              11:31:50

12       Q    And what type of screen or device did           11:31:52

13   you watch the videos on?                                 11:31:54

14       A    I have two large Dell monitors and I            11:31:55

15   put usually documents on one and videos on the           11:31:58

16   other.                                                   11:32:00

17       Q    And did you utilize any software to             11:32:01

18   watch them faster or slower or frame-by-frame?           11:32:05

19       A    No.                                             11:32:08

20       Q    How much time did you say you spent             11:32:09

21   watching the videos?  You say you spent a lot of         11:32:11

22   time, quantify it for me.                                11:32:15

23       A    My.  Well, I did it over the course of,         11:32:18

24   you know, first a couple of days when I gave my          11:32:21

25   initial and formal opinion and then over a week.         11:32:25

| | | |
|---|---|---|
| 1 | I must have spent at least two or three | 11:32:28 |
| 2 | hours looking at those segments of the videos. | 11:32:32 |
| 3 | Q    So in total you'd say you spent what | 11:32:36 |
| 4 | two or three hours looking at the -- | 11:32:38 |
| 5 | -- (overspeaking) -- | 11:32:39 |
| 6 | A    The relevant segments. | 11:32:39 |
| 7 | Q    -- 18 videos? | 11:32:39 |
| 8 | -- (overspeaking) -- | 11:32:41 |
| 9 | A    The relevant segments.  Some of the | 11:32:41 |
| 10 | videos I just reviewed quickly. | 11:32:45 |
| 11 | They were much more overall characters | 11:32:48 |
| 12 | of what's going on in the situation at the time, | 11:32:49 |
| 13 | for example with the Black Hebrew Israelites and | 11:32:50 |
| 14 | things like that. | 11:32:54 |
| 15 | I subsequently didn't pay much | 11:32:54 |
| 16 | attention to the segments, except for ones that | 11:32:57 |
| 17 | pertained to the -- immediate lead-up to the | 11:32:59 |
| 18 | Phillips Sandmann confrontation. | 11:33:03 |
| 19 | Q    And so what was your goal then in | 11:33:05 |
| 20 | reviewing the videos? | 11:33:10 |
| 21 | A    My methodology is very simple: As I | 11:33:13 |
| 22 | told you, as a linguist I tried to get the truth | 11:33:17 |
| 23 | conditions. | 11:33:20 |
| 24 | Meaning is very rich and we talked | 11:33:21 |
| 25 | about slurs, for example, so there's many aspects | 11:33:23 |

| | | |
|---|---|---|
| 1 | of meaning that you can't characterize in terms of | 11:33:25 |
| 2 | true or false and straightforward.  There's | 11:33:28 |
| 3 | emotional responses and offence and things.  I | 11:33:29 |
| 4 | wasn't looking for that. | 11:33:33 |
| 5 | I was trying to look at getting at when | 11:33:34 |
| 6 | would one of these passages that I was asked to | 11:33:36 |
| 7 | weigh in on, what would the situation be like in | 11:33:40 |
| 8 | order for that to be true and then I needed to | 11:33:45 |
| 9 | look at the videos to see, is this a situation in | 11:33:47 |
| 10 | which, given those truth conditions as I | 11:33:49 |
| 11 | understand them, given the plain language there, | 11:33:51 |
| 12 | is this a situation in which this passage is true. | 11:33:55 |
| 13 | So in order to do that I had to | 11:33:58 |
| 14 | acquaint myself as thoroughly as possible with the | 11:34:01 |
| 15 | events of that day as presented in the videos. | 11:34:03 |
| 16 | That's the only evidence that I had about what | 11:34:05 |
| 17 | actually occurred. | 11:34:07 |
| 18 | Q    Okay, and so you were reviewing the | 11:34:10 |
| 19 | videos to determine the facts of what happened? | 11:34:13 |
| 20 | A    Correct, insofar as they're represented | 11:34:16 |
| 21 | in the videos. | 11:34:20 |
| 22 | Q    And trying to reconstruct from the | 11:34:20 |
| 23 | videos what happened, correct? | 11:34:23 |
| 24 | A    Right. | 11:34:24 |
| 25 | Q    And later in your opinion on page 8, | 11:34:25 |

1  that last paragraph there on page 8, you explain        11:34:33

2  that, "Although (you) subsequently read                 11:34:37

3  statements, interviews and depositions by Mr.           11:34:37

4  Phillips and Mr. Sandmann pertaining to their           11:34:37

5  encounter (that you) endeavored to form (your)          11:34:37

6  opinion not on the basis of those subsequent            11:34:37

7  statements, but solely on the basis of the              11:34:37

8  evidence in the videos," is that right?                 11:34:37

9       A    Correct.                                      11:34:55

10      Q    And I think you said that before.             11:34:56

11 Why -- or when did you decide to base your report       11:34:58

12 solely on the videos 1 through 18?                      11:35:00

13      A    As soon as I had reviewed all the             11:35:03

14 materials in the initial informal reviews that I        11:35:05

15 did, I -- knowing what my expertise is, is my           11:35:08

16 expertise is solely is were these statements, as I      11:35:14

17 understand them, as a native speaker and a              11:35:18

18 linguist, were these statements true of the             11:35:23

19 situation?                                              11:35:24

20           The only evidence I have about what           11:35:25

21 actually occurred there is the videos.  All the         11:35:27

22 statements subsequent are people's opinions about       11:35:29

23 it or the way they represented it.  That has no         11:35:32

24 bearing on whether the statements were true.            11:35:35

25      Q    Okay, and so that's why -- well, strike       11:35:43

1    that.  So why was it important to form your          11:35:43

2    opinions solely on the basis of the videos then?     11:35:45

3        A    The video is the only direct evidence       11:35:53

4    we have of what actually -- or that I have,          11:35:54

5    anyway, of what occurred there.  I wasn't there      11:35:55

6    and anything anybody tells me, they'd be skewed by   11:35:58

7    their own -- you know, what's at stake for them.     11:36:03

8        Q    And you note that on page 8 here:           11:36:05

9    "Someone's memory or construal of an event may not   11:36:07

10   correspond to the facts about the situation in      11:36:07

11   which it occurred.  It is only the situation        11:36:07

12   itself that is relevant to the truth of a           11:36:07

13   statement purporting to describe it." What do you   11:36:07

14   mean by their construal of an event?  Do you mean   11:36:20

15   the way a person perceives an event or what do you  11:36:25

16   mean?                                                11:36:27

17       A    "Perceives" is too crude.  I think          11:36:28

18   people interpret what's happening to them all the   11:36:31

19   time it and that that can lead them to distort or   11:36:33

20   misrepresent what they're actually seeing right in  11:36:37

21   front of them.  And so as we know, in the law,      11:36:40

22   testimony always has to be understood relative to   11:36:43

23   the state of the person testifying, so I'm much     11:36:45

24   more interested in what I could see with my own     11:36:50

25   eyes in the videos.                                  11:36:51

1      Q    So what do you mean by "construal"          11:36:53

2  then?                                                 11:36:59

3      A    Construal's like, for example -- in the     11:36:59

4  statements, Mr. Phillips says that "the guy..."       11:37:03

5  Let me find one of the passages, that Sandmann        11:37:13

6  positioned himself in front of him.  Well, it's no    11:37:16

7  doubt true that Sandmann was in front of Phillips.    11:37:19

8          Did Sandmann position himself in front       11:37:23

9  of Phillips?  That's another matter.  That's          11:37:26

10  Phillips' construal of the interaction that took     11:37:29

11  place between them.  So I didn't want to consider    11:37:32

12  anybody else's interpretation of the situation       11:37:38

13  because they might have interests that lend them     11:37:40

14  to misunderstand what happened in front of them.     11:37:42

15      Q    So that's his interpretation of that        11:37:48

16  situation.                                            11:37:50

17      A    That's his -- it's his representation       11:37:50

18  of the situation.  I'm not a psychologist.  I'm      11:37:51

19  not trying to say why he represented it that way.    11:37:53

20      Q    What -- so, a person can perceive an        11:37:57

21  event in a certain way but their perception may be   11:38:03

22  mistaken, is that what you're saying?                11:38:07

23      A    It may be that their perception is          11:38:11

24  mistaken or they may interpret what they actually    11:38:12

25  see, in terms of intentions in particular in a way   11:38:15

1    that does not necessarily reflect what occurred.        11:38:18

2        Q    Okay, so you'd -- by design your              11:38:20

3    ultimate opinions are purposefully based only on        11:38:23

4    the videos and not based on what anyone who was         11:38:27

5    there said about what they remembered or construed      11:38:31

6    about the event, correct?                               11:38:34

7        A    That's correct.                                11:38:35

8        Q    And so in forming your opinions to             11:38:35

9    answer the two questions you were asked in this         11:38:37

10   case you did not rely on Mr. Sandmann's deposition      11:38:39

11   transcript or his other statements about the            11:38:44

12   incident; is that correct?                              11:38:45

13       A    That is correct.  In fact, I didn't            11:38:47

14   even finish reading the Sandmann deposition.  I         11:38:48

15   decided that it would be a waste of their time and      11:38:51

16   money for me to do that.                                11:38:53

17       Q    I take it you did not interview                11:38:55

18   Mr. Sandmann either?                                    11:38:56

19       A    I have never met him or talked with            11:38:57

20   him.                                                    11:38:59

21       Q    Why not?                                       11:39:00

22       A    I don't think that bears on my expert         11:39:02

23   witness testimony.  My expertise is about:  Were        11:39:04

24   these true in the situation as it actually              11:39:09

25   occurred?  The only evidence I have of what             11:39:12

1    actually occurred is the video.                        11:39:14

2         Q    Okay, and in forming your opinions to        11:39:16

3    answer the two questions you were asked in this        11:39:19

4    case, you also did not interview Mr. Phillips or       11:39:20

5    rely on any of Mr. Phillips' other statements          11:39:24

6    about the incident for the same reasons then,          11:39:27

7    correct?                                               11:39:28

8         A    That's correct.                              11:39:29

9         Q    And I take it you also did not discuss       11:39:30

10   the facts of the incident with any Covington          11:39:35

11   Catholic High School students or chaperones or any    11:39:41

12   of the bystanders or participants who were present    11:39:44

13   for the same reasons; is that correct?                11:39:47

14        A    So far as I know, I've never met any of     11:39:47

15   these people or spoken to them and for that reason    11:39:50

16   I would not want to.                                  11:39:52

17        Q    Okay, so if I understand you're            11:39:53

18   endeavoring to be as objective as possible, to        11:39:54

19   review the video evidence and tell the court          11:39:57

20   objectively what happened here, based solely on       11:40:00

21   your review of the videos; right?                     11:40:02

22        A    That's what I endeavored to do.            11:40:04

23        Q    Let's look at page 13 of your report.       11:40:14

24   In page 13 of the report, in the last paragraph       11:40:43

25   you conclude, based on your review of the videos      11:40:45

1    that -- if you look at that last paragraph there:          11:40:49
2    "Phillips' outward behavior was consistent with            11:40:49
3    his merely intending to confront Sandmann. Hence           11:40:49
4    Phillips' claim that Sandmann intended to block            11:40:49
5    Phillips' way seems to be a conjecture on his              11:40:49
6    part."                                                     11:40:49
7            So Phillips' statement seems to you, to            11:41:03
8    be his conjecture that Sandmann intended to block          11:41:05
9    him, right?                                                11:41:08
10   A    That is his interpretation of the                     11:41:08
11   situation.  That's the way he represents it.               11:41:09
12   Q    So it's his conjecture, as you say?                   11:41:12
13   A    That's the best understanding I have of               11:41:14
14   it, yes.                                                   11:41:16
15   Q    Did you consider that Phillips'                       11:41:17
16   experience as a Native American may have                   11:41:18
17   influenced how he perceived Mr. Sandmann's intent?         11:41:21
18   A    I have no doubt that that's true but                  11:41:25
19   that does not fall within my expertise.                    11:41:27
20   Q    Are you a Native American?                            11:41:30
21   A    No, I'm not.                                          11:41:32
22   Q    You didn't grow up with Mr. Phillips'                 11:41:33
23   life experiences, right?                                   11:41:35
24   A    Of course I did not.                                  11:41:37
25   Q    And you are not trying to suggest that                11:41:38

1    you understand what his life experiences are as a          11:41:39

2    Native American or his experiences earlier in the          11:41:45

3    day in March, such that you know what he was               11:41:47

4    thinking during the encounter with Mr. Sandmann,           11:41:52

5    right?                                                     11:41:54

6            MR. McMURTRY:  Objection.  Go ahead.               11:41:55

7            THE WITNESS:  I have no idea of what               11:41:56

8    those are, no.  I did not represent myself as              11:41:56

9    understanding that.                                        11:42:01

10   BY MS. SPEARS:                                             11:42:01

11       Q    And you wouldn't deny the legitimacy of          11:42:02

12   someone else's cultural experiences or                     11:42:05

13   perceptions, right?                                        11:42:08

14           MR. McMURTRY:  Objection.                         11:42:09

15           THE WITNESS:  I think that has no                 11:42:09

16   bearing on my expert witness testimony.                    11:42:10

17   BY MS. SPEARS:                                             11:42:13

18       Q    But you're not trying to substitute             11:42:15

19   your perception for Mr. Phillips' perception as a          11:42:17

20   Native American, right?                                    11:42:20

21           MR. McMURTRY:  Objection.                         11:42:22

22           THE WITNESS:  Again, I think that has            11:42:22

23   no bearing on what I have done here.  I'm not              11:42:23

24   doing that.                                                11:42:26

25   BY MS. SPEARS:                                             11:42:27

| | | |
|---|---|---|
| 1 | Q     People expressing their perceptions and | 11:42:29 |
| 2 | experiences, as we talked about before, typically | 11:42:30 |
| 3 | filter them through their own life experiences and | 11:42:33 |
| 4 | cultural references.  You'd agree with that, | 11:42:37 |
| 5 | right, we all do? | 11:42:39 |
| 6 | A     Most people do, yes. | 11:42:40 |
| 7 | Q     Yes.  And you've done that before in | 11:42:46 |
| 8 | your life, right? | 11:42:47 |
| 9 | MR. McMURTRY:  Objection.  Go ahead. | 11:42:49 |
| 10 | THE WITNESS:  I presume I have, yes. | 11:42:50 |
| 11 | BY MS. SPEARS: | 11:42:52 |
| 12 | Q     And you've seen others do so, right? | 11:42:52 |
| 13 | A     I have seen that. | 11:42:54 |
| 14 | Q     Isn't that also the case where someone | 11:42:57 |
| 15 | is trying to decipher another person's intent, | 11:42:59 |
| 16 | they reference their own life experiences and | 11:43:03 |
| 17 | cultural experiences? | 11:43:06 |
| 18 | A     You are asking me for opinions that | 11:43:07 |
| 19 | I have as a private person and I have views about | 11:43:09 |
| 20 | these things but they have no bearing on what I've | 11:43:12 |
| 21 | done in this report. | 11:43:15 |
| 22 | Q     No, I'm asking in your capacity as an | 11:43:16 |
| 23 | expert here.  Isn't it the case when somebody is | 11:43:18 |
| 24 | speaking and trying to decipher someone else's | 11:43:24 |
| 25 | intent, they filter through their life experiences | 11:43:26 |

| | | |
|---|---|---|
| 1 | when doing so -- | 11:43:30 |
| 2 | -- (overspeaking) -- | 11:43:31 |
| 3 | A    It may very well be that -- | 11:43:32 |
| 4 | -- (overspeaking) -- | 11:43:34 |
| 5 | Q    Sorry. | 11:43:34 |
| 6 | A    It may very well be that people do this | 11:43:34 |
| 7 | but it has no bearing on the truth of what occurs. | 11:43:35 |
| 8 | Q    But they may be expressing their | 11:43:41 |
| 9 | perception, based on their life experiences, their | 11:43:43 |
| 10 | cultural references, what they are perceiving in | 11:43:48 |
| 11 | the world at the time; is that fair? | 11:43:50 |
| 12 | A    I would not agree with what you said | 11:43:52 |
| 13 | unless you interpret perception not as perception | 11:43:54 |
| 14 | of the actual circumstances, but as construable | 11:43:57 |
| 15 | and that is not the same thing. | 11:44:01 |
| 16 | Q    Okay, what do you mean? | 11:44:04 |
| 17 | A    One can construe what is happening in | 11:44:06 |
| 18 | front of one's eyes, especially when it comes to | 11:44:08 |
| 19 | intent, without actually having heard evidence and | 11:44:11 |
| 20 | may be incorrect, one's construal. | 11:44:14 |
| 21 | That construal may be in part a | 11:44:17 |
| 22 | function of one's background and experience.  I | 11:44:19 |
| 23 | don't dispute that; we do that all the time. | 11:44:21 |
| 24 | That's how misunderstanding arises.  But that has | 11:44:26 |
| 25 | no bearing on the truth of what actually occurs | 11:44:28 |

1   and that only the truth of what I saw was what          11:44:29

2   bore on my report.                                      11:44:32

3        Q    Have you ever studied Native Americans        11:44:36

4   culture before?                                         11:44:38

5        A    Not as an expert.  I have no expertise        11:44:39

6   in it.  I've been interested, but that's a              11:44:41

7   distinct issue --                                       11:44:45

8        Q    What do you know Mr. Phillips'                11:44:47

9   background, anything?                                   11:44:48

10       A    Not as an expert.                             11:44:51

11       Q    Do you know how old Mr. Phillips is?          11:44:52

12       A    I believe it said in one of the              11:44:57

13  reports, but I don't remember.  He might have been      11:44:59

14  in his 60s or 70s.  Not reports, the articles.          11:45:01

15       Q    Do you know where he was born or what         11:45:03

16  tribe he's affiliated with?                             11:45:05

17       A    Again, I believe it said in one of the        11:45:08

18  articles but I don't remember that.                     11:45:09

19       Q    At the your conclusion of your report         11:45:11

20  at page 14, in one of the penultimate, sort of,         11:45:14

21  paragraphs there, you say that you endeavored to        11:45:16

22  be completely neutral about the apparent views of       11:45:19

23  the individuals involved, not speculating about         11:45:23

24  motives or intentions and paid attention solely to      11:45:26

25  the facts as evident in the videos; do you see          11:45:29

1    that there?                                          11:45:33

2          A     Yes, I do.                               11:45:34

3          Q     And that's right?  You did that?         11:45:35

4          A     I did say that, yes.                     11:45:37

5          Q     And that's what you did?                 11:45:38

6          A     And that is what I did.                  11:45:40

7          Q     When you refer to the individuals        11:45:41

8    involved, are you talking about Mr. Phillips and     11:45:42

9    Mr. Sandmann?                                        11:45:43

10         A     Those are the people I was primarily     11:45:44

11   talking about, yes.                                  11:45:46

12         Q     And you write that you tried to be       11:45:48

13   completely neutral about their apparent views.  So   11:45:50

14   obviously it appears to you that they -- Sandmann    11:45:54

15   and Phillips each have expressed views about what    11:45:57

16   happened, right?                                     11:46:00

17         A     Each what?                               11:46:00

18         Q     Have expressed views about what          11:46:02

19   happened, correct?                                   11:46:03

20         A     Yes.                                     11:46:03

21         Q     And so with respect to Mr. Phillips'     11:46:04

22   expression that Sandmann intended to block           11:46:07

23   Phillips' way, you're not taking the position that   11:46:10

24   Mr. Phillips was lying, right?                       11:46:13

25         A     No, I'm making no attributions to them   11:46:15

| | |
|---|---|
| 1 | about his intent or what he meant to say -- why he | 11:46:18 |
| 2 | meant -- said what he said. | 11:46:20 |
| 3 | Q    You are not disputing that that may be | 11:46:22 |
| 4 | Mr. Phillips' opinion, right? | 11:46:25 |
| 5 | A    I am not disputing it. | 11:46:27 |
| 6 | Q    And the same for Mr. Sandmann.  You are | 11:46:28 |
| 7 | not taking a position on his motives, right? | 11:46:29 |
| 8 | A    No. | 11:46:32 |
| 9 | Q    But it's your opinion that the view | 11:46:32 |
| 10 | Mr. Phillips expressed about Sandmann's intent was | 11:46:34 |
| 11 | mistaken? | 11:46:39 |
| 12 | A    No, I am not talking about what he said | 11:46:40 |
| 13 | about his intent, except insofar as it said that | 11:46:42 |
| 14 | he -- that he attributed to Sandmann moving in | 11:46:45 |
| 15 | specific ways so as to block him.  I saw no | 11:46:49 |
| 16 | evidence of that in the videos. | 11:46:52 |
| 17 | Q    So -- | 11:46:57 |
| 18 | A    I'm not bringing any psychological | 11:46:57 |
| 19 | analysis to bear on this. | 11:47:00 |
| 20 | Q    So, it's your opinion that the view | 11:47:01 |
| 21 | that Mr. Phillips expressed about Mr. Sandmann's | 11:47:04 |
| 22 | intent was not correct? | 11:47:06 |
| 23 | A    I think he misrepresented the | 11:47:08 |
| 24 | situation.  For whatever reason, I do not know. | 11:47:10 |
| 25 | Q    How do -- let's talk a bit more about | 11:47:19 |

| | |
|---|---|
| 1 | how people convey intent. | 11:47:22 |
| 2 |      In your experience, other than by | 11:47:26 |
| 3 | speaking or using words, how do people convey | 11:47:27 |
| 4 | their intent? | 11:47:30 |
| 5 |    A   I can only testify as a non-expert | 11:47:35 |
| 6 | about that. Do you want me to say my personal | 11:47:37 |
| 7 | opinion? It has no bearing on the report. | 11:47:40 |
| 8 |    Q   Because you don't have expertise in | 11:47:45 |
| 9 | answering that question. | 11:47:49 |
| 10 |    A   I am not here as a psychologist. | 11:47:51 |
| 11 | I have no expertise in that domain. Yes. | 11:47:52 |
| 12 |    Q   So, you have no expertise in how people | 11:48:01 |
| 13 | convey intent? | 11:48:03 |
| 14 |    A   I do. How they convey intent | 11:48:04 |
| 15 | linguistically. Linguistic meaning is something | 11:48:08 |
| 16 | people who are native speakers of the language | 11:48:13 |
| 17 | intend to convey when they make an utterance, as | 11:48:13 |
| 18 | long as they are not delusionary or talking in | 11:48:15 |
| 19 | their sleep. | 11:48:17 |
| 20 |      I don't think that that has a bearing | 11:48:18 |
| 21 | on this case, so what Mr. Phillips said is | 11:48:19 |
| 22 | something he had a -- had a meaning that he | 11:48:21 |
| 23 | intended to convey. And it is that meaning, | 11:48:24 |
| 24 | taking it -- him to be a native speaker of the | 11:48:27 |
| 25 | language which I was assessing and whether it is | 11:48:30 |

1  true with respect to the videos that I observed.                11:48:32

2  That is all.                                                    11:48:35

3       Q    Okay, so you don't have any expertise.               11:48:36

4  You are not here portraying yourself as having                  11:48:37

5  expertise about how people might convey intent                  11:48:43

6  through movement or body language or facial                     11:48:45

7  expressions, correct?                                           11:48:48

8       A    Correct.                                              11:48:50

9       Q    In addition to life experiences in                   11:48:58

10 culture which we talked about can impact the way                11:49:00

11 people perceive things, can someone else's body                 11:49:04

12 language and facial expressions influence how                   11:49:09

13 someone, potentially perceives another person's                 11:49:12

14 intent?                                                         11:49:14

15      A    I am told that that is the case.  Again               11:49:15

16 I have no expertise.                                            11:49:17

17      Q    Have you experienced that in your own                 11:49:18

18 life?                                                           11:49:20

19      A    Of course I have.  Yes, of course.                    11:49:20

20      Q    How about the setting or atmosphere of                11:49:22

21 the situation?  In other words, what's happening                11:49:23

22 around someone, what others around someone are                  11:49:25

23 doing in that moment, can that affect perception?               11:49:28

24      A    Of course it does.                                    11:49:30

25      Q    You agree, by the way, and it's also on               11:49:36

1    page 14 of your report if you want to reference          11:49:38

2    that, on the videos you see the other students           11:49:40

3    parted for Mr. Phillips as he approached and             11:49:43

4    Mr. Sandmann did not, right?                             11:49:45

5          A    I did not say that all the other              11:49:48

6    students did.  I said that some students moved           11:49:50

7    aside as he walked up, yes.                              11:49:52

8          Q    And some students let him go by, but          11:49:54

9    Mr. Sandmann stayed put, correct.                        11:49:57

10         A    It wasn't that he was the only person         11:49:59

11   remaining.  The way you put the question, I think        11:50:01

12   distorts the situation.                                  11:50:04

13         Q    Right.  But you just -- you have it           11:50:05

14   here in your report on 14.  "Some of the other           11:50:07

15   boys..."                                                 11:50:11

16         A    Some of them.                                 11:50:12

17         Q    "...moved away from Phillips as the           11:50:12

18   latter approached and let him go by, while               11:50:14

19   Sandmann stayed in one place," right?                    11:50:18

20         A    And that's what I was saying.  "Some of       11:50:19

21   the other boys," yes.  Thank you.                        11:50:20

22         Q    Absent somebody saying "this is my            11:50:24

23   intent," can one ever be sure what someone else's        11:50:26

24   intent is?                                               11:50:30

25         A    Again, I have no expertise but I doubt        11:50:32

| | | |
|---|---|---|
| 1 | it. | 11:50:34 |
| 2 | Q   And you are not considering whatever | 11:50:36 |
| 3 | Mr. Sandmann said his intent was, obviously | 11:50:38 |
| 4 | because you didn't talk to him or review his | 11:50:41 |
| 5 | deposition, correct? | 11:50:43 |
| 6 | MR. McMURTRY:  Objection, go ahead. | 11:50:45 |
| 7 | THE WITNESS:  That's correct.  I do not | 11:50:46 |
| 8 | have any idea what his intent was in that | 11:50:47 |
| 9 | circumstance.  That would be pure speculation as a | 11:50:50 |
| 10 | private person. | 11:50:53 |
| 11 | BY MS. SPEARS: | 11:50:53 |
| 12 | Q   Okay, what you're trying to infer | 11:50:56 |
| 13 | though is Sandmann and Phillips' intention solely | 11:50:57 |
| 14 | from watching the videos, right? | 11:51:00 |
| 15 | A   No -- | 11:51:01 |
| 16 | MR. McMURTRY:  Objection.  Go ahead. | 11:51:02 |
| 17 | THE WITNESS:  -- that is not what I'm | 11:51:02 |
| 18 | doing.  I am not inferring intentions.  I'm | 11:51:04 |
| 19 | looking at the meanings of the words that Phillips | 11:51:07 |
| 20 | said in his -- those two statements.  I know what | 11:51:09 |
| 21 | the meanings are, the expertise that bears on | 11:51:13 |
| 22 | that. | 11:51:15 |
| 23 | Then I look at the videos and I see, | 11:51:16 |
| 24 | given the truth conditions, what would have to be | 11:51:18 |
| 25 | the case for those two statements to be true. | 11:51:20 |

| | | |
|---|---|---|
| 1 | I'd look at what I see in the video and | 11:51:23 |
| 2 | I decide whether that seems to be true, given that | 11:51:25 |
| 3 | video evidence.  I have no -- I do not bring any | 11:51:29 |
| 4 | evidence of intent to bear here except for | 11:51:33 |
| 5 | linguistic intent.  Phillips uttered the | 11:51:37 |
| 6 | statement.  He was conscious.  He's a native | 11:51:40 |
| 7 | speaker of English.  He know what they mean.  I | 11:51:43 |
| 8 | take him to mean what he meant, so that's | 11:51:46 |
| 9 | intention.  Apart from that, I attribute no | 11:51:48 |
| 10 | intention no anyone in my report. | 11:51:50 |
| 11 | BY MS. SPEARS: | 11:51:52 |
| 12 | Q   By the way, in your report you | 11:51:53 |
| 13 | described the situation as a confrontation.  Why | 11:51:54 |
| 14 | do you use that word? | 11:51:57 |
| 15 | A   I think that is, in fact, what | 11:51:58 |
| 16 | happened.  It was a confrontation.  If you look up | 11:51:59 |
| 17 | the word "confrontation" in the dictionary, it's | 11:52:01 |
| 18 | two people standing face-to-face unmoving.  In | 11:52:04 |
| 19 | this case, very, very close range.  I would call | 11:52:07 |
| 20 | that a confrontation. | 11:52:10 |
| 21 | Q   Is a confrontation indicative that | 11:52:11 |
| 22 | people are on opposing sides? | 11:52:15 |
| 23 | A   I think it has that connotation, yes. | 11:52:18 |
| 24 | This was not a friendly interaction.  It wasn't, | 11:52:24 |
| 25 | you know -- yeah. | 11:52:27 |

1      Q    Why was it not friendly?                    11:52:28

2      A    Oh, well, we can discuss that.  That        11:52:31

3  has to do with intentions and history and that's     11:52:32

4  not my expertise.                                     11:52:34

5           I'm just looking at what I saw in the        11:52:36

6  video.  Two people extremely close, face-to-face.    11:52:37

7  One person beating a drum in the other's face.        11:52:42

8  The other one's eyes blinking because the drum is     11:52:46

9  disturbing and --                                     11:52:49

10           -- (overspeaking) --                        11:52:51

11      Q    Why wasn't it friendly?                     11:52:52

12           MR. McMURTRY:  Can she finish her guess     11:52:53

13  -- answer?                                           11:52:54

14           MS. SPEARS:  Oh sure.  I thought she        11:52:54

15  was done.                                            11:52:55

16           THE WITNESS:  So, I'm simply saying         11:52:56

17  that it did not look like a comfortable              11:52:57

18  interaction and it was unusually close range.        11:52:59

19           Most people who don't know each other      11:53:01

20  and I took it these individuals did not know each    11:53:03

21  other, do not come so close to each other in that    11:53:06

22  way.                                                 11:53:09

23  BY MS. SPEARS:                                       11:53:09

24      Q    Okay, anything else about the              11:53:11

25  atmosphere that was not friendly, you said a         11:53:11

| | | |
|---|---|---|
| 1 | second ago? | 11:53:13 |
| 2 | A    I think -- | 11:53:14 |
| 3 | Q    The history of it, you said. | 11:53:15 |
| 4 | A    The history meaning the (inaudible) -- | 11:53:17 |
| 5 | that particular circumstance. | 11:53:17 |
| 6 | -- (overspeaking) -- | 11:53:18 |
| 7 | Q    You said, we can talk about the history | 11:53:18 |
| 8 | of it. | 11:53:20 |
| 9 | A    Okay, I'm not sure exactly what I was | 11:53:21 |
| 10 | alluding to.  But if you look at the situation | 11:53:23 |
| 11 | where there are two, three groups of people in DC | 11:53:25 |
| 12 | for different kinds of protests, and some of them | 11:53:30 |
| 13 | are on different sides of various kinds of | 11:53:33 |
| 14 | political issues and they all know that about each | 11:53:36 |
| 15 | other, as evident in their attire and their | 11:53:38 |
| 16 | behavior and what they're saying, so I would say | 11:53:41 |
| 17 | that that was not a friendly interaction because | 11:53:44 |
| 18 | of that.  That is part of the context and they all | 11:53:46 |
| 19 | knew that. | 11:53:49 |
| 20 | Q    They had cultural differences? | 11:53:50 |
| 21 | A    I didn't say they were cultural.  There | 11:53:53 |
| 22 | were very clear political differences in this | 11:53:56 |
| 23 | case. | 11:53:58 |
| 24 | Q    And that impacted the atmosphere in the | 11:54:00 |
| 25 | sense of the participants involved, correct? | 11:54:05 |

1        A     I would say so.                          11:54:08

2        Q     Some other places in your report you     11:54:15

3   use the word "encounter."  Any difference in the    11:54:17

4   word choices there?                                 11:54:21

5        A     That's just a -- I wasn't using that to  11:54:22

6   be -- make a particular point.  It's a slightly     11:54:24

7   more neutral term than confrontation.               11:54:26

8              Encounter is more neutral and it's more  11:54:29

9   vague.  Two people can encounter each other         11:54:31

10  accidentally.  I don't think this was an            11:54:34

11  accidental encounter.  So the confrontation means   11:54:37

12  it's not friendly and it's not accidental.          11:54:41

13       Q     In terms of the clear political          11:54:44

14  differences you noted, how do you know              11:54:47

15  Mr. Phillips' political --                           11:54:50

16             -- (overspeaking) --                     11:54:53

17       A     I actually don't know his political      11:54:54

18  views, but I do know, like I said, that he was      11:54:58

19  there to protest for Native American rights.  And   11:54:59

20  I know that he -- as a -- I'm assuming as a person  11:55:03

21  who knows some -- has some background about          11:55:10

22  American politics at the time of this occasion,     11:55:13

23  that someone who was protesting for Native          11:55:15

24  American rights and also given other things that    11:55:19

25  other protestors with Phillips were saying to the   11:55:23

| | | |
|---|---|---|
| 1 | boys from Covington Catholic High about "Go back | 11:55:26 |
| 2 | to Europe" and stuff like that, that they -- there | 11:55:31 |
| 3 | was a lot of bad feeling at that time between | 11:55:35 |
| 4 | Native Americans and people on the far right | 11:55:38 |
| 5 | which, wearing a MAGA hat identifies oneself as | 11:55:40 |
| 6 | being.  There were -- so political differences | 11:55:46 |
| 7 | about what constituted being native but -- and | 11:55:48 |
| 8 | that these things were evident to all of the | 11:55:50 |
| 9 | participants in that interaction. | 11:55:57 |
| 10 | Q    And that is what you talked about in | 11:56:00 |
| 11 | terms of contributing to the atmosphere that | 11:56:01 |
| 12 | made it -- | 11:56:04 |
| 13 | A    Yes. | 11:56:04 |
| 14 | Q    -- unfriendly, correct? | 11:56:04 |
| 15 | A    That's correct.  I think so. | 11:56:05 |
| 16 | Q    Let's go back to your report at the | 11:56:13 |
| 17 | beginning on page 1 and 2 of the actual report. | 11:56:16 |
| 18 | A    Yes. | 11:56:20 |
| 19 | Q    Where the date, November 10, 2021 was | 11:56:20 |
| 20 | on page 1.  Are you there? | 11:56:23 |
| 21 | A    Yes. | 11:56:30 |
| 22 | Q    And you were asked to provide your | 11:56:30 |
| 23 | opinion on two questions, correct? | 11:56:32 |
| 24 | A    Correct. | 11:56:34 |
| 25 | Q    And who came up with those questions? | 11:56:34 |

| | | |
|---|---|---|
| 1 | A     Mr. McMurtry so far as I know.  He's | 11:56:37 |
| 2 | the one that posed them to me. | 11:56:40 |
| 3 | Q     Okay, and when was that? | 11:56:41 |
| 4 | A     That was probably in October.  It was | 11:56:42 |
| 5 | probably -- it was either late October or the | 11:56:45 |
| 6 | beginning of November.  I really only worked on | 11:56:47 |
| 7 | this report part-time for seven or eight or ten | 11:56:50 |
| 8 | days.  I can't remember exactly.  I have the | 11:56:53 |
| 9 | notes, if you need to know. | 11:56:56 |
| 10 | Q     And that was in October? | 11:56:57 |
| 11 | A     Either late October or early November. | 11:56:58 |
| 12 | It might have just all been in November.  I don't | 11:57:00 |
| 13 | remember exactly when I started working on the | 11:57:02 |
| 14 | formal report, but I have the notes. | 11:57:04 |
| 15 | Q     Did you have the questions that -- when | 11:57:06 |
| 16 | did you have the questions? | 11:57:08 |
| 17 | A     I believe -- first of all, I knew he | 11:57:10 |
| 18 | was interested in those passages in September when | 11:57:12 |
| 19 | we had the informal discussion about the case | 11:57:14 |
| 20 | because he informally asked me what I thought | 11:57:17 |
| 21 | these passages meant and whether they were true in | 11:57:22 |
| 22 | those videos.  But the formal questions that he | 11:57:24 |
| 23 | posed were posed -- you know, let's say it's | 11:57:26 |
| 24 | either the last of October or the beginning of | 11:57:29 |
| 25 | November. | 11:57:31 |

1      Q    Okay.                                      11:57:32

2      A    But I knew he -- previously that he was    11:57:32

3  interested in those passages.                       11:57:35

4      Q    Okay, and how did you develop your         11:57:36

5  processes for how you would approach answering      11:57:38

6  those questions?                                    11:57:40

7      A    Pretty simple.  As I told you, I had       11:57:43

8  already informally reviewed the material.  I gave   11:57:45

9  more careful consideration.  I didn't have the      11:57:48

10 deposition when I did the first -- had the first    11:57:50

11 informal conversations with Mr. McMurtry, and so    11:57:53

12 then I was given the deposition and some of the     11:57:57

13 other report from the investigator and so forth     11:58:00

14 and the formal questions.  So I had these           11:58:04

15 materials.                                          11:58:11

16        I spent another day or so looking            11:58:12

17 through all the materials and then quickly decided  11:58:13

18 that I wanted to ignore everything except what was  11:58:15

19 in the videos, that that would be the most          11:58:20

20 appropriate methodology given that, as I told you,  11:58:21

21 my methodology is to determine the truth            11:58:25

22 conditional character of the passages.              11:58:28

23        When would they be true, on the basis        11:58:31

24 of a linguistic analysis of the plain meaning and   11:58:34

25 then look at the evidence that we have about what   11:58:41

| | | |
|---|---|---|
| 1 | actually occurred, which I think the most -- which | 11:58:41 |
| 2 | I think the only high quality evidence we have of | 11:58:45 |
| 3 | what actually occurred was the videos because I | 11:58:48 |
| 4 | told you I want to disregard people's opinions | 11:58:48 |
| 5 | about them or reports on them.  So I decided the | 11:58:51 |
| 6 | best thing to do was just do my linguistic | 11:58:53 |
| 7 | analysis, look at the videos and see whether I | 11:58:56 |
| 8 | thought these things were true in those | 11:58:59 |
| 9 | circumstances as represented in the videos. | 11:59:00 |
| 10 | Q    And you talk about reasonable reader in | 11:59:11 |
| 11 | your -- in question 1. Would a reasonable | 11:59:12 |
| 12 | reader under -- and question 2 -- | 11:59:15 |
| 13 | A    Yes. | 11:59:15 |
| 14 | Q    You used the phrase "reasonable | 11:59:15 |
| 15 | reader," right? | 11:59:17 |
| 16 | MR. McMURTRY:  Objection.  She said | 11:59:17 |
| 17 | that I posed the questions. | 11:59:18 |
| 18 | THE WITNESS:  Yeah. | 11:59:20 |
| 19 | MS. SPEARS:  Fair enough. | 11:59:20 |
| 20 | THE WITNESS:  Todd posed the question. | 11:59:20 |
| 21 | BY MS. SPEARS: | 11:59:23 |
| 22 | Q    Fair enough.  Let me rephrase that. | 11:59:23 |
| 23 | Mr. McMurtry in his question 1 says -- | 11:59:25 |
| 24 | or uses the phrase "reasonable reader." | 11:59:29 |
| 25 | Do you use that phrase and what does it | 11:59:33 |

| | | |
|---|---|---|
| 1 | mean to you? | 11:59:41 |
| 2 | A    As an expert, I would be more inclined | 11:59:42 |
| 3 | to say a rational native speaker of the language | 11:59:43 |
| 4 | in question -- | 11:59:47 |
| 5 | Q    This -- | 11:59:49 |
| 6 | A    -- who read and understood the | 11:59:49 |
| 7 | passages, yes; that's what I'm looking at. | 11:59:51 |
| 8 | Q    Is that just a more highbrow way of | 11:59:52 |
| 9 | saying "reasonable reader"? | 11:59:55 |
| 10 | A    It's more accurate, in some ways.  I | 11:59:56 |
| 11 | mean, if you were a reader of -- if you're a | 11:59:59 |
| 12 | French person who doesn't speak English very well | 12:00:01 |
| 13 | and you read this, I'm not sure if they're the | 12:00:03 |
| 14 | person we're aiming at.  We want plain meaning of | 12:00:06 |
| 15 | English, so we want a native speaker.  That's why | 12:00:09 |
| 16 | just any old reader isn't good enough.  That's why | 12:00:11 |
| 17 | I say a native speaker.  And I want rational | 12:00:14 |
| 18 | because irrationality can lead people to | 12:00:17 |
| 19 | misinterpret all kind of things so, yeah. | 12:00:20 |
| 20 | Q    So, it doesn't -- so reasonable reader | 12:00:23 |
| 21 | doesn't just mean an ordinary person reading the | 12:00:25 |
| 22 | statements? | 12:00:27 |
| 23 | A    Oh, it does -- ordinary people are | 12:00:28 |
| 24 | typically not insane, so they're rational and if | 12:00:30 |
| 25 | they're native speakers they fall within this | 12:00:33 |

| | | |
|---|---|---|
| 1 | group so, yes, your ordinary native speaker who is | 12:00:36 |
| 2 | not out of their mind would be a reasonable reader | 12:00:41 |
| 3 | that we had in mind here. | 12:00:42 |
| 4 | Q    Does culture matter? | 12:00:46 |
| 5 | A    No. | 12:00:48 |
| 6 | Q    Does context matter? | 12:00:48 |
| 7 | A    In so far as you've got words like "I" | 12:00:49 |
| 8 | and "now" and "tense," yes, that matters.  Yes. | 12:00:49 |
| 9 | Q    And that's part of your study -- | 12:00:56 |
| 10 | A    Yes, that's correct. | 12:00:57 |
| 11 | Q    -- in your background in pragmatics, | 12:00:58 |
| 12 | correct? | 12:01:00 |
| 13 | A    Correct. | 12:01:00 |
| 14 | Q    See, I'm learning already. | 12:01:02 |
| 15 | A    You are. | 12:01:03 |
| 16 | Q    Are there unreasonable readers? | 12:01:03 |
| 17 | A    Umm... well -- | 12:01:07 |
| 18 | Q    Would that be someone who is insane; is | 12:01:10 |
| 19 | that -- | 12:01:13 |
| 20 | A    Well, there's another matter here.  So, | 12:01:14 |
| 21 | understand the following statement to be false in | 12:01:16 |
| 22 | view of the videos.  A person might watch the | 12:01:18 |
| 23 | videos and have very strong prejudices.  For | 12:01:22 |
| 24 | example, be a far right-wing person and have an | 12:01:27 |
| 25 | interpretation of what Mr. Phillips does that | 12:01:32 |

1    attributes him -- things to him or intentions that        12:01:34

2    he did not have, right?                                   12:01:36

3              So, I think the reasonable (sic) there          12:01:38

4    could be if you're going to set aside prejudice           12:01:40

5    and distortion of what you see, given what you can        12:01:43

6    see in the video and you're a native speaker and          12:01:48

7    you're rational, would you take this to be false?         12:01:51

8         Q    Go to page 5 of your report.  This is a        12:01:58

9    summary in the middle of the page under III,              12:02:09

10   "Summary of Opinions."                                    12:02:12

11        A    Yes.                                            12:02:15

12        Q    Is that right?                                  12:02:15

13        A    Correct.                                        12:02:16

14        Q    Are all of the opinions you intend to          12:02:17

15   offer in this case expressed in your written             12:02:19

16   report that we've marked here?                            12:02:21

17        A    Yes.                                            12:02:22

18        Q    So you don't have any other opinions           12:02:24

19   that are not expressed in your written report            12:02:26

20   here?                                                     12:02:28

21        A    I have not been asked as an expert to          12:02:29

22   give any additional opinions.  These are they.           12:02:31

23        Q    Let's go on that same page.  Again, I          12:02:37

24   want to ask you about this reasonable native             12:02:40

25   speaker and I think you just answered it, but I          12:02:44

1    want to make sure I'm clear.  So you say:           12:02:47

2              "A reasonable native speaker of English    12:02:50

3    reading (each) passage would take it to be false     12:02:50

4    in the circumstances captured in the videos of the   12:02:50

5    encounter which have been provided to me."           12:02:50

6              And we talked about a reasonable           12:03:04

7    reader. So is a reasonable reader a native speaker   12:03:04

8    of English or are you qualifying your opinion to     12:03:06

9    pertain to native English speakers?                  12:03:10

10        A    I didn't understand your question.         12:03:14

11        Q    What are you -- by saying "Native          12:03:15

12   speaker of English," who are you excluding?          12:03:17

13        A    I'm excluding people who might have not    12:03:19

14   learned English perfectly.  So by saying "native    12:03:23

15   speaker" I'm talking about people who command the   12:03:26

16   English language.                                    12:03:29

17        Q    And what does -- "would take it to be      12:03:33

18   false" mean?                                         12:03:36

19        A    If they were to watch the video and       12:03:39

20   they were a native speaker and they only looked at  12:03:41

21   what actually occurred in the video, they would     12:03:45

22   say this was false.                                  12:03:47

23        Q    And what does: "In the circumstances      12:03:50

24   captured in the videos of the encounter" mean?      12:03:53

25        A    That means what the video showed          12:03:55

| | | |
|---|---|---|
| 1 | occurred.  Videos do not show intent; they show | 12:03:56 |
| 2 | action, behavior, what actually occurs. | 12:04:01 |
| 3 | Q    And again, this is you -- well, strike | 12:04:05 |
| 4 | that.  Let's go to page 7 of your report. | 12:04:07 |
| 5 | Page 7 of your report, you say:  "In | 12:04:35 |
| 6 | determining truth conditions, the science of | 12:04:37 |
| 7 | linguistics is purely descriptive aiming to | 12:04:37 |
| 8 | determine the plain meaning of an expression that | 12:04:37 |
| 9 | is understood by ordinary speakers of the language | 12:04:37 |
| 10 | in which it is couched." | 12:04:37 |
| 11 | What you mean by "purely descriptive"? | 12:04:47 |
| 12 | A    Many times people think that either a | 12:04:53 |
| 13 | dictionary or grammar is prescriptive, telling you | 12:04:55 |
| 14 | how you should speak, what something should mean. | 12:04:59 |
| 15 | You shouldn't say "ain't."  You should say "whom" | 12:05:02 |
| 16 | instead of "who" in certain cases. | 12:05:05 |
| 17 | This is not what we do in linguistics. | 12:05:09 |
| 18 | We describe what native -- ordinary people, who | 12:05:10 |
| 19 | have never even necessarily had a grammar class | 12:05:14 |
| 20 | say and understand by what they say.  That's the | 12:05:17 |
| 21 | crucial point. | 12:05:21 |
| 22 | Q    Okay, and page 7 you also discuss what | 12:05:23 |
| 23 | you call truth conditions. | 12:05:27 |
| 24 | A    Correct. | 12:05:28 |
| 25 | Q    You describe truth conditions as, "What | 12:05:29 |

| | | |
|---|---|---|
| 1 | a situation would have to be like in order for the | 12:05:32 |
| 2 | sentence to truthfully describe that situation." | 12:05:35 |
| 3 | What are truth conditions to you? | 12:05:40 |
| 4 | A    Truth conditions is -- well, I can tell | 12:05:44 |
| 5 | you again, informally, which I've done several | 12:05:45 |
| 6 | times, truth conditions are specific conditions | 12:05:51 |
| 7 | that would have to be satisfied in order for this | 12:05:52 |
| 8 | to be true, okay? | 12:05:55 |
| 9 | Q    Okay. | 12:05:58 |
| 10 | A    I can characterize that.  Remember, I | 12:05:58 |
| 11 | said I'm a formal semanticist.  I can characterize | 12:06:01 |
| 12 | that logically.  So it's often useful if you're | 12:06:02 |
| 13 | teaching the computer English, you translate it | 12:06:06 |
| 14 | into a logical language and then the computer goes | 12:06:13 |
| 15 | from -- the computer -- native computer languages | 12:06:14 |
| 16 | are mathematical, logical languages and they can | 12:06:16 |
| 17 | use the translation to go to the database to get | 12:06:19 |
| 18 | information and then translate it back into | 12:06:20 |
| 19 | English.  Or if you're translating between two | 12:06:22 |
| 20 | languages you often translate and you get the | 12:06:24 |
| 21 | truth conditions that's a logical statement.  It | 12:06:25 |
| 22 | doesn't matter.  Truth conditions are truth | 12:06:28 |
| 23 | conditions.  They are things -- the way things | 12:06:30 |
| 24 | would have to be in order for this to be true. | 12:06:32 |
| 25 | Q    Is there a set number of definitive | 12:06:41 |

| | | |
|---|---|---|
| 1 | truth conditions for any particular phrase? | 12:06:43 |
| 2 | A    No, actually that's a very -- that's a | 12:06:45 |
| 3 | very challenging question and that's why we refer | 12:06:47 |
| 4 | to multiple dictionaries, to look at multiple | 12:06:49 |
| 5 | things that a word might mean and connotations | 12:06:52 |
| 6 | that it might have, etcetera, to determine what, | 12:06:56 |
| 7 | you know, the range of possible meanings are.  And | 12:06:58 |
| 8 | then we look at the context, the syntax to | 12:07:02 |
| 9 | determine what the actual intended meaning was in | 12:07:04 |
| 10 | that case. | 12:07:06 |
| 11 | Q    And what is the plain meaning -- use | 12:07:10 |
| 12 | from a phrase, mean to you? | 12:07:12 |
| 13 | A    I use that because it's common in the | 12:07:16 |
| 14 | law and I think by "plain meaning" they mean what | 12:07:17 |
| 15 | an ordinary speaker who is a native speaker, who | 12:07:21 |
| 16 | has command of the English language, would take | 12:07:23 |
| 17 | the expression to mean. | 12:07:28 |
| 18 | Q    And how does an ordinary speaker | 12:07:29 |
| 19 | determine what plain meaning of a word or a | 12:07:31 |
| 20 | passage is? | 12:07:33 |
| 21 | A    Ahhh, there you'd have to take language | 12:07:34 |
| 22 | and the law, wouldn't you?  So, the -- people | 12:07:35 |
| 23 | think that they teach their children language, but | 12:07:38 |
| 24 | the fascinating thing is that they do not. | 12:07:40 |
| 25 | Children -- like a little deer is born | 12:07:44 |

| | | |
|---|---|---|
| 1 | to walk, it gets up and walks almost as soon as | 12:07:45 |
| 2 | it's born.  Little children have been learning the | 12:07:48 |
| 3 | language of their mothers in the womb.  They've | 12:07:51 |
| 4 | learned the sound patterns, the prosody.  And they | 12:07:54 |
| 5 | are learning the sound patterns of their native -- | 12:07:57 |
| 6 | their maternal -- not because it's their birth | 12:08:00 |
| 7 | mother, but the language that's spoken around them | 12:08:03 |
| 8 | all the time as they develop and mature till about | 12:08:05 |
| 9 | nine months to a year. | 12:08:07 |
| 10 | In two months they start speaking and | 12:08:09 |
| 11 | they make all kinds of errors that are things that | 12:08:11 |
| 12 | nobody around them would ever say.  For example, | 12:08:13 |
| 13 | they'll over-generalize regular verb tense, past | 12:08:15 |
| 14 | tense. | 12:08:20 |
| 15 | So instead of saying "went" they'll say | 12:08:20 |
| 16 | "go'd."  Anybody who has a child and listens hard | 12:08:20 |
| 17 | enough will see that at a certain point an | 12:08:24 |
| 18 | ordinary, average, normal child developing will | 12:08:24 |
| 19 | over-generalize the grammatical rules that they're | 12:08:24 |
| 20 | learning and the language that they're studying | 12:08:24 |
| 21 | around them.  So children are born to absorb and | 12:08:24 |
| 22 | learn a language.  It's a fascinating thing and | 12:08:24 |
| 23 | that's one of the things that modern linguistics | 12:08:40 |
| 24 | as a science studies. | 12:08:43 |
| 25 | Therefore, when we study the plain | 12:08:45 |

| 1 | meaning, we study the meaning as ordinary speakers | 12:08:47 |
| 2 | learn it from each other and use it with each | 12:08:52 |
| 3 | other, not some idealized grammar, or some | 12:08:54 |
| 4 | idealized language. | 12:08:57 |
| 5 | Q    So by the time one is no longer a child | 12:08:59 |
| 6 | but a adult -- | 12:09:02 |
| 7 | A    Right. | 12:09:03 |
| 8 | Q    -- and fits into the category of | 12:09:03 |
| 9 | reasonable reader -- | 12:09:05 |
| 10 | A    Okay. | 12:09:06 |
| 11 | Q    That you've said before.  At that point | 12:09:07 |
| 12 | plain meaning of words is a matter of everyday | 12:09:10 |
| 13 | common experience, correct? | 12:09:12 |
| 14 | A    Correct.  You don't think about it. | 12:09:14 |
| 15 | Q    A matter of common-sense, so to speak? | 12:09:19 |
| 16 | A    Common-sense is not the way I would use | 12:09:22 |
| 17 | it, but it is a matter of linguistics competence, | 12:09:24 |
| 18 | and everyone, even people of relatively low | 12:09:28 |
| 19 | intelligence, as long as they are not -- they | 12:09:30 |
| 20 | don't have a defective mind, brain, have | 12:09:32 |
| 21 | linguistic competence. | 12:09:43 |
| 22 | Q    You've consulted respected dictionaries | 12:09:45 |
| 23 | of modern English, you say, and my question for | 12:09:46 |
| 24 | you, and we went through the three listed in your | 12:09:48 |
| 25 | report, do you recall that? | 12:09:53 |

| | | |
|---|---|---|
| 1 | A    My question what? | 12:09:54 |
| 2 | Q    I'm sorry.  That was a bad question. | 12:09:55 |
| 3 | You cite three dictionaries in your report, | 12:09:56 |
| 4 | correct? | 12:09:58 |
| 5 | A    Correct. | 12:09:59 |
| 6 | Q    And my question to you is: Did anyone | 12:09:59 |
| 7 | provide those dictionaries to you? | 12:10:03 |
| 8 | A    I keep them on my shelf. | 12:10:06 |
| 9 | Well, actually, the Oxford English | 12:10:09 |
| 10 | Dictionary I get on line -- I have it on my shelf, | 12:10:10 |
| 11 | but it's a lot easier and the print's a lot bigger | 12:10:12 |
| 12 | if I read it on line.  So, yes, that's why I | 12:10:14 |
| 13 | access the online version.  Because it's just | 12:10:17 |
| 14 | easier than taking the book off my shelf. | 12:10:19 |
| 15 | Q    And they are publicly available so it's | 12:10:21 |
| 16 | easy -- | 12:10:23 |
| 17 | -- (overspeaking) -- | 12:10:23 |
| 18 | A    Anybody can -- | 12:10:24 |
| 19 | Q    -- I've got to finish the question, | 12:10:25 |
| 20 | sorry.  I know it's -- as a linguist you might | 12:10:26 |
| 21 | appreciate it is common for people to talk over | 12:10:30 |
| 22 | each other, but in this world it is very | 12:10:33 |
| 23 | challenging for the Court Reporter when we do | 12:10:36 |
| 24 | that.  So I'm not trying to be rude but I have to | 12:10:38 |
| 25 | cut you off. | 12:10:41 |

| | | |
|---|---|---|
| 1 | So those dictionaries you consulted are | 12:10:42 |
| 2 | publicly available, correct? | 12:10:49 |
| 3 | A    Correct. | 12:10:50 |
| 4 | Q    And it's easy for anyone like myself or | 12:10:51 |
| 5 | counsel in this room or the judge in this case, to | 12:10:56 |
| 6 | obtain those dictionaries, correct? | 12:10:58 |
| 7 | A    Correct. | 12:10:59 |
| 8 | Q    You don't need a special library | 12:11:03 |
| 9 | linguist card to check 'em out. | 12:11:07 |
| 10 | A    No. | 12:11:10 |
| 11 | Q    And the average person, adult person, | 12:11:11 |
| 12 | is capable of understanding dictionary | 12:11:16 |
| 13 | definitions, correct? | 12:11:21 |
| 14 | A    I think so. | 12:11:22 |
| 15 | Q    You looked up certain words, you say, | 12:11:23 |
| 16 | and I quote "passages of interest."  How did you | 12:11:25 |
| 17 | determine which words to look up? | 12:11:28 |
| 18 | A    I looked up the ones that I thought | 12:11:35 |
| 19 | most bore on why these passages were possibly | 12:11:37 |
| 20 | contentious, like "block", and some of the others | 12:11:40 |
| 21 | that I looked up.  I thought that most -- I have | 12:11:43 |
| 22 | to look at the passage, most of the passage was | 12:11:45 |
| 23 | just very simple, you know, English, I was | 12:11:48 |
| 24 | thinking -- I mean, everybody knows what Phillips | 12:11:52 |
| 25 | says in these things -- so, I was thinking at that | 12:11:54 |

| | | |
|---|---|---|
| 1 | time, I started going that way and "that guy in | 12:11:57 |
| 2 | the hat," those not contentious, there's nothing | 12:12:01 |
| 3 | really to look up, "that guy in the hat" | 12:12:03 |
| 4 | presumably because he's talking about the | 12:12:04 |
| 5 | interaction with Sandmann.  He's talking about | 12:12:05 |
| 6 | Sandmann.  And "impasse." Now, there, were they at | 12:12:09 |
| 7 | an impasse?  "Blocked my way," "wouldn't let me | 12:12:14 |
| 8 | retreat," those are the things that I thought | 12:12:17 |
| 9 | might be at issue about whether Phillips correctly | 12:12:18 |
| 10 | represented the situation, so those are the words | 12:12:22 |
| 11 | that I looked up to make sure that I had what I | 12:12:25 |
| 12 | take to be objective support for the construal | 12:12:29 |
| 13 | that I made of the meanings of these expressions. | 12:12:39 |
| 14 | Q    Okay, and we talked earlier about | 12:12:41 |
| 15 | lexicography being the description of plain | 12:12:44 |
| 16 | meanings of expressions as (indiscernible) native | 12:12:50 |
| 17 | speakers, that's how you define it, correct? | 12:12:52 |
| 18 | A    Yes. | 12:12:58 |
| 19 | Q    And you said a second ago that doesn't | 12:12:58 |
| 20 | prescribe -- | 12:13:01 |
| 21 | A    Correct. | 12:13:01 |
| 22 | Q    -- what the meaning should be? | 12:13:01 |
| 23 | A    Yes. | 12:13:02 |
| 24 | Q    So then I take it it's fair to say that | 12:13:08 |
| 25 | there is not only one plain meaning of any | 12:13:10 |

1    particular word to native speakers, correct?          12:13:12

2         A    I will hedge on that question.  May I       12:13:16

3    explain?                                              12:13:19

4         Q    Sure.                                       12:13:19

5         A    Many expressions have multiple             12:13:20

6    meanings, I have shown you some in the case in        12:13:23

7    hand.  But it is not Humpty Dumpty.  Individuals       12:13:24

8    don't get to decide what a word means.                12:13:28

9              The word has a meaning in convention        12:13:31

10   with its use among the group of native speakers       12:13:36

11   and that's what a lexicographer tries to capture      12:13:39

12   by looking at not one, but many, many sources of      12:13:41

13   competent native speakers to decide the range of      12:13:44

14   meanings that are attested and attributed to          12:13:49

15   native speakers by other native speakers.  Okay?      12:13:55

16             So it's not that a given person gets to     12:13:58

17   decide what "block" means or "impasse"; it is         12:14:01

18   something that we as a community mean and that         12:14:03

19   this is objectively observed by lexicographers and    12:14:08

20   others who study the use of language and its          12:14:13

21   meaning.                                              12:14:16

22        Q    And just looking at general dictionary      12:14:17

23   definitions, you need context to determine which      12:14:19

24   definition is most suitable, correct?                 12:14:21

25        A    Typically, correct.                         12:14:23

1      Q    And that's important, for example, you          12:14:25

2   know, with idioms you might say, "It's raining         12:14:28

3   cats and dog," it's not literally raining cats and     12:14:34

4   dogs, right?  That's just an example of something      12:14:38

5   where --                                               12:14:41

6            -- (overspeaking) --                          12:14:41

7      A    Of course.  Well, that's ...                   12:14:42

8      Q    You also state that you looked at --           12:14:43

9   well, strike that.  We talked earlier about            12:14:52

10   lexicography and compiling dictionary definitions      12:14:55

11   and that essentially means collecting different        12:14:57

12   possible definitions of a given word, correct?         12:15:01

13      A    Not definitions, uses.                        12:15:04

14      Q    Uses.  Now you state --                       12:15:06

15      A    May I say something about a definition?       12:15:15

16   A definition is a characterization of a meaning.       12:15:18

17   It is a paraphrase.  A good definition is an art       12:15:21

18   to defining.  And the defined term has to fit in       12:15:24

19   the same syntactic slot, as the term being             12:15:27

20   defined.  It's the verb -- you've given any type       12:15:31

21   of verb form as a definition.  It is not a             12:15:34

22   definition that says what it should be mean, it is     12:15:36

23   a characterization of one usage, one way people        12:15:39

24   use it, one meaning it has in current plain            12:15:41

25   language.                                              12:15:45

1      Q    Okay.  And now on page -- let's          12:15:45

2  continue on then.  Page 8 you talked about         12:15:48

3  syntactic structure and we talked about that at     12:15:52

4  the beginning of the morning, right?                12:15:55

5      A    Correct.                                   12:15:57

6      Q    And you say you also considered           12:16:01

7  syntactic structure?                                12:16:02

8      A    Yes.                                       12:16:03

9      Q    How does syntactic structure matter to    12:16:09

10  truth conditions?                                  12:16:13

11      A    May I give you an example from one of    12:16:14

12  the passages?                                      12:16:17

13      Q    Sure.                                     12:16:18

14      A    In the first passage, the one in        12:16:18

15  question 1 at the bottom of page 1, Mr. Phillips   12:16:19

16  is heard as saying, "He" -- Sandmann -- "just      12:16:21

17  blocked my way and wouldn't allow me to retreat."  12:16:26

18  Now, as you pointed out "blocked" is ambiguous or  12:16:27

19  it has not -- well, you'd say it was ambiguous.    12:16:33

20  Anyway, it has some very -- two or three closely   12:16:36

21  related senses that one might -- that one might    12:16:40

22  take to relevant to a circumstance like this.      12:16:44

23          One of them is a more passive sense so    12:16:45

24  you can say an inanimate object blocked your way   12:16:48

25  like the construction, you know -- the crane       12:16:52

| | | |
|---|---|---|
| 1 | blocked my way, right?  Or the crane, you know -- | 12:16:57 |
| 2 | was in the way, in effect, without the crane -- | 12:16:58 |
| 3 | without attributing any intention to the crane, | 12:17:00 |
| 4 | correct?  But in this particular passage there's | 12:17:04 |
| 5 | another active sense of block, which is moved to | 12:17:07 |
| 6 | block or intended to block my way, okay?  And I | 12:17:10 |
| 7 | thought that in this context it was more | 12:17:13 |
| 8 | probable -- likely, that Phillips intended or | 12:17:16 |
| 9 | would expect his audience to understand him as | 12:17:18 |
| 10 | meaning that Sandmann actively blocked his way. | 12:17:20 |
| 11 | If you look at the second conjunct, it | 12:17:24 |
| 12 | said "Wouldn't allow me to retreat," which does | 12:17:27 |
| 13 | attribute intention to refuse to let Phillips do | 12:17:31 |
| 14 | what he wanted to do.  So I took the first | 12:17:39 |
| 15 | conjunct, the sense of block to have the active | 12:17:41 |
| 16 | sense of intending to be in the way. | 12:17:44 |
| 17 | There is an example where syntax in | 12:17:47 |
| 18 | this particular case, if he said, "He was blocking | 12:17:50 |
| 19 | way," that is not as clear, when you have an | 12:17:54 |
| 20 | agentive "block my way," that seems more likely | 12:17:58 |
| 21 | that it would be agentive, and there is also | 12:18:03 |
| 22 | passive "block" where there is not even an agent. | 12:18:05 |
| 23 | So in this particular case, the fact that it was | 12:18:06 |
| 24 | transitive use of "block" and that it was | 12:18:09 |
| 25 | conjoined with another sentence where there was an | 12:18:12 |

| | |
|---|---|
| 1 | attribution of intent to Mr. Phillips seemed to | 12:18:15 |
| 2 | disambiguate which sense of "block" Phillips would | 12:18:20 |
| 3 | have expected his native speaker interlocutor to | 12:18:23 |
| 4 | understand him to mean. | 12:18:29 |
| 5 | Q    Okay.  At page 8 at the bottom you | 12:18:34 |
| 6 | conclude that you used these resources and | 12:18:37 |
| 7 | techniques to determine the truth conditions of | 12:18:46 |
| 8 | the sentences which you took to be crucial in | 12:18:53 |
| 9 | these passages; is that right? | 12:18:55 |
| 10 | A    Correct. | 12:18:58 |
| 11 | Q    And by "resources" you mean the | 12:18:59 |
| 12 | dictionaries, correct? | 12:19:01 |
| 13 | A    The dictionaries and my knowledge of | 12:19:01 |
| 14 | grammar.  I didn't refer to grammars here but if | 12:19:06 |
| 15 | you wanted me to I could, and my knowledge of how | 12:19:09 |
| 16 | context influences interpretation which is -- | 12:19:11 |
| 17 | again, I could give you long bibliographies, but I | 12:19:15 |
| 18 | refrained from doing that.  They are in the | 12:19:20 |
| 19 | report. | 12:19:22 |
| 20 | Q    And you also consulted the | 12:19:23 |
| 21 | dictionaries, correct? | 12:19:24 |
| 22 | A    I did consult the dictionaries, yes. | 12:19:24 |
| 23 | Q    And then you say, continuing on page 8, | 12:19:33 |
| 24 | that you "considered the video evidence provided | 12:19:36 |
| 25 | to me to understand the situation in which the | 12:19:37 |

| | | |
|---|---|---|
| 1 | confrontation occurred", correct? | 12:19:40 |
| 2 | A    Correct. | 12:19:45 |
| 3 | Q    And so, essentially, you reviewed the | 12:19:47 |
| 4 | videos and then determined whether, after having | 12:19:50 |
| 5 | reviewed the videos, the statements were false | 12:19:55 |
| 6 | based on what you observed in the videos, correct? | 12:19:57 |
| 7 | A    That's correct. | 12:19:58 |
| 8 | MS. SPEARS:  Can we go off on the | 12:19:59 |
| 9 | record but stay seated for a second.  I just want | 12:20:17 |
| 10 | to consult and decide on the lunch break timing | 12:20:18 |
| 11 | here for everyone.  Are you happy for me to do a | 12:20:18 |
| 12 | little bit more or we can break now? | 12:20:18 |
| 13 | THE VIDEOGRAPHER:  We're going off the | 12:20:23 |
| 14 | record, the time is 12:20 p.m. | 12:20:24 |
| 15 | (Recess taken from 12:20 p.m. to 1:20 p.m.) | 12:20:26 |
| 16 | THE VIDEOGRAPHER:  Going back on the | 01:27:31 |
| 17 | record, the time is 1:27 p.m. | 01:27:32 |
| 18 | BY MS. SPEARS: | 01:27:35 |
| 19 | Q    Okay, thank you.  Let's look at your | 01:27:36 |
| 20 | report -- I'm sorry, can you wait one second. | 01:27:42 |
| 21 | All right.  We're back on the record | 01:27:55 |
| 22 | after our lunch break. | 01:27:56 |
| 23 | Let's look at your report on page 9, | 01:27:57 |
| 24 | please. | 01:27:59 |
| 25 | Okay, page 9, section 5 you titled | 01:28:04 |

| | | |
|---|---|---|
| 1 | "Facts"? | 01:28:07 |
| 2 | A    Yes. | 01:28:10 |
| 3 | Q    And you write: "Here are the facts | 01:28:10 |
| 4 | about the January 18, 2019 incident as I'm aware | 01:28:11 |
| 5 | of them from materials provided to me principally | 01:28:15 |
| 6 | in the videos listed in section 4 above." | 01:28:17 |
| 7 | And my first question for you is, you | 01:28:21 |
| 8 | say "as I am aware of them."  Did you draft this | 01:28:26 |
| 9 | "Facts" section? | 01:28:29 |
| 10 | A    Yes. | 01:28:30 |
| 11 | Q    So no portions of it were provided to | 01:28:31 |
| 12 | you? | 01:28:33 |
| 13 | A    Nothing. | 01:28:34 |
| 14 | Q    And describe just very briefly your | 01:28:35 |
| 15 | process for drafting the "facts" section. | 01:28:37 |
| 16 | A    Well, I had already conducted an | 01:28:41 |
| 17 | analysis and so I decided to present it first in | 01:28:42 |
| 18 | terms of the facts as I observed them, then the | 01:28:45 |
| 19 | relevant law and the linguistic analysis and then | 01:28:50 |
| 20 | say, given the facts, whether the passages I was | 01:28:58 |
| 21 | asked to comment on were true.  That's it. | 01:29:01 |
| 22 | Q    And -- | 01:29:07 |
| 23 | A    So in reporting what I saw on the | 01:29:09 |
| 24 | videos, of course, I focused on the interaction | 01:29:10 |
| 25 | between Mr. Phillips and Mr. Sandmann particularly | 01:29:13 |

1    but other members of the group and the          01:29:17

2    circumstances immediately around them, as those  01:29:19

3    might bear on the truth of the passages.  I didn't  01:29:21

4    talk about birds flying overhead or something,   01:29:25

5    yeah.                                            01:29:27

6        Q    Right.  And you did that by reviewing   01:29:28

7    the videos 1 to 18?                              01:29:30

8        A    Yes.                                    01:29:32

9        Q    On page 9 here you say:                 01:29:32

10            "Three different groups interacted in   01:29:40

11   the event in question as well as various         01:29:41

12   bystanders who seemed to be unrelated to any of  01:29:43

13   these groups."                                   01:29:45

14            Which bystanders are you referring to?  01:29:47

15       A    I can't tell in all the videos who is a 01:29:50

16   bystander and who is a Covington boy and who is a 01:29:53

17   member of the Native American group.  Sometimes it 01:29:56

18   is evident from the way they behave or are       01:29:58

19   dressed, other times it is not.                  01:30:00

20            The reason I said "bystanders" is that  01:30:03

21   I was aware in reviewing the earlier tape, a very 01:30:04

22   long tape made by the videographer for the Black 01:30:07

23   Hebrew Israelites, that there were a number of -- 01:30:12

24   just ordinary people, I presume many of them     01:30:14

25   possibly tourists, I don't know who they were, in 01:30:16

1   the area who were interacting at least with that          01:30:18

2   particular group, and might have been hanging             01:30:21

3   around as, you know, during the interaction               01:30:23

4   between Phillips and Sandmann.                            01:30:25

5            So I can't tell, especially far -- to            01:30:26

6   the left and back of Phillips, you know, down on          01:30:29

7   the flat part, I'm not really sure who was a              01:30:33

8   Covington boy and who was not.                            01:30:35

9        Q    Mm-hmm.  And you note in here that              01:30:38

10  there are also stray passersby of several races           01:30:41

11  and apparent ethnic backgrounds?                          01:30:45

12       A    That was again based on, partly on the          01:30:47

13  observation of the tape, the long tape with the           01:30:50

14  Black Hebrew Israelites.  They interacted with            01:30:53

15  many different kinds of people.                           01:30:55

16       Q    Why did you conclude that they seemed           01:30:56

17  to be unrelated to any of the three groups you            01:30:58

18  refer to:  The Covington students, the Native             01:31:00

19  Americans or the --                                       01:31:02

20            -- (overspeaking) --                            01:31:03

21       A    Well, for example, there was a group            01:31:03

22  that stood and exchanged heckling with the Black          01:31:05

23  Hebrew Israelites for quite some time and the             01:31:10

24  people in them, I think there was a man and some          01:31:15

25  women, again, I haven't reviewed those details            01:31:18

| | | |
|---|---|---|
| 1 | before this deposition, who were African American, | 01:31:21 |
| 2 | quite obviously, and they were not of a mind with | 01:31:24 |
| 3 | the views being promoted by the Black Hebrew | 01:31:28 |
| 4 | Israelites and there was a lot of exchange between | 01:31:33 |
| 5 | those passersby out there and the Black Hebrew | 01:31:37 |
| 6 | Israelites and the -- I'm just aware that there | 01:31:40 |
| 7 | were different kinds of people interacting with | 01:31:43 |
| 8 | them in that way so I presume some of the people | 01:31:46 |
| 9 | at the -- during the exchange between Phillips and | 01:31:48 |
| 10 | Sandmann might have been stray passersby. | 01:31:51 |
| 11 | Q    And that's an assumption that you | 01:31:55 |
| 12 | made -- | 01:31:57 |
| 13 | A    -- (overspeaking) -- | 01:31:58 |
| 14 | Q    You have to wait until I am done. | 01:31:58 |
| 15 | A    Sorry. | 01:32:00 |
| 16 | Q    That's an assumption you made based on | 01:32:00 |
| 17 | your personal review of the videos, correct? | 01:32:02 |
| 18 | A    Based on my review of the video, yes. | 01:32:04 |
| 19 | Q    Okay.  And you note: races and apparent | 01:32:06 |
| 20 | ethnic backgrounds.  How can you tell from the | 01:32:10 |
| 21 | video what someone's ethnic background is? | 01:32:12 |
| 22 | A    I said apparent ethnic backgrounds | 01:32:16 |
| 23 | because there were a number of people dressed in | 01:32:18 |
| 24 | such a way as to suggest that they identified with | 01:32:20 |
| 25 | the Native American that was protesting, so I | 01:32:23 |

1   assumed sort some of them might have been part            01:32:24

2   Native Americans.                                         01:32:28

3        Q    But you don't know.                             01:32:30

4        A    I don't know.                                   01:32:31

5        Q    And then on page 9 in the first bullet          01:32:32

6   point you write that the Black Hebrew Israelites          01:32:34

7   were there to, quote, "preach a religious and             01:32:35

8   political message."  How did you determine their          01:32:38

9   purpose in being there?                                   01:32:40

10       A    That was pretty obvious.  They had a            01:32:44

11  loudspeaker and a videographer.  They were making         01:32:48

12  a point.  Think wanted people to hear their views.        01:32:51

13  A kind of soap box.                                        01:32:54

14       Q    And you say in your report here that --         01:32:55

15  you say, and I quote, "There may have been five or         01:32:56

16  six of them standing together, perhaps others             01:32:58

17  circulating in the crowd in front of the Lincoln          01:33:01

18  Memorial."  So you couldn't say for sure how many         01:33:03

19  Black Hebrew Israelites were there based on the           01:33:07

20  video; right?                                              01:33:08

21       A    Correct.                                         01:33:11

22       Q    And you say the Black Hebrew Israelites         01:33:12

23  used, quote, "incendiary language to insult or            01:33:13

24  degrade those that they engaged with," close              01:33:16

25  quote.  What incendiary language were you                 01:33:19

1    referring to?                                              01:33:22

2         A    I don't want to mention some of the            01:33:22

3    names that they called the African Americans they         01:33:24

4    interacted with -- I beg pardon.  You can look at         01:33:25

5    the videos if you want to see.  But they called          01:33:28

6    the boys from Covington "crackers" repeatedly, and       01:33:30

7    they also engaged in an insulting exchange with          01:33:34

8    the Native Americans, but I don't remember the           01:33:36

9    character of the exchange.  As I said, I only            01:33:40

10   watched that video once and it was back in the end       01:33:42

11   of October/beginning of November.                        01:33:44

12         So I ignored that part in my subsequent            01:33:46

13   reviews because it didn't bear on the direct             01:33:48

14   exchange between Phillips and Sandmann.                   01:33:50

15         Q    And how did you know that it was the         01:33:53

16   Black Hebrew Israelites' intent to insult or             01:33:55

17   degrade people?                                           01:33:57

18         A    They used insulting, degrading terms.        01:33:59

19   There were slurs, by the way.                             01:34:01

20         Q    And how does that square with your           01:34:03

21   statement that they were there to preach a               01:34:05

22   religious and political message?                          01:34:07

23         MR. McMURTRY:  Objection.                          01:34:09

24   BY MS. SPEARS:                                            01:34:10

25         Q    Is that they were they doing both?           01:34:10

| | | |
|---|---|---|
| 1 | A    Sure, why not?  Some people do. | 01:34:12 |
| 2 | Q    The second bullet of page 9 you say: "A | 01:34:13 |
| 3 | large group of people who, according to the | 01:34:18 |
| 4 | articles that I have read about the event cited in | 01:34:21 |
| 5 | Section 4 had come to DC for the Indigenous | 01:34:23 |
| 6 | Peoples March." | 01:34:26 |
| 7 | A    Yes. | 01:34:28 |
| 8 | Q    Which articles did you refer to | 01:34:28 |
| 9 | specifically for that? | 01:34:31 |
| 10 | A    I'm sorry, I'd have to review the | 01:34:32 |
| 11 | article to tell you. | 01:34:33 |
| 12 | Q    Sitting here today, you can't tell me? | 01:34:34 |
| 13 | A    I don't remember which piece of data I | 01:34:37 |
| 14 | got from which article, no. | 01:34:39 |
| 15 | Q    You say, quote, reading along here: | 01:34:40 |
| 16 | "Mr. Phillips was a member of this | 01:34:43 |
| 17 | group as it seems at least one of those who made | 01:34:45 |
| 18 | the videos of the interaction with the boys from | 01:34:48 |
| 19 | Covington Catholic school." | 01:34:52 |
| 20 | And I think you have brought with you | 01:34:53 |
| 21 | today a sheet that you said there were some typos | 01:34:55 |
| 22 | on.  Is this where there is a typo and it was | 01:34:58 |
| 23 | meant to be "as was, it seems"? | 01:35:01 |
| 24 | A    Yes, mm-hmm. | 01:35:04 |
| 25 | Q    So the sentence should read: | 01:35:05 |

1          "Mr. Phillips was a member of this                01:35:06
2     group as was it seems at least one of those who       01:35:08
3     made the videos of the interaction with the boys      01:35:10
4     from Covington Catholic school."                      01:35:13
5          A     Correct.                                   01:35:16
6          Q     How did you determine that Mr. Phillips    01:35:16
7     was a member of this quote, unquote group.            01:35:18
8          A     I believe he identified as someone who     01:35:19
9     had been there with that group, or was identified     01:35:22
10    as such by one of the articles that I read, those     01:35:25
11    news articles that are cited here as one of my        01:35:27
12    sources.                                              01:35:31
13         Q     Okay, and you're saying here that          01:35:32
14    someone else "with the group" based on your           01:35:37
15    review, you believe made videos of the interaction   01:35:40
16    but you're not saying Mr. Phillips made a video of    01:35:42
17    the interaction --                                    01:35:45
18         A     No.  No --                                 01:35:45
19         Q     -- that was the typo that was --           01:35:46
20               -- (overspeaking) --                       01:35:47
21         A     No, there's no typo.  Let me look at       01:35:48
22    the passage.                                          01:35:49
23         MR. McMURTRY:  Just be sure to let her           01:35:51
24    finish, so it's clear.                                01:35:52
25         THE WITNESS:  I beg your pardon.                 01:35:53

1    BY MS. SPEARS:                                    01:35:54

2         Q    Sure.  You are not saying that          01:35:54

3    Mr. Phillips is making a video of the interaction?  01:35:55

4         A    No, no.                                 01:35:57

5         Q    In the next -- you say here:            01:35:58

6              "These people sang, danced and chanted  01:35:59

7    to drums, sometimes forming a large circle as they  01:36:01

8    did so."                                           01:36:04

9              How did you determine if they were      01:36:06

10   singing, dancing and chanting?                     01:36:08

11        A    In, again, the first video, I think,    01:36:10

12   the longest one which is from the -- made by the   01:36:13

13   videographer for the Black Hebrew Israelites,      01:36:16

14   there is -- are a couple of short pieces -- not -- 01:36:17

15   you can't really tell exactly where they are but   01:36:21

16   they are in the vicinity of these Native American  01:36:25

17   peoples singing and dancing in a large circle and  01:36:27

18   chanting.                                          01:36:31

19        Q    And then you say:  "During the circle   01:36:31

20   dance there appeared to be at least as many people  01:36:34

21   participating as there were boys from Covington    01:36:37

22   though I cannot give a reliable estimate of their  01:36:40

23   number."                                           01:36:40

24             Why do you call it a circle dance?      01:36:40

25        A    They were in a circle dancing.          01:36:44

1     Q    Okay, are you aware that it's is                01:36:46

2  actually called a round dance in Native --             01:36:47

3     A    No, I'm not.                                    01:36:49

4             -- (overspeaking) --                         01:36:49

5     Q    You've got to wait until I'm                    01:36:49

6  done talking. Are you aware that it is actually         01:36:49

7  called a round dance in Native American culture?        01:36:54

8     A    No, I'm not.                                     01:36:56

9     Q    Why can't you give a reliable estimate          01:36:57

10 of the number of participants in the Indigenous         01:37:00

11 Peoples March?                                          01:37:04

12    A    Two reasons.  First of all, I never             01:37:06

13 stopped the frame to count the number of people I       01:37:09

14 could see in the frame who were doing the dance.        01:37:12

15 I just didn't think that was really material here.      01:37:15

16          And secondly, because the videographer         01:37:21

17 only captured part of that scene, so I'm really         01:37:23

18 not aware of how many people might have been            01:37:25

19 standing outside the circle that were dancing.          01:37:27

20    Q    Okay.  And would that be the same               01:37:29

21 reason why you weren't able to tell how many of         01:37:32

22 Black Hebrew Israelites there are?                      01:37:33

23    A    Those are part of the reasons and part          01:37:35

24 of the reason is that I did observe that a couple       01:37:36

25 of people with that group were moving around,           01:37:38

| | | |
|---|---|---|
| 1 | either doing videography or recording -- I don't | 01:37:40 |
| 2 | know what all they were doing.  So I wasn't sure | 01:37:47 |
| 3 | that the group was all in one place. | 01:37:49 |
| 4 | Q    And why did you think it was relevant | 01:37:51 |
| 5 | to compare the number of people in the circle | 01:37:52 |
| 6 | dance with the number of Covington students? | 01:37:54 |
| 7 | A    It isn't particularly.  I just thought | 01:37:57 |
| 8 | I'd mention that. | 01:38:00 |
| 9 | Q    Are you claiming that all of the people | 01:38:01 |
| 10 | in the circle dance later approached the students? | 01:38:02 |
| 11 | Is that the relevance? | 01:38:05 |
| 12 | A    No, it seemed to be a much smaller | 01:38:06 |
| 13 | group. | 01:38:09 |
| 14 | Q    Okay.  And then you say:  "A group of | 01:38:11 |
| 15 | boys, possibly 30 to 40 of them from Covington | 01:38:13 |
| 16 | ..." | 01:38:15 |
| 17 | Why do you say "possibly"? | 01:38:16 |
| 18 | A    Again, first of all, I never stopped to | 01:38:17 |
| 19 | count because I didn't think that was relevant to | 01:38:19 |
| 20 | the case; and secondly because I didn't know -- | 01:38:21 |
| 21 | well, there are three reasons.  Secondly, I didn't | 01:38:25 |
| 22 | know which of the people that I saw in those | 01:38:27 |
| 23 | frames were with the group versus just passersby | 01:38:30 |
| 24 | who just happened to be dressed similar to the | 01:38:34 |
| 25 | boys. | 01:38:36 |

1    And third, I knew from what I read in                01:38:36

2    the deposition by Sandmann, that they had been       01:38:38

3    told to gather there by a certain time, that they    01:38:41

4    were going to be taken to buses, but I didn't know   01:38:43

5    if all the boys were already there.  Some of them    01:38:46

6    might have been up in the Memorial or out looking    01:38:49

7    at the reflecting pool, so I didn't know how many    01:38:50

8    boys there were there.                               01:38:54

9         Q    And wouldn't the best way to get an        01:38:55

10   estimate be to count them in the videos?            01:38:57

11        A    Again, I didn't think that was material    01:39:00

12   or worth the time and money.                        01:39:01

13        Q    But it would be a good way to do it if     01:39:03

14   you wanted to go back and do it, right?             01:39:06

15        A    If you wanted to, that would be a          01:39:07

16   start, yes.                                         01:39:09

17        Q    Is it your assertion that if somebody     01:39:16

18   did count the numbers that it would be at 30 to 50  01:39:18

19   or could it be much larger than that?               01:39:21

20        A    I really don't know.  I was trying to     01:39:23

21   indicate that I had a vague idea of the group       01:39:25

22   sizes and I was only doing this to set the scene.   01:39:28

23        Q    You state that it was: quote, "Not        01:39:31

24   clear exactly where they" -- referring to the       01:39:34

25   Native Americans -- "were in the early parts of     01:39:38

1     the videos."                                          01:39:40

2              Why, again, is that unclear from the          01:39:41

3     videos?                                               01:39:42

4        A    Because they were -- the video in which        01:39:43

5     I saw the circle dance, which you call the round       01:39:44

6     dance, was taken, I believe, by the videographer       01:39:47

7     for the Black Hebrew Israelites.                      01:39:50

8              There was no -- he didn't pan from the        01:39:52

9     Black Hebrew Israelites across the scene to           01:39:56

10    wherever it was that the Native Americans -- the       01:39:58

11    indigenous people were dancing.  So all he did was     01:40:00

12    just -- I saw a shot of that group and part of --      01:40:03

13    I didn't even see the entire circle, I don't          01:40:08

14    think, as I recall.  And there was no context         01:40:10

15    given that would permit me to say where they were      01:40:13

16    vis-a-vis the Lincoln Memorial, the reflecting        01:40:17

17    pond and the rest of the landscape there.             01:40:20

18       Q    So continuing on page 9, the paragraph         01:40:27

19    that starts "The Hebrew Israelites..."                01:40:31

20       A    Yes.                                          01:40:37

21       Q    It is the third paragraph, if you will.        01:40:38

22    In the last sentence you say that:  "The boys were     01:40:39

23    about 30 to 40 feet from the Hebrew Israelites         01:40:43

24    facing them."                                         01:40:47

25              And then you state: "I cannot judge          01:40:47

1    distances from the videos, so this is a very rough          01:40:50

2    impression."                                                01:40:52

3              How did you reach that very rough                 01:40:54

4    impression, given that you can't judge distances            01:40:56

5    from the videos?                                            01:40:58

6         A    I just tried to think how big it was              01:40:59

7    and it seemed to be bigger, at least twice as long          01:41:02

8    as my living room, but it was hard to tell because          01:41:07

9    of the angle at which the film was made.  So I              01:41:09

10   just guessed.  And I'm not very good at distances.          01:41:12

11        Q    You don't have expertise in that area?            01:41:18

12        A    No, I do not.                                     01:41:20

13        Q    I take did you don't have specialized             01:41:21

14   training in analyzing distances on videos, then?            01:41:24

15        A    No, I do not.                                     01:41:27

16        Q    Do you have any training in                       01:41:35

17   videography?                                                01:41:36

18        A    I believe I said I do not.                        01:41:37

19        Q    So viewing the videos themselves then             01:41:43

20   is not based on special expertise you have; right?          01:41:45

21        A    That is correct.                                  01:41:47

22        Q    Let's look on page 9 again:  "At                  01:41:50

23   various points as filmed by the Black Hebrew                01:41:51

24   Israelites' cameraman..."                                   01:41:57

25              And you say: "I believe this is videoed          01:41:57

1    for Banyamyan video NS116." It's the sentence          01:42:01
2    right above the sentence at the end there; do you       01:42:13
3    see that?                                                01:42:15
4         A    Yes.                                          01:42:15
5         Q    Why did you state that you believed the       01:42:15
6    cameraman was in video 4, rather than stating so        01:42:18
7    affirmatively?                                           01:42:23
8         A    I said that because I had watched the         01:42:24
9    whole video and the person who took it seemed to        01:42:28
10   be focusing on the Black Hebrew Israelites and I        01:42:31
11   believe that he was there at their behest -- or         01:42:35
12   maybe he wasn't, he was somebody who was                01:42:39
13   interested in that.  So he was the person who           01:42:40
14   was -- videotaping their interaction with what was      01:42:43
15   going on in that situation.                             01:42:47
16        Q    Okay.  And are you referring then to          01:42:48
17   the person filming that video?                          01:42:51
18        A    Yes.                                          01:42:55
19        Q    And on page 9 you refer to "racist           01:42:56
20   slurs" again and racist and insulting language.        01:43:00
21   Again, what language are you referring to?             01:43:05
22        A    I would have to review the video             01:43:08
23   carefully to remember exactly which slurs were         01:43:10
24   used towards the African Americans at the time but     01:43:13
25   I believe the N word might have passed the lips of     01:43:15

| | | |
|---|---|---|
| 1 | some of these people and that's pretty racist and | 01:43:18 |
| 2 | incendiary. | 01:43:21 |
| 3 | Q    Any other words? | 01:43:24 |
| 4 | A    I don't remember. | 01:43:25 |
| 5 | Q    Did you ever hear anyone on the video | 01:43:26 |
| 6 | say anything racist back to the Black Hebrew | 01:43:28 |
| 7 | Israelites? | 01:43:31 |
| 8 | A    You know, I don't remember that | 01:43:31 |
| 9 | actually.  I don't think so but maybe somebody | 01:43:33 |
| 10 | did.  There was hostility going both ways. | 01:43:35 |
| 11 | Q    You don't contend that there's nothing | 01:43:39 |
| 12 | audible in any of the videos where somebody said | 01:43:42 |
| 13 | something racist back to them, back to the Black | 01:43:45 |
| 14 | Hebrew Israelites? | 01:43:46 |
| 15 | A    I'm not making that contention.  I | 01:43:47 |
| 16 | didn't -- (overspeaking) -- | 01:43:49 |
| 17 | Q    What about insulting?  Did you hear | 01:43:53 |
| 18 | anyone say anything insulting to the Black Hebrew | 01:43:57 |
| 19 | Israelites? | 01:43:59 |
| 20 | A    I don't remember. | 01:43:59 |
| 21 | Q    Are you contending that there was | 01:44:00 |
| 22 | nothing audible in any of the videos that was said | 01:44:01 |
| 23 | that was insulting to the Black Hebrew Israelites? | 01:44:04 |
| 24 | A    No, I'm not. | 01:44:06 |
| 25 | Q    You just can't recall, sitting here | 01:44:07 |

1    today?                                          01:44:09

2         A    I'm telling you it didn't strike me and   01:44:09

3    I don't remember it.  I didn't think it was     01:44:11

4    material to the case so I did not review it.    01:44:13

5         Q    Page 9, the last line continuing onto    01:44:20

6    page 10, it says: "Finally, one of the Covington  01:44:25

7    boys raced down the steps in front of the school   01:44:30

8    ... faced the boys, tore off his shirt and led   01:44:32

9    what seemed to be a sports cheer ... in which the   01:44:35

10   boys enthusiastically took up, making a lot of   01:44:40

11   noise, cheering, jumping up and down as if at a   01:44:43

12   pep rally."                                     01:44:47

13          Do you see that?                         01:44:51

14        A    Yes.                                  01:44:52

15        Q    You appear to make an analogy to a    01:44:53

16   school sporting event here.  Why?               01:44:55

17        A    It was my impression that what that boy   01:44:57

18   did might have been an actual pep rally cheer.   01:45:00

19   The boys knew the cheer, the fellow who did it   01:45:04

20   behaved as if he were kind of a cheer leader, so   01:45:09

21   I had the impression that this was really        01:45:13

22   something that they recognized immediately from   01:45:14

23   sports rally.                                   01:45:17

24        Q    And that's based on your personal     01:45:17

25   experience at sports rallies.                   01:45:19

1        A    I grew up in the midwest.  I saw a lot          01:45:21
2   of them.  Yes.                                            01:45:24
3        Q    That's not based on your linguistic            01:45:24
4   expertise?                                                01:45:27
5        A    No, this is not based on my linguistic         01:45:27
6   expertise?                                                01:45:32
7        Q    Okay, don't cultural differences -- you        01:45:32
8   say you grew up in the midwest matter in how              01:45:33
9   people might view something like this?                    01:45:36
10        A    Yes.                                           01:45:38
11             MR. McMURTRY:  Objection.                      01:45:39
12   BY MS. SPEARS:                                           01:45:39
13        Q    Your answer is "yes"?                          01:45:39
14        A    Yes, I said of course.                         01:45:41
15             THE COURT REPORTER:  Was there an              01:45:49
16   objection there?  I believe there was.                   01:45:49
17             MR. McMURTRY:  Yes.                            01:45:49
18             THE COURT REPORTER:  Thank you.                01:45:49
19   BY MS. SPEARS:                                           01:45:49
20        Q    And again, same thing, a pep rally is         01:45:50
21   something you know about based on your own                01:45:58
22   personal experience?                                     01:45:59
23        A    Yes, I do not assume that others              01:46:01
24   viewing the scene would have recognized it as            01:46:04
25   such.                                                    01:46:06

| | | |
|---|---|---|
| 1 | Q    You use the word in the next sentence | 01:46:07 |
| 2 | "rowdy" spectators; why did you use the word | 01:46:07 |
| 3 | "rowdy"? | 01:46:11 |
| 4 | A    Let me look at the sentence again. | 01:46:13 |
| 5 | Yes, the boys were acting as if they | 01:46:13 |
| 6 | were rowdy spectators in a sports encounter, | 01:46:15 |
| 7 | because that's what it looked like to me.  And not | 01:46:18 |
| 8 | just on my basis of growing up in the midwest but | 01:46:20 |
| 9 | on any television sporting event when they focus | 01:46:23 |
| 10 | on a crowd, whether it is in Europe or the United | 01:46:25 |
| 11 | States. | 01:46:28 |
| 12 | Q    You refer to this as an encounter | 01:46:29 |
| 13 | between the boy's "team", you used the word, and | 01:46:33 |
| 14 | the Black Hebrew Israelites? | 01:46:37 |
| 15 | A    I didn't say that's what it was.  I | 01:46:38 |
| 16 | said they acted as if they were rowdy spectators | 01:46:41 |
| 17 | and it was their team versus the Black Hebrew | 01:46:44 |
| 18 | Israelites, yes. | 01:46:47 |
| 19 | Q    Do you think the boys had an "us versus | 01:46:48 |
| 20 | them" mentality in that sense, watching it? | 01:46:52 |
| 21 | A    I believe -- I can't attribute motives, | 01:46:54 |
| 22 | again, I told you that's not my expertise, but | 01:46:56 |
| 23 | usually sporting events are about an "us versus | 01:46:58 |
| 24 | them" event. | 01:47:02 |
| 25 | Q    And does it seem, watching the videos, | 01:47:03 |

1   that that's sort of the mentality that they had in        01:47:05

2   that moment?                                              01:47:07

3        A    I had that impression, that it was like        01:47:08

4   they were acting like they were at a sports event,        01:47:09

5   yes.  This was their team and that was the other          01:47:12

6   guy's team.                                               01:47:14

7        Q    So an "us versus them" mentality?              01:47:15

8        A    You want to put words in my mouth, I           01:47:17

9   really don't want to accept them, no.                     01:47:19

10       Q    That's -- but what you are saying is           01:47:22

11  that it seemed to you that's what was going on at         01:47:24

12  the time?                                                 01:47:27

13       A    It seemed to me that they felt like            01:47:28

14  they were on one team.  They were acting as if --         01:47:29

15  I don't know what they thought.  They were acting         01:47:33

16  as if they were -- they were rooting for their            01:47:34

17  team, whatever that meant to them, and that they          01:47:36

18  were doing this in response to what the Black             01:47:39

19  Hebrew Israelites had been doing.                         01:47:42

20       Q    And hence sort of a desire to root for         01:47:43

21  their team?                                               01:47:48

22       A    That's what people do at sporting              01:47:49

23  events, yes.                                              01:47:53

24       Q    And that's what it looked like to you          01:47:53

25  they were doing?                                          01:47:54

```
 1        A    It looked to me like that, yes.              01:47:55

 2        Q    And as you said a moment ago, others         01:47:57

 3   witnessing the boys' conduct might not have viewed     01:47:59

 4   that behavior as akin to a sporting event, right?      01:48:02

 5        A    Yes.                                          01:48:05

 6        Q    And they wouldn't be wrong if they           01:48:05

 7   didn't; right?                                          01:48:08

 8        A    I am -- yes, I am not attributing            01:48:09

 9   any -- that the one way you view it as a sporting      01:48:11

10   event is the way you should view it or others         01:48:15

11   should view it that way.  I was just trying to        01:48:19

12   describe the -- the behavior of the boys.             01:48:21

13        Q    To characterize it from what you saw?       01:48:23

14        A    Yes, yes.                                     01:48:26

15        Q    Could a person watching a large group       01:48:27

16   of boys responding to the Black Hebrew Israelites     01:48:29

17   by yelling loudly and jumping up and down and         01:48:32

18   grunting with clenched fists that are held up         01:48:36

19   toward them potentially perceive that as              01:48:40

20   expressing hostility towards the Black Hebrew         01:48:43

21   Israelites?                                             01:48:45

22             MR. McMURTRY:  Objection, go ahead.          01:48:46

23             THE WITNESS:  I imagine they might,          01:48:47

24   yes.                                                    01:48:48

25   BY MS. SPEARS:                                          01:48:48
```

1        Q    Especially when it's a group of white          01:48:48

2   teenagers --                                             01:48:51

3             MR. McMURTRY:  Objection to the --             01:48:53

4   BY MS. SPEARS:                                           01:48:54

5        Q    -- responding to five or six --                01:48:54

6             MR. McMURTRY:  Double objection.               01:48:55

7   Triple objection.                                        01:48:58

8             MS. SPEARS:  You have to wait until I          01:48:59

9   am done with the question.                               01:48:59

10            MR. McMURTRY:  (Inaudible) triple              01:48:59

11   objection (overspeaking).                               01:48:59

12   BY MS. SPEARS:                                          01:49:00

13       Q    Especially when there is a group of            01:49:00

14   large white teenagers responding to -- a large          01:49:03

15   group of white teenagers responding to five or six      01:49:05

16   black men?                                              01:49:09

17            MR. McMURTRY:  Triple objection, thank         01:49:10

18   you.                                                    01:49:11

19            THE WITNESS:  As I said earlier in my          01:49:12

20   comments, I recognize this as an interaction            01:49:14

21   between three groups who had political interests        01:49:16

22   that might be viewed as at odds with each other.        01:49:19

23   So I think that it could be very possible in such       01:49:22

24   a circumstance that someone from one group might        01:49:24

25   interpret what other people were doing from             01:49:27

1    another group in a way that the other group didn't              01:49:29

2    necessarily intend.                                             01:49:31

3    BY MS. SPEARS:                                                  01:49:33

4        Q    In a way that would be hostile                         01:49:33

5    potentially?                                                    01:49:36

6        A    I could appreciate that might be the                   01:49:37

7    case in this case, yes.                                         01:49:39

8        Q    Do you think the students' behavior                    01:49:42

9    might was appropriate?                                          01:49:45

10       A    That would be a matter for my personal                 01:49:46

11   opinion and I didn't think that my expertise --                 01:49:47

12   that I have anything to say that about that.                    01:49:49

13       Q    You describe Phillips on the next -- on                01:49:53

14   page 10, the next page, as chanting loudly in a                 01:49:55

15   language other than English; right?                             01:50:01

16       A    Yes.                                                   01:50:03

17       Q    Do you know what led Phillips to chant                 01:50:04

18   loudly in a language other than English, as you                 01:50:06

19   say?                                                            01:50:09

20       A    I can only surmise.  He had been                       01:50:09

21   performing what I took to be a Native American                  01:50:13

22   drum chant and typically those -- those chants are              01:50:15

23   in the language of the tribe to which this is                   01:50:20

24   ceremonial behavior -- for which it is ceremonial               01:50:24

25   behavior.  So I assumed that the chant and the                  01:50:30

1   language in which he spoke were the same.  That        01:50:33

2   may or may not be correct but it's typical.            01:50:35

3         Q    And --                                      01:50:41

4         A    In ceremonial circumstances.                01:50:41

5         Q    Is that based on your experience or         01:50:44

6   expertise as a linguist or just your personal          01:50:48

7   experience?                                            01:50:50

8         A    I would say that is my personal             01:50:52

9   experience watching people behave that way in          01:50:53

10  powwows.                                               01:50:58

11        Q    And you state he was chanting words in      01:50:59

12  the language of the tribe -- are you familiar with     01:51:01

13  the American Indian movement song?                     01:51:03

14        A    No, no.                                     01:51:07

15        Q    Would it surprise you to know that this     01:51:08

16  is what Phillips was chanting?                          01:51:10

17        A    No, it would not.  I did not know.          01:51:11

18        Q    Would it surprise you to know that the      01:51:13

19  song does not have any words?                           01:51:14

20        A    Not necessarily, no.                        01:51:16

21        Q    Wouldn't, as a linguist, you be able to     01:51:21

22  distinguish between the spoken word and sound?          01:51:23

23        A    Especially not in a chant, no.              01:51:26

24        Q    Why not?                                    01:51:28

25        A    Every language has different sound          01:51:29

| | | |
|---|---|---|
| 1 | patterns that they use.  A chant does have | 01:51:32 |
| 2 | specific sounds that are regularly uttered in -- | 01:51:35 |
| 3 | usually typically jointly with -- rhythmically | 01:51:40 |
| 4 | with the music and I couldn't say whether they | 01:51:44 |
| 5 | were saying, like, an English, "Yes, yes, yes," or | 01:51:46 |
| 6 | whether they were just saying, "Wah, wah, wah," | 01:51:49 |
| 7 | okay?  But the -- because I don't know what | 01:51:52 |
| 8 | language it would be and I wouldn't know whether | 01:51:56 |
| 9 | it was a word in that language. | 01:51:59 |
| 10 | Q    Do you think it's possible that | 01:52:00 |
| 11 | Mr. Phillips was praying? | 01:52:02 |
| 12 | A    Oh, yes, definitely.  I think it | 01:52:03 |
| 13 | likely. | 01:52:05 |
| 14 | Q    You state that Mr. Phillips was: | 01:52:11 |
| 15 | "... leading a group of Native | 01:52:12 |
| 16 | Americans towards the boys." | 01:52:13 |
| 17 | What do you mean by stating that | 01:52:16 |
| 18 | Mr. Phillips was leading the group? | 01:52:19 |
| 19 | A    The reason I seemed to think he was | 01:52:21 |
| 20 | leading was that he was the one who was doing the | 01:52:24 |
| 21 | performance, which was the ceremonial chant, | 01:52:26 |
| 22 | whatever its content, and beating the drum loudly | 01:52:32 |
| 23 | to draw attention and that the others were | 01:52:35 |
| 24 | trailing behind him or photographing him. | 01:52:37 |
| 25 | Q    You say -- well, how did you make that | 01:52:41 |

| | | |
|---|---|---|
| 1 | determination? | 01:52:43 |
| 2 | A    I watched the videos. | 01:52:43 |
| 3 | Q    You say on page 10: | 01:52:45 |
| 4 | "It is not clear how many are in | 01:52:48 |
| 5 | Mr. Phillips' group at this point and how many are | 01:52:50 |
| 6 | mere onlookers following the show, but I might | 01:52:54 |
| 7 | guess there are 10 or 20 people in that encourage, | 01:52:57 |
| 8 | including a cameraman filming the situation." | 01:53:02 |
| 9 | I want to talk about a couple of things | 01:53:05 |
| 10 | you say in there.  What do you mean by | 01:53:05 |
| 11 | "Mr. Phillips' group," group of what? | 01:53:07 |
| 12 | A    I did not mean it was an organized | 01:53:08 |
| 13 | group.  I have no idea how it came to follow along | 01:53:10 |
| 14 | after him.  Some of the people who were there, | 01:53:13 |
| 15 | given their behavior once the confrontation began | 01:53:16 |
| 16 | were clearly members of the indigenous people's | 01:53:19 |
| 17 | group given the arguments that they had with the | 01:53:23 |
| 18 | boys and the things they were yelling at the | 01:53:27 |
| 19 | Covington boys. | 01:53:29 |
| 20 | Q    What do you mean by "indigenous | 01:53:29 |
| 21 | people's group"? | 01:53:31 |
| 22 | A    Well, they were dressed as if they had | 01:53:32 |
| 23 | come for the ceremonial dance and so forth. | 01:53:34 |
| 24 | Another one had another drum and was drumming | 01:53:36 |
| 25 | along with Phillips.  And one of them was a | 01:53:40 |

1    cameraman who was -- who, like the Black Hebrew          01:53:43

2    Israelites' videographer, focusing on them, one of        01:53:47

3    the camera people in this group of people was            01:53:51

4    focusing on Phillips and his group, so I assumed          01:53:56

5    he was with them.                                        01:53:58

6         Q    So that's based on your assumptions,           01:53:59

7    though, you don't know for sure.                         01:54:01

8         A    I could say -- yeah, I don't know for          01:54:03

9    sure.  I only know what I saw in the videos.             01:54:06

10        Q    And you are making an assumption about         01:54:08

11   who was with who?                                        01:54:10

12        A    Yes, I am -- on the bases of what I saw        01:54:11

13   and their behavior in the group.                         01:54:13

14        Q    But you don't know for sure?                   01:54:15

15        A    I think I do know what I saw and I do          01:54:18

16   think those people were together.                        01:54:21

17        Q    And again, those are based on                  01:54:25

18   assumptions you made about what they were wearing        01:54:26

19   and watching the videos, correct?                        01:54:29

20        A    On their -- an assumption about their          01:54:30

21   behavior.                                                01:54:34

22        Q    Mm-hmm.                                        01:54:35

23        A    And when they entered the scene.               01:54:35

24        Q    Why do you call it a "show"?  Why do           01:54:38

25   you use that word?                                       01:54:41

1    A    I just meant that Phillips did that to            01:54:42

2  draw attention, for whatever reason, he approached     01:54:44

3  from outside.  There was an interaction going on       01:54:47

4  between the boys and the Black Hebrew Israelites.       01:54:50

5  And he came from the side, beating a drum loudly        01:54:53

6  and chanting, in such a way as to draw attention.      01:54:57

7  That's a show.                                          01:54:59

8    Q    And you talk about an entourage, why            01:55:00

9  did you use the phrase "entourage"?                     01:55:04

10   A    I used it because I do believe from             01:55:08

11 what I saw in the video that many of those people      01:55:09

12 followed him to support him in what he was doing.      01:55:11

13   Q    At one point you say 10 to 20 people in        01:55:20

14 the entourage.  In what video did you see 10 to 20     01:55:22

15 people in the entourage --                              01:55:27

16   A    I didn't count, again, as in these             01:55:29

17 other cases, I did not count, so that number is        01:55:32

18 not intended to be accurate, but I did see a small     01:55:34

19 clot of people following Phillips from different       01:55:37

20 angles in the different videos and I assumed that      01:55:40

21 those were the people with him.                         01:55:44

22   Q    Okay.  And you referenced a cameraman,          01:55:45

23 why do you call a person a cameraman?                   01:55:47

24   A    Well, videographer.                             01:55:49

25   Q    And who was the cameraman or                    01:55:51

| | | |
|---|---|---|
| 1 | videographer? | 01:55:53 |
| 2 | A    I'd have to look at my records again to | 01:55:54 |
| 3 | tell you, which video it was. | 01:55:56 |
| 4 | Q    Okay.  Let's pull up what we've marked | 01:56:02 |
| 5 | as Exhibit 10, Video 10, which, for the record, is | 01:56:04 |
| 6 | the Video 10 that is stipulated in the case. | 01:56:07 |
| 7 | A    Not one of the ones I cite. | 01:56:13 |
| 8 | Q    It is one of the ones you cite.  It is | 01:56:18 |
| 9 | Video 10. | 01:56:20 |
| 10 | A    I am just looking for it.  Where do I | 01:56:35 |
| 11 | cite it?  Can you tell me? | 01:56:35 |
| 12 | I mean, I say I watched it but I don't | 01:56:35 |
| 13 | see in the report where I cite it. | 01:56:37 |
| 14 | Q    Okay, so let me ask you a question | 01:56:42 |
| 15 | about that. | 01:56:43 |
| 16 | We already went through in the | 01:56:44 |
| 17 | beginning of your report, you list the 10 videos | 01:56:45 |
| 18 | that were given to you.  That's on page -- | 01:56:49 |
| 19 | A    Sure. | 01:56:51 |
| 20 | MR. McMURTRY:  5 or 6, I think. | 01:56:53 |
| 21 | MS. SPEARS:  5. | 01:56:54 |
| 22 | THE WITNESS:  Of course I know I | 01:56:55 |
| 23 | watched that but when I state the facts I don't | 01:56:56 |
| 24 | believe I cited video 10 in the statement of | 01:56:59 |
| 25 | facts. | 01:57:02 |

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 01:57:02 |
| 2 | Q    And what's the significance of that? | 01:57:02 |
| 3 | A    Not -- nothing -- I'm not denying that | 01:57:04 |
| 4 | I saw the video.  I'm saying that it was not the | 01:57:06 |
| 5 | one which provided the scenes that I felt were | 01:57:08 |
| 6 | most telling when I stated these things as facts. | 01:57:12 |
| 7 | I'm perfectly willing to concede that I | 01:57:15 |
| 8 | watched it. | 01:57:17 |
| 9 | Q    Okay, so for the record we just, to | 01:57:18 |
| 10 | correspond with the videos that are stipulated in | 01:57:24 |
| 11 | this case, marked exhibits to the deposition | 01:57:26 |
| 12 | accordingly.  So this is Video 10, Exhibit 10, and | 01:57:29 |
| 13 | why don't you start at the beginning and stop at | 01:57:35 |
| 14 | around the 10 second mark. | 01:57:41 |
| 15 | MS. MEEK:  I am playing Video 10, | 01:57:43 |
| 16 | starting at the beginning. | 01:57:50 |
| 17 | (Video 10 played.) | 01:57:51 |
| 18 | MS. MEEK:  I just paused Video 10 at | 01:58:05 |
| 19 | 10 seconds. | 01:58:08 |
| 20 | BY MS. SPEARS: | 01:58:08 |
| 21 | Q    Do you see in that video who you refer | 01:58:08 |
| 22 | to in your report as the cameraman? | 01:58:11 |
| 23 | A    I'm not sure, no. | 01:58:13 |
| 24 | Q    Let me go a second further and point | 01:58:14 |
| 25 | the cursor. | 01:58:16 |

| | | |
|---|---|---|
| 1 | (Video 10 played.) | 01:58:17 |
| 2 | A    I wonder if it's the fellow who -- | 01:58:22 |
| 3 | okay, so you see the fellow in the white hat? | 01:58:23 |
| 4 | Yep, there.  Is it the fellow to his left?  No, | 01:58:25 |
| 5 | above.  Above and -- there, that guy, is that the | 01:58:28 |
| 6 | fellow? | 01:58:32 |
| 7 | Q    I'm asking you. | 01:58:35 |
| 8 | A    Well, I don't know in this video.  I | 01:58:36 |
| 9 | haven't studied it as carefully as some of the | 01:58:36 |
| 10 | others. | 01:58:36 |
| 11 | I'd have look further at the video to | 01:58:38 |
| 12 | decide whether I thought he had come in with that | 01:58:41 |
| 13 | group. | 01:58:43 |
| 14 | Q    And why did you call him a cameraman as | 01:58:44 |
| 15 | opposed to a person holding a camera; are you | 01:58:48 |
| 16 | giving him an official title? | 01:58:52 |
| 17 | A    I wasn't trying to implicate that he | 01:58:54 |
| 18 | was a professional or anything like that.  He was | 01:58:55 |
| 19 | just a person holding a camera taking a video. | 01:58:57 |
| 20 | Q    Okay.  So you weren't assuming it was | 01:59:00 |
| 21 | his job -- | 01:59:03 |
| 22 | A    No. | 01:59:03 |
| 23 | Q    -- to video the -- | 01:59:03 |
| 24 | A    No. | 01:59:05 |
| 25 | Q    -- event? | 01:59:05 |

| | | |
|---|---|---|
| 1 | A    No. | 01:59:06 |
| 2 | Q    Did you think the cameraman, as you | 01:59:08 |
| 3 | called him, was somebody Mr. Phillips brought with | 01:59:10 |
| 4 | him to film the video? | 01:59:13 |
| 5 | A    I don't know, no.  He might have been | 01:59:15 |
| 6 | just somebody who just trailed along with him. | 01:59:17 |
| 7 | Q    There were lots of people in the videos | 01:59:19 |
| 8 | holding cameras up, correct? | 01:59:21 |
| 9 | A    Correct. | 01:59:22 |
| 10 | Q    Students included? | 01:59:24 |
| 11 | A    Absolutely. | 01:59:25 |
| 12 | Q    Let's go back to -- you can take that | 01:59:34 |
| 13 | down.  Thank you. | 01:59:36 |
| 14 |      Let's go back to page 10 of your | 01:59:37 |
| 15 | report.  You describe Mr. Phillips as walking up | 01:59:41 |
| 16 | to the boys and ignoring, is the word you used, | 01:59:43 |
| 17 | the BHI, the Black Hebrew Israelites. | 01:59:47 |
| 18 |      Why did you say "ignoring"? | 01:59:51 |
| 19 | A    From what I could see when Mr. Phillips | 01:59:54 |
| 20 | came on the scene, he, from what I described as | 01:59:55 |
| 21 | the north of the steps, coming down, he passed | 01:59:59 |
| 22 | between the boys and the Black Hebrew Israelites | 02:00:05 |
| 23 | but his attention was focused on the boys, the | 02:00:09 |
| 24 | direction he moved and the direction of his gaze, | 02:00:12 |
| 25 | so it seemed to me that he -- that was his | 02:00:14 |

1  intention in moving there was to direct himself to        02:00:17

2  them.                                                      02:00:22

3       Q    Are you implying that he should have            02:00:28

4  paid attention to the Black Hebrew Israelites in           02:00:30

5  some way?                                                  02:00:33

6       A    No.                                              02:00:33

7       Q    No?                                              02:00:34

8       A    No.                                              02:00:34

9       Q    Do you know what Mr. Phillips was               02:00:35

10  trying to do?                                             02:00:36

11       A    No.  Not -- (overspeaking) --                  02:00:37

12       Q    Do you know whether he had a purpose in        02:00:41

13  the moment?                                               02:00:42

14       A    I suspect he did from his behavior but         02:00:43

15  I'm not in a position to analyze it.                      02:00:45

16       Q    You don't know what he was feeling in          02:00:47

17  the moment, for example?                                  02:00:48

18       A    No, of course I don't.                         02:00:49

19       Q    You don't believe it to would be               02:00:52

20  important to your opinions to know the answers to         02:00:54

21  those questions?                                          02:00:56

22       A    I have no expertise that would bear on         02:00:56

23  that.  I would be telling pure -- purely on the           02:00:58

24  basis of my surmise and I don't think I have the          02:01:00

25  expertise to back it up.                                  02:01:02

| | |
|---|---|
| 1 | Q   You state you couldn't see from the | 02:01:06 |
| 2 | videos whether Mr. Phillips climbed any of the | 02:01:08 |
| 3 | steps and you assumed he was on the flat area, | 02:01:11 |
| 4 | correct? | 02:01:13 |
| 5 | A   He did climb them later, after Sandmann | 02:01:14 |
| 6 | left, you can see clearly in one of the videos and | 02:01:16 |
| 7 | I had it on the summary sheet that I brought | 02:01:20 |
| 8 | today, where Phillips climbs the steps to where | 02:01:25 |
| 9 | Sandmann had been and turns around to face the | 02:01:29 |
| 10 | crowd.  But I believe that's the only time he | 02:01:32 |
| 11 | climbed a step that I could see in the videos. | 02:01:34 |
| 12 | Q   When Mr. Phillips first approached the | 02:01:43 |
| 13 | students and stood in front of them, how far away | 02:01:46 |
| 14 | was Mr. Sandmann from him? | 02:01:50 |
| 15 | A   Well, it is difficult to say.  I told | 02:01:51 |
| 16 | you I'm not good at distances.  I would say that | 02:01:53 |
| 17 | initially Mr. Phillips was walking in front of a | 02:01:55 |
| 18 | larger group of boys and not that close to him, so | 02:01:57 |
| 19 | I would say maybe he was 2 or 3 feet out from the | 02:02:00 |
| 20 | large group of boys and, in turn, Phillips -- | 02:02:04 |
| 21 | Sandmann was up two or three steps.  So, I don't | 02:02:06 |
| 22 | know, maybe 5, 6, 7 feet. | 02:02:08 |
| 23 | I mean, he also came from the north and | 02:02:11 |
| 24 | passed down along, so even when he was passing in | 02:02:13 |
| 25 | front of Phillips he must have been 5 or 6 feet in | 02:02:16 |

| | | |
|---|---|---|
| 1 | front of him.  That's a guess, I don't know how | 02:02:19 |
| 2 | far he was. | 02:02:21 |
| 3 | Q    Okay.  Weren't there multiple rows of | 02:02:22 |
| 4 | students at first between Phillips and | 02:02:25 |
| 5 | Mr. Sandmann? | 02:02:27 |
| 6 | A    Yes, yes, but some were on the ground | 02:02:28 |
| 7 | and some were on the steps. | 02:02:30 |
| 8 | Q    And how did Mr. Phillips get to the | 02:02:36 |
| 9 | place where Mr. Sandmann was standing? | 02:02:37 |
| 10 | A    From what I saw he walked along and he | 02:02:40 |
| 11 | actually walked into the group of boys who were on | 02:02:43 |
| 12 | the ground and some of them -- | 02:02:45 |
| 13 | -- (overspeaking) -- | 02:02:46 |
| 14 | Q    Sorry. | 02:02:50 |
| 15 | A    It's okay, he walked into that group of | 02:02:51 |
| 16 | boys.  He just began to walk past Sandmann and | 02:02:52 |
| 17 | then for some reason Sandmann caught his | 02:02:55 |
| 18 | attention.  He turned around and faced Sandmann -- | 02:02:59 |
| 19 | face on, direct on, and walked up to him on the | 02:03:04 |
| 20 | steps. | 02:03:06 |
| 21 | Q    That's your interpretation after | 02:03:07 |
| 22 | reviewing the videos? | 02:03:10 |
| 23 | A    I have it on the video there, yes. | 02:03:13 |
| 24 | Q    That's your interpretation? | 02:03:15 |
| 25 | A    That's what I saw on the video. | 02:03:16 |

1      Q    So you already testified and we saw in          02:03:18
2  your report that on the videos you say that there       02:03:20
3  were some other students who parted from                02:03:22
4  Mr. Phillips as he approached; right?                   02:03:24
5      A    Yes, the ones who -- as he walked into          02:03:26
6  the crowd, it parted to let him by.                     02:03:28
7      Q    And so didn't Mr. Phillips get there by         02:03:31
8  moving forward through this space that other            02:03:33
9  students opened up to let him by, as you say?           02:03:36
10     A    I believe so, yes.  I said that.               02:03:39
11     Q    Let's discuss -- on page 10 you talk           02:03:46
12  about -- I want to talk a bit more about what you      02:03:49
13  were just talking about.                               02:03:51
14          In Video 2 you mention on page 10 of           02:03:56
15  your report -- do you see that there in the            02:03:59
16  middle?                                                02:04:01
17     A    "At the beginning of Video 2", yes.            02:04:01
18     Q    Yes.  So let's walk you through your           02:04:04
19  description of what's happening.  You write there:     02:04:15
20  "At the beginning of Video 2, Phillips walks from      02:04:17
21  the right along the front edge of the boys             02:04:21
22  drumming and chanting loudly."                         02:04:24
23          What do you mean by that?  From whose          02:04:24
24  right and what direction are you claiming he's         02:04:28
25  walking?                                               02:04:29

1        A    As I said at the beginning of the                    02:04:30

2   paragraph, it is shot from in front of the Hebrew            02:04:31

3   Israelites and facing the Lincoln Memorial.                  02:04:34

4            As I said earlier -- I'm going to have               02:04:36

5   to get my directions right again, the Lincoln               02:04:41

6   Memorial, I think, faces ... I said in which                02:04:44

7   direction -- I looked it up, which direction the           02:05:03

8   Lincoln Memorial faces.                                     02:05:05

9            I think it faces east across the                    02:05:06

10  reflecting pond.  Yes, I think it -- let's assume          02:05:10

11  that it faces east along the reflecting pond and           02:05:12

12  then -- so the steps of the Memorial would be then         02:05:16

13  north/south, on a north/south axis, if I'm correct         02:05:18

14  about that.  I'm trying to find the passage here           02:05:21

15  and I'm not finding it.                                     02:05:23

16           So when I say that the cameraman in                 02:05:25

17  this particular video is -- and I mean by that,            02:05:27

18  whoever took the shot, I don't mean they're               02:05:30

19  professional, is looking with his back to the             02:05:32

20  Black Hebrew Israelites facing the Lincoln                02:05:36

21  Memorial, then he'd be facing west with the steps         02:05:38

22  to his right, would be the north, coming along the        02:05:44

23  north from the steps that -- along the steps.             02:05:46

24           So I saw Mr. Phillips and a group of              02:05:49

25  people following him come, I first heard them from        02:05:52

| | | |
|---|---|---|
| 1 | behind, from the right, that would be to the north | 02:05:57 |
| 2 | of -- east, and then they come down in between the | 02:05:59 |
| 3 | two groups in front of the person taking this | 02:06:03 |
| 4 | video and go along the front of the boys.  So | 02:06:06 |
| 5 | that's going from north to south along the front | 02:06:09 |
| 6 | of the steps, from this cameraman's right to left, | 02:06:13 |
| 7 | the Covington boys are more or less directly ahead | 02:06:17 |
| 8 | and the -- Phillips walks into the crowd of boys | 02:06:24 |
| 9 | which pours down from the steps onto the flat | 02:06:25 |
| 10 | ground and as he does so, some of the boys who are | 02:06:30 |
| 11 | on the flat ground part to let him go.  I never | 02:06:33 |
| 12 | saw any place where any of them they blocked him. | 02:06:36 |
| 13 | Q    Let's go to Video 2. | 02:06:38 |
| 14 | MR. McMURTRY:  Just so I'm clear, the | 02:06:44 |
| 15 | numbers are the same in the report and our | 02:06:45 |
| 16 | exhibits; right? | 02:06:47 |
| 17 | MS. SPEARS:  Correct.  Let's pull up | 02:06:50 |
| 18 | what we've marked as Video 2, Exhibit 2 and start | 02:06:51 |
| 19 | at the beginning and pause at -- one sec. | 02:06:55 |
| 20 | MS. MEEK:  I'm starting Video 2, | 02:07:10 |
| 21 | Exhibit 2 at the beginning. | 02:07:12 |
| 22 | (Video 2 played.) | 02:07:13 |
| 23 | MS. MEEK:  I just paused Video 2, | 02:07:33 |
| 24 | Exhibit 2, at 20 seconds. | 02:07:35 |
| 25 | BY MS. SPEARS: | 02:07:37 |

1       Q    So where in the video do you see          02:07:37

2  Mr. Phillips walking from the right?               02:07:38

3       A    I might have the wrong video.  I have     02:07:41

4  to look at the other videos and find the one I     02:07:58

5  saw.  I think it was Banyamyan maybe, I'm not      02:08:02

6  sure.                                              02:08:03

7       Q    Because he's not walking from the        02:08:04

8  right, that's incorrect.                           02:08:06

9       A    No, no, that's not the correct video,    02:08:06

10  I've got the wrong video.                          02:08:07

11       Q    So that's incorrect in the report?       02:08:08

12       A    That is incorrect in the report.         02:08:10

13       Q    Let's -- can you jump back to the        02:08:11

14  beginning of this, play from beginning to pause    02:08:13

15  about the 8-second mark?                           02:08:15

16            MS. MEEK:  I'm starting Video 2 back     02:08:20

17  from the beginning.                                02:08:21

18                 (Video 2 played.)                   02:08:22

19            MS. MEEK:  I just paused Video 2 at      02:08:28

20  8 seconds.                                         02:08:34

21  BY MS. SPEARS:                                     02:08:35

22       Q    So for the first couple of seconds we   02:08:35

23  don't see Mr. Phillips, at all?                    02:08:37

24       A    No, we don't.  This is the wrong video. 02:08:38

25            MS. SPEARS:  Okay.  Then let's restart  02:08:41

| | | |
|---|---|---|
| 1 | it at the 8-second mark or where we are at right | 02:08:41 |
| 2 | now and play on until the 20-second mark. | 02:08:45 |
| 3 | MS. MEEK:  Restarting Video 2 at 8 | 02:08:48 |
| 4 | seconds. | 02:08:51 |
| 5 | (Video 2 played.) | 02:08:51 |
| 6 | MS. MEEK:  I just paused Video 2 at | 02:09:03 |
| 7 | 20 seconds. | 02:09:06 |
| 8 | BY MS. SPEARS: | 02:09:06 |
| 9 | Q   Okay, and at these seconds that we just | 02:09:06 |
| 10 | walked, Phillips just turns to his own right, | 02:09:08 |
| 11 | correct? | 02:09:10 |
| 12 | A   Yes, to his right. | 02:09:11 |
| 13 | Q   And towards the right side of the crowd | 02:09:13 |
| 14 | of boys, correct? | 02:09:15 |
| 15 | A   Correct. | 02:09:16 |
| 16 | Q   Do you know why? | 02:09:17 |
| 17 | A   I don't know where this -- the angle is | 02:09:18 |
| 18 | on this one so I can't tell you what he's doing. | 02:09:19 |
| 19 | I think he is just wading into the boys, but -- I | 02:09:21 |
| 20 | don't know why, but he's wading into the crowd of | 02:09:24 |
| 21 | boys. | 02:09:27 |
| 22 | MS. SPEARS:  Okay, and restart it at | 02:09:27 |
| 23 | where we just left off, the 20-second mark, and | 02:09:31 |
| 24 | pause at the 32-second mark. | 02:09:34 |
| 25 | MS. MEEK:  Restarting Video 2 at | 02:09:39 |

| | | |
|---|---|---|
| 1 | 20 seconds. | 02:09:41 |
| 2 | (Video 2 played.) | 02:09:42 |
| 3 | MS. MEEK:  I just paused Video 2 at 32 | 02:09:54 |
| 4 | seconds. | 02:09:56 |
| 5 | BY MS. SPEARS: | 02:09:56 |
| 6 | Q    Do you recognize some of the students | 02:09:56 |
| 7 | as doing what's known as the tomahawk chop? | 02:09:59 |
| 8 | A    Yes, I mentioned that in my report. | 02:10:02 |
| 9 | Q    Are you familiar with the tomahawk | 02:10:04 |
| 10 | chop? | 02:10:04 |
| 11 | A    I've seen it in sports games. | 02:10:05 |
| 12 | Q    Then in your report you say it's a | 02:10:06 |
| 13 | controversial gesture seen in Atlanta baseball | 02:10:09 |
| 14 | games and other sporting events.  Why is it | 02:10:12 |
| 15 | controversial? | 02:10:13 |
| 16 | A    I believe it's regarded as offensive by | 02:10:13 |
| 17 | many indigenous people, Native American people. | 02:10:15 |
| 18 | Q    Did you consider whether Mr. Phillips | 02:10:18 |
| 19 | could have viewed the tomahawk chop in this moment | 02:10:20 |
| 20 | as offensive or mocking him? | 02:10:23 |
| 21 | A    That was not part of my expertise in | 02:10:26 |
| 22 | writing the report.  I have no doubt that he would | 02:10:27 |
| 23 | have. | 02:10:29 |
| 24 | MS. SPEARS:  Can you restart it at the | 02:10:30 |
| 25 | 30-second mark and then pause just a little after | 02:10:37 |

| | | |
|---|---|---|
| 1 | the 41-second mark? | 02:10:39 |
| 2 | MS. MEEK:  I'm starting at 32 seconds, | 02:10:41 |
| 3 | Video 2. | 02:10:43 |
| 4 | (Video 2 played.) | 02:10:44 |
| 5 | THE WITNESS:  Can we stop. | 02:10:57 |
| 6 | The guy in the red hat is the cameraman | 02:10:57 |
| 7 | with Phillips.  That's what I was talking about. | 02:10:59 |
| 8 | BY MS. SPEARS: | 02:11:00 |
| 9 | Q    Where we just paused that? | 02:11:00 |
| 10 | A    No, just before that.  There, that's | 02:11:02 |
| 11 | the guy. | 02:11:03 |
| 12 | MS. MEEK:  For the record, the witness | 02:11:06 |
| 13 | just pointed to 39 seconds in Video 2. | 02:11:07 |
| 14 | THE WITNESS:  The guy in the red cap. | 02:11:11 |
| 15 | That's the guy with Phillips. | 02:11:12 |
| 16 | BY MS. SPEARS: | 02:11:15 |
| 17 | Q    Okay, let's talk about this for another | 02:11:15 |
| 18 | second.  So you are referring to my earlier | 02:11:15 |
| 19 | questions when I asked you who you were referring | 02:11:18 |
| 20 | to as the cameraman -- | 02:11:19 |
| 21 | -- (overspeaking) -- | 02:11:20 |
| 22 | A    That's right. | 02:11:20 |
| 23 | Q    You got to wait until I'm done.  Sorry. | 02:11:21 |
| 24 | You were referring to the earlier questions where | 02:11:24 |
| 25 | I asked you about the person you called the | 02:11:26 |

1    "cameraman" in your report; is that right?                    02:11:29

2         A    Correct.                                            02:11:32

3         Q    And you are stating that the person you             02:11:33

4    are referencing is the person depicted the red cap           02:11:36

5    holding a camera at second 40?                                02:11:41

6              MS. MEEK:  39.                                      02:11:45

7    BY MS. SPEARS:                                                02:11:47

8         Q    39 in Video 2?                                      02:11:47

9         A    That's now who I think -- in the other             02:11:48

10   video I couldn't identify him because I wasn't as            02:11:49

11   familiar with that video, but this is who I had             02:11:52

12   assumed was with Phillips.                                    02:11:56

13        Q    And I was just going to ask that.  You             02:11:57

14   are assuming he was with Phillips but you have no            02:11:59

15   idea whether he was with Phillips or not?                     02:12:02

16        A    I could be wrong.                                   02:12:04

17             MS. SPEARS:  Okay.  So go back again in             02:12:04

18   this -- restart at 32 and pause again a little               02:12:07

19   after 41, please.                                            02:12:15

20             MS. MEEK:  Restarting video 2 at                    02:12:18

21   32 seconds.                                                   02:12:22

22                  (Video 2 played.)                             02:12:24

23             MS. MEEK:  I just paused Video 2 at                 02:12:33

24   43 seconds.                                                   02:12:35

25   BY MS. SPEARS:                                                02:12:36

| | | |
|---|---|---|
| 1 | Q    You described Mr. Sandmann, who we can | 02:12:36 |
| 2 | see there, as laughing and grinning at his | 02:12:38 |
| 3 | companions, correct? | 02:12:41 |
| 4 | A    Correct. | 02:12:41 |
| 5 | Q    What's a grin? | 02:12:44 |
| 6 | A    What do you mean, what's the grin? | 02:12:45 |
| 7 | Q    What is a grin? | 02:12:46 |
| 8 | A    A grin is a smile of a certain sort. | 02:12:51 |
| 9 | That's all I can tell you.  He was laughing, | 02:12:53 |
| 10 | having fun with his buddies. | 02:12:53 |
| 11 | Q    So that's your characterization of | 02:12:56 |
| 12 | Mr. Sandmann's expression at the time? | 02:12:58 |
| 13 | A    Yes. | 02:13:01 |
| 14 | Q    Why do you use the word "companions"? | 02:13:01 |
| 15 | A    By companions -- it looks like another | 02:13:04 |
| 16 | boy from Covington, one of his schoolmates. | 02:13:04 |
| 17 | MS. SPEARS:  Okay, can you restart a | 02:13:06 |
| 18 | little before this.  Start a little before 41 and | 02:13:07 |
| 19 | pause a little after the 46 mark, please? | 02:13:11 |
| 20 | MS. MEEK:  Restarting Video 2 at | 02:13:16 |
| 21 | 39 seconds. | 02:13:19 |
| 22 | (Video 2 played.) | 02:13:20 |
| 23 | MS. MEEK:  I just paused Video 2 at | 02:13:32 |
| 24 | 47 seconds. | 02:13:33 |
| 25 | BY MS. SPEARS: | 02:13:37 |

1       Q    In your report in reference to Video 2,        02:13:37

2   you say that between 41 and 46 seconds,                  02:13:38

3   Mr. Phillips was continuing south; what do you           02:13:40

4   mean by that?  Or is that incorrect?                     02:13:43

5       A    Let's see what I say.                           02:13:46

6       Q    Because you were referring to the wrong        02:13:46

7   video.                                                   02:13:48

8       A    (Reading):                                      02:13:49

9            "21 seconds one sees Sandmann one or            02:13:49

10  two steps above Phillips in the crowd wearing his        02:13:54

11  hat laughing, grinning.  Phillips continued south,       02:13:56

12  nearly walks past Sandmann" -- I don't say how           02:13:59

13  long it took -- "who is on his right and slightly        02:14:02

14  above, still grinning.  Then Phillips pulls up and       02:14:05

15  turns right to face Sandmann."                           02:14:08

16      Q    Stop there a second.  Where -- I want          02:14:09

17  to ask you about it.  You say he's continuing            02:14:10

18  south; what do you mean by that?  Continuing from        02:14:13

19  what?                                                    02:14:15

20      A    For a while he had been walking from           02:14:15

21  the right to the left.  If you back up to 40, you        02:14:17

22  will see he had been walking from the right to the       02:14:21

23  left and then for some reason he turned and went         02:14:24

24  to face Sandmann.                                        02:14:26

25      Q    Okay, so is it your contention that            02:14:27

1    before Phillips got to where Mr. Sandmann was          02:14:30

2    standing, he was not moving in the direction of        02:14:33

3    Lincoln Memorial?                                      02:14:36

4         A    No, that's not the direction -- yeah,        02:14:37

5    he was walking in front of the boys, not up the        02:14:39

6    steps.                                                 02:14:42

7         Q    Okay, so --                                  02:14:44

8         A    I never saw him go up toward the             02:14:45

9    Memorial in this, until the end of the videos.         02:14:46

10        Q    And that's --                                02:14:51

11        A    I saw him walking into the group of          02:14:51

12   boys along the front of the steps.                     02:14:53

13        Q    And so it's your position that he was        02:14:55

14   not walking towards the Memorial?                      02:14:56

15        A    I cannot comment on his intentions.  I       02:14:59

16   can only say I did not see him go toward the steps      02:15:00

17   to go up until after this encounter.                   02:15:03

18        Q    You didn't see him going in the              02:15:10

19   direction of the steps?                                02:15:11

20        A    No.  It looks to me like he's walking        02:15:12

21   in front of the steps into the crowd of boys,          02:15:14

22   until he turns and goes towards Sandmann.              02:15:16

23        Q    And that's part of what informs your         02:15:18

24   opinion that the blocking statement is false?          02:15:21

25        A    That's only part of it.                      02:15:25

1    Q    Let's go back to page 10 of your                02:15:30
2  report.                                                02:15:31
3    A    You could review the video if you want          02:15:32
4  to look one more time.  I don't see him going up       02:15:33
5  the steps.                                             02:15:36
6    Q    Well, hang on for a second.  In terms           02:15:37
7  of the direction he's facing, that's one thing.        02:15:41
8  And then actually physically going up the steps        02:15:43
9  that's another thing.                                  02:15:45
10           -- (overspeaking) --                         02:15:46
11   A    -- the direction --                             02:15:46
12           -- (overspeaking) --                         02:15:47
13   Q    Do you agree that he was facing --              02:15:47
14  (overspeaking) --                                     02:15:48
15   A    No, not until he turned to face                 02:15:49
16  Sandmann, no.                                         02:15:51
17   Q    Let's go to page 10 in your report.             02:15:54
18  You say:                                              02:15:57
19           "Phillips nearly walks past Sandmann."       02:16:01
20           What does this mean?                         02:16:04
21   A    The way I saw it in multiple videos,            02:16:06
22  including this one, he's walking from north to        02:16:08
23  south, roughly, along the front edge of the steps     02:16:11
24  into the crowd of boys, many of whom are on the       02:16:14
25  ground.  I didn't see him make a gesture to turn      02:16:17

| | | |
|---|---|---|
| 1 | towards the west, toward the Memorial as if going | 02:16:20 |
| 2 | up the steps, until he turns around and faces | 02:16:23 |
| 3 | Sandmann. | 02:16:26 |
| 4 | So he was walking from north to south | 02:16:26 |
| 5 | and -- Sandmann is facing east, so he's walking | 02:16:29 |
| 6 | from north to south in front -- roughly, in front | 02:16:36 |
| 7 | of -- perpendicular to the line of Sandmann's | 02:16:39 |
| 8 | gaze.  He walks slightly past him and then he | 02:16:44 |
| 9 | turns and goes up to face Sandmann directly. | 02:16:47 |
| 10 | That's what I see in the video. | 02:16:50 |
| 11 | Q    That's your interpretation. | 02:16:51 |
| 12 | A    It is not my interpretation; it's what | 02:16:52 |
| 13 | I see in the videos. | 02:16:54 |
| 14 | Q    Based on your personal review of the | 02:16:55 |
| 15 | videos? | 02:16:57 |
| 16 | A    To use your language, it is what I see | 02:17:01 |
| 17 | in the videos. | 02:17:03 |
| 18 | Q    And you're saying -- when you say he | 02:17:06 |
| 19 | nearly walked past Sandmann, you are talking about | 02:17:12 |
| 20 | a moment when Phillips turns to his left, correct? | 02:17:14 |
| 21 | A    No, he turns to his right.  He was | 02:17:16 |
| 22 | walking from north to south past -- slightly past | 02:17:20 |
| 23 | Sandmann, then for some reason he turns back and | 02:17:24 |
| 24 | comes to face him which is turning to his -- | 02:17:26 |
| 25 | toward his right.  So he was walking -- he was | 02:17:30 |

| | | |
|---|---|---|
| 1 | walking along the steps, Sandmann is over here on | 02:17:33 |
| 2 | his right.  He slightly goes past him, he turns | 02:17:35 |
| 3 | around and comes back and faces Sandmann.  That's | 02:17:38 |
| 4 | what I see in the video. | 02:17:40 |
| 5 | Q    Did you watch this -- this is your | 02:17:44 |
| 6 | interpretation of Video 2? | 02:17:46 |
| 7 | MR. McMURTRY:  Objection. | 02:17:50 |
| 8 | THE WITNESS:  This is what I see in | 02:17:51 |
| 9 | Video 2. | 02:17:52 |
| 10 | BY MS. SPEARS: | 02:17:52 |
| 11 | Q    Did you watch this same moment in time | 02:17:52 |
| 12 | on any other video? | 02:17:54 |
| 13 | A    I watched all the videos for this | 02:17:55 |
| 14 | moment in particular. | 02:17:58 |
| 15 | Q    Do you recall any other specific videos | 02:17:59 |
| 16 | where you see this? | 02:18:01 |
| 17 | A    I did not take notes on the numbers. | 02:18:02 |
| 18 | MS. SPEARS:  Let's restart at | 02:18:03 |
| 19 | 47 seconds and pause around 58 second. | 02:18:37 |
| 20 | MS. MEEK:  Restarting Video 2 at | 02:18:43 |
| 21 | 47 seconds. | 02:18:44 |
| 22 | (Video 2 played). | 02:18:45 |
| 23 | MS. MEEK:  I just paused Video 2 at | 02:18:59 |
| 24 | 58 seconds. | 02:19:01 |
| 25 | BY MS. SPEARS: | 02:19:04 |

1        Q    Okay, you describe Sandmann as grinning                    02:19:04

2   earlier.  Would you characterize this look he's                    02:19:06

3   giving right now as a smirk?                    02:19:09

4             MR. McMURTRY:  Objection.  Go ahead.                    02:19:11

5             THE WITNESS:  A smirk attributes                    02:19:12

6   intention.  I cannot do that reliably.                    02:19:14

7   BY MS. SPEARS:                    02:19:18

8        Q    So it's a matter of interpretation?                    02:19:18

9        A    Correct.                    02:19:29

10       Q    In another of the videos you reference                    02:19:29

11  Video 14 here, Exhibit 14.                    02:19:31

12       A    Yes.                    02:19:34

13       Q    Can you pull that up and just pause at                    02:19:35

14  the beginning, please?                    02:19:39

15       A    Yep.                    02:19:40

16       Q    You note that -- strike that.  You note                    02:19:40

17  that Mr. Sandmann's hands are behind his back?                    02:20:21

18  Clasped behind his back.                    02:20:22

19       A    Correct.                    02:20:26

20       Q    Why did you note this?  What's the                    02:20:26

21  significance to you?                    02:20:27

22       A    Again, that had significance to me from                    02:20:28

23  my upbringing, that especially if a young man was                    02:20:31

24  in church or in a respectful situation, they were                    02:20:34

25  expected to put their hands behind their back to                    02:20:36

1   indicate lack of aggression and respect.                    02:20:39

2        Q    Do you know why he has his hands behind           02:20:43

3   his back?                                                   02:20:45

4        A    No, I don't.                                      02:20:45

5        Q    Let's go back to page 10 of your report          02:20:48

6   here in the last paragraph.  You cite Video 16.            02:20:50

7   Do you see that?                                            02:21:05

8        A    Yes.                                              02:21:06

9        Q    And -- just wait one second.  You talk           02:21:07

10  about a 3-foot corridor.  I want you pull up               02:21:18

11  Video 16 and start it at the 6-second mark and             02:21:23

12  pause it at the 11-second mark.                            02:21:26

13       MS. MEEK:  I am starting Video 16 at                   02:21:41

14  6 seconds.                                                  02:21:44

15            (Video 16 played.)                               02:21:45

16       MS. MEEK:  I just paused Video 16 at                   02:21:53

17  11 seconds.                                                 02:21:56

18  BY MS. SPEARS:                                              02:21:57

19       Q    Where do you see, as you state here, a           02:21:57

20  "3-foot corridor between Sandmann and a group of           02:21:59

21  the students to his left going up the stairs"?             02:22:04

22       A    Well, if you look at the fellow in the           02:22:07

23  red cap, who, by the way, was chanting with                02:22:08

24  Sandmann earlier, but I don't want to interrupt            02:22:11

25  your question, he's got a camera held high,                02:22:11

1    photographing Sandmann.                          02:22:15

2              Right behind him, there's at least -- I  02:22:17

3    can't say exactly, of course, but quite a few   02:22:19

4    steps going up where there is nobody between    02:22:21

5    Sandmann and the group of boys to the north to  02:22:25

6    Sandmann's left for at least three feet until you  02:22:28

7    get quite a few steps higher.                   02:22:31

8         Q    Okay, earlier in your report and we    02:22:33

9    talked about it, you said you can't judge       02:22:35

10   distances from the videos.  And you are a       02:22:38

11   horrible, I think you said, judge of distances. 02:22:42

12             So how did you come up with this       02:22:44

13   approximation?                                  02:22:46

14        A    Well, that one is easier because that  02:22:46

15   is wider than a yardstick, I can just tell, and I  02:22:48

16   use yardsticks all the time, and that's 3 feet. 02:22:51

17        Q    What do you use yardsticks for?        02:22:55

18        A    I have done a lot of work,             02:22:58

19   construction, on five houses now, so yardsticks 02:22:59

20   I'm good with, but 20 feet, I'm not.            02:23:02

21        Q    So it looks --                         02:23:08

22        A    It looks like 3, it might be 4.  I was 02:23:09

23   being conservative.  That might be 4 feet, but at  02:23:12

24   least 3 feet.                                   02:23:14

25        Q    And that's based on your personal      02:23:15

| | | |
|---|---|---|
| 1 | approximation? | 02:23:17 |
| 2 | A    I could see putting a yardstick there | 02:23:18 |
| 3 | between Sandmann's left shoulder and the boys to | 02:23:20 |
| 4 | the right on the screen and there would still be | 02:23:24 |
| 5 | room. | 02:23:28 |
| 6 | Q    But that's your approximation, you | 02:23:30 |
| 7 | don't know for sure; right? | 02:23:32 |
| 8 | A    I'm pretty sure about that one.  I can | 02:23:34 |
| 9 | see it. | 02:23:35 |
| 10 | MS. SPEARS:  Restart at the beginning, | 02:23:36 |
| 11 | and pause right at the beginning. | 02:23:44 |
| 12 | MS. MEEK:  For the record, the | 02:23:49 |
| 13 | television is displaying Video 16 at zero seconds. | 02:23:49 |
| 14 | BY MS. SPEARS: | 02:23:54 |
| 15 | Q    Would you agree with me at the start of | 02:23:54 |
| 16 | this video there is no open corridor because there | 02:23:55 |
| 17 | is another student standing to Sandmann's -- on | 02:23:57 |
| 18 | Sandmann's left.  Can you see him there in the red | 02:24:01 |
| 19 | shirt and Notre Dame hat? | 02:24:04 |
| 20 | A    I don't think he's immediately to | 02:24:10 |
| 21 | Sandmann's left and everyone that Phillips had | 02:24:10 |
| 22 | gone up to that point, as he move the boys moved | 02:24:13 |
| 23 | aside.  So I think there was plenty of room, at | 02:24:13 |
| 24 | least three or four steps above Sandmann, although | 02:24:16 |
| 25 | it is not easy to judge exactly how many steps. | 02:24:19 |

1      Q    You don't see right here in this moment        02:24:20
2  a 3-foot open corridor, do you?                         02:24:23
3      A    Yeah, immediately to Sandmann's left, I        02:24:25
4  do.  There's a group of boys, this ranging group        02:24:27
5  of boys with a white cap, a red cap, a blue cap,        02:24:29
6  the brown hair, that group is at least 3 feet to        02:24:30
7  the -- away, more, away from Sandmann and you           02:24:36
8  could go up several steps before you hit Notre          02:24:39
9  Dame.                                                   02:24:42
10     Q    But what you are saying is that space          02:24:43
11 opens up because the other students, including         02:24:46
12 that student in the Notre Dame cap, moves to the       02:24:47
13 side, correct?                                         02:24:52
14     A    All I can say is that right now              02:24:53
15 Phillips could pass to his -- to the left of           02:24:54
16 Sandmann, up several of the steps.                     02:24:55
17     Q    Okay.                                         02:24:58
18     A    Sandmann was not precluding him from         02:24:59
19 moving up the steps.                                   02:25:01
20     Q    You are not disagreeing with me             02:25:05
21 though --                                              02:25:06
22          -- (overspeaking) --                         02:25:07
23     A    The boys higher-up -- (overspeaking) --     02:25:07
24     Q    Hold on a second.  You are not             02:25:09
25 disagreeing with me, though, that there's a           02:25:11

| | | |
|---|---|---|
| 1 | student in a Notre Dame hat to Sandmann's left | 02:25:14 |
| 2 | that is in the space that you pointed out moments | 02:25:18 |
| 3 | later, as the 3-foot corridor, correct? | 02:25:21 |
| 4 | A    I think you are misconstruing what I'm | 02:25:23 |
| 5 | saying.  I think there is space for Phillips to | 02:25:32 |
| 6 | move to the left of Sandmann up the steps, now, in | 02:25:34 |
| 7 | this point in the video, clearly. | 02:25:38 |
| 8 | Q    And no, the space opens up after the | 02:25:42 |
| 9 | student in the Notre Dame hat moves aside; is that | 02:25:49 |
| 10 | what you are saying? | 02:25:54 |
| 11 | A    The boy is not immediately -- the boy | 02:25:55 |
| 12 | in the Notre Dame hat is not immediately to | 02:25:55 |
| 13 | Phillips' left.  Sandmann could have moved up the | 02:26:00 |
| 14 | steps. | 02:26:02 |
| 15 | Q    And what do you base that on? | 02:26:02 |
| 16 | A    I can see. | 02:26:05 |
| 17 | Q    It's based on your perception of the | 02:26:06 |
| 18 | video. | 02:26:08 |
| 19 | A    I think I see steps there between that | 02:26:08 |
| 20 | boy's legs and Sandmann, gray steps.  That means | 02:26:12 |
| 21 | that boy is higher up on the steps than Sandmann. | 02:26:17 |
| 22 | MR. McMURTRY:  Can we take a break at | 02:26:20 |
| 23 | some point, in the next five minutes or so. | 02:26:24 |
| 24 | BY MS. SPEARS: | 02:26:26 |
| 25 | Q    Sure.  Do you think that Phillips could | 02:26:26 |

1  have felt surrounded in certain moments of the        02:26:29

2  encounter, like this one?                             02:26:31

3      A    I think he waded into the middle of a        02:26:33

4  crowd of boys, so in a sense he was surrounded.       02:26:35

5      Q    If he felt surrounded, would he be           02:26:39

6  wrong?                                                02:26:41

7      A    No, he was surrounded by the boys.  He       02:26:41

8  walked into the middle of the crowd.                  02:26:43

9      Q    And you believe that this part of            02:26:46

10 Video 16, which you cite in your report here,        02:26:49

11 supports your opinion that Phillips' statements       02:26:51

12 that Sandmann was blocking him or sort of stopping    02:26:55

13 him -- stopping his exit was incorrect?               02:26:58

14     A    There are two aspects to that                02:27:01

15 statement.  One of them is that he was not            02:27:05

16 passively blocking, meaning that his being there,     02:27:07

17 where he was on the steps did not prevent Phillips    02:27:09

18 from going further up the steps.  That is a fact      02:27:13

19 that you can see in this video, as well as in part    02:27:15

20 of Video 2, which we didn't discuss when we saw       02:27:18

21 it, as well as earlier in this video.                 02:27:20

22          Second, I see no evidence at all that        02:27:23

23 Phillips has, in any way, moved to prevent --         02:27:25

24          MR. McMURTRY:  Sandmann --                   02:27:32

25 (overspeaking) --                                     02:27:33

| | | |
|---|---|---|
| 1 | THE WITNESS:  Sorry, I'm getting my | 02:27:34 |
| 2 | names mixed up. | 02:27:35 |
| 3 | Sandmann has not done anything to | 02:27:37 |
| 4 | prevent Phillips from moving up the steps.  That | 02:27:39 |
| 5 | is not to say he is not -- as an agent blocking | 02:27:40 |
| 6 | Phillips. | 02:27:44 |
| 7 | So neither is he passively blocking | 02:27:47 |
| 8 | him, there is room to his left, nor is he actively | 02:27:50 |
| 9 | blocking him in the sense of his intention | 02:27:52 |
| 10 | being -- putting himself in the way.  That's what | 02:27:55 |
| 11 | I'm saying. | 02:27:57 |
| 12 | BY MS. SPEARS: | 02:27:58 |
| 13 | Q   But you don't know of Sandmann's | 02:27:58 |
| 14 | intent, you are not -- | 02:28:02 |
| 15 | A   It doesn't matter his intent.  He did | 02:28:03 |
| 16 | not move. | 02:28:05 |
| 17 | Q   Let me ask you this.  Video 16 and this | 02:28:06 |
| 18 | 3-foot corridor you say you see, you say that | 02:28:08 |
| 19 | supports your opinion that Phillips' statements | 02:28:12 |
| 20 | that Sandmann was blocking him or sort of stopping | 02:28:14 |
| 21 | his exit is incorrect.  In other words, you are | 02:28:16 |
| 22 | relying on this corridor you see in the video as | 02:28:19 |
| 23 | part of your opinion, correct? | 02:28:23 |
| 24 | A   Part of the opinion.  That is not the | 02:28:24 |
| 25 | whole thing.  I want to emphasize that. | 02:28:25 |

| 1 | MS. SPEARS:  That's fine.  You want to | 02:28:27 |
| 2 | take a break? | 02:28:28 |
| 3 | MR. McMURTRY:  Yes, I do.  Ten minutes? | 02:28:29 |
| 4 | MS. SPEARS:  Sure. | 02:28:31 |
| 5 | THE VIDEOGRAPHER:  We are going off the | 02:28:33 |
| 6 | record.  The time is 2:28 p.m. | 02:28:34 |
| 7 | (Recess taken from 2:28 p.m. to 3:01 p.m.) | 02:28:35 |
| 8 | THE VIDEOGRAPHER:  We're going back on | 03:01:03 |
| 9 | the record.  The time is 3:01 p.m. | 03:01:05 |
| 10 | BY MS. SPEARS: | 03:01:08 |
| 11 | Q    Okay.  Looking at your report we talked | 03:01:08 |
| 12 | about Video 2 which you also have cited. | 03:01:17 |
| 13 | A    Yes. | 03:01:20 |
| 14 | Q    And we talked a moment ago, before the | 03:01:20 |
| 15 | break, about your reference to what you perceive | 03:01:23 |
| 16 | as a 3-foot corridor, correct? | 03:01:27 |
| 17 | A    Yes. | 03:01:30 |
| 18 | Q    And I take it your position is that | 03:01:31 |
| 19 | Video 2 shows that same corridor that you believe | 03:01:34 |
| 20 | you see? | 03:01:40 |
| 21 | A    Yes. | 03:01:41 |
| 22 | Q    Okay.  So let's go -- (overspeaking) -- | 03:01:42 |
| 23 | A    So it's at 50 seconds (inaudible) -- | 03:02:03 |
| 24 | THE COURT REPORTER:  I am sorry, I | 03:02:04 |
| 25 | didn't hear that at all. | 03:02:04 |

| | | |
|---|---|---|
| 1 | THE WITNESS: At 50 seconds in Video 2 | 03:02:04 |
| 2 | you can see a passageway to Sandmann's left going | 03:02:04 |
| 3 | up the steps and as I saw it, that passage way | 03:02:08 |
| 4 | stays there until at least 1 minute 50 seconds | 03:02:11 |
| 5 | when some of the other boys come down closer | 03:02:15 |
| 6 | behind Sandmann. | 03:02:17 |
| 7 | BY MS. SPEARS: | 03:02:18 |
| 8 | Q    Okay.  So continuing on in your report | 03:02:18 |
| 9 | on page 11, you state, and it's in the middle | 03:02:22 |
| 10 | there, the first full paragraph: | 03:02:35 |
| 11 | "After a couple of minutes of the | 03:02:41 |
| 12 | face-to-face confrontation one of Phillips' | 03:02:43 |
| 13 | companions (judging by his apparel and what he | 03:02:46 |
| 14 | says) starts to argue with another boy." | 03:02:49 |
| 15 | And you reference to Video 3. | 03:02:52 |
| 16 | I'd like to pull that up, Video 3, | 03:02:55 |
| 17 | Exhibit 3. | 03:02:58 |
| 18 | Can you just jump to 147 and pause | 03:02:59 |
| 19 | there so we can see the image. | 03:03:01 |
| 20 | A    According to me that already starts by | 03:03:13 |
| 21 | 1:48 on Video 3, for what it's worth. | 03:03:15 |
| 22 | Q    That's fine. | 03:03:18 |
| 23 | Q    So is this the "companion" you are | 03:03:23 |
| 24 | referring to? | 03:03:26 |
| 25 | A    Yes. | 03:03:26 |

| | | |
|---|---|---|
| 1 | Q    What do you mean by "companion" here? | 03:03:26 |
| 2 | A    If you go back to the earlier videos | 03:03:30 |
| 3 | watching Sandmann walk onto the scene he is there | 03:03:33 |
| 4 | with the guy taking a video, he is there with this | 03:03:35 |
| 5 | fellow, and there's several women, there's a group | 03:03:38 |
| 6 | of people walking with Phillips up toward the | 03:03:40 |
| 7 | group of Covington boys and this is one of the | 03:03:44 |
| 8 | people among that group. | 03:03:45 |
| 9 | Q    And what about his apparel made you | 03:03:46 |
| 10 | describe him as a companion? | 03:03:48 |
| 11 | A    I think that the hat he's wearing might | 03:03:50 |
| 12 | have a -- well, first of all, he has -- I think | 03:03:51 |
| 13 | that's braids which is a very common kind of hair | 03:03:54 |
| 14 | style for indigenous Native American men and I | 03:03:59 |
| 15 | think he might have a hat that has an image on it, | 03:04:04 |
| 16 | but I don't remember. | 03:04:07 |
| 17 | Q    Okay. | 03:04:08 |
| 18 | A    But his behavior was the principal | 03:04:11 |
| 19 | thing here. | 03:04:14 |
| 20 | Q    And -- | 03:04:15 |
| 21 | A    He was telling the boys to go back to | 03:04:19 |
| 22 | Europe. | 03:04:21 |
| 23 | Q    And why would you associate that | 03:04:21 |
| 24 | comment with Mr. Phillips?  Simply because | 03:04:23 |
| 25 | Mr. Phillips is Native American? | 03:04:25 |

1     A     No, I said he was one of the people          03:04:27

2  with Phillips quite clearly all throughout the        03:04:29

3  scene and he's arguing with these boys about who      03:04:32

4  has more right to be here in the country.             03:04:35

5     Q     Are you suggesting that he was speaking       03:04:37

6  for Mr. Phillips?                                      03:04:39

7     A     No.                                           03:04:40

8     Q     Are you suggesting that Mr. Phillips          03:04:41

9  approved what he was saying?                           03:04:43

10    A     Of course not.                                03:04:45

11    Q     And you are not sure whether he was           03:04:46

12 even with Mr. Phillips; you are just making that       03:04:48

13 assumption based on -- (overspeaking) --              03:04:51

14    A     I don't know whether Mr. Phillips knows       03:04:53

15 him.  I know he accompanied Mr. Phillips onto the      03:04:54

16 scene.                                                 03:04:57

17    Q     And you are making an assumption --           03:04:58

18 that's what you base your assumption on, that he       03:05:02

19 was with Mr. Phillips based on --                      03:05:03

20    A     He was in the group of people                 03:05:05

21 accompanying Mr. Phillips as they drummed and          03:05:06

22 chanted walking up to the Covington boys.             03:05:09

23    Q     What do you mean by "group"?                  03:05:13

24    A     There was a small group of people.  We        03:05:14

25 could go back to the last video we reviewed.  They     03:05:17

1    come on to the scene with Phillips.  Some of them          03:05:20

2    are drumming.  I think he might have been one of           03:05:21

3    the ones drumming, but I don't remember, I'd have          03:05:23

4    to look at the video again, and chanting, they             03:05:25

5    were all chanting, and they were walking with              03:05:27

6    Phillips in front of -- between the two groups,            03:05:30

7    the Black Hebrew Israelites and the Covington              03:05:32

8    boys, and he accompanied Phillips with that small          03:05:34

9    group of people walking together into the middle           03:05:37

10   of the group of Covington boys and then he follows         03:05:40

11   him up the steps and above Sandmann there and              03:05:43

12   turns and starts to argue with one of the other            03:05:47

13   Covington boys.                                            03:05:49

14        Q    And so your assumption that he's a               03:05:50

15   companion is because he's walking behind                   03:05:54

16   Mr. Phillips?                                              03:05:57

17             MR. McMURTRY:  Objection.  Go ahead.             03:05:58

18             THE WITNESS:  I mean by "companion"              03:05:59

19   he's one of the people who accompanied                     03:06:01

20   Mr. Phillips into this group.                              03:06:03

21   BY MS. SPEARS:                                             03:06:05

22        Q    You have no idea whether he knows                03:06:05

23   Mr. Phillips --                                            03:06:08

24        A    I said I do not know.                            03:06:09

25        Q    And your assumptions are based on                03:06:13

| | | |
|---|---|---|
| 1 | watching the videos, correct? | 03:06:15 |
| 2 | A    All I know is from the videos, yes. | 03:06:16 |
| 3 | Q    And you are not claiming that | 03:06:30 |
| 4 | Mr. Phillips knew all the people in the -- what | 03:06:31 |
| 5 | you call the group behind him, correct? | 03:06:35 |
| 6 | A    He very well may not have known them | 03:06:38 |
| 7 | all. I don't know. | 03:06:41 |
| 8 | Q    He may not have known any of them; you | 03:06:42 |
| 9 | don't know. | 03:06:44 |
| 10 | A    I don't know. | 03:06:45 |
| 11 | MS. SPEARS:  Let's go in that video to | 03:06:45 |
| 12 | 3:18 and pause at 3:33. | 03:07:03 |
| 13 | MS. MEEK:  I'm starting Video 3 at | 03:07:12 |
| 14 | 3:18. | 03:07:14 |
| 15 | (Video 3 played.) | 03:07:14 |
| 16 | MS. MEEK:  I just paused Video 3 at | 03:07:17 |
| 17 | 3 minutes and 33 seconds. | 03:07:34 |
| 18 | BY MS. SPEARS: | 03:07:36 |
| 19 | Q    You described one of the companions as | 03:07:36 |
| 20 | yelling something like "We won."  What does "we | 03:07:41 |
| 21 | won" mean? | 03:07:44 |
| 22 | A    I don't know.  That's what he says. | 03:07:44 |
| 23 | The same guy in the red hat we were just | 03:07:44 |
| 24 | discussing, is a guy who then says, "We won, | 03:07:47 |
| 25 | Grandpa, we won," and he shakes his hands in the | 03:07:48 |

| | | |
|---|---|---|
| 1 | air. | 03:07:51 |
| 2 | Q    Do you -- and you don't know what that | 03:07:52 |
| 3 | means? | 03:07:54 |
| 4 | A    I know what it means in English.  It | 03:07:54 |
| 5 | means we, inclusive, him and grandpa and whatever | 03:07:56 |
| 6 | else group he thought he was with, won some | 03:08:00 |
| 7 | confrontation, or whatever he meant, that was at | 03:08:02 |
| 8 | issue. | 03:08:05 |
| 9 | Q    That's your interpretation of what he | 03:08:06 |
| 10 | meant? | 03:08:07 |
| 11 | A    That's what English means, "we won." | 03:08:08 |
| 12 | Q    Do you know whether Mr. Phillips agreed | 03:08:10 |
| 13 | with that statement? | 03:08:12 |
| 14 | A    No, I don't. | 03:08:13 |
| 15 | Q    Is it possible different people were | 03:08:14 |
| 16 | thinking different things in that moment? | 03:08:16 |
| 17 | A    I have no idea what they were thinking. | 03:08:18 |
| 18 | Q    You state that the group was | 03:08:25 |
| 19 | "congratulating" Phillips, how do you determine | 03:08:27 |
| 20 | that they were congratulating Mr. Phillips? | 03:08:30 |
| 21 | A    Well, for one thing he said, "We won, | 03:08:33 |
| 22 | grandpa," and grandpa, as I understand it, in many | 03:08:35 |
| 23 | cultures is an honorific that you use for someone | 03:08:37 |
| 24 | that you respect and by making this gesture with | 03:08:41 |
| 25 | his arms in the air and saying, "We won" and doing | 03:08:44 |

| | | |
|---|---|---|
| 1 | the hoot, that's a celebratory gesture which he | 03:08:47 |
| 2 | was sharing with this man he respects, calling | 03:08:51 |
| 3 | "grandpa" which I think was Phillips. | 03:08:54 |
| 4 | Q    What are you -- what was he | 03:08:57 |
| 5 | congratulating him for? | 03:08:58 |
| 6 | A    I'm not going to put words in his | 03:09:00 |
| 7 | mouth. | 03:09:02 |
| 8 | Q    You don't know. | 03:09:04 |
| 9 | A    He thought there was an argument or a | 03:09:05 |
| 10 | fight being engaged in and he believed that the | 03:09:06 |
| 11 | group that he was with, which included him and | 03:09:09 |
| 12 | Phillips and the other person banging the drum, | 03:09:10 |
| 13 | had won that engagement. | 03:09:12 |
| 14 | Q    Do you know that's what he thought? | 03:09:13 |
| 15 | A    I know that's what he meant: "We won." | 03:09:15 |
| 16 | Q    You state that Phillips yelled | 03:09:23 |
| 17 | something to the crowd. | 03:09:24 |
| 18 | A    Right.  I didn't hear what he said. | 03:09:27 |
| 19 | MS. SPEARS:  Can you jump to 3:53 and | 03:09:33 |
| 20 | pause at 4:07. | 03:09:37 |
| 21 | MS. MEEK:  I'm restarting Video 3 at | 03:09:48 |
| 22 | 3:03. | 03:09:52 |
| 23 | (Video 3 played.) | 03:09:53 |
| 24 | MS. MEEK:  I just paused Video 3 at | 03:10:03 |
| 25 | 4:07. | 03:10:06 |

1    BY MS. SPEARS:                                      03:10:07

2         Q    I take it that you don't know what he     03:10:07

3    was yelling there?                                  03:10:09

4         A    No, I couldn't hear what he said.         03:10:10

5         Q    And why do you reference that?            03:10:12

6         A    It -- (overspeaking) --                   03:10:16

7         Q    Was it -- (overspeaking) --               03:10:17

8         A    It seemed to me to be concluding          03:10:18

9    remarks on Phillips' part but I don't know what he  03:10:21

10   said.  The reason I say it was conclusive was       03:10:25

11   after his friend had raised his arms in a           03:10:25

12   celebratory fashion, Phillips is doing this.  He's  03:10:28

13   also looking slightly up.  Among many Native        03:10:31

14   American peoples I've known, that can be a prayer   03:10:35

15   to a god or a thanks to the great spirit.  I don't  03:10:36

16   know if that's what Phillips was doing, but it      03:10:39

17   seemed to me that was some kind of grateful or      03:10:41

18   happy gesture on his part.                          03:10:44

19        Q    You don't know what was in Phillips'      03:10:46

20   mind at that moment or what he was thinking?        03:10:48

21        A    No, I do not.  I do not.                  03:10:50

22        Q    Let's look at section 11 in your report   03:10:55

23   entitled "Relevant law."                            03:10:58

24        A    Yes.                                      03:11:01

25        Q    You note that the firm that retained      03:11:02

1    you, on page 11, provided you with explanations of        03:11:04

2    falsehood under the law, followed by two                  03:11:06

3    paragraphs there.                                         03:11:09

4            Are those paragraphs verbatim what the            03:11:10

5    firm, Mr. McMurtry's firm provided you?                   03:11:13

6        A    Yes.                                             03:11:16

7        Q    And in the second paragraph you discuss          03:11:16

8    substantial truth.  What does that mean to you?           03:11:34

9        A    (Reading):                                       03:11:36

10            "The defense of truth overlooks minor            03:11:36

11   inaccuracies and concentrates upon substantial            03:11:45

12   truth."                                                   03:11:48

13            If somebody had said something like              03:11:49

14   someone was 37 inches in front of me and in fact          03:11:49

15   we could measure and it turned out that they were         03:11:53

16   33 or 40 inches in front of them but everything           03:11:54

17   else they said was true, then that would be               03:12:00

18   substantially true.  That's my understanding.             03:12:02

19   That the main force of what was considered in             03:12:03

20   adjudging whether this was true or not was in             03:12:06

21   keeping with the facts.                                   03:12:10

22       Q    Did you consider whether the statements         03:12:12

23   at issue were substantially true?                         03:12:15

24       A    The statements at issue?  Yes.                   03:12:16

25       Q    Did you try to determine whether they           03:12:18

1    were literally true?                                      03:12:19

2         A    Literal has no meaning in linguistics.          03:12:21

3         Q    You reference pleadings here.  Do you           03:12:27

4    understand what pleadings mean in a lawsuit?              03:12:28

5         A    I probably don't understand what an             03:12:33

6    attorney would mean by pleadings.                         03:12:36

7         Q    Do you have any understanding of what           03:12:40

8    the summary judgment phase of a case is?                  03:12:41

9         A    No, I don't.  I mean, I've heard these          03:12:44

10   terms bantered around but I don't believe I know          03:12:49

11   what they mean in law.                                    03:12:52

12        Q    On page 12 of your report you said you          03:12:53

13   "kept these explanations in mind in forming my            03:12:55

14   opinion on the questions posed."                          03:12:58

15             What does that mean?                            03:13:04

16        A    Well, for example I told you that I             03:13:06

17   based my assessment of these passages on the truth        03:13:07

18   conditions, as I understood them as a linguist,           03:13:12

19   and on the facts in the video.                            03:13:14

20             So when I talk about the truth                  03:13:17

21   conditions, as I said to you earlier today, I am          03:13:19

22   interested in the plain meaning of the words as           03:13:22

23   they would mean to any native speaker of the              03:13:24

24   language and so when we talk about false having a         03:13:30

25   different effect on the mind of the reader from           03:13:33

1  that which the truth would have produced, I'm         03:13:35

2  talking -- that, to me, is talking about truth        03:13:37

3  conditions.  That's exactly what I am talking         03:13:40

4  about.                                                03:13:42

5         So I think I was keeping that in mind          03:13:42

6  all along methodologically as well as in my           03:13:44

7  conclusions, and when I talk about overlooking        03:13:47

8  minor inaccuracies and not concentrating on           03:13:49

9  substantial truth, if there was some minor            03:13:52

10  discrepancy between what Mr. Phillips said and        03:13:54

11  what is on the videos that didn't bear on the         03:13:56

12  substantial truth of the statements I would have      03:13:58

13  overlooked that or at least mentioned that as         03:14:01

14  minor but not substantive, but I didn't find         03:14:04

15  anything along those lines.                          03:14:07

16     Q    Let's go to your report at page 12,          03:14:09

17  section 7, "Analysis and reasoning."                 03:14:13

18         With respect to question 1 you analyzed       03:14:32

19  whether the statement that's listed there was true   03:14:34

20  or false.                                            03:14:36

21     A    Right.                                       03:14:36

22     Q    Correct?  And you said:                      03:14:37

23         "To answer this question" -- well,            03:14:39

24  strike that:                                          03:14:41

25         To answer this question was it               03:14:42

1    important to you to determine the truth conditions        03:14:44

2    of the sentences?                                         03:14:46

3         A    Yes.                                            03:14:49

4         Q    And what did you determine to be the            03:14:50

5    truth conditions of the sentences?                        03:14:51

6         A    Well, let's look -- I mean, I could go          03:14:55

7    clause by clause, blah, blah, but let's assume            03:15:01

8    that Mr. Phillips was reporting accurately on what        03:15:04

9    he was thinking.  I have no way of knowing.               03:15:08

10   I know what this means and it says that he was            03:15:10

11   concerned he'd never get out of there.  Yeah?             03:15:12

12              I'm not disputing that.                        03:15:15

13              Really, I think the question is about          03:15:16

14   the meaning of the last two sentences of the              03:15:19

15   passage:                                                  03:15:22

16              "I started going that way and that guy         03:15:23

17   in the hat stood in my way and we were at an              03:15:25

18   impasse.  He just blocked my way and wouldn't             03:15:27

19   allow me to retreat."                                     03:15:30

20              Let me start with the last sentence:           03:15:34

21              "He just blocked my way and wouldn't           03:15:35

22   allow me to retreat."                                     03:15:37

23              As I told you, I base this partly on my        03:15:39

24   careful consideration of dictionary definitions,          03:15:41

25   which gives me a more objective way of                    03:15:44

| | | |
|---|---|---|
| 1 | characterizing what I think the plain meaning of | 03:15:46 |
| 2 | the passage is. | 03:15:47 |
| 3 | And as I said, "wouldn't allow me to | 03:15:48 |
| 4 | retreat," if you look in the Oxford English | 03:15:52 |
| 5 | Dictionary, when you look at the negative of the | 03:15:54 |
| 6 | past tense "wouldn't," that typically means that | 03:15:56 |
| 7 | the person in question refused or declined to | 03:15:59 |
| 8 | permit the other person to do what was going on. | 03:16:02 |
| 9 | So, if it's true -- if it were true | 03:16:05 |
| 10 | that Sandmann wouldn't allow Phillips to retreat, | 03:16:10 |
| 11 | then there was some way in which Phillips -- I | 03:16:13 |
| 12 | mean Sandmann refused, but for that to be true it | 03:16:17 |
| 13 | would have to be the case that Sandmann refused or | 03:16:21 |
| 14 | declined to permit Phillips to retreat. | 03:16:23 |
| 15 | Now, there's three ways you could | 03:16:27 |
| 16 | understand "retreat" here. It could be retreat | 03:16:28 |
| 17 | the way he had come. I don't think that's what he | 03:16:32 |
| 18 | could have meant because the way he had come was | 03:16:34 |
| 19 | not in the line where Sandmann stood. | 03:16:36 |
| 20 | It couldn't mean retreat away from the | 03:16:41 |
| 21 | Lincoln Memorial because that's where there | 03:16:45 |
| 22 | were -- that -- so Sandmann was not in the way, so | 03:16:49 |
| 23 | he couldn't have done anything that seemed to be | 03:16:53 |
| 24 | offering the resistance to anybody going back away | 03:16:55 |
| 25 | from the Lincoln Memorial. | 03:16:59 |

| | | |
|---|---|---|
| 1 | So the retreat had to mean more retreat | 03:17:02 |
| 2 | from the situation, not retreat from the way he | 03:17:04 |
| 3 | had come but retreat from the situation, so the | 03:17:07 |
| 4 | only other thing I thought he could mean was that | 03:17:09 |
| 5 | he wanted to go up the steps. | 03:17:11 |
| 6 | But I couldn't -- so, that's -- that | 03:17:14 |
| 7 | that passage. He would -- it would have to mean, | 03:17:18 |
| 8 | as I then say, Phillips' claims that he intended | 03:17:20 |
| 9 | to exit -- this is on page 13A, he intended to | 03:17:24 |
| 10 | exit the situation and finish his song -- I just | 03:17:28 |
| 11 | take that verbatim from what Phillips said, I have | 03:17:30 |
| 12 | no argument with that. He intended to go to the | 03:17:33 |
| 13 | top of the stairs to get away from the group of | 03:17:37 |
| 14 | boys. I take that -- yeah, he was going to finish | 03:17:39 |
| 15 | his song at the Lincoln Memorial and then he was | 03:17:42 |
| 16 | going to go up. | 03:17:43 |
| 17 | Then he says he started going up to the | 03:17:44 |
| 18 | Memorial and found himself at an impasse with | 03:17:46 |
| 19 | Sandmann. I think that's pretty clear where that | 03:17:48 |
| 20 | comes in, and that Sandmann intentionally blocked | 03:17:50 |
| 21 | his way and therefore refused to allow Phillips to | 03:17:53 |
| 22 | retreat, by which I meant -- I take it he means | 03:17:57 |
| 23 | retreat from the situation up the stairs away from | 03:18:00 |
| 24 | the group of boys. | 03:18:02 |
| 25 | Q    Okay. So let's break this down. So in | 03:18:02 |

1  analyzing question 1 you refer to dictionary          03:18:06

2  definitions of "block," "will" and "impasse";          03:18:08

3  right?          03:18:12

4       A    Yes.          03:18:13

5       Q    Do you think you have a better          03:18:13

6  understanding or knowledge of what those words          03:18:14

7  mean, black, will, impasse than other people do?          03:18:16

8       A    No.          03:18:19

9       Q    Do you -- why did you examine those          03:18:20

10 words, block, will, and impasse as opposed to          03:18:23

11 other words in the first statement?          03:18:27

12      A    When I look at the statement the only          03:18:29

13 thing that I thought could be in question, I can't          03:18:30

14 question in any way what Mr. Phillips was          03:18:32

15 thinking.  I am not privy to that, so I was not          03:18:34

16 going to take that first passage -- that first          03:18:38

17 part of the passage into consideration -- I just          03:18:41

18 assume that's what he was thinking.  I have no          03:18:44

19 reason to think otherwise.  Then the last two          03:18:46

20 sentences are the things that we should have          03:18:48

21 evidence for or against in the videos.          03:18:50

22           So I considered the videos with respect          03:18:53

23 to those sentences and what was at issue was not          03:18:54

24 "I started going that way," he does turn towards          03:18:57

25 the steps, I agreed about that.  "The guy in the          03:19:01

| | | |
|---|---|---|
| 1 | hat stood in my way."  Well, it happened that when | 03:19:04 |
| 2 | he turned he walked straight up to Sandmann, so | 03:19:08 |
| 3 | Sandmann was standing there in the way that he | 03:19:11 |
| 4 | says he was going to go.  "And we were at an | 03:19:13 |
| 5 | impasse."  Well, that's where the question comes | 03:19:16 |
| 6 | up.  What's an impasse and why does Sandmann stay | 03:19:18 |
| 7 | -- Sandmann never moved, so why does Sandmann | 03:19:21 |
| 8 | staying there, constitute being at an impasse? | 03:19:25 |
| 9 | That's the question. | 03:19:27 |
| 10 | -- (overspeaking) -- | 03:19:28 |
| 11 | Q    So you looked at -- | 03:19:29 |
| 12 | A    The second part -- if I may finish my | 03:19:30 |
| 13 | answer. | 03:19:32 |
| 14 | Q    Sure. | 03:19:32 |
| 15 | Q    The second part is, "He blocked my way | 03:19:32 |
| 16 | and wouldn't allow me to retreat." | 03:19:34 |
| 17 | I said "wouldn't allow me to retreat" | 03:19:36 |
| 18 | attributes to Sandmann agency in refusing to allow | 03:19:38 |
| 19 | Phillips to retreat, and because of that, I took | 03:19:43 |
| 20 | "block" to mean not passively block, but actively | 03:19:46 |
| 21 | block.  I mentioned that and discussed that | 03:19:51 |
| 22 | earlier. | 03:19:52 |
| 23 | So those are the bases upon which -- | 03:19:53 |
| 24 | those are the reasons I looked at impasse, at | 03:19:55 |
| 25 | block and I told you about wouldn't.  Yeah.  I | 03:19:58 |

1    thought retreat was clear enough.                03:20:04

2         Q    Couldn't someone without a Ph.D. in    03:20:06

3    linguistics look up the same words in the        03:20:09

4    dictionary?                                      03:20:11

5         A    Sure could.                            03:20:12

6         Q    Okay, and apply those definitions to   03:20:13

7    the facts as shown in the video?                 03:20:14

8         A    Sure could.                            03:20:16

9         Q    Are you offering an opinion on the     03:20:19

10   meaning of the word block that's different than  03:20:20

11   the dictionary definition of the word?           03:20:24

12        A    No, I'm not, that's the plain meaning. 03:20:25

13        Q    You know that the Oxford English       03:20:26

14   Dictionary definition of block and a full list of 03:20:29

15   the senses of block in that dictionary and then  03:20:33

16   you note comparable entries from Merriam Webster 03:20:35

17   and from American Heritage Dictionaries in the   03:20:39

18   appendix.  Why did you select the Oxford         03:20:42

19   definitions to include in the main part of your  03:20:44

20   report, as opposed to the other dictionaries.  Any 03:20:47

21   --                                               03:20:49

22             -- (overspeaking) --                   03:20:52

23        A    I thought it was clearest.             03:20:52

24        Q    You noted that the Merriam Webster and 03:20:54

25   American Heritage are comparable --              03:20:56

1        A     Yes.                                      03:20:58

2        Q     -- right?  Does that mean it's fair to    03:20:58

3   say you also think they have valid definitions of   03:21:00

4   the word block in those two dictionaries?            03:21:03

5        A     Sure do.                                  03:21:06

6        Q     Do you believe that lay persons and       03:21:08

7   folks with without a Ph.D. in linguistics would     03:21:11

8   generally agree with the definitions you provided   03:21:14

9   for block and will, and impasse?                    03:21:19

10       A     Well, what people tend to do -- first     03:21:21

11  of all, I don't think any native speaker could      03:21:22

12  doubt that the words have all the meanings that     03:21:25

13  are given in those dictionary entries.              03:21:27

14             I don't like the word "definition"       03:21:30

15  because it -- that suggests the lexicographer is    03:21:31

16  deciding what they mean, they are just discerning   03:21:33

17  what they mean, it's the plain meanings of the      03:21:37

18  words.                                              03:21:39

19       Q     Right, so -- but my point is anybody      03:21:39

20  could go to a dictionary and look up those usages,  03:21:41

21  correct?                                            03:21:44

22       A     Right, but I'm not just looking at the    03:21:45

23  dictionary.  People think that's what a linguist    03:21:47

24  does.  You've got it wrong.  You start with the     03:21:49

25  dictionary but I also look at the syntax and the    03:21:52

1    context and all the things I'm doing here look at        03:21:54

2    all three factors.                                       03:21:56

3        Q    So if, hypothetically, one agrees with          03:21:58

4    the definition of block that you chose, is the one       03:22:00

5    that Phillips intended in his statement, what are        03:22:03

6    you offering beyond that as a linguist?                  03:22:06

7        A    Well, first of all, I don't think               03:22:09

8    anybody else in this trial has said what I said,         03:22:11

9    so you tell me.                                          03:22:13

10           Secondly, I think that the -- the                03:22:15

11    understanding of what truth condition is -- this        03:22:25

12    is the thing people don't understand.  Everybody        03:22:27

13    uses language, like everything drives a car but         03:22:30

14    they don't know how it works, just like most            03:22:32

15    people don't know how a car works.                      03:22:35

16           I spent 40 years learning a little bit           03:22:37

17    about how it works.  We don't completely                03:22:40

18    understand it yet.  It's very deep and very             03:22:42

19    complex.  So, by bringing to bear these different       03:22:44

20    factors it may seem perfectly natural and simple        03:22:47

21    when I give you the explanation because I thought       03:22:50

22    hard about how to try to explain it to a lay            03:22:53

23    person, but it isn't obvious to everybody where         03:22:55

24    the truth conditional meaning ends and other            03:22:58

25    factors come in because, as I said, at an earlier       03:23:01

1    point in this deposition, meaning is much richer            03:23:04

2    than truth conditions, much richer.                          03:23:07

3            I gave the example of slurs.  But I'm                03:23:09

4    saying the truth conditional content of an                   03:23:11

5    utterance is where the rubber hits the road.                 03:23:13

6            If the utterance is true, in virtue of              03:23:15

7    the plain meaning, then there's something -- you             03:23:20

8    can assess that by looking at the facts in the               03:23:22

9    situation.  If it's false you can point to a                 03:23:25

10   particular fact and say, like in the other thing,            03:23:27

11   "he wouldn't allow me to retreat."                           03:23:30

12           I said Sandmann's standing there, he                 03:23:33

13   doesn't move.  He's got his hands behind his back.           03:23:35

14   Wait, so I'm saying I don't think so that's true             03:23:38

15   that he wouldn't allow him to retreat.                       03:23:40

16      Q    Okay.  So as I understand it, there are              03:23:43

17   two parts to your analysis.  In the first part you           03:23:45

18   look at the passages --                                      03:23:47

19      A    Yeah.                                                03:23:49

20      Q    -- to determine the meaning of the                   03:23:49

21   usage of the words, right?  And then the second              03:23:51

22   part --                                                      03:23:55

23      A    Not just the words, the whole sentences              03:23:56

24   in which they pertain.                                       03:23:58

25      Q    The whole sentences.                                 03:23:59

1            And then in the second part of your          03:24:00

2    analysis you review the videos to determine the      03:24:02

3    meaning -- whether the meaning of the two passages    03:24:05

4    seems to be true?                                     03:24:08

5         A    That it's consistent with the facts         03:24:08

6    that I observed in the videos, yes.                   03:24:09

7         Q    And you are not more qualified than         03:24:13

8    anyone else to perform part 2 of the analysis,        03:24:16

9    right?                                                03:24:19

10        A    No, I'm not -- (overspeaking) .             03:24:19

11        Q    So once you've determined the meaning       03:24:21

12   of the passages, that's where your expertise ends     03:24:23

13   as a witness, right?                                  03:24:26

14        A    Well, I understand what truth               03:24:29

15   conditions are and I can see what's in front of my    03:24:31

16   eyes, so I'm as competent as anybody else to          03:24:33

17   assess whether, given the truth conditions, it is     03:24:38

18   true or false.                                        03:24:40

19        Q    But anyone could review the videos in       03:24:41

20   the same way you did and determine whether the        03:24:43

21   meaning you assigned to them seems to be true;        03:24:46

22   right?                                                03:24:48

23        A    I think so.                                 03:24:48

24        Q    Let's look at your report again and you     03:24:54

25   also lay out the definitions from the dictionaries    03:25:04

| | | |
|---|---|---|
| 1 | you've consulted or the usages -- and the | 03:25:09 |
| 2 | dictionaries you've consulted for will and | 03:25:17 |
| 3 | impasse, and you list a number then in the | 03:25:20 |
| 4 | appendix, correct? | 03:25:23 |
| 5 | A    Yes. | 03:25:23 |
| 6 | Q    And those are valid possible | 03:25:24 |
| 7 | definitions of will and impasse to a native | 03:25:25 |
| 8 | speaker, correct? | 03:25:28 |
| 9 | A    Yes. | 03:25:31 |
| 10 | Q    And on page 13, if you flip to the next | 03:25:31 |
| 11 | page there. | 03:25:44 |
| 12 | A    Yes. | 03:25:45 |
| 13 | Q    You state that: "Where there are two or | 03:25:45 |
| 14 | more agents the word 'impasse" is typically used | 03:25:50 |
| 15 | to imply a situation in which the agents are | 03:25:50 |
| 16 | unable to negotiate movement, real or figurative, | 03:25:50 |
| 17 | in this case about whether Phillips could proceed | 03:25:50 |
| 18 | up the stairs to make his exit." | 03:25:50 |
| 19 | Do you see that? | 03:25:55 |
| 20 | A    Yes. | 03:26:00 |
| 21 | Q    And your basis for stating how the word | 03:26:00 |
| 22 | impasse is typically use is the definitions that | 03:26:02 |
| 23 | you've consulted in the dictionaries, correct? | 03:26:04 |
| 24 | A    Yes.  The figurative use of impasse is | 03:26:06 |
| 25 | the one that most people use today. | 03:26:15 |

| 1 | Q    And you've concluded on page 13 that | 03:26:16 |
| 2 | Phillips is using the figurative -- | 03:26:20 |
| 3 | A    Yes. | 03:26:22 |
| 4 | Q    -- use of the word impasse, correct? | 03:26:22 |
| 5 | A    Yes. | 03:26:25 |
| 6 | Q    And the definition, the Oxford English | 03:26:26 |
| 7 | Dictionary definition defines impasse in a | 03:26:29 |
| 8 | figurative way as "affix"; right? | 03:26:32 |
| 9 | A    Yes. | 03:26:35 |
| 10 | Q    So that's a valid possible definition | 03:26:36 |
| 11 | of impasse to a native speaker, correct? | 03:26:39 |
| 12 | A    Yes. | 03:26:42 |
| 13 | Q    And if we were look at the appendix on | 03:26:42 |
| 14 | page 18, the American Heritage definition 2 for | 03:26:45 |
| 15 | impasse is: a situation that is so difficult that | 03:26:50 |
| 16 | no progress can be made. | 03:26:56 |
| 17 | Do you see that? | 03:27:00 |
| 18 | A    Yep. | 03:27:00 |
| 19 | Q    Okay.  So that's a valid possible | 03:27:01 |
| 20 | definition of impasse to a native speaker, | 03:27:03 |
| 21 | correct? | 03:27:06 |
| 22 | A    Yes. | 03:27:06 |
| 23 | Q    And then Merriam Webster's definition, | 03:27:07 |
| 24 | one of them is, on the same page there: a | 03:27:11 |
| 25 | predicament affording no obvious escape, as a | 03:27:14 |

| | | |
|---|---|---|
| 1 | definition of impasse, and that's a valid possible | 03:27:17 |
| 2 | definition of impasse to a native speaker, | 03:27:20 |
| 3 | correct? | 03:27:22 |
| 4 | A    All are native speaker meanings of | 03:27:23 |
| 5 | impasse. | 03:27:25 |
| 6 | Q    Do you know whether Mr. Phillips felt | 03:27:26 |
| 7 | he was in a fix in that moment? | 03:27:28 |
| 8 | A    May I say something?  It is not about | 03:27:31 |
| 9 | Mr. Phillips.  He didn't say, "I was at an | 03:27:34 |
| 10 | impasse."  He said, "We were at an impasse."  And | 03:27:37 |
| 11 | that's an important factor.  Remember, I am not | 03:27:40 |
| 12 | just looking at the definition of impasse.  You | 03:27:42 |
| 13 | have to look at the fact that this is -- | 03:27:44 |
| 14 | Q    But my question is, do you know whether | 03:27:45 |
| 15 | -- | 03:27:45 |
| 16 | MR. McMURTRY:  Can she finish her | 03:27:46 |
| 17 | answer. | 03:27:46 |
| 18 | MS. SPEARS:  Sure. | 03:27:46 |
| 19 | THE WITNESS:  Your question is | 03:27:47 |
| 20 | misguided.  It is not about -- Mr. Phillips | 03:27:47 |
| 21 | doesn't say, "I was at an impasse," and that's | 03:27:50 |
| 22 | very important.  He said, "We were at an impasse," | 03:27:53 |
| 23 | and the only "we" there was him and Nick Sandmann. | 03:27:55 |
| 24 | So that has to mean that we, as two agents, were | 03:27:59 |
| 25 | at an impasse, and that is what -- I've said that | 03:28:02 |

| | | |
|---|---|---|
| 1 | when it denotes -- when the subject denotes two or | 03:28:05 |
| 2 | more agents it is typically used to imply a | 03:28:09 |
| 3 | situation which they are unable to negotiate | 03:28:11 |
| 4 | movement -- (overspeaking) -- | 03:28:14 |
| 5 | BY MS. SPEARS: | 03:28:15 |
| 6 |     Q    So -- | 03:28:15 |
| 7 |     A    Negotiate is the key. | 03:28:16 |
| 8 |     Q    So let me rephrase my question.  Do you | 03:28:17 |
| 9 | know whether Mr. Phillips felt he was in a fix or | 03:28:20 |
| 10 | a predicament vis-a-vis his position -- | 03:28:24 |
| 11 | (overspeaking) -- | 03:28:27 |
| 12 |     A    I'm not in a position to read his mind. | 03:28:28 |
| 13 |     Q    -- with Mr. Sandmann. | 03:28:30 |
| 14 |     And I think you would say the same with | 03:28:32 |
| 15 | Mr. Sandmann, you don't know whether he felt he | 03:28:34 |
| 16 | was in a predicament? | 03:28:36 |
| 17 |     A    No, I cannot. | 03:28:37 |
| 18 |     Q    You did not know what Mr. Phillips | 03:28:39 |
| 19 | perceived in those moments, correct? | 03:28:43 |
| 20 |     A    No, I do not.  I only know what I see | 03:28:45 |
| 21 | in the video. | 03:28:47 |
| 22 |     Q    Okay.  Let's talk a little bit further. | 03:28:50 |
| 23 | You state on page -- let's go back to 13. | 03:28:52 |
| 24 |     A    Mm-hmm. | 03:28:55 |
| 25 |     Q    You stated: "Sandmann did not move from | 03:29:03 |

| | | |
|---|---|---|
| 1 | where he had been standing prior to Phillips' | 03:29:05 |
| 2 | approach."  What do you mean? | 03:29:07 |
| 3 | A    I reviewed every single video and | 03:29:10 |
| 4 | looked where Nick Sandmann was standing and from | 03:29:12 |
| 5 | the time that Mr. Phillips was anywhere near the | 03:29:15 |
| 6 | front of the steps where Sandmann was standing, I | 03:29:18 |
| 7 | never saw Sandmann move a foot, left, right, up or | 03:29:20 |
| 8 | down. | 03:29:25 |
| 9 | Q    And which videos did you review to | 03:29:28 |
| 10 | reach that conclusion? | 03:29:30 |
| 11 | A    All of them.  All 18.  And in | 03:29:30 |
| 12 | particular, I didn't see him move an inch from | 03:29:41 |
| 13 | where he was standing from the time that | 03:29:43 |
| 14 | Sandmann -- that Phillips walked in front of him | 03:29:46 |
| 15 | and then turned and walked away. | 03:29:49 |
| 16 | Q    Why do you say "in particular"? | 03:29:55 |
| 17 | A    Because that's where it bears on | 03:29:56 |
| 18 | whether they were at an impasse or whether | 03:29:58 |
| 19 | Sandmann blocked Phillips way by moving, as he | 03:30:02 |
| 20 | says in the second passage. | 03:30:06 |
| 21 | I could also point out that from what | 03:30:16 |
| 22 | -- (overspeaking) -- | 03:30:20 |
| 23 | Q    There's not a question pending. | 03:30:21 |
| 24 | A    Well, it bears on one of the questions | 03:30:22 |
| 25 | you've been asking me.  But you if you don't want | 03:30:24 |

1   to hear it, fine.                                       03:30:28

2           MR. McMURTRY:  That's okay.                     03:30:29

3   BY MS. SPEARS:                                          03:30:34

4       Q    Your -- one second.  Okay.  So, you            03:30:34

5   wanted to say something.  Go ahead and say it.          03:31:21

6       A    From Sandmann's perspective he could           03:31:26

7   have known that immediately to his left there were      03:31:28

8   no boys.  There was no reason for him to think          03:31:30

9   that he was impeding Mr. Phillips' progress.            03:31:33

10  Phillips could very readily have walked one step        03:31:37

11  to the right and on up the stairs as long as            03:31:40

12  Sandmann knew.                                          03:31:44

13      Q    Do you know what Sandmann knew?                03:31:46

14      A    I know what peripheral vision is and           03:31:47

15  I know that if he had any idea in his peripheral        03:31:49

16  vision what was to his left he would have known         03:31:52

17  there was empty space.                                  03:31:54

18      Q    And in the same moment your -- you are         03:31:56

19  saying that once Phillips stood in front of             03:32:01

20  Sandmann, he locked eyes with him, correct?            03:32:04

21      A    That's what I see.                             03:32:06

22      Q    So Phillips was locked eyes on Sandmann        03:32:08

23  in that moment, correct?                                03:32:12

24      A    Yes.  He seemed to pick him out.               03:32:12

25      Q    So you don't know whether Phillips had         03:32:24

1    peripheral vision to his right or left if he was          03:32:27

2    locking eyes on Sandmann; wouldn't that be true?          03:32:31

3         A    If I was standing where Phillips was            03:32:34

4    standing, looking at Sandmann I would be able to          03:32:35

5    see that there was space to Sandmann's left but           03:32:38

6    not to his right.  Yes.                                   03:32:40

7         Q    But you don't know what Mr. Phillips            03:32:42

8    could see, do you?                                        03:32:43

9         A    I do, as a human being, standing there,        03:32:44

10   I could put myself in his position, and I know if         03:32:47

11   he has good peripheral vision -- not even good            03:32:50

12   peripheral, it's not that far peripheral.  Looking        03:32:52

13   directly in Sandmann's eyes he could see no space         03:32:53

14   to Sandmann right, space to Sandmann's left.  I am        03:32:56

15   looking at you.  I can see all the way down to the        03:33:00

16   end of the table.  I'm looking at you, I can see          03:33:02

17   all the way over past the videographer.                   03:33:05

18        Q    You are not an expert on visual --             03:33:06

19        A    No, I'm a human -- (overspeaking) --           03:33:08

20        Q    Hold on, you have to wait until I'm            03:33:10

21   done with that.  You are not an expert on visual          03:33:12

22   perception, correct?                                      03:33:14

23        A    No.                                             03:33:14

24        Q    And you are not an expert on peripheral        03:33:15

25   vision; right?                                            03:33:17

| | | |
|---|---|---|
| 1 | A    No. | 03:33:18 |
| 2 | Q    And you don't know what specifically | 03:33:18 |
| 3 | Mr. Phillips could see in that moment, do you? | 03:33:20 |
| 4 | A    I know what Mr. Phillips could see if | 03:33:23 |
| 5 | he were a normal human being standing where he was | 03:33:25 |
| 6 | standing in that video with normal vision. | 03:33:28 |
| 7 | Q    And that's based on your personal | 03:33:30 |
| 8 | experience; it is not your expertise in any kind | 03:33:33 |
| 9 | of visual perception, correct? | 03:33:35 |
| 10 | A    No, I think we all -- that's what we | 03:33:36 |
| 11 | look at when we look at a video.  We know what's | 03:33:37 |
| 12 | there.  That's what I think.  It is not expertise. | 03:33:41 |
| 13 | Q    You don't have any expert -- | 03:33:44 |
| 14 | -- (overspeaking) -- | 03:33:45 |
| 15 | A    I am not a perceptual psychologist, | 03:33:46 |
| 16 | I am not a videographer.  I completely agree with | 03:33:50 |
| 17 | you. | 03:33:54 |
| 18 | Q    You agree with me that you have no | 03:33:55 |
| 19 | expertise on visual perception or what somebody | 03:33:56 |
| 20 | else could see peripherally, correct? | 03:33:59 |
| 21 | A    No. | 03:34:01 |
| 22 | Q    As in yes, correct, you agree with me. | 03:34:04 |
| 23 | A    Oh, yes, I agree with you. | 03:34:07 |
| 24 | Q    So a little down in your report here | 03:34:10 |
| 25 | you then say: "There was no publicly evident | 03:34:16 |

1    indication that Phillips wanted to go up the                03:34:23

2    stairs."                                                    03:34:25

3            Now, you testified -- well, strike               03:34:30

4    that.                                                       03:34:34

5            What's a publicly evident indication?           03:34:35

6       A    If his trajectory had suggested that he           03:34:38

7    was trying to get up the stairs, that would have          03:34:40

8    been a publicly evident intention.                        03:34:42

9       Q    Okay.  And if he had been walking in             03:34:48

10   the direction of the Lincoln Memorial could that         03:34:50

11   have been a publicly evident indication then?             03:34:54

12   Hypothetically, if he had been?                           03:34:56

13      A    Not -- it's more complicated than that.           03:34:59

14   Just facing in that direction doesn't constitute          03:35:02

15   walking there.                                             03:35:05

16      Q    But if he was facing in that direction           03:35:07

17   that could have been a publicly evident                    03:35:09

18   indication?                                                03:35:11

19      A    No, that's not sufficient.                        03:35:12

20      Q    What do you base that on?                         03:35:14

21      A    How I understand people's intentions.            03:35:17

22   This is just normal human reading what each other         03:35:19

23   are doing.                                                 03:35:22

24      Q    But that's not based on any specific            03:35:23

25   expertise you have.                                       03:35:25

1        A     I'm not an expertise.  I'm not an          03:35:26

2   expert on public and human behavior, no.             03:35:28

3        Q     You are not an expert on publicly         03:35:32

4   evident indications then, correct?                   03:35:34

5        A     I guess not, except for the linguistic    03:35:35

6   ones.                                                03:35:40

7        Q     You agreed that other students, we        03:35:42

8   talked about before, were moving aside for           03:35:44

9   Mr. Phillips; right?                                 03:35:45

10       A     Yes.                                       03:35:47

11       Q     And when they did, he walked into the     03:35:47

12  space they left open, correct?                       03:35:49

13       A     Yes.                                       03:35:51

14       Q     Couldn't that be a publicly evident       03:35:52

15  indication that he wanted to keep going?             03:35:54

16       A     If he were walking that way up the        03:35:55

17  steps, yes.                                           03:35:57

18       Q     You say that other students -- well,      03:35:59

19  strike that.                                          03:36:04

20             Why do you think other students moved     03:36:05

21  out Mr. Phillips' way?                                03:36:06

22       A     I'm not going to try to read their        03:36:09

23  minds.  Evidently they wanted to let him through.    03:36:12

24       Q     And other students moved to create a      03:36:19

25  corridor; right?                                      03:36:21

1          A      That's what I saw.                        03:36:23

2          Q      That's what you believe you've seen.      03:36:23

3          A      That's what I saw.                        03:36:25

4          Q      And they did that for the same reason,    03:36:26

5    correct?                                               03:36:28

6          A      As far as I could tell, yes.  Yep.        03:36:28

7          Q      But Mr. Sandmann stayed put, correct?     03:36:31

8          A      He stood still.                           03:36:33

9          Q      Let's pull up Video number 2.  We've      03:36:41

10   looked at that one before.  Can you play, please.      03:36:45

11          She's going to play Video 2, Exhibit 2          03:37:16

12   of this deposition.                                    03:37:19

13          Why don't you play from minute 3:28 to          03:37:20

14   minute 3:32?                                           03:37:24

15          MS. MEEK:  Starting Video 2 at 3:28.            03:37:27

16              (Video 2 played.)                           03:37:30

17          MS. MEEK:  I just paused Video 2 at             03:37:37

18   3:32.                                                  03:37:39

19   BY MS. SPEARS:                                         03:37:41

20          Q      Did you just hear on the video a         03:37:41

21   student yelling, "you can't move him"?  We can         03:37:42

22   play it again for you.                                 03:37:45

23          A      No, no, I didn't.  Let's hear it again.  03:37:45

24          Q      Okay, let's hear it again.  I should     03:37:46

25   have asked you that first before I played it.          03:37:47

1    Sorry.  Pardon me.                                      03:37:49

2            MS. MEEK:  Re-starting Video 2 at 3             03:37:49

3    minutes and 28 seconds.                                 03:37:49

4                   (Video 2 played.)                        03:37:49

5            THE WITNESS:  I did that time.                  03:37:49

6    BY MS. MEEK:                                            03:37:49

7        Q    Okay.  I take it you don't need                03:37:49

8    linguistics training to understand what "you can't      03:37:49

9    move him" means; right?                                 03:37:49

10       A    Don't need it.                                 03:37:49

11       Q    Let's play again from 1:18 to 1:22 and         03:38:12

12   this time I'd like you to tell me if you hear a          03:38:12

13   student yelling, "He ain't moving."                     03:38:12

14           MS. MEEK:  Starting Video 2 at 1:18.            03:38:12

15                  (Video 2 played.)                        03:38:12

16           MS. MEEK:  Just paused at 1:22 in               03:38:12

17   Video 2.                                                03:38:12

18           THE WITNESS:  I'm not sure what he              03:38:36

19   said.  I could interpret that as "He ain't              03:38:37

20   moving," but I'm not sure, and I didn't hear it         03:38:41

21   previously.                                             03:38:41

22   BY MS. SPEARS:                                          03:38:41

23       Q    I'll play it once again.  Sometimes            03:38:41

24   it's easier once you've heard it once.                  03:38:41

25           MS. MEEK:  Re-starting at 1:18 in               03:38:54

| | | |
|---|---|---|
| 1 | Video 2. | 03:38:55 |
| 2 | (Video 2 played.) | 03:38:57 |
| 3 | THE WITNESS:  I'm sorry.  I can't tell | 03:39:04 |
| 4 | what he said.  He ain't something, but I can't | 03:39:06 |
| 5 | tell what it was. | 03:39:07 |
| 6 | BY MS. SPEARS: | 03:39:08 |
| 7 | Q    Let's play video 2, Exhibit 2 from | 03:39:08 |
| 8 | 1:22 to 1:29. | 03:39:11 |
| 9 | THE WITNESS:  Starting video 2 at 1:22. | 03:39:16 |
| 10 | (Video 2 played.) | 03:39:18 |
| 11 | MS. MEEK:  Just paused video 2 at 1:29. | 03:39:25 |
| 12 | BY MS. SPEARS: | 03:39:31 |
| 13 | Q    Do you hear in there someone say "he's | 03:39:31 |
| 14 | an unmovable object"? | 03:39:33 |
| 15 | A    No, I didn't. | 03:39:35 |
| 16 | Q    So we talked about you did hear someone | 03:39:39 |
| 17 | say, "You can't move him."  You might have heard | 03:39:43 |
| 18 | somebody say "He ain't moving."  My question is, | 03:39:46 |
| 19 | are statements in the moment, that's what the | 03:39:48 |
| 20 | students said, what they were perceiving was | 03:39:51 |
| 21 | happening at the time, based on outward behaviors; | 03:39:54 |
| 22 | is that fair to say? | 03:39:58 |
| 23 | A    I don't know.  I'm not joking.  I'm not | 03:40:03 |
| 24 | trying to evade your question.  That is to say, it | 03:40:05 |
| 25 | would reflect what they thought was important | 03:40:07 |

1    there in the standoff, in the confrontation.  I          03:40:09

2    will say that.                                           03:40:12

3         Q    So it may be evidence of what they             03:40:14

4    thought was important, in terms of what they             03:40:16

5    were --                                                  03:40:18

6         A    The confrontation.                             03:40:20

7              -- (overspeaking) --                           03:40:20

8         Q    Seeing in the moment --                        03:40:20

9              -- (overspeaking) --                           03:40:21

10        A    What was in issue.  What was in issue.         03:40:21

11             -- (overspeaking) --                           03:40:23

12        Q    You have to wait until I'm done with my        03:40:25

13   question.                                                03:40:27

14        A    All right.                                     03:40:29

15        Q    Sorry, just for the court reporter.  So        03:40:29

16   statements like those from students in the moment        03:40:30

17   may be evidence of what they were perceiving as          03:40:33

18   important to what was happening at the time?             03:40:36

19        A    Yes.                                           03:40:38

20        Q    And it -- it could be, you talk about          03:40:39

21   outward behaviors, it could be an indication of          03:40:43

22   what they believed the outward behaviors they were       03:40:45

23   seeing at the time were, right?                          03:40:48

24        A    Yes.  I'm conceding in my report that          03:40:50

25   Nick Sandmann was one student that did not move.         03:41:03

1   That's not an issue with me.  It is whether he          03:41:06

2   intentionally blocked Mr. Phillips' path or             03:41:08

3   refused to allow him to retreat and that's all I'm      03:41:13

4   talking about.                                          03:41:16

5        Q    Can you pull up Exhibit 17.  I'm sorry.      03:41:19

6   You're right, Exhibit 8, video 8.                       03:41:28

7             Can you play it -- play it from 34 to         03:42:08

8   37.                                                     03:42:11

9             MS. MEEK:  Starting video 8, Exhibit 8        03:42:14

10  at 34 seconds.                                          03:42:16

11            (Video 8 played.)                             03:42:17

12            MS. MEEK:  Just paused video 8 at 37          03:42:22

13  seconds.                                                03:42:24

14  BY MS. SPEARS:                                          03:42:24

15       Q    Do you hear a student say, "Surrounded        03:42:24

16  you" there?                                             03:42:29

17       A    No.                                           03:42:30

18       Q    I'll play it again.                           03:42:30

19            MS. MEEK:  Restarting video 8 at 34           03:42:36

20  seconds.                                                03:42:38

21            (Video 8 played.)                             03:42:38

22  BY MS. SPEARS:                                          03:42:42

23       Q    Did you hear it that time?                    03:42:42

24       A    No.  I'm serious.  I can't tell what          03:42:44

25  they're saying.  I hear people yelling.  I don't        03:42:45

| | | |
|---|---|---|
| 1 | know -- and somebody says something started "su.." | 03:42:48 |
| 2 | but I don't know what else they said. | 03:42:54 |
| 3 | Q    That's fine.  Let's go back to your | 03:42:57 |
| 4 | report here on page 14.  One second. | 03:42:59 |
| 5 | A    I'd also like to make it evident that | 03:43:16 |
| 6 | in the video clip that you just pointed out to me, | 03:43:17 |
| 7 | the corridor that I'm interested in was already -- | 03:43:18 |
| 8 | was available to Mr. Phillips at that point and it | 03:43:20 |
| 9 | went up considerably behind Mr. Sandmann. | 03:43:23 |
| 10 | So, as far as I could tell, there was | 03:43:25 |
| 11 | no inter -- there was no blockage of Mr. Phillips' | 03:43:28 |
| 12 | path at that point, and it was behind Sandmann so | 03:43:34 |
| 13 | Phillips could have seen that. | 03:43:39 |
| 14 | Q    Again, that's your interpretation of | 03:43:41 |
| 15 | the video that we just watched? | 03:43:43 |
| 16 | A    Of what Sandmann -- of what Phillips | 03:43:46 |
| 17 | could have seen if he was looking at Sandmann's | 03:43:48 |
| 18 | face at that time.  Okay. | 03:43:51 |
| 19 | Q    Okay, let's go to page 14 of your | 03:43:59 |
| 20 | report.  Give me one second.  Page 14 of the | 03:44:02 |
| 21 | report you provide your analysis of the second | 03:44:49 |
| 22 | passage, correct? | 03:44:55 |
| 23 | A    Yes. | 03:44:57 |
| 24 | Q    And then you offered two paragraphs | 03:44:58 |
| 25 | analyzing passage 2, correct? | 03:45:00 |

```
1        A    Yes.                                          03:45:02

2        Q    Okay, and looking at those two               03:45:03

3   paragraphs, you did not analyze the dictionary          03:45:05

4   definitions of any of the words contained in            03:45:07

5   passage 2, right?                                        03:45:09

6        A    No, I did not feel that was necessary.        03:45:10

7        Q    Okay.  All right.  You simply reviewed         03:45:12

8   the videos to determine whether the passage was          03:45:15

9   true or not?                                             03:45:18

10        A    Given the truth conditions of the             03:45:19

11   passage and plain English, yes.                         03:45:21

12        Q    Okay, and you state that in --               03:45:24

13        A    I didn't think that any of the word           03:45:26

14   meanings would be at issue.  That's why I didn't        03:45:28

15   offer any definitions.                                  03:45:31

16        Q    So you just went on to the second            03:45:33

17   part of your --                                          03:45:36

18        A    Well, I analyzed this in terms of --          03:45:36

19   for example, we have an intransitive verb:  He          03:45:38

20   slided to the left.  He slided to the right.  I         03:45:41

21   slided to the left.  He slided to the left.             03:45:43

22   There's slide.  I know what that means.  You know       03:45:46

23   what that means.  I don't think I needed to give        03:45:47

24   you a dictionary definition.                            03:45:47

25        Q    All right.  So, you just didn't look up       03:45:51
```

| | | |
|---|---|---|
| 1 | any of the words that are in there in the | 03:45:52 |
| 2 | dictionary, as you had with the others? | 03:45:53 |
| 3 | A    Not necessary. | 03:45:56 |
| 4 | Q    And so let's discuss, just a few points | 03:45:57 |
| 5 | here in your review.  You state: "I saw no | 03:46:00 |
| 6 | evidence that Sandmann moved as Phillips passed by | 03:46:06 |
| 7 | and then turned back to approach him." | 03:46:08 |
| 8 | What do you mean by that first | 03:46:12 |
| 9 | sentence?  Is that just what we've talked about | 03:46:13 |
| 10 | before that -- | 03:46:17 |
| 11 | A    Yes, that Sandmann -- as Phillips | 03:46:18 |
| 12 | passed by and turned and then approached him, I | 03:46:20 |
| 13 | saw no evidence that Sandmann moved his feet | 03:46:22 |
| 14 | at all to -- in order to slide to the left or to | 03:46:24 |
| 15 | the right or go up or go down.  I saw no evidence | 03:46:27 |
| 16 | that he moved in that way. | 03:46:31 |
| 17 | Q    Okay, and that's based on your | 03:46:32 |
| 18 | review -- | 03:46:35 |
| 19 | A    Review of all the videos -- | 03:46:36 |
| 20 | Q    You've got to wait until I'm done with | 03:46:37 |
| 21 | the question. | 03:46:39 |
| 22 | A    Sorry. | 03:46:39 |
| 23 | Q    That's based on your review of the | 03:46:40 |
| 24 | videos 1 to 18? | 03:46:42 |
| 25 | A    Correct. | 03:46:44 |

| | | |
|---|---|---|
| 1 | Q    And you say in relation to that, "So | 03:46:44 |
| 2 | far as I could see, Sandmann stood in one place | 03:47:06 |
| 3 | throughout the incident." | 03:47:09 |
| 4 | You used the phrase "So as far as I | 03:47:12 |
| 5 | could see."  Why do you use that phrase? | 03:47:14 |
| 6 | A    All the evidence that I saw, as | 03:47:19 |
| 7 | presented in all the videos, that's so as far as I | 03:47:20 |
| 8 | could see. | 03:47:22 |
| 9 | Q    Because it's based on your personal | 03:47:24 |
| 10 | view, as far as you could tell? | 03:47:26 |
| 11 | A    No, no, no, no.  I mean, I don't deny | 03:47:27 |
| 12 | that no one video had Nick Sandmann in the camera | 03:47:30 |
| 13 | 100 percent of the time throughout the entire | 03:47:35 |
| 14 | incident. | 03:47:37 |
| 15 | Every single camera must have moved | 03:47:38 |
| 16 | somewhat to the left, somewhat to the right during | 03:47:40 |
| 17 | the incidents, except for the very short clips. | 03:47:44 |
| 18 | However, the composite of them shows | 03:47:47 |
| 19 | him in one place throughout.  That's what I'm | 03:47:49 |
| 20 | saying. | 03:47:51 |
| 21 | Q    So, when you say so far as you could | 03:47:55 |
| 22 | see, it's based on your personal review of the | 03:47:56 |
| 23 | videos, what you saw in the videos? | 03:47:58 |
| 24 | A    My review of the videos.  What I saw. | 03:48:00 |
| 25 | Q    Okay, would your answer be the same | 03:48:02 |

| 1 | with respect to your use of the phrase "It seems | 03:48:13 |
| 2 | to have been..." where we say -- | 03:48:15 |
| 3 | A   Where is this, please? | 03:48:17 |
| 4 | Q   "It seems to have been." | 03:48:18 |
| 5 | A   Where? | 03:48:20 |
| 6 | Q   In the same paragraph. | 03:48:22 |
| 7 | MR. McMURTRY:  How many lines down? | 03:48:24 |
| 8 | THE WITNESS:  Well, there's -- it's | 03:48:25 |
| 9 | a long paragraph, so I'm trying to get where | 03:48:26 |
| 10 | you're looking at. | 03:48:27 |
| 11 | BY MS. SPEARS:  Sure.  The last sentence, "It | 03:48:29 |
| 12 | seems to have been..." You're saying "It seems..." | 03:48:31 |
| 13 | A   No, I don't see it.  Sorry.  Stop. | 03:48:34 |
| 14 | Q   Oh, I'm sorry.  The second to the last | 03:48:36 |
| 15 | sentence. | 03:48:37 |
| 16 | A   Okay.  Thank you.  "While Sandmann | 03:48:39 |
| 17 | stayed in one place, it seems to have been | 03:48:41 |
| 18 | Phillips who aligned himself with Sandmann..." | 03:48:41 |
| 19 | Q   And why do you use the phrase "seems | 03:48:48 |
| 20 | have been"?  Again, that's because it's based on | 03:48:50 |
| 21 | your -- | 03:48:51 |
| 22 | -- (overspeaking) -- | 03:48:51 |
| 23 | A   Well, no -- | 03:48:51 |
| 24 | Q   -- personal review? | 03:48:51 |
| 25 | A   -- when I say "...it seems to have been | 03:48:53 |

| | | |
|---|---|---|
| 1 | Phillips who aligned himself." Again, I can't read | 03:48:55 |
| 2 | Phillips' mind. I don't know why he went the | 03:48:59 |
| 3 | direction he went from the point of view of his | 03:49:01 |
| 4 | intentions. Aligned is agentive verb. In fact, | 03:49:01 |
| 5 | his movement aligned its -- was in such a way as | 03:49:05 |
| 6 | to align itself, so as to walk straight up to | 03:49:08 |
| 7 | Sandmann, okay? | 03:49:11 |
| 8 | Q    And -- | 03:49:14 |
| 9 | A    He moved in such a way as to align | 03:49:19 |
| 10 | himself with Sandmann. | 03:49:21 |
| 11 | Q    And again, that's based on your -- | 03:49:24 |
| 12 | A    No, that's what I saw in the videos. | 03:49:26 |
| 13 | Q    Wait. You've got to wait until I'm | 03:49:27 |
| 14 | done my question. That's based on your review of | 03:49:29 |
| 15 | the videos, correct? | 03:49:34 |
| 16 | A    Based on what I saw in the videos. | 03:49:37 |
| 17 | Q    All right. Why don't we take a short | 03:49:44 |
| 18 | break. Maybe like five, ten minutes and come | 03:49:47 |
| 19 | back? | 03:49:51 |
| 20 | MR. McMURTRY:  Thank you. | 03:49:52 |
| 21 | THE VIDEOGRAPHER:  Going off the | 03:49:53 |
| 22 | record, the time is 3:50 p.m. | 03:49:53 |
| 23 | (Recess taken from 3:50 p.m. to 4:05 p.m.) | 03:49:56 |
| 24 | THE VIDEOGRAPHER:  Going back on the | 04:05:51 |
| 25 | record, the time is 4:05 p.m. | 04:05:52 |

1   BY MS. SPEARS:                                        04:05:55

2       Q    All right.  Can you pull your report        04:05:58

3   out one last time, please, page 2 of the report      04:06:08

4   itself.                                               04:06:16

5       A    Yes.                                         04:06:16

6       Q    Where you indicate your compensation in     04:06:18

7   the case is $300 per hour --                          04:06:19

8       A    Yes.                                         04:06:22

9       Q    -- of work.  How many hours of work         04:06:23

10  have you completed?                                   04:06:25

11      A    Oh gosh, I don't know.  I think I            04:06:28

12  billed for 17 and I've worked for another six or      04:06:31

13  something.  I'm not sure.  That doesn't count         04:06:36

14  today.                                                04:06:37

15      Q    And we talked earlier about                  04:06:38

16  Mr. McMurtry was the person who initially reached     04:06:42

17  out to you for this engagement, correct?             04:06:45

18      A    Yes.                                         04:06:46

19      Q    When did Mr. McMurtry first reach out        04:06:48

20  to you.                                               04:06:50

21      A    It was in September, this last year,         04:06:51

22  September '21.  I don't have the exact date here.     04:06:53

23  I can get it for you if you need to know.            04:06:56

24      Q    Was -- do you know if -- yeah, I'd like      04:06:58

25  to know the exact date.                               04:06:59

| | | |
|---|---|---|
| 1 | A    Okay, well you keep asking.  I'll | 04:07:01 |
| 2 | just -- | 04:07:02 |
| 3 | Q    We'll just pause for a second. | 04:07:03 |
| 4 | A    Well ... whatever.  The 21st of | 04:07:12 |
| 5 | September. | 04:07:31 |
| 6 | Q    The 21st? | 04:07:32 |
| 7 | A    Mm-hmm.  That day I worked about four | 04:07:33 |
| 8 | hours for them, just to do some very preliminary | 04:07:35 |
| 9 | review of those passages in the videos and I | 04:07:38 |
| 10 | worked for a total of four hours, and then I | 04:07:41 |
| 11 | started working again the 27th of October they | 04:07:44 |
| 12 | commissioned this report. | 04:07:47 |
| 13 | Q    Do you have an engagement letter in the | 04:07:53 |
| 14 | matter? | 04:07:56 |
| 15 | A    I believe I do. | 04:07:56 |
| 16 | Q    You came in this morning with some | 04:07:59 |
| 17 | notes which you have dated December 7th, 2021.  I | 04:08:01 |
| 18 | want to mark them for the record. | 04:08:07 |
| 19 | A    Yes, of course. | 04:08:08 |
| 20 | Q    So we're going to call this Exhibit B. | 04:08:09 |
| 21 | Her report was Exhibit A and this will | 04:08:21 |
| 22 | be Exhibit B, which I think is just easier to | 04:08:22 |
| 23 | distinguish, given the video exhibits. | 04:08:26 |
| 24 | (Exhibit B was marked for | |
| 25 | identification.) | |

```
1   BY MS. SPEARS:                                      04:08:28

2        Q    Just for the record, would you agree     04:08:28

3   with me this is a two pages --                      04:08:29

4        A    Yes, the first part is two pages.         04:08:32

5        Q    Yes, it's -- and it's titled at the top  04:08:37

6   "Craig Roberts, Sandmann deposition notes,          04:08:39

7   December 7, 2021," is that correct?                 04:08:46

8        A    Correct.                                  04:08:55

9        Q    I do not have any further questions.      04:08:56

10  Does anyone else?                                   04:08:59

11            MR. McMURTRY:  Thank you.  Anybody        04:09:00

12  online?                                             04:09:00

13            MS. SPEARS:  Does anyone online have      04:09:02

14  any questions?  Okay, thank you for your time.      04:09:04

15            MR. McMURTRY:  Thank you.                 04:09:14

16            THE VIDEOGRAPHER:  This marks the end     04:09:15

17  of Craig Roberts.  We are going off the record at   04:09:16

18  4:09 p.m.                                           04:09:19

19  (Whereupon at 4:09 p.m. the deposition concluded.)

20

21

22

23

24

25
```

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC:

2            I, Lisa M. Barrett, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13           IN WITNESS WHEREOF, I have hereunto

14    set my hand this 11th day of December, 2021

15

16    _____

17    Lisa M. Barrett, RPR, CRR, CRC, CSR

18    My commission expires:  06/23/2023

19

20

21

22

23

24

25

## A

**a) (2**
64:24
**a)2**
46:10
**abate**
5:22, 5:24,
10:20, 10:21,
10:25
**abc**
2:10, 4:10,
4:11, 9:9,
10:19, 11:4
**abc's**
71:14
**able**
18:11, 49:20,
130:21, 144:21,
206:4
**above**
75:6, 121:6,
135:2, 151:5,
165:10, 165:14,
173:24, 182:11
**absent**
93:22
**absolutely**
152:11
**absorb**
110:21
**academia**
38:5
**accent**
30:24, 31:21,
33:3, 33:12,
33:18, 33:19,
33:25
**accents**
33:22
**accept**
140:9
**accepted**
35:13
**access**
34:9, 34:13,
34:14, 42:1,
67:9, 112:13

**accidental**
98:11, 98:12
**accidentally**
98:10
**accompanied**
71:3, 181:15,
182:8, 182:19
**accompanying**
181:21
**according**
127:3, 179:20
**accordingly**
150:12
**accurate**
103:10, 148:18
**accurately**
190:8
**accused**
50:1
**acquaint**
75:13, 78:14
**across**
52:9, 133:9,
157:9
**acted**
139:16
**acting**
139:5, 140:4,
140:14, 140:15
**action**
48:1, 107:2
**active**
42:4, 118:5,
118:15
**actively**
118:10, 177:8,
194:20
**actual**
23:16, 24:7,
33:25, 74:24,
76:2, 87:14,
99:17, 109:9,
137:18
**actually**
25:9, 28:20,
30:25, 39:19,
42:9, 47:3,
52:19, 63:1,

63:8, 64:23,
66:12, 78:17,
79:21, 80:4,
80:20, 81:24,
82:24, 83:1,
87:19, 87:25,
98:17, 102:1,
102:3, 106:21,
107:2, 109:2,
112:9, 130:2,
130:6, 136:9,
155:11, 167:8
**addition**
20:13, 92:9
**additional**
69:12, 70:3,
73:6, 105:22
**address**
13:5, 13:11
**adjudging**
187:20
**admissible**
59:15, 59:22
**admitted**
15:19
**adult**
111:6, 113:11
**advance**
8:18
**advanced**
38:12
**advent**
23:4, 23:20
**advertising**
60:12, 60:18,
60:24
**advisor**
17:12
**affect**
92:23
**affiliate**
42:13, 43:3,
43:10
**affiliated**
88:16
**affirmatively**
135:7
**affix"**
201:8

**affording**
201:25
**african**
124:1, 126:3,
135:24
**after**
16:13, 35:2,
35:12, 58:23,
72:17, 76:3,
120:4, 120:22,
146:14, 154:5,
155:21, 161:25,
163:19, 164:19,
166:17, 175:8,
179:11, 186:11
**again**
13:25, 23:8,
29:19, 33:10,
85:22, 88:17,
92:15, 93:25,
105:23, 107:3,
108:5, 119:17,
123:12, 123:25,
129:11, 131:18,
132:11, 133:2,
134:22, 135:20,
135:21, 138:20,
139:4, 139:22,
147:17, 148:16,
149:2, 157:5,
163:17, 163:18,
170:22, 182:4,
199:24, 210:22,
210:23, 210:24,
211:11, 211:23,
214:18, 215:14,
219:20, 220:1,
220:11, 222:11
**against**
193:21
**agency**
194:18
**agent**
118:22, 177:5
**agentive**
118:20, 118:21,
220:4
**agents**
200:14, 200:15,

202:24, 203:2
**aggression**
171:1
**ago**
55:3, 97:1,
114:19, 141:2,
178:14
**agree**
61:22, 86:4,
87:12, 92:25,
167:13, 173:15,
196:8, 207:16,
207:18, 207:22,
207:23, 223:2
**agreed**
61:21, 61:24,
62:2, 65:6,
184:12, 193:25,
209:7
**agrees**
197:3
**ahead**
10:7, 10:8,
85:6, 86:9,
94:6, 94:16,
141:22, 158:7,
170:4, 182:17,
205:5
**ahhh**
109:21
**aiming**
103:14, 107:7
**aims**
25:16
**ain't**
107:15, 211:13,
211:19, 212:4,
212:18
**air**
184:1, 184:25
**akin**
141:4
**al**
1:36, 2:10,
2:32, 9:1, 9:6,
9:9, 9:10, 9:13,
9:21
**albany**
6:6

**align**
220:6, 220:9
**aligned**
219:18, 220:1,
220:4, 220:5
**all**
13:2, 21:16,
25:6, 25:17,
30:4, 32:11,
38:18, 39:7,
43:5, 43:11,
43:21, 52:7,
54:4, 68:23,
69:16, 70:23,
71:12, 72:17,
79:13, 79:21,
80:18, 86:5,
87:23, 92:2,
93:5, 97:14,
97:18, 99:8,
100:12, 100:17,
101:17, 103:19,
105:14, 110:8,
110:11, 120:21,
122:15, 130:12,
131:2, 131:3,
131:9, 131:18,
132:5, 133:11,
159:23, 164:9,
169:13, 172:16,
174:14, 176:22,
178:25, 180:12,
181:2, 182:5,
183:2, 183:4,
183:7, 189:6,
196:11, 196:12,
197:1, 197:2,
197:7, 202:4,
204:11, 206:15,
206:17, 207:10,
213:14, 214:3,
216:7, 216:25,
217:14, 217:19,
218:6, 218:7,
220:17, 221:2
**alligator**
20:19
**allow**
117:17, 118:12,

190:19, 190:22,
191:3, 191:10,
192:21, 194:16,
194:17, 194:18,
198:11, 198:15,
214:3
**alluding**
97:10
**almost**
56:6, 110:1
**along**
127:15, 146:13,
146:25, 152:6,
154:24, 155:10,
156:21, 157:11,
157:22, 157:23,
158:4, 158:5,
166:12, 167:23,
169:1, 189:6,
189:15
**already**
101:8, 104:14,
121:16, 132:5,
149:16, 156:1,
179:20, 215:7
**also**
6:18, 10:16,
11:3, 12:23,
16:1, 20:3,
26:6, 28:9,
29:11, 34:2,
36:24, 42:13,
55:25, 72:13,
83:4, 83:9,
86:14, 92:25,
98:24, 107:22,
116:8, 117:6,
118:21, 119:20,
123:10, 126:7,
154:23, 178:12,
186:13, 196:3,
196:25, 199:25,
204:21, 215:5
**alternative**
53:22
**alternatives**
31:1
**although**
79:2, 173:24

**always**
16:24, 49:23,
53:25, 54:5,
60:25, 61:8,
80:22
**ambiguous**
117:18, 117:19
**american**
71:24, 74:5,
74:6, 84:16,
84:20, 85:2,
85:20, 98:19,
98:22, 98:24,
122:17, 124:1,
124:25, 129:16,
130:7, 143:21,
144:13, 161:17,
180:14, 180:25,
186:14, 195:17,
195:25, 201:14
**americans**
88:3, 99:4,
123:19, 125:2,
126:3, 126:8,
132:25, 133:10,
135:24, 145:16
**americas**
10:2
**amherst**
15:9, 15:20,
17:5, 17:8,
39:20
**among**
31:16, 69:15,
115:10, 180:8,
186:13
**amsterdam**
36:6
**analogy**
137:15
**analyses**
38:1, 38:2
**analysis**
19:17, 27:11,
37:10, 45:23,
46:1, 48:5,
61:21, 90:19,
101:24, 102:7,

121:17, 121:19,
189:17, 198:17,
199:2, 199:8,
215:21
**analyze**
47:25, 153:15,
216:3
**analyzed**
189:18, 216:18
**analyzing**
64:3, 134:14,
193:1, 215:25
**angle**
134:9, 160:17
**angles**
148:20
**another**
8:6, 15:7,
15:10, 51:9,
51:17, 81:9,
86:15, 92:13,
101:16, 104:20,
118:5, 118:25,
143:1, 146:24,
162:17, 164:15,
167:9, 170:10,
173:17, 179:14,
221:12
**answer**
18:4, 31:11,
31:14, 75:5,
82:9, 83:3,
96:13, 138:13,
189:23, 189:25,
194:13, 202:17,
218:25
**answered**
105:25
**answering**
91:9, 101:5
**answers**
31:22, 43:23,
75:7, 153:20
**anthropology**
37:3
**anticipate**
8:4
**any**
8:8, 8:18,

12:16, 39:23,
40:6, 42:7,
43:4, 43:18,
45:8, 45:22,
45:25, 47:22,
48:4, 48:18,
52:14, 57:12,
59:23, 62:25,
63:18, 64:16,
67:18, 69:11,
71:2, 74:9,
76:17, 83:5,
83:10, 83:11,
83:14, 90:18,
92:3, 94:8,
95:3, 98:3,
103:16, 105:18,
105:22, 109:1,
114:25, 116:20,
118:3, 122:12,
123:17, 134:16,
136:3, 136:12,
136:22, 139:9,
141:9, 144:19,
154:2, 158:12,
169:12, 169:15,
176:23, 183:8,
188:7, 188:23,
193:14, 195:20,
196:11, 205:15,
207:8, 207:13,
208:24, 216:4,
216:13, 216:15,
217:1, 223:9,
223:14, 224:10
**anybody**
80:6, 81:12,
110:16, 112:18,
191:24, 196:19,
197:8, 199:16,
223:11
**anymore**
43:10
**anyone**
65:20, 66:15,
67:19, 82:4,
95:10, 112:6,
113:4, 136:5,

136:18, 199:8,
199:19, 223:10,
223:13
**anything**
25:4, 26:14,
27:4, 40:15,
43:16, 53:2,
73:3, 80:6,
88:9, 96:24,
136:6, 136:18,
143:12, 151:18,
177:3, 189:15,
191:23
**anyway**
80:5, 117:20
**anywhere**
204:5
**apart**
95:9
**apartment**
13:7
**apologize**
8:17
**apparel**
179:13, 180:9
**apparent**
88:22, 89:13,
123:11, 124:19,
124:22
**appear**
137:15
**appeared**
129:20
**appears**
63:11, 89:14
**appendix**
46:25, 47:3,
68:3, 195:18,
200:4, 201:13
**apple**
24:12
**apply**
195:6
**appreciate**
112:21, 143:6
**approach**
48:5, 101:5,
204:2, 217:7

**approached**
38:25, 93:3,
93:18, 131:10,
148:2, 154:12,
156:4, 217:12
**appropriate**
31:11, 31:22,
101:20, 143:9
**approved**
181:9
**approximation**
172:13, 173:1,
173:6
**area**
17:10, 39:23,
40:6, 123:1,
134:11, 154:3
**areas**
51:23
**argue**
179:14, 182:12
**arguing**
52:8, 181:3
**argument**
185:9, 192:12
**arguments**
146:17
**arises**
87:24
**arms**
184:25, 186:11
**around**
92:22, 110:7,
110:12, 110:21,
122:2, 123:3,
130:25, 150:14,
154:9, 155:18,
168:2, 169:3,
169:19, 188:10
**art**
116:17
**arthur**
16:4
**article**
45:13, 49:5,
49:6, 71:9,
71:14, 71:16,
71:23, 72:1,

72:12, 72:14,
73:3, 73:8,
127:11, 127:14
**articles**
49:7, 70:8,
70:21, 70:24,
71:4, 71:5,
72:6, 72:16,
72:20, 72:22,
73:1, 73:7,
73:13, 88:14,
88:18, 127:4,
127:8, 128:10,
128:11
**artificial**
50:7
**arts**
16:16
**aside**
93:7, 105:4,
173:23, 175:9,
209:8
**asked**
57:11, 66:9,
66:16, 72:21,
78:6, 82:9,
83:3, 99:22,
100:20, 105:21,
121:21, 162:19,
162:25, 210:25
**asking**
50:2, 86:18,
86:22, 151:7,
204:25, 222:1
**aspect**
53:22
**aspects**
29:1, 77:25,
176:14
**assassination**
54:10, 54:20
**assertion**
132:17
**assess**
34:1, 198:8,
199:17
**assessing**
38:21, 39:1,

91:25
**assessment**
67:12, 188:17
**assigned**
199:21
**assistant**
16:3, 49:3
**associate**
180:23
**associated**
73:6
**assume**
12:19, 48:13,
138:23, 157:10,
190:7, 193:18
**assumed**
125:1, 143:25,
147:4, 148:20,
154:3, 163:12
**assuming**
98:20, 151:20,
163:14
**assumption**
124:11, 124:16,
147:10, 147:20,
181:13, 181:17,
181:18, 182:14
**assumptions**
147:6, 147:18,
182:25
**atlanta**
161:13
**atmosphere**
92:20, 96:25,
97:24, 99:11
**attached**
65:14
**attempts**
21:2
**attend**
15:4
**attending**
8:3, 55:14
**attention**
77:16, 88:24,
145:23, 148:2,
148:6, 152:23,
153:4, 155:18

**attested**
115:14
**attire**
97:15
**attorney**
59:6, 61:19,
61:24, 188:6
**attorneys**
38:24, 57:4
**attribute**
95:9, 118:13,
139:21
**attributed**
90:14, 115:14
**attributes**
105:1, 170:5,
194:18
**attributing**
118:3, 141:8
**attribution**
119:1
**attributions**
89:25
**audible**
136:12, 136:22
**audience**
118:9
**audio**
13:16
**av**
6:19
**available**
34:10, 112:15,
113:2, 215:8
**avenue**
10:2
**average**
32:13, 110:18,
113:11
**avid**
44:5, 44:22
**aware**
8:7, 121:4,
121:8, 122:21,
124:6, 130:1,
130:6, 130:18
**away**
8:9, 93:17,

154:13, 174:7,
191:20, 191:24,
192:13, 192:23,
204:15
**axis**
157:13

---

**B**

---

**back**
8:8, 17:15,
27:9, 34:23,
47:4, 47:17,
52:23, 64:22,
64:23, 67:14,
68:6, 73:4,
74:19, 74:22,
74:23, 76:6,
99:1, 99:16,
108:18, 120:16,
120:21, 123:6,
126:10, 132:14,
136:6, 136:13,
152:12, 152:14,
153:25, 157:19,
159:13, 159:16,
163:17, 165:21,
167:1, 168:23,
169:3, 170:17,
170:18, 170:25,
171:3, 171:5,
178:8, 180:2,
180:21, 181:25,
191:24, 198:13,
203:23, 215:3,
217:7, 220:19,
220:24
**background**
13:12, 44:16,
87:22, 88:9,
98:21, 104:11,
124:21
**backgrounds**
123:11, 124:20,
124:22
**bad**
61:13, 99:3,
112:2
**badge**
56:6

**banging**
185:12
**bank**
60:22, 60:23,
60:24, 61:8,
61:24
**bantered**
188:10
**banyamyan**
135:1, 159:5
**barbara**
17:12
**barnard**
42:11
**barrett**
1:42, 3:23,
11:12, 224:2,
224:17
**base**
68:18, 70:14,
72:18, 79:11,
175:15, 181:18,
190:23, 208:20
**baseball**
161:13
**based**
30:25, 82:3,
82:4, 83:20,
83:25, 87:9,
120:6, 123:12,
124:16, 124:18,
125:19, 128:14,
134:20, 137:24,
138:3, 138:5,
138:21, 144:5,
147:6, 147:17,
168:14, 172:25,
175:17, 181:13,
181:19, 182:25,
188:17, 207:7,
208:24, 212:21,
217:17, 217:23,
218:9, 218:22,
219:20, 220:11,
220:14, 220:16
**bases**
68:15, 147:12,
194:23

**basic**
38:18, 43:15
**basically**
43:14
**basing**
75:7
**basis**
79:6, 79:7,
80:2, 101:23,
139:8, 153:24,
200:21
**bear**
18:12, 26:24,
29:11, 34:19,
38:20, 54:3,
55:18, 56:12,
90:19, 95:4,
122:3, 126:13,
153:22, 189:11,
197:19
**bearing**
31:20, 38:2,
79:24, 85:16,
85:23, 86:20,
87:7, 87:25,
91:7, 91:20
**bears**
50:20, 82:22,
94:21, 204:17,
204:24
**beating**
96:7, 145:22,
148:5
**beautiful**
44:7
**because**
13:20, 23:20,
30:4, 36:24,
37:2, 37:13,
42:21, 44:13,
48:23, 50:22,
51:16, 53:25,
54:1, 54:20,
59:7, 59:11,
59:20, 59:21,
75:3, 81:13,
91:8, 94:4,
96:8, 97:17,

100:20, 102:3,
103:18, 109:13,
110:6, 112:13,
114:4, 124:23,
126:13, 130:16,
131:19, 131:20,
133:4, 134:8,
135:8, 139:7,
145:7, 148:10,
159:7, 163:10,
165:6, 172:14,
173:16, 174:11,
180:24, 182:15,
191:18, 191:21,
194:19, 196:15,
197:21, 197:25,
204:17, 218:9,
219:20
**been**
11:15, 12:5,
16:12, 16:24,
20:18, 23:2,
23:5, 24:7,
41:17, 50:1,
53:9, 56:17,
57:8, 57:11,
58:10, 58:14,
58:20, 68:17,
70:3, 70:12,
74:11, 75:5,
88:6, 88:13,
100:12, 105:21,
106:5, 110:2,
123:2, 124:10,
125:1, 125:15,
128:9, 130:18,
132:2, 132:6,
137:18, 140:19,
143:20, 152:5,
154:9, 154:25,
165:20, 165:22,
182:2, 204:1,
204:25, 208:8,
208:9, 208:11,
208:12, 208:17,
219:2, 219:4,
219:12, 219:17,
219:20, 219:25

**before**
3:22, 8:17,
12:5, 36:1,
50:2, 56:15,
56:21, 57:9,
57:13, 65:13,
67:25, 79:10,
86:2, 86:7,
88:4, 111:11,
124:1, 162:10,
164:18, 166:1,
174:8, 178:14,
209:8, 210:10,
210:25, 217:10,
224:2
**beg**
126:4, 128:25
**began**
146:15, 155:16
**begin**
66:18
**beginning**
64:21, 64:22,
99:17, 100:6,
100:24, 117:4,
126:11, 149:17,
150:13, 150:16,
156:17, 156:20,
157:1, 158:19,
158:21, 159:14,
159:17, 170:14,
173:10, 173:11
**begins**
8:20
**behalf**
4:3, 4:10,
4:18, 5:1, 5:10,
5:20, 6:1, 6:9,
10:23
**behave**
122:18, 144:9
**behaved**
137:20
**behavior**
84:2, 97:16,
107:2, 141:4,
141:12, 143:8,
143:24, 143:25,

146:15, 147:13,
147:21, 153:14,
180:18, 209:2
**behaviors**
212:21, 213:21,
213:22
**behest**
135:11
**behind**
145:24, 158:1,
170:17, 170:18,
170:25, 171:2,
172:2, 179:6,
182:15, 183:5,
198:13, 215:9,
215:12
**being**
16:20, 51:6,
99:6, 99:7,
114:15, 116:19,
124:3, 125:9,
172:23, 176:16,
177:10, 185:10,
194:8, 206:9,
207:5
**believe**
56:22, 65:16,
67:16, 88:12,
88:17, 100:17,
128:8, 128:15,
133:6, 134:18,
134:25, 135:11,
135:25, 138:16,
139:21, 148:10,
149:24, 153:19,
154:10, 156:10,
161:16, 176:9,
178:19, 188:10,
196:6, 210:2,
222:15
**believed**
135:5, 185:10,
213:22
**bell**
59:14
**below**
75:8
**benzinger**
59:2, 62:13

**besides**
26:15, 29:13
**best**
8:6, 54:1,
84:13, 102:6,
132:9
**better**
13:17, 13:23,
52:13, 58:18,
193:5
**between**
18:9, 25:14,
31:15, 41:18,
48:14, 50:23,
66:7, 76:1,
81:11, 99:3,
108:19, 121:25,
123:4, 124:4,
124:9, 126:14,
139:13, 142:21,
144:22, 148:4,
152:22, 155:4,
158:2, 165:2,
171:20, 172:4,
173:3, 175:19,
182:6, 189:10
**beyond**
33:5, 197:6
**bhi**
152:17
**bibliographies**
119:17
**bibliography**
53:7
**big**
134:6
**bigger**
112:11, 134:7
**bill**
29:16, 29:18,
29:20, 29:21,
29:24, 29:25,
30:1, 30:3,
30:4, 30:6,
30:24, 31:6,
31:10, 31:13,
31:14, 32:7,
33:12, 33:18,

71:15
**billed**
221:12
**bingham**
4:22
**bird**
5:24, 10:21
**birds**
122:4
**birth**
110:6
**bit**
12:8, 17:15,
50:10, 90:25,
120:12, 156:12,
197:16, 203:22
**black**
77:13, 122:22,
123:14, 123:22,
124:3, 124:5,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
134:23, 135:10,
136:6, 136:13,
136:18, 136:23,
139:14, 139:17,
140:18, 141:16,
141:20, 142:16,
147:1, 148:4,
152:17, 152:22,
153:4, 157:20,
182:7, 193:7
**blah**
190:7
**blinking**
96:8
**block**
84:4, 84:8,
89:22, 90:15,
113:20, 115:17,
118:5, 118:6,
118:15, 118:20,
118:22, 118:24,
119:2, 193:2,
193:10, 194:20,
194:21, 194:25,

195:10, 195:14,
195:15, 196:4,
196:9, 197:4
**blockage**
215:11
**blocked**
114:7, 117:17,
117:18, 117:24,
118:1, 118:10,
158:12, 190:18,
190:21, 192:20,
194:15, 204:19,
214:2
**blocking**
118:18, 166:24,
176:12, 176:16,
177:5, 177:7,
177:9, 177:20
**blue**
174:5
**bob**
73:19
**body**
92:6, 92:11
**boiling**
32:25
**book**
39:13, 112:14
**books**
25:12, 39:12,
48:9
**border**
14:8
**bore**
88:2, 113:19
**born**
13:13, 13:25,
88:15, 109:25,
110:2, 110:21
**both**
24:8, 31:20,
33:17, 40:12,
40:13, 126:25,
136:10
**bottom**
54:25, 56:23,
70:14, 117:15,
119:5

**box**
125:13
**boy**
122:16, 123:8,
137:17, 164:16,
175:11, 175:21,
179:14
**boy's**
139:13, 175:20
**boys**
93:15, 93:21,
99:1, 126:6,
127:18, 128:3,
129:21, 131:15,
131:25, 132:5,
132:8, 133:22,
137:7, 137:8,
137:10, 137:19,
139:5, 139:19,
141:3, 141:12,
141:16, 145:16,
146:18, 146:19,
148:4, 152:16,
152:22, 152:23,
154:18, 154:20,
155:11, 155:16,
156:21, 158:4,
158:7, 158:8,
158:10, 160:14,
160:19, 160:21,
166:5, 166:12,
166:21, 167:24,
172:5, 173:3,
173:22, 174:4,
174:5, 174:23,
176:4, 176:7,
179:5, 180:7,
180:21, 181:3,
181:22, 182:8,
182:10, 182:13,
192:14, 192:24,
205:8
**braids**
180:13
**brain**
111:20
**break**
12:16, 74:13,

120:10, 120:12,
120:22, 175:22,
178:2, 178:15,
192:25, 220:18
**brief**
47:5, 47:13,
58:7
**briefly**
53:11, 121:14
**bring**
18:11, 38:20,
95:3
**bringing**
90:18, 197:19
**brings**
36:20
**broad**
5:16
**broadcast**
72:1
**broadcasts**
71:3
**broadly**
40:7
**broke**
76:3
**brooklyn**
39:16, 39:17
**brought**
34:19, 127:20,
152:3, 154:7
**brown**
5:15, 10:15,
10:17, 174:6
**buddies**
164:10
**bullet**
125:5, 127:2
**bunch**
56:16
**buses**
132:4
**bystander**
122:16
**bystanders**
83:12, 122:12,
122:14, 122:20

---
**C**
---
**c-r-a**
11:21

**c-r-a-i-g-e**
11:22
**call**
22:2, 33:20,
50:21, 51:5,
95:19, 107:23,
129:24, 133:5,
147:24, 148:23,
151:14, 183:5,
222:20
**called**
38:6, 39:13,
54:19, 126:3,
126:5, 130:2,
130:7, 152:3,
162:25
**calling**
185:2
**calls**
54:16, 67:19,
67:23
**came**
16:13, 67:14,
99:25, 146:13,
148:5, 152:20,
154:23, 222:16
**camera**
147:3, 151:15,
151:19, 163:5,
171:25, 218:12,
218:15
**cameraman**
134:24, 135:6,
146:8, 147:1,
148:22, 148:23,
148:25, 150:22,
151:14, 152:2,
157:16, 162:6,
162:20, 163:1
**cameraman's**
158:6
**cameras**
152:8
**can't**
39:16, 60:22,
61:1, 78:1,
100:8, 122:15,
123:5, 127:12,

129:15, 130:9,
134:4, 136:25,
139:21, 160:18,
172:3, 172:9,
193:13, 210:21,
211:8, 212:3,
212:4, 212:17,
214:24, 220:1
**cannot**
129:22, 133:25,
166:15, 170:6,
203:17
**cap**
162:14, 163:4,
171:23, 174:5,
174:12
**capable**
113:12
**capacity**
86:22
**caplan**
52:8, 54:14
**caption**
2:1, 9:19,
64:24
**capture**
37:6, 115:11
**captured**
106:4, 106:24,
130:17
**capturing**
37:8
**car**
197:13, 197:15
**card**
113:9
**careful**
27:20, 101:9,
190:24
**carefully**
135:23, 151:9
**carissimo**
71:25
**case**
1:10, 1:20,
1:33, 2:7, 2:17,
2:29, 9:2, 9:3,
9:4, 9:6, 9:10,

9:13, 9:21,
18:11, 21:6,
23:15, 38:23,
46:16, 56:15,
56:21, 56:23,
56:25, 57:1,
58:14, 58:20,
59:1, 59:2,
59:17, 59:18,
60:14, 60:16,
62:19, 62:21,
64:6, 64:13,
65:8, 66:2,
82:10, 83:4,
86:14, 86:23,
91:21, 92:15,
94:25, 95:19,
97:23, 100:19,
105:15, 109:10,
113:5, 115:6,
118:18, 118:23,
131:20, 137:4,
143:7, 149:6,
150:11, 188:8,
191:13, 200:17,
221:7, 224:11
**case's**
59:16
**cases**
39:2, 40:8,
40:18, 46:18,
52:12, 56:16,
56:24, 57:25,
58:5, 59:23,
62:25, 63:10,
64:5, 64:19,
75:7, 107:16,
148:17
**category**
70:21, 111:8
**catholic**
83:11, 99:1,
127:19, 128:4
**cats**
116:3
**caught**
155:17
**cbs**
1:36, 4:18,

4:19, 5:1, 5:2,
9:6, 11:10,
71:22
**cbs's**
72:12
**celebratory**
185:1, 186:12
**center**
6:14, 35:5,
36:19, 43:1
**centuries**
23:3, 37:1
**century**
25:10, 52:24
**ceremonial**
143:24, 144:4,
145:21, 146:23
**certain**
19:19, 23:25,
30:16, 33:4,
41:13, 53:16,
56:3, 81:21,
107:16, 110:17,
113:15, 132:3,
164:8, 176:1
**certainly**
25:11, 62:1
**certificate**
224:1
**certify**
224:4
**challenging**
109:3, 112:23
**chamber**
6:14
**changed**
18:9, 51:15
**changes**
51:2, 51:6
**chant**
143:17, 143:22,
143:25, 144:23,
145:1, 145:21
**chanted**
129:6, 181:22
**chanting**
129:10, 129:18,
143:14, 144:11,

144:16, 148:6,
156:22, 171:23,
182:4, 182:5
**chants**
143:22
**chaperones**
83:11
**character**
54:10, 54:17,
54:20, 54:21,
101:22, 126:9
**characterization**
116:16, 116:23,
164:11
**characterize**
53:15, 67:4,
78:1, 108:10,
108:11, 141:13,
170:2
**characterizing**
191:1
**characters**
77:11
**check**
113:9
**cheer**
137:9, 137:18,
137:19, 137:20
**cheering**
137:11
**chicago**
5:7, 14:10
**child**
110:16, 110:18,
111:5
**children**
109:23, 109:25,
110:2, 110:21
**choices**
98:4
**chop**
161:7, 161:10,
161:19
**chose**
197:4
**chris**
71:14
**church**
170:24

**circle**
129:7, 129:17,
129:19, 129:24,
129:25, 130:19,
131:5, 131:10,
133:5, 133:13
**circulating**
125:17
**circumstance**
94:9, 97:5,
117:22, 142:24
**circumstances**
34:1, 87:14,
102:9, 106:4,
106:23, 122:2,
144:4
**cite**
112:3, 149:7,
149:8, 149:11,
149:13, 171:6,
176:10
**cited**
127:4, 128:11,
149:24, 178:12
**city**
13:4, 13:10
**civil**
40:11
**claim**
84:4
**claiming**
131:9, 156:24,
183:3
**claims**
192:8
**clarification**
13:24
**clarify**
57:20, 58:16,
58:17, 69:18
**clarity**
54:7
**clasped**
170:18
**class**
38:6, 40:5,
40:16, 41:14,
107:19

classical
21:10
classwork
15:18
clause
190:7
clear
97:22, 98:13,
106:1, 118:19,
128:24, 132:24,
146:4, 158:14,
192:19, 195:1
clearest
195:23
clearly
146:16, 154:6,
175:7, 181:2
clenched
141:18
clicked
73:9, 73:12
climb
154:5
climbed
154:2, 154:11
climbs
154:8
clip
68:4, 68:6,
72:9, 73:9,
215:6
clips
218:17
close
13:20, 95:19,
96:6, 96:18,
96:21, 125:24,
154:18
closely
117:20
closer
179:5
clot
148:19
co-counsel
10:21, 10:25
cogni-science
36:20

cognition
36:22, 42:19
cognitive
35:8, 36:19,
42:16, 42:17,
42:25
colleague
11:9
collect
21:16
collecting
21:12, 116:11
collections
21:19
collector
16:17
college
16:13, 39:17,
42:11
collegiate
74:4
columbus
5:17
come
26:20, 26:24,
55:18, 56:12,
60:23, 96:21,
127:5, 146:23,
151:12, 157:25,
158:2, 172:12,
179:5, 182:1,
191:17, 191:18,
192:3, 197:25,
220:18
comes
29:11, 44:4,
54:3, 87:18,
168:24, 169:3,
192:20, 194:5
comfortable
96:17
coming
152:21, 157:22
command
106:15, 109:16
commencing
8:1
comment
121:21, 166:15,

180:24
comments
142:20
commercial
64:9, 64:10
commission
224:18
commissioned
222:12
committees
41:25, 43:12
common
38:4, 52:21,
109:13, 111:13,
112:21, 180:13
common-sense
111:15, 111:16
commonly
23:22
community
42:5, 43:7,
115:18
companion
179:23, 180:1,
180:10, 182:15,
182:18
companions
164:3, 164:14,
164:15, 179:13,
183:19
company
1:23, 4:12,
6:10, 9:20,
10:10, 11:1,
21:9
comparable
195:16, 195:25
compare
131:5
compensation
221:6
competence
111:17, 111:21
competent
115:13, 199:16
competition
37:2
compile
25:13

compiling
116:10
complete
15:21, 58:3,
70:23
completed
221:10
completely
88:22, 89:13,
197:17, 207:16
complex
18:24, 20:12,
23:6, 26:12,
32:1, 32:3,
51:3, 51:19,
51:20, 197:19
complicated
17:25, 208:13
compose
20:12, 26:11
composed
27:7
composite
218:18
computational
37:11
computer
8:10, 25:24,
37:1, 39:6,
42:23, 50:9,
108:13, 108:14,
108:15
computers
25:23
concede
150:7
conceding
213:24
concentrates
187:11
concentrating
189:8
concerned
190:11
conclude
83:25, 119:6,
123:16
concluded
201:1, 223:19

concluding
186:8
conclusion
88:19, 204:10
conclusions
189:7
conclusive
186:10
condition
55:19, 197:11
conditional
101:22, 197:24,
198:4
conditionally
56:8, 62:5
conditions
33:21, 61:18,
77:23, 78:10,
94:24, 107:6,
107:23, 107:25,
108:3, 108:4,
108:6, 108:21,
108:22, 108:23,
109:1, 117:10,
119:7, 188:18,
188:21, 189:3,
190:1, 190:5,
198:2, 199:15,
199:17, 216:10
conduct
141:3
conducted
2:36, 3:2,
121:16
confidence
66:17
confront
84:3
confrontation
76:2, 77:18,
95:13, 95:16,
95:17, 95:20,
95:21, 98:7,
98:11, 120:1,
146:15, 179:12,
184:7, 213:1,
213:6
confused
31:8, 31:24

congratulating
184:19, 184:20,
185:5
conjecture
84:5, 84:8,
84:12
conjoined
118:25
conjunct
118:11, 118:15
connect
8:15
connecting
8:16
connection
57:12, 68:24,
70:25, 73:22
connotation
95:23
connotations
56:9, 109:5
conscious
95:6
consequence
37:22
conservative
172:23
consider
18:16, 64:16,
81:11, 84:15,
161:18, 187:22
considerably
215:9
consideration
31:2, 34:17,
38:3, 101:9,
190:24, 193:17
considered
68:16, 117:6,
119:24, 187:19,
193:22
considering
24:25, 94:2
consistent
84:2, 199:5
consists
21:11
constantly
44:5, 44:18

constitute
194:8, 208:14
constituted
99:7
construable
87:14
construal
80:9, 80:14,
81:1, 81:10,
87:20, 87:21,
114:12
construal's
81:3
construction
117:25, 172:19
construe
87:17
construed
82:5
consult
74:9, 119:22,
120:10
consulted
73:25, 74:6,
111:22, 113:1,
119:20, 200:1,
200:2, 200:23
contact
65:21
contacted
65:14, 65:18
contain
58:3
contained
216:4
contend
136:11
contending
136:21
content
44:6, 145:22,
198:4
contention
136:15, 165:25
contentious
39:2, 113:20,
114:2
context
20:21, 21:24,

26:16, 26:22,
27:8, 28:15,
28:17, 28:18,
28:21, 28:23,
29:1, 29:7,
29:11, 29:17,
30:8, 30:14,
33:1, 33:20,
34:2, 34:12,
34:18, 41:16,
41:19, 50:15,
50:17, 50:19,
50:20, 50:21,
50:22, 50:24,
51:2, 51:5,
51:11, 51:14,
51:15, 51:19,
97:18, 104:6,
109:8, 115:23,
118:7, 119:16,
133:14, 197:1
context-sensitive
26:25, 27:1,
29:10, 41:14
contextual
20:13, 31:5,
31:19, 51:21
continue
62:12, 117:2
continued
2:1, 4:27,
5:28, 165:11
continues
68:20
continuing
13:22, 67:25,
119:23, 133:18,
137:5, 165:3,
165:17, 165:18,
179:8
contract
63:16, 63:17,
64:11, 64:14
contracts
63:12, 64:9
contraposition
50:7
contributing
99:11

controversial
53:1, 53:3,
53:4, 161:13,
161:15
convention
115:9
conversation
66:1
conversations
8:12, 101:11
convey
17:24, 18:2,
19:20, 91:1,
91:3, 91:13,
91:14, 91:17,
91:23, 92:5
conveyed
17:3
copy
46:4, 46:10,
51:8
corporation
5:11
correctly
114:9
correlated
75:21
correlation
31:15
correspond
80:10, 150:10
correspondence
62:19
corridor
171:10, 171:20,
173:16, 174:2,
175:3, 177:18,
177:22, 178:16,
178:19, 209:25,
215:7
couched
107:10
could
17:3, 28:18,
28:22, 29:16,
33:15, 33:16,
33:25, 39:1,
49:13, 49:23,

51:4, 51:7,
53:16, 58:17,
76:8, 80:24,
105:4, 119:15,
119:17, 130:14,
132:19, 141:15,
142:23, 143:6,
147:8, 152:19,
154:11, 161:19,
163:16, 167:3,
173:2, 174:8,
174:15, 175:13,
175:25, 181:25,
187:15, 190:6,
191:15, 191:16,
191:18, 192:4,
193:13, 195:5,
195:8, 196:11,
196:20, 199:19,
200:17, 204:21,
205:6, 205:10,
206:8, 206:10,
206:13, 207:3,
207:4, 207:20,
208:10, 208:17,
210:6, 211:19,
213:20, 213:21,
215:10, 215:13,
215:17, 218:2,
218:5, 218:8,
218:10, 218:21
couldn't
125:18, 145:4,
154:1, 163:10,
186:4, 191:20,
191:23, 192:6,
195:2, 209:14
counsel
10:4, 113:5,
224:9
count
57:23, 130:13,
131:19, 132:10,
132:18, 148:16,
148:17, 221:13
country
181:4
couple
54:9, 76:24,

129:14, 130:24,
146:9, 159:22,
179:11
course
21:16, 28:24,
36:24, 38:11,
38:13, 38:15,
38:16, 38:17,
39:4, 39:9,
41:9, 41:11,
51:2, 51:22,
52:5, 52:17,
53:24, 63:24,
76:23, 84:24,
92:19, 92:24,
116:7, 121:24,
138:14, 149:22,
153:18, 172:3,
181:10, 222:19
courses
35:20, 35:23,
43:11
coursework
16:1
court
1:1, 11:11,
11:14, 12:12,
13:16, 13:23,
13:24, 14:2,
58:21, 60:6,
83:19, 112:23,
138:15, 138:18,
178:24, 213:15
courtroom
57:17
covington
1:3, 83:10,
99:1, 122:16,
123:8, 123:18,
126:6, 127:19,
128:4, 129:21,
131:6, 131:15,
137:6, 146:19,
158:7, 164:16,
180:7, 181:22,
182:7, 182:10,
182:13
crackers
126:6

craig
7:12, 11:24,
11:25, 223:6,
223:17
craige
2:35, 3:1, 7:3,
7:9, 8:21,
11:15, 11:20,
11:24, 26:20,
47:5
crane
117:25, 118:1,
118:2, 118:3
crc
224:17
create
209:24
creole
16:3, 48:9,
48:14, 48:16,
48:20, 49:14
criminal
40:11, 62:19
cross-examining
61:19
crowd
56:3, 125:17,
139:10, 154:10,
156:6, 158:8,
160:13, 160:20,
165:10, 166:21,
167:24, 176:4,
176:8, 185:17
crowd-sourcing
23:21, 24:5
crr
224:17
crucial
107:21, 119:8
crude
80:17
csr
224:17
cultural
56:10, 56:12,
85:12, 86:4,
86:17, 87:10,
97:20, 97:21,

138:7

**culture**
88:4, 92:10,
104:4, 130:7

**cultures**
184:23

**current**
42:7, 116:24

**currently**
13:3, 41:20

**curriculum**
58:7

**cursor**
150:25

**cut**
112:25

**cv**
27:18, 47:8,
47:10, 47:13,
47:15, 54:9,
56:14, 63:6,
68:7, 68:9

**cv--wob-cjs**
1:11, 1:21,
1:34, 9:2, 9:5,
9:7, 9:21

**cycle**
18:25

**D**

**dame**
173:19, 174:9,
174:12, 175:1,
175:9, 175:12

**dance**
129:20, 129:24,
130:2, 130:7,
130:14, 131:6,
131:10, 133:5,
133:6, 146:23

**danced**
129:6

**dancing**
129:10, 129:17,
129:25, 130:19,
133:11

**darren**
6:12, 10:6,

10:8, 10:9

**data**
19:14, 20:23,
21:2, 21:4,
22:9, 22:11,
22:15, 22:19,
22:20, 22:25,
24:25, 25:25,
27:5, 27:6,
27:10, 27:13,
27:14, 54:3,
127:13

**database**
108:17

**date**
9:15, 9:22,
99:19, 221:22,
221:25

**dated**
46:12, 65:12,
74:25, 222:17

**david**
6:18, 9:24

**davis**
4:14

**day**
45:2, 78:15,
85:3, 101:16,
222:7, 224:14

**days**
67:16, 76:24,
100:8

**dc**
4:16, 97:11,
127:5

**dear**
46:23

**debate**
28:20, 51:25,
52:15, 52:23,
53:12

**december**
2:37, 4:2,
7:14, 9:16,
9:23, 222:17,
223:7, 224:14

**decide**
79:11, 95:2,

115:8, 115:13,
115:17, 120:10,
151:12

**decided**
59:15, 72:17,
82:15, 101:17,
102:5, 121:17

**deciding**
196:16

**decipher**
86:15, 86:24

**decision**
75:18

**declined**
191:7, 191:14

**deem**
43:5

**deemed**
36:3, 59:10,
59:25, 60:2

**deep**
197:18

**deeper**
17:2

**deeply**
43:24

**deer**
109:25

**defamation**
40:15, 40:19,
56:15, 56:20,
57:7, 66:3

**defective**
111:20

**defendant**
1:13, 1:25,
5:10

**defendants**
1:37, 2:11,
2:23, 2:33,
4:10, 4:18, 5:1,
5:20, 6:1, 6:9,
11:10

**defense**
187:10

**define**
114:17

**defined**
28:20, 116:18,

116:20

**defines**
201:7

**defining**
116:18

**definitely**
145:12

**definition**
22:3, 115:24,
116:15, 116:16,
116:17, 116:21,
116:22, 195:11,
195:14, 196:14,
197:4, 201:6,
201:7, 201:10,
201:14, 201:20,
201:23, 202:1,
202:2, 202:12,
216:24

**definitions**
22:2, 113:13,
115:23, 116:10,
116:12, 116:13,
190:24, 193:2,
195:6, 195:19,
196:3, 196:8,
199:25, 200:7,
200:22, 216:4,
216:15

**definitive**
108:25

**defrank**
4:6, 57:2, 57:9

**degrade**
125:24, 126:17

**degrading**
126:18

**degree**
14:25, 15:1,
15:16

**dell**
76:14

**delusionary**
91:18

**demanding**
38:16

**denotes**
203:1

dentons
4:22, 5:5, 10:2
deny
85:11, 218:11
denying
150:3
department
35:14, 36:11,
40:22
depends
18:6, 20:20,
28:18, 49:22,
56:6
depicted
163:4
depos
6:19, 9:25
deposed
12:5
deposition
2:35, 3:1,
7:14, 8:21,
8:25, 10:1,
46:5, 46:9,
57:18, 73:20,
82:10, 82:14,
94:5, 101:10,
101:12, 124:1,
132:2, 150:11,
198:1, 210:12,
223:6, 223:19,
224:3
depositions
12:24, 79:3
describe
80:13, 107:18,
107:25, 108:2,
121:14, 141:12,
143:13, 152:15,
170:1, 180:10
described
22:6, 95:13,
152:20, 164:1,
183:19
description
7:7, 114:15,
156:19
descriptive
107:7, 107:11

design
82:2
desire
140:20
detailed
38:1
details
52:8, 60:16,
75:14, 123:25
determination
146:1
determine
48:1, 78:19,
101:21, 107:8,
109:6, 109:9,
109:19, 113:17,
115:23, 119:7,
125:8, 128:6,
129:9, 184:19,
187:25, 190:1,
190:4, 198:20,
199:2, 199:20,
216:8
determined
120:4, 199:11
determining
107:6
deters
59:2, 62:13
develop
22:1, 101:4,
110:8
developed
38:6
developing
41:17, 110:18
development
55:11
device
76:12
dictionaries
16:8, 16:18,
22:8, 22:12,
22:14, 23:12,
23:13, 25:2,
74:1, 74:2,
74:7, 74:9,
109:4, 111:22,

112:3, 112:7,
113:1, 113:6,
119:12, 119:13,
119:21, 119:22,
195:17, 195:20,
196:4, 199:25,
200:2, 200:23
dictionary
16:2, 16:3,
22:2, 22:3,
22:19, 48:10,
48:24, 49:1,
49:4, 49:6,
49:9, 49:14,
74:2, 74:4,
74:5, 95:17,
107:13, 112:10,
113:12, 115:22,
116:10, 190:24,
191:5, 193:1,
195:4, 195:11,
195:14, 195:15,
196:13, 196:20,
196:23, 196:25,
201:7, 216:3,
216:24, 217:2
dictionary's
24:15
difference
32:22, 98:3
differences
56:10, 56:12,
97:20, 97:22,
98:14, 99:6,
138:7
different
12:8, 12:10,
18:9, 18:21,
20:5, 20:18,
21:23, 25:14,
29:23, 30:5,
37:7, 51:18,
56:25, 58:22,
97:12, 97:13,
116:11, 122:10,
123:15, 124:7,
144:25, 148:19,
148:20, 184:15,

184:16, 188:25,
195:10, 197:19
difficult
32:10, 154:15,
201:15
dinsmore
60:9
direct
80:3, 126:13,
153:1, 155:19
direction
51:9, 51:10,
51:17, 152:24,
156:24, 157:7,
166:2, 166:4,
166:19, 167:7,
167:11, 208:10,
208:14, 208:16,
220:3, 224:8
directions
157:5
directly
158:7, 168:9,
206:13
disagreeing
174:20, 174:25
disambiguate
119:2
discerning
196:16
disclosure
46:12
disclosures
46:11, 64:25
discourse
26:23, 28:24,
29:5, 50:15,
50:17, 50:21,
50:22
discrepancy
189:10
discuss
48:4, 66:14,
83:9, 96:2,
107:22, 156:11,
176:20, 187:7,
217:4
discussed
194:21

discussing
183:24
discussion
20:20, 26:18,
26:20, 31:3,
31:17, 31:19,
33:16, 33:23,
53:10, 53:13,
53:15, 55:15,
100:19
discussion's
53:5
discussions
8:9
disney
4:11
displaying
173:13
dispute
87:23
disputing
90:3, 90:5,
190:12
disregard
102:4
dissing
54:20
distances
134:1, 134:4,
134:10, 134:14,
154:16, 172:10,
172:11
distinct
88:7
distinguish
49:20, 144:22,
222:23
distort
80:19
distortion
105:5
distorts
93:12
district
1:1, 1:2
disturbing
96:9
division
1:3

doctoral
35:4
document
7:12, 64:19
documents
76:15
dog
116:3
dogs
116:4
doing
37:9, 67:1,
85:24, 87:1,
92:23, 94:18,
119:18, 126:25,
130:14, 131:1,
131:2, 132:22,
140:18, 140:19,
140:25, 142:25,
145:20, 148:12,
160:18, 161:7,
184:25, 186:12,
186:16, 197:1,
208:23
domain
50:3, 50:12,
91:11
done
24:23, 63:16,
72:19, 85:23,
86:7, 86:21,
96:15, 108:5,
124:14, 130:6,
142:9, 162:23,
172:18, 177:3,
191:23, 206:21,
213:12, 217:20,
220:14
double
142:6
doubt
81:7, 84:18,
93:25, 161:22,
196:12
down
32:25, 48:8,
50:3, 50:10,
62:18, 123:6,

137:7, 137:11,
141:17, 152:13,
152:21, 154:24,
158:2, 158:9,
179:5, 192:25,
204:8, 206:15,
207:24, 217:15,
219:7
draft
121:8
drafting
121:15
draw
23:7, 23:16,
25:25, 43:8,
145:23, 148:2,
148:6
drawn
28:25
dressed
122:19, 124:23,
131:24, 146:22
dritz
62:18
drive
4:7, 5:6, 6:14
drives
197:13
drum
96:7, 96:8,
143:22, 145:22,
146:24, 148:5,
185:12
drummed
181:21
drumming
146:24, 156:22,
182:2, 182:3
drums
129:7
due
14:9, 52:6
duly
11:15
dumpty
115:7
during
85:4, 123:3,

124:9, 129:19,
218:16
dynamic
50:4, 50:15,
51:1, 51:5,
51:19

**E**

each
8:17, 17:24,
29:6, 75:20,
75:21, 89:15,
89:17, 96:19,
96:20, 96:21,
97:14, 98:9,
106:3, 111:2,
112:22, 142:22,
208:22
earlier
48:11, 51:24,
85:2, 114:14,
116:9, 122:21,
142:19, 157:4,
162:18, 162:24,
170:2, 171:24,
172:8, 176:21,
180:2, 188:21,
194:22, 197:25,
221:15
early
25:10, 52:24,
100:11, 132:25
easier
112:11, 112:14,
172:14, 211:24,
222:22
east
157:9, 157:11,
158:2, 168:5
eastern
1:2
easy
112:16, 113:4,
173:25
edge
156:21, 167:23
edition
74:5

education
15:17
edward
21:8
effect
118:2, 188:25
eight
67:16, 100:7
either
45:13, 72:7,
82:18, 100:5,
100:11, 100:24,
107:12, 131:1
elicit
26:4
eligible
41:25
ellipses
27:2, 29:13
ellipsis
20:15
else
25:4, 26:14,
27:4, 53:2,
65:20, 66:15,
96:24, 128:14,
184:6, 187:17,
197:8, 199:8,
199:16, 207:20,
215:2, 223:10
else's
81:12, 85:12,
86:24, 92:11,
93:23
em
113:9
email
62:18, 65:21
embedded
71:9, 72:5
emerita
41:21
emotional
56:9, 78:3
emphasis
30:5, 30:23,
31:16
emphasize
30:15, 177:25

empirical
19:19, 52:10
employed
224:10
employment
34:24, 43:15
empty
205:17
enabled
8:13
encode
26:21, 37:7
encounter
66:7, 79:5,
85:4, 98:3,
98:8, 98:9,
98:11, 106:5,
106:24, 139:6,
139:12, 166:17,
176:2
encourage
146:7
end
66:13, 68:2,
126:10, 135:2,
166:9, 206:16,
223:16
endeavored
79:5, 83:22,
88:21
endeavoring
83:18
ended
63:8
ends
197:24, 199:12
enforcement
38:14
engaged
56:17, 125:24,
126:7, 185:10
engagement
185:13, 221:17,
222:13
england
60:22
english
16:4, 18:13,

23:19, 24:1,
24:8, 24:11,
25:9, 26:6,
32:20, 32:22,
48:9, 48:14,
49:18, 52:21,
52:22, 65:9,
74:2, 95:7,
103:12, 103:15,
106:2, 106:8,
106:9, 106:12,
106:14, 106:16,
108:13, 108:19,
109:16, 111:23,
112:9, 113:23,
143:15, 143:18,
145:5, 184:4,
184:11, 191:4,
195:13, 201:6,
216:11
enormous
23:5
enough
13:20, 60:4,
102:19, 102:22,
103:16, 110:17,
195:1
entailments
26:9
entered
147:23
enthusiastically
137:10
entire
133:13, 218:13
entirely
72:18
entitled
7:12, 50:12,
186:23
entourage
148:8, 148:9,
148:14, 148:15
entries
195:16, 196:13
entry
71:13
errors
110:11

escape
201:25
especially
37:23, 75:24,
87:18, 123:5,
142:1, 142:13,
144:23, 170:23
esquire
4:4, 4:5, 4:13,
4:21, 5:4, 5:13,
5:14, 5:22, 6:4,
6:12
essays
21:14
essentially
22:7, 33:1,
47:1, 116:11,
120:3
establish
49:11
estimate
129:22, 130:9,
132:10
et
1:36, 2:10,
2:32, 9:1, 9:6,
9:9, 9:10, 9:13,
9:20
etcetera
20:7, 27:3,
37:25, 45:4,
59:2, 109:6
ethnic
56:3, 123:11,
124:20, 124:21,
124:22
europe
99:2, 139:10,
180:22
evade
212:24
even
41:7, 42:5,
43:9, 43:23,
59:14, 82:14,
107:19, 111:18,
118:22, 133:13,
154:24, 181:12,

206:11
**event**
80:9, 80:14,
80:15, 81:21,
82:6, 122:11,
127:4, 137:16,
139:9, 139:24,
140:4, 141:4,
141:10, 151:25
**events**
46:1, 48:1,
48:6, 78:15,
139:23, 140:23,
161:14
**ever**
56:15, 56:20,
57:8, 57:11,
58:10, 58:14,
58:19, 58:23,
60:2, 88:3,
93:23, 110:12,
136:5
**every**
37:25, 45:2,
60:21, 144:25,
204:3, 218:15
**everybody**
11:8, 60:21,
113:24, 197:12,
197:23
**everyday**
43:25, 111:12
**everyone**
8:3, 111:18,
120:11, 173:21
**everything**
17:20, 101:18,
187:16, 197:13
**evidence**
18:12, 21:24,
23:7, 27:6,
52:10, 76:7,
78:16, 79:8,
79:20, 80:3,
82:25, 83:19,
87:19, 90:16,
95:3, 95:4,
101:25, 102:2,

119:24, 176:22,
193:21, 213:3,
213:17, 217:6,
217:13, 217:15,
218:6
**evident**
88:25, 97:15,
99:8, 122:18,
207:25, 208:5,
208:8, 208:11,
208:17, 209:4,
209:14, 215:5
**evidently**
209:23
**exact**
221:22, 221:25
**exactly**
54:7, 58:1,
66:25, 72:3,
97:9, 100:8,
100:13, 129:15,
132:24, 135:23,
172:3, 173:25,
189:3
**examination**
7:3
**examine**
193:9
**examining**
63:17
**example**
19:24, 25:22,
29:12, 30:7,
30:8, 30:13,
37:11, 39:12,
43:9, 51:7,
52:4, 71:13,
77:13, 77:25,
81:3, 104:24,
110:12, 116:1,
116:4, 117:11,
118:17, 123:21,
153:17, 188:16,
198:3, 216:19
**examples**
51:4
**excellent**
25:8

**except**
77:16, 90:13,
95:4, 101:18,
209:5, 218:17
**exchange**
124:4, 124:9,
126:7, 126:9,
126:14
**exchanged**
123:22
**excluded**
58:10, 58:12,
58:14
**excluding**
106:12, 106:13
**excuse**
58:4
**exhibit**
7:7, 7:9, 7:12,
46:5, 46:6,
46:9, 46:11,
149:5, 150:12,
158:18, 158:21,
158:24, 170:11,
179:17, 210:11,
212:7, 214:5,
214:6, 214:9,
222:20, 222:21,
222:22, 222:24
**exhibits**
150:11, 158:16,
222:23
**exists**
14:15
**exit**
176:13, 177:21,
192:9, 192:10,
200:18
**expect**
118:9
**expected**
119:3, 170:25
**expensive**
16:21
**experience**
84:16, 87:22,
91:2, 111:13,
137:25, 138:22,

144:5, 144:7,
144:9, 207:8
**experienced**
92:17
**experiences**
84:23, 85:1,
85:2, 85:12,
86:2, 86:3,
86:16, 86:17,
86:25, 87:9,
92:9
**expert**
7:9, 18:16,
46:4, 56:17,
57:6, 57:12,
57:16, 57:18,
57:21, 58:4,
58:11, 58:20,
59:12, 59:21,
62:22, 63:21,
63:23, 63:25,
66:9, 82:22,
85:16, 86:23,
88:5, 88:10,
103:2, 105:21,
206:18, 206:21,
206:24, 207:13,
209:2, 209:3
**expertise**
18:4, 18:10,
19:10, 45:22,
45:25, 51:23,
63:23, 79:15,
79:16, 82:23,
84:19, 88:5,
91:8, 91:11,
91:12, 92:3,
92:5, 92:16,
93:25, 94:21,
96:4, 134:11,
134:20, 138:4,
138:6, 139:22,
143:11, 144:6,
153:22, 153:25,
161:21, 199:12,
207:8, 207:12,
207:19, 208:25,
209:1

| | | | |
|---|---|---|---|
| **experts** | 155:19, 165:15, | 198:8, 199:5 | **feeling** |
| 52:20 | 165:24, 167:15, | **faculty** | 99:3, 153:16 |
| **expires** | 168:9, 168:24, | 43:8 | **feet** |
| 224:18 | 215:18 | **fair** | 133:23, 154:19, |
| **explain** | **face-to-face** | 60:4, 87:11, | 154:22, 154:25, |
| 32:10, 37:15, | 95:18, 96:6, | 102:19, 102:22, | 172:6, 172:16, |
| 44:4, 79:1, | 179:12 | 114:24, 196:2, | 172:20, 172:23, |
| 115:3, 197:22 | **facebook** | 212:22 | 172:24, 174:6, |
| **explanation** | 45:15 | **fall** | 217:13 |
| 32:19, 54:2, | **faced** | 84:19, 103:25 | **felicitous** |
| 197:21 | 137:8, 155:18 | **false** | 32:23 |
| **explanations** | **faces** | 29:17, 30:2, | **felicity** |
| 187:1, 188:13 | 157:6, 157:8, | 31:23, 33:22, | 31:20 |
| **exploring** | 157:9, 157:11, | 33:25, 55:20, | **fellow** |
| 26:4, 26:7 | 168:2, 169:3 | 78:2, 104:21, | 137:19, 151:2, |
| **expressed** | **facial** | 105:7, 106:3, | 151:3, 151:4, |
| 89:15, 89:18, | 92:6, 92:12 | 106:18, 106:22, | 151:6, 171:22, |
| 90:10, 90:21, | **facilities** | 120:5, 166:24, | 180:5 |
| 105:15, 105:19 | 59:3 | 188:24, 189:20, | **fellowship** |
| **expressing** | **facing** | 198:9, 199:18 | 35:2, 35:4 |
| 86:1, 87:8, | 133:24, 157:3, | **falsehood** | **felt** |
| 141:20 | 157:20, 157:21, | 187:2 | 140:13, 150:5, |
| **expression** | 167:7, 167:13, | **familiar** | 176:1, 176:5, |
| 38:22, 89:22, | 168:5, 208:14, | 60:20, 144:12, | 202:6, 203:9, |
| 107:8, 109:17, | 208:16 | 161:9, 163:11 | 203:15 |
| 164:12 | **fact** | **family** | **ferocious** |
| **expressions** | 34:5, 58:24, | 12:2 | 52:22 |
| 18:13, 26:25, | 82:13, 95:15, | **famous** | **few** |
| 27:1, 29:10, | 118:23, 176:18, | 16:17, 52:6, | 63:10, 172:3, |
| 37:24, 41:14, | 187:14, 198:10, | 54:16 | 172:7, 217:4 |
| 41:19, 92:7, | 202:13, 220:4 | **far** | **field** |
| 92:12, 114:13, | **factor** | 83:14, 99:4, | 17:14, 17:18, |
| 114:16, 115:5 | 31:5, 31:19, | 100:1, 104:7, | 28:21, 51:25, |
| **extensive** | 202:11 | 104:24, 123:5, | 52:16, 54:16 |
| 43:22 | **factors** | 154:13, 155:2, | **fields** |
| **external** | 20:1, 20:14, | 206:12, 210:6, | 36:21, 36:23, |
| 34:6 | 26:22, 26:24, | 215:10, 218:2, | 38:14 |
| **extremely** | 197:2, 197:20, | 218:4, 218:7, | **fight** |
| 96:6 | 197:25 | 218:10, 218:21 | 185:10 |
| **eyes** | **facts** | **fascinating** | **figurative** |
| 80:25, 87:18, | 78:19, 80:10, | 60:16, 109:24, | 200:16, 200:24, |
| 96:8, 199:16, | 83:10, 88:25, | 110:22 | 201:2, 201:8 |
| 205:20, 205:22, | 121:1, 121:3, | **fashion** | **film** |
| 206:2, 206:13 | 121:9, 121:15, | 186:12 | 134:9, 152:4 |
| **F** | 121:18, 121:20, | **faster** | **filmed** |
| **face** | 149:23, 149:25, | 76:18 | 134:23 |
| 96:7, 154:9, | 150:6, 187:21, | **feel** | **filming** |
| | 188:19, 195:7, | 216:6 | 135:17, 146:8 |

filter
86:3, 86:25
final
73:18
finally
137:6
financial
224:11
find
23:12, 23:16,
23:19, 24:7,
25:18, 81:5,
157:14, 159:4,
189:14
finding
21:11, 157:15
fine
12:11, 13:1,
24:2, 62:11,
178:1, 179:22,
205:1, 215:3
finish
28:1, 30:12,
30:20, 72:25,
82:14, 96:12,
112:19, 128:24,
192:10, 192:14,
194:12, 202:16
finished
25:5
firm
186:25, 187:5
first
28:2, 35:7,
38:17, 48:8,
49:2, 49:7,
60:6, 64:23,
65:14, 76:24,
100:17, 101:10,
117:14, 118:14,
121:7, 121:17,
125:5, 129:11,
130:12, 131:18,
154:12, 155:4,
157:25, 159:22,
179:10, 180:12,
193:11, 193:16,
196:10, 197:7,

198:17, 210:25,
217:8, 221:19,
223:4
fists
141:18
fit
116:18
fits
111:8
five
13:10, 125:15,
142:5, 142:15,
172:19, 175:23,
220:18
five-minute
74:12
fix
202:7, 203:9
flat
123:7, 154:3,
158:9, 158:11
flip
200:10
floor
5:25, 6:6
flying
122:4
focus
38:11, 139:9
focused
39:25, 40:6,
52:2, 121:24,
152:23
focuses
40:20
focusing
135:10, 147:2,
147:4
folks
196:7
follow
146:13
followed
46:11, 76:3,
148:12, 187:2
following
15:21, 68:18,
70:13, 75:6,

104:21, 146:6,
148:19, 157:25
follows
11:16, 182:10
foot
204:7
force
187:19
ford
6:12, 10:6,
10:7, 10:9
foregoing
224:3, 224:4
foreign
49:17
foremost
52:20
form
22:14, 22:16,
44:8, 46:22,
79:5, 80:1,
116:21
formal
18:17, 19:13,
37:5, 53:16,
63:8, 76:25,
100:14, 100:22,
101:14, 108:11
formally
28:22
forming
82:8, 83:2,
129:7, 188:13
forth
101:13, 146:23
forward
156:8
foul
28:6
found
23:8, 192:18
four
73:16, 173:24,
222:7, 222:10
frame
130:13, 130:14
frame-by-frame
76:18

frames
131:23
francescani
71:15
frega
52:24
french
16:4, 48:10,
48:14, 48:16,
48:20, 48:22,
49:16, 103:12
friend
186:11
friendly
95:24, 96:1,
96:11, 96:25,
97:17, 98:12
friends
45:15
front
69:19, 80:21,
81:6, 81:7,
81:8, 81:14,
87:18, 125:17,
137:7, 154:13,
154:17, 154:25,
155:1, 156:21,
157:2, 158:3,
158:4, 158:5,
166:5, 166:12,
166:21, 167:23,
168:6, 182:6,
187:14, 187:16,
199:15, 204:6,
204:14, 205:19
frost
5:15, 10:15,
10:17
ft
4:8, 6:15, 57:4
full
21:18, 21:19,
179:10, 195:14
fun
164:10
function
20:1, 27:7,
33:17, 33:22,

87:22

**funny**
54:23

**further**
50:10, 73:10,
150:24, 151:11,
176:18, 203:22,
223:9

**G**

**games**
44:21, 161:11,
161:14

**gannett**
2:20, 5:20,
5:21, 6:1, 6:2,
9:20, 10:21,
10:22, 11:1

**gates**
21:8

**gather**
25:12, 132:3

**gave**
30:7, 62:23,
63:11, 67:10,
67:11, 76:24,
101:8, 198:3

**gaze**
152:24, 168:8

**general**
72:6, 115:22

**generally**
36:22, 75:22,
196:8

**generate**
25:17

**generative**
23:4, 25:15

**gesture**
161:13, 167:25,
184:24, 185:1,
186:18

**getting**
27:9, 78:5,
177:1

**give**
23:24, 29:12,
30:22, 38:18,

43:4, 51:4,
51:7, 51:8,
53:17, 54:2,
63:21, 64:1,
66:9, 105:22,
117:11, 119:17,
129:22, 130:9,
197:21, 215:20,
216:23

**given**
22:5, 33:10,
33:25, 36:2,
38:21, 44:16,
54:10, 58:19,
69:9, 78:10,
78:11, 94:24,
95:2, 98:24,
101:12, 101:20,
105:5, 115:16,
116:12, 116:20,
121:20, 133:15,
134:4, 146:15,
146:17, 149:18,
196:13, 199:17,
216:10, 222:23,
224:5

**gives**
190:25

**giving**
63:22, 151:16,
170:3

**glory**
43:5

**go**
10:7, 10:8,
13:21, 14:11,
23:14, 34:23,
43:11, 45:18,
46:3, 46:25,
53:6, 64:21,
64:23, 71:6,
73:4, 73:10,
85:6, 86:9,
93:8, 93:18,
94:6, 94:16,
99:1, 99:16,
105:8, 105:23,
107:4, 108:17,

120:8, 132:14,
141:22, 150:24,
152:12, 152:14,
158:4, 158:11,
158:13, 163:17,
166:8, 166:16,
166:17, 167:1,
167:17, 170:4,
171:5, 174:8,
178:22, 180:2,
180:21, 181:25,
182:17, 183:11,
189:16, 190:6,
192:5, 192:12,
192:16, 194:4,
196:20, 203:23,
205:5, 208:1,
215:3, 215:19,
217:15

**go'd**
110:16

**goal**
77:19

**god**
186:15

**goellner**
5:14, 10:16

**goes**
53:8, 68:19,
108:14, 166:22,
168:9, 169:2

**going**
11:23, 33:11,
38:13, 46:5,
49:14, 52:23,
65:4, 74:11,
74:16, 74:19,
74:23, 75:20,
75:21, 77:12,
105:4, 114:1,
120:13, 120:16,
132:4, 135:15,
136:10, 140:11,
148:3, 157:4,
158:5, 163:13,
166:18, 167:4,
167:8, 168:1,
171:21, 172:4,

176:18, 178:5,
178:8, 179:2,
185:6, 190:16,
191:8, 191:24,
192:14, 192:16,
192:17, 193:16,
193:24, 194:4,
209:15, 209:22,
210:11, 220:21,
220:24, 222:20,
223:17

**gone**
43:15, 43:23,
173:22

**good**
10:6, 10:14,
10:18, 11:7,
13:21, 54:6,
61:10, 103:16,
116:17, 132:13,
134:10, 154:16,
172:20, 206:11

**google**
26:19

**gosh**
221:11

**grab**
75:20

**graduate**
15:2, 15:4,
15:13, 15:17,
16:21, 35:2,
35:20, 35:23,
41:25, 43:12,
49:3, 55:9

**graduated**
15:3

**grammar**
18:2, 18:8,
23:4, 25:15,
25:16, 25:19,
107:13, 107:19,
111:3, 119:14

**grammarians**
23:15

**grammars**
17:21, 25:7,
25:8, 119:14

grammatical
25:17, 26:5,
36:3, 110:19
grandfather
14:16
grandmother
12:3, 12:4
grandpa
183:25, 184:5,
184:22, 185:3
grandview
4:7
grateful
186:17
gray
175:20
graydon
6:13
great
12:3, 12:4,
13:2, 14:4,
14:15, 186:15
greenbaum
4:22
greenberg
6:5, 10:24
grew
14:4, 138:1,
138:8
grin
164:5, 164:6,
164:7, 164:8
grinning
164:2, 165:11,
165:14, 170:1
ground
155:6, 155:12,
158:10, 158:11,
167:25
group
55:1, 55:5,
55:7, 55:8,
55:23, 56:2,
56:3, 56:6,
104:1, 115:10,
122:1, 122:17,
123:2, 123:21,
127:3, 127:17,

128:2, 128:7,
128:9, 128:14,
130:25, 131:3,
131:13, 131:14,
131:23, 132:21,
133:12, 141:15,
142:1, 142:13,
142:15, 142:24,
143:1, 145:15,
145:18, 146:5,
146:11, 146:13,
146:17, 146:21,
147:3, 147:4,
147:13, 151:13,
154:18, 154:20,
155:11, 155:15,
157:24, 166:11,
171:20, 172:5,
174:4, 174:6,
180:5, 180:7,
180:8, 181:20,
181:23, 181:24,
182:9, 182:10,
182:20, 183:5,
184:6, 184:18,
185:11, 192:13,
192:24
groups
97:11, 122:10,
122:13, 123:17,
142:21, 158:3,
182:6
grow
13:15, 84:22
growing
139:8
grunting
141:18
grygiel
6:4, 10:24
guardian
45:16
guardians
1:8, 1:18,
1:31, 2:5, 2:15,
2:27
guess
96:12, 146:7,

155:1, 209:5
guessed
134:10
guy
81:4, 114:1,
114:3, 151:5,
162:6, 162:11,
162:14, 162:15,
180:4, 183:23,
183:24, 190:16,
193:25
guy's
54:14, 140:6

## H

hair
174:6, 180:13
haitian
16:3, 48:9,
48:14, 48:16,
48:20, 48:22,
49:14
half
53:8
hand
115:7, 224:14
hands
170:17, 170:25,
171:2, 183:25,
198:13
hang
167:6
hanging
123:2
happened
67:8, 72:8,
76:7, 78:19,
78:23, 81:14,
83:20, 89:16,
89:19, 95:16,
131:24, 194:1
happening
80:18, 87:17,
92:21, 156:19,
212:21, 213:18
happy
120:11, 186:18
hard
110:16, 134:8,

197:22
hardest
63:24
hat
99:5, 114:2,
114:3, 151:3,
162:6, 165:11,
173:19, 175:1,
175:9, 175:12,
180:11, 180:15,
183:23, 190:17,
194:1
haute
13:14, 14:1,
14:7, 14:8,
14:12
head
6:13, 12:23
healthcare
59:3
hear
13:17, 14:1,
49:13, 59:13,
61:10, 125:12,
136:5, 136:17,
178:25, 185:18,
186:4, 205:1,
210:20, 210:23,
210:24, 211:12,
211:20, 212:13,
212:16, 214:15,
214:23, 214:25
heard
87:19, 117:16,
157:25, 188:9,
211:24, 212:17
hearing
55:25, 59:4
hebrew
77:13, 122:23,
123:14, 123:23,
124:3, 124:5,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
133:19, 133:23,
134:23, 135:10,

136:6, 136:14,
136:18, 136:23,
139:14, 139:17,
140:19, 141:16,
141:20, 147:1,
148:4, 152:17,
152:22, 153:4,
157:2, 157:20,
182:7
**heckling**
123:22
**hedge**
115:2
**held**
43:19, 141:18,
171:25
**hello**
13:17
**help**
8:13, 29:1
**helpful**
37:10, 54:22
**hemmer**
4:6, 57:2, 57:8
**hence**
28:24, 31:23,
84:3, 140:20
**here**
8:20, 8:24,
9:19, 11:5,
11:8, 12:8,
13:4, 13:9,
13:21, 16:14,
18:7, 26:6,
39:6, 39:11,
39:18, 41:15,
42:24, 43:24,
46:4, 47:20,
49:8, 57:25,
58:2, 59:1,
62:13, 62:17,
63:4, 64:6,
64:22, 68:17,
68:24, 69:2,
69:11, 69:17,
70:23, 71:14,
72:10, 72:11,
73:2, 73:11,

80:8, 83:20,
85:23, 86:23,
91:10, 92:4,
93:14, 95:4,
104:3, 104:20,
105:16, 105:20,
119:14, 120:11,
121:3, 122:9,
123:9, 125:14,
127:12, 127:15,
128:11, 128:13,
129:5, 130:15,
136:25, 137:16,
157:14, 169:1,
170:11, 171:6,
171:19, 174:1,
176:10, 180:1,
180:19, 181:4,
188:3, 191:16,
197:1, 207:24,
215:4, 217:5,
221:22
**hereby**
224:3
**hereunto**
224:13
**heritage**
74:5, 195:17,
195:25, 201:14
**hernandez**
6:18, 9:25
**high**
14:11, 14:13,
14:14, 14:17,
83:11, 99:1,
102:2, 171:25
**high-level**
37:13
**highbrow**
103:8
**higher**
172:7, 175:21
**higher-up**
174:23
**himself**
81:6, 81:8,
153:1, 177:10,
192:18, 219:18,

220:1, 220:10
**hired**
41:6, 41:7,
41:9
**historical**
18:8, 18:24,
74:3
**historically**
18:10
**history**
17:21, 34:24,
42:21, 43:16,
64:17, 96:3,
97:3, 97:4, 97:7
**hit**
174:8
**hits**
198:5
**hobby**
16:21
**hold**
30:12, 42:7,
174:24, 206:20
**holding**
151:15, 151:19,
152:8, 163:5
**home**
76:11
**honored**
42:3
**honorific**
184:23
**hoot**
185:1
**horrible**
172:11
**hostile**
143:4
**hostility**
136:14, 141:20
**hour**
74:11, 221:7
**hours**
77:2, 77:4,
221:9, 222:8,
222:10
**houses**
172:19

**however**
218:18
**huber**
4:5, 10:12
**huge**
21:19
**human**
25:23, 36:22,
42:19, 49:21,
49:23, 52:10,
206:9, 206:19,
207:5, 208:22,
209:2
**humpty**
115:7
**hungry**
20:17
**hutchinson**
71:15
**hypothesis**
53:25, 54:4
**hypothetically**
197:3, 208:12

I
**idea**
85:7, 94:8,
132:21, 146:13,
163:15, 182:22,
184:17, 205:15
**idealized**
111:3, 111:4
**identification**
46:7, 222:25
**identified**
124:24, 128:8,
128:9
**identifies**
99:5
**identify**
8:13, 8:16,
10:4, 163:10
**idioms**
116:2
**ignore**
101:18
**ignored**
126:12

ignoring
152:16, 152:18
iii
105:9
illinois
5:7, 14:9
image
179:19, 180:15
imagine
141:23
immediate
77:17
immediately
76:3, 122:2,
137:22, 173:20,
174:3, 175:11,
175:12, 205:7
impact
30:14, 33:2,
44:1, 92:10
impacted
97:24
impasse
114:6, 114:7,
190:18, 192:18,
193:7, 193:10,
194:5, 194:6,
194:8, 194:24,
196:9, 200:3,
200:7, 200:14,
200:22, 200:24,
201:4, 201:7,
201:11, 201:15,
201:20, 202:1,
202:2, 202:5,
202:10, 202:12,
202:21, 202:22,
202:25, 204:18
impasse"
115:17, 193:2
impeding
205:9
implicate
151:17
implications
56:9, 65:11
imply
200:15, 203:2

implying
153:3
important
29:7, 43:18,
55:10, 58:9,
80:1, 116:1,
153:20, 190:1,
202:11, 202:22,
212:25, 213:4,
213:18
impressed
44:8
impression
134:2, 134:4,
137:17, 137:21,
140:3
improves
53:23
in-crowd
56:5
in-person
2:36, 3:2,
67:18
in-utterances
32:24
inaccuracies
187:11, 189:8
inadequate
52:13
inadmissible
58:24, 59:11,
59:19, 59:25,
60:3
inanimate
117:24
inc
1:36, 2:10,
2:20, 4:10,
4:11, 4:18,
4:19, 5:1, 5:2,
5:20, 6:1, 9:6,
9:20, 10:22
incendiary
125:23, 125:25,
136:2
inch
204:12
inches
187:14, 187:16

incident
70:22, 82:12,
83:6, 83:10,
121:4, 218:3,
218:14
incidents
218:17
inclined
103:2
include
27:2, 41:15,
49:7, 195:19
included
69:16, 152:10,
185:11
includes
51:12
including
37:18, 146:8,
167:22, 174:11
inclusive
184:5
incorporated
9:10
incorrect
87:20, 159:8,
159:11, 159:12,
165:4, 176:13,
177:21
independent
37:9
indexi
41:13
indexical
54:17
indexicality
41:11, 41:12,
52:5, 52:6,
54:15
indexicals
41:13
indian
144:13
indiana
4:24, 13:14,
14:1, 14:7,
14:9, 14:19,
14:23, 15:7,

15:11, 15:23,
49:3
indianapolis
4:24
indicate
132:21, 171:1,
221:6
indicated
63:4
indicates
65:3
indication
208:1, 208:5,
208:11, 208:18,
209:15, 213:21
indications
209:4
indicative
95:21
indigenous
127:5, 130:10,
133:11, 146:16,
146:20, 161:17,
180:14
individuals
88:23, 89:7,
96:20, 115:7
infelicitous
44:12
infer
94:12
inferring
94:18
influence
59:16, 92:12
influenced
84:17
influences
26:16, 28:15,
119:16
influential
53:6, 54:15
informal
62:23, 79:14,
100:19, 101:11
informally
100:20, 101:8,
108:5

| | | | |
|---|---|---|---|
| **information** 2:21, 5:21, 6:2, 10:22, 11:1, 19:15, 20:24, 25:12, 28:23, 28:25, 34:10, 34:13, 34:15, 35:6, 38:18, 38:20, 51:12, 51:22, 62:23, 64:17, 73:6, 108:18 **informs** 166:23 **initial** 27:10, 66:6, 76:25, 79:14 **initially** 65:21, 65:25, 67:9, 154:17, 221:16 **insane** 103:24, 104:18 **insofar** 78:20, 90:13 **instead** 16:16, 16:20, 107:16, 110:15 **institutions** 35:7 **insult** 125:23, 126:16 **insulting** 126:7, 126:18, 135:20, 136:17, 136:18, 136:23 **insurance** 60:17 **intelligence** 111:19 **intend** 28:6, 91:17, 105:14, 143:2 **intended** 84:4, 84:8, 89:22, 91:23, 109:9, 118:6, 118:8, 148:18, | 192:8, 192:9, 192:12, 197:5 **intending** 84:3, 118:16 **intent** 63:18, 84:17, 86:15, 86:25, 87:19, 90:1, 90:10, 90:13, 90:22, 91:1, 91:4, 91:13, 91:14, 92:5, 92:14, 93:23, 93:24, 94:3, 94:8, 95:4, 95:5, 107:1, 119:1, 126:16, 177:14, 177:15 **intention** 94:13, 95:9, 95:10, 118:3, 118:13, 153:1, 170:6, 177:9, 208:8 **intentionally** 192:20, 214:2 **intentions** 81:25, 88:24, 94:18, 96:3, 105:1, 166:15, 208:21, 220:4 **inter** 215:11 **inter-disciplina-ry** 35:9 **interact** 26:11, 38:3 **interacted** 122:10, 123:14, 126:4 **interacting** 123:1, 124:7 **interaction** 34:20, 76:1, 76:9, 81:10, 95:24, 96:18, 97:17, 99:9, | 114:5, 121:24, 123:3, 127:18, 128:3, 128:15, 128:17, 129:3, 135:14, 142:20, 148:3 **interactive** 4:11, 4:19, 5:2 **interdisciplinary** 42:18, 42:22 **interest** 38:4, 70:22, 113:16, 224:11 **interested** 16:9, 16:15, 16:16, 16:18, 16:22, 16:24, 17:23, 19:3, 37:17, 37:24, 38:13, 42:20, 52:18, 55:10, 80:24, 88:6, 100:18, 101:3, 135:13, 188:22, 215:7 **interesting** 32:12, 39:15, 45:17, 59:5 **interests** 81:13, 142:21 **interface** 25:24 **interjection** 12:12, 13:16 **interlocutor** 55:25, 119:3 **interlocutors** 28:23, 29:3, 29:5, 34:9, 34:11, 50:23 **interpret** 44:2, 63:18, 64:13, 80:18, 81:24, 87:13, 142:25, 211:19 **interpretation** 21:24, 26:16, 28:15, 50:15, | 50:20, 50:25, 51:1, 51:3, 51:22, 60:11, 62:18, 62:24, 63:12, 64:10, 81:12, 81:15, 84:10, 104:25, 119:16, 155:21, 155:24, 168:11, 168:12, 169:6, 170:8, 184:9, 215:14 **interpreting** 34:17, 63:15 **interrupt** 171:24 **interruptions** 8:19 **interview** 82:17, 83:4 **interviews** 79:3 **intransitive** 216:19 **introduce** 31:6, 31:9, 31:13 **introduced** 29:16, 29:18, 29:20, 29:21, 29:23, 30:1, 30:3, 31:7, 31:10, 31:13, 32:9, 33:12 **investigative** 73:18 **investigator** 101:13 **invitation** 42:10 **invited** 42:25 **involved** 88:23, 89:8, 97:25 **involving** 66:3 **irrationality** 103:18 |

**israelites**
77:13, 122:23,
123:14, 123:23,
124:4, 124:6,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
133:19, 133:23,
134:24, 135:10,
136:7, 136:14,
136:19, 136:23,
139:14, 139:18,
140:19, 141:16,
141:21, 147:2,
148:4, 152:17,
152:22, 153:4,
157:3, 157:20,
182:7
**issue**
40:19, 44:3,
62:19, 64:20,
88:7, 114:9,
184:8, 187:23,
187:24, 193:23,
213:10, 214:1,
216:14
**issued**
59:23
**issues**
13:22, 17:2,
17:20, 97:14
**itself**
19:21, 80:12,
220:6, 221:4
**iv**
68:15, 75:8

**J**

**january**
42:12, 69:19,
121:4
**jessica**
4:21
**jessie**
11:9
**job**
1:40, 151:21

**john**
20:4, 20:5,
20:19, 24:12,
29:15, 29:17,
29:20, 29:23,
30:1, 30:3,
31:7, 31:8,
31:9, 31:10,
31:12, 31:13,
32:9, 33:12,
39:16
**john's**
20:6
**johnson**
5:23, 10:21
**jointly**
145:3
**joke**
54:13
**joking**
212:23
**judge**
58:12, 59:12,
113:5, 133:25,
134:4, 172:9,
172:11, 173:25
**judges**
39:14
**judging**
179:13
**judgment**
188:8
**judgments**
23:24, 26:2,
26:9
**julie**
1:9, 1:19,
1:32, 2:6, 2:16,
2:28
**jump**
159:13, 179:18,
185:19
**jumping**
137:11, 141:17
**junior**
16:13
**justin**
71:24

**K**

**kaplan**
5:23, 10:20
**keep**
66:16, 112:8,
209:15, 222:1
**keeping**
187:21, 189:5
**kentucky**
1:2, 4:8, 5:26,
6:15, 59:8,
62:16
**kept**
57:24, 188:13
**kevin**
5:13, 10:14
**key**
203:7
**kind**
20:23, 25:24,
25:25, 26:2,
33:15, 44:19,
50:8, 50:24,
103:19, 125:13,
137:20, 180:13,
186:17, 207:8
**kinds**
19:14, 26:21,
26:23, 27:10,
27:13, 27:14,
40:8, 50:19,
97:12, 97:13,
110:11, 123:15,
124:7
**knew**
42:24, 59:6,
97:19, 100:17,
101:2, 132:1,
137:19, 183:4,
205:12, 205:13
**knowing**
79:15, 190:9
**knowledge**
18:8, 119:13,
119:15, 193:6
**known**
26:17, 161:7,

183:6, 183:8,
186:14, 205:7,
205:16
**knows**
98:21, 113:24,
181:14, 182:22
**krishnan**
4:13, 10:18,
10:19

**L**

**lack**
171:1
**landscape**
133:17
**language**
17:18, 18:8,
21:21, 23:7,
23:9, 23:10,
25:18, 25:22,
26:5, 29:10,
35:6, 35:11,
36:2, 36:4,
36:15, 36:22,
36:25, 37:9,
37:18, 37:19,
37:21, 38:7,
38:25, 39:14,
39:21, 40:1,
40:5, 42:20,
49:17, 49:22,
49:23, 50:5,
50:6, 50:9,
50:21, 50:25,
52:22, 55:16,
63:17, 63:25,
64:14, 64:19,
74:6, 78:11,
91:16, 91:25,
92:6, 92:12,
103:3, 106:16,
107:9, 108:14,
109:16, 109:21,
109:23, 110:3,
110:7, 110:20,
110:22, 111:4,
115:20, 116:25,
125:23, 125:25,

135:20, 135:21,
143:15, 143:18,
143:23, 144:1,
144:12, 144:25,
145:8, 145:9,
168:16, 188:24,
197:13
**languages**
17:21, 17:22,
18:10, 18:13,
37:7, 48:18,
49:20, 50:7,
50:8, 50:9,
52:10, 52:11,
108:15, 108:16,
108:20
**large**
17:18, 53:6,
53:7, 76:14,
127:3, 129:7,
129:17, 141:15,
142:14, 154:20
**larger**
132:19, 154:18
**larry**
39:13, 39:14
**last**
79:1, 83:24,
84:1, 100:24,
133:22, 137:5,
171:6, 181:25,
190:14, 190:20,
193:19, 219:11,
219:14, 221:3,
221:21
**late**
25:10, 52:24,
67:14, 100:5,
100:11
**later**
67:14, 75:12,
78:25, 131:10,
154:5, 175:3
**latter**
93:18
**laughing**
164:2, 164:9,
165:11

**laughter**
54:24
**laurin**
4:21
**lavelle**
59:2
**law**
38:7, 38:14,
38:23, 39:3,
39:21, 39:23,
40:6, 40:11,
40:16, 57:4,
60:11, 63:24,
63:25, 64:1,
80:21, 109:14,
109:22, 121:19,
186:23, 187:2,
188:11
**lawsuit**
188:4
**lay**
196:6, 197:22,
199:25
**lead**
80:19, 103:18
**lead-up**
75:25, 77:17
**leader**
137:20
**leading**
145:15, 145:18,
145:20
**leads**
51:20
**learn**
17:24, 110:22,
111:2
**learned**
106:14, 110:4
**learning**
104:14, 110:2,
110:5, 110:20,
197:16
**least**
22:22, 77:1,
123:1, 127:17,
128:2, 129:20,
134:7, 172:2,

172:6, 172:24,
173:24, 174:6,
179:4, 189:13
**lecture**
53:17
**led**
137:8, 143:17
**left**
19:23, 43:16,
43:19, 123:6,
151:4, 154:6,
158:6, 160:23,
165:21, 165:23,
168:20, 171:21,
172:6, 173:3,
173:18, 173:21,
174:3, 174:15,
175:1, 175:6,
175:13, 177:8,
179:2, 204:7,
205:7, 205:16,
206:1, 206:5,
206:14, 209:12,
216:20, 216:21,
217:14, 218:16
**legal**
58:4, 58:5,
59:7, 65:10,
68:2
**legally**
59:15
**legitimacy**
85:11
**legs**
175:20
**lend**
81:13
**less**
158:7
**let's**
17:15, 34:23,
46:3, 56:14,
62:7, 64:5,
64:21, 83:23,
90:25, 99:16,
100:23, 105:23,
107:4, 117:1,
120:19, 120:23,

134:22, 149:4,
152:12, 152:14,
156:11, 156:18,
157:10, 158:13,
158:17, 159:13,
159:25, 162:17,
165:5, 167:1,
167:17, 169:18,
171:5, 178:22,
183:11, 186:22,
189:16, 190:6,
190:7, 192:25,
199:24, 203:22,
203:23, 210:9,
210:23, 210:24,
211:11, 212:7,
215:3, 215:19,
217:4
**letter**
46:22, 73:18,
222:13
**letters**
43:13, 53:22
**lexicographer**
21:8, 21:22,
115:11, 196:15
**lexicographers**
22:7, 24:6,
115:19
**lexicographic**
21:11
**lexicography**
16:1, 16:6,
16:7, 16:10,
16:23, 21:6,
114:15, 116:10
**library**
113:8
**licensure**
59:3
**licit**
25:17, 34:19
**lie**
19:11
**life**
43:25, 84:23,
85:1, 86:3,
86:8, 86:16,

86:25, 87:9,
92:9, 92:18
**likely**
44:9, 44:10,
118:8, 118:20,
145:13
**lincoln**
69:19, 125:17,
133:16, 157:3,
157:5, 157:8,
157:20, 166:3,
191:21, 191:25,
192:15, 208:10
**line**
61:10, 61:11,
112:10, 112:12,
137:5, 168:7,
191:19
**lines**
189:15, 219:7
**linguist**
18:6, 19:5,
19:6, 19:12,
27:15, 27:24,
37:11, 43:22,
63:22, 77:22,
79:18, 112:20,
113:9, 144:6,
144:21, 188:18,
196:23, 197:6
**linguistic**
17:11, 17:24,
18:15, 23:23,
25:7, 39:1,
54:13, 59:12,
62:5, 91:15,
95:5, 101:24,
102:6, 111:21,
121:19, 138:3,
138:5, 209:5
**linguistically**
91:15
**linguistics**
15:12, 15:24,
16:16, 17:7,
17:10, 17:16,
17:17, 17:23,
18:20, 18:22,

18:23, 18:24,
18:25, 35:14,
36:17, 36:23,
37:2, 37:14,
38:2, 39:19,
40:22, 41:4,
52:15, 59:21,
107:7, 107:17,
110:23, 111:17,
188:2, 195:3,
196:7, 211:8
**linguists**
18:3, 19:15,
22:17, 23:2,
24:25, 27:10,
29:8, 38:3
**link**
53:8, 71:7
**linked**
71:17, 72:1,
73:6
**links**
71:6, 72:3,
73:13
**lips**
135:25
**lisa**
1:42, 3:22,
11:12, 224:2,
224:17
**list**
42:13, 47:20,
48:8, 56:16,
56:24, 58:2,
58:3, 70:23,
73:16, 73:24,
74:1, 149:17,
195:14, 200:3
**listed**
8:24, 24:11,
56:23, 57:25,
60:4, 68:24,
69:2, 69:11,
70:8, 70:9,
72:13, 73:1,
75:8, 111:24,
121:6, 189:19
**listener**
55:25

**listening**
34:16
**listens**
110:16
**listing**
60:6
**lists**
69:22, 71:23
**literal**
188:2
**literally**
116:3, 188:1
**literature**
21:13
**little**
12:8, 12:10,
17:15, 31:24,
50:10, 58:18,
60:22, 68:5,
109:25, 110:2,
120:12, 161:25,
163:18, 164:18,
164:19, 197:16,
203:22, 207:24
**live**
13:2, 13:4,
47:25, 48:6
**lived**
13:9, 13:10,
16:14
**living**
16:12, 44:17,
134:8
**llc**
1:12, 2:22,
2:32, 5:10,
5:15, 5:21, 6:2,
6:9, 9:2, 9:13,
10:11, 10:15,
10:17
**llp**
4:14, 4:22,
5:5, 5:24, 6:5,
6:13, 10:2
**local**
45:16
**locked**
205:20, 205:22

**locking**
206:2
**logic**
50:8
**logical**
37:6, 108:14,
108:16, 108:21
**logically**
108:12
**logicians**
37:23
**long**
13:9, 16:11,
34:8, 39:21,
41:7, 42:21,
67:2, 67:3,
91:18, 111:19,
119:17, 122:22,
123:13, 134:7,
165:13, 205:11,
219:9
**longer**
14:15, 111:5
**longest**
129:12
**look**
20:13, 28:19,
39:3, 39:5,
44:14, 45:3,
45:12, 46:21,
47:23, 56:14,
61:2, 63:7,
66:20, 67:10,
67:24, 72:2,
72:3, 78:5,
78:9, 83:23,
84:1, 94:23,
95:1, 95:16,
96:17, 97:10,
101:25, 102:7,
109:4, 109:8,
113:17, 113:22,
114:3, 118:11,
120:19, 120:23,
126:4, 128:21,
134:22, 139:4,
149:2, 151:11,
159:4, 167:4,

170:2, 171:22,
182:4, 186:22,
190:6, 191:4,
191:5, 193:12,
195:3, 196:20,
196:25, 197:1,
198:18, 199:24,
201:13, 202:13,
207:11, 216:25

**looked**
27:18, 38:23,
40:7, 40:18,
52:9, 63:18,
69:16, 71:8,
106:20, 113:15,
113:18, 113:21,
114:11, 116:8,
139:7, 140:24,
141:1, 157:7,
194:11, 194:24,
204:4, 210:10

**looking**
21:24, 44:6,
44:18, 77:2,
77:4, 78:4,
94:19, 96:5,
101:16, 103:7,
115:12, 115:22,
132:6, 149:10,
157:19, 178:11,
186:13, 196:22,
198:8, 202:12,
206:4, 206:12,
206:15, 206:16,
215:17, 216:2,
219:10

**looks**
20:17, 45:17,
164:15, 166:20,
172:21, 172:22

**loosely**
28:22

**lot**
27:16, 39:13,
50:18, 76:21,
99:3, 112:11,
124:4, 137:10,
138:1, 172:18

**lots**
152:7

**loudly**
141:17, 143:14,
143:18, 145:22,
148:5, 156:22

**loudspeaker**
125:11

**louisville**
5:26

**loves**
20:4, 20:5

**low**
111:18

**lunch**
120:10, 120:22

**lying**
89:24

---

**M**

**made**
23:5, 34:3,
62:4, 99:12,
114:13, 122:22,
124:12, 124:16,
127:17, 128:3,
128:15, 128:16,
129:12, 134:9,
147:18, 180:9,
201:16

**maga**
99:5

**magistrate**
59:13, 59:18,
62:16

**magistrate's**
59:4

**main**
5:25, 22:20,
27:5, 187:19,
195:19

**major**
22:22

**make**
13:21, 16:8,
23:17, 26:9,
75:4, 91:17,
98:6, 106:1,

110:11, 114:11,
137:15, 145:25,
167:25, 200:18,
215:5

**makes**
52:11

**making**
16:2, 25:22,
89:25, 125:11,
129:3, 136:15,
137:10, 147:10,
181:12, 181:17,
184:24

**male**
20:19

**man**
123:24, 170:23,
185:2

**manual**
49:8

**many**
23:5, 29:9,
43:17, 51:19,
57:15, 57:20,
75:19, 76:5,
77:25, 107:12,
115:5, 115:12,
122:24, 123:15,
125:18, 129:20,
130:18, 130:21,
132:7, 146:4,
146:5, 148:11,
161:17, 167:24,
173:25, 184:22,
186:13, 219:7,
221:9

**march**
85:3, 127:6,
130:11

**mark**
46:3, 46:5,
150:14, 159:15,
160:1, 160:2,
160:23, 160:24,
161:25, 162:1,
164:19, 171:11,
171:12, 222:18

**marked**
46:6, 105:16,

149:4, 150:11,
158:18, 222:24

**market**
4:23

**marking**
46:9

**marks**
223:16

**mary**
20:4, 20:5

**maryland**
3:24

**mass**
17:8

**massachusetts**
15:9, 15:20,
17:5, 21:10,
39:20

**master's**
15:16, 15:21

**material**
69:8, 72:17,
101:8, 130:15,
132:11, 137:4

**materials**
68:16, 68:18,
68:22, 68:23,
69:3, 69:9,
69:12, 69:15,
70:8, 70:10,
70:13, 70:17,
73:15, 73:16,
73:21, 79:14,
101:15, 101:17,
121:5

**maternal**
110:6

**mathematical**
108:16

**matter**
8:22, 8:25,
9:5, 9:8, 9:12,
9:19, 15:17,
56:1, 62:17,
65:15, 66:14,
81:9, 104:4,
104:6, 104:20,
108:22, 111:12,

111:15, 111:17,
117:9, 138:8,
143:10, 170:8,
177:15, 222:14
**matters**
8:23, 57:15,
57:21, 104:8
**matthews**
6:19
**mature**
110:8
**maybe**
66:24, 135:12,
136:9, 154:19,
154:22, 159:5,
220:18
**mcmurtry**
4:4, 11:5,
24:24, 28:1,
28:4, 46:23,
65:19, 65:23,
74:14, 85:6,
85:14, 85:21,
86:9, 94:6,
94:16, 96:12,
100:1, 101:11,
102:16, 102:23,
126:23, 128:23,
138:11, 138:17,
141:22, 142:3,
142:6, 142:10,
142:17, 149:20,
158:14, 169:7,
170:4, 175:22,
176:24, 178:3,
182:17, 202:16,
205:2, 219:7,
220:20, 221:16,
221:19, 223:11,
223:15
**mcmurtry's**
70:18, 187:5
**mean**
22:21, 23:14,
24:3, 24:10,
26:7, 29:4,
32:24, 32:25,
33:8, 35:25,

41:23, 43:2,
50:18, 51:1,
53:4, 57:17,
57:18, 65:9,
80:14, 80:16,
81:1, 87:16,
95:7, 95:8,
103:1, 103:11,
103:21, 106:18,
106:24, 107:11,
107:14, 109:5,
109:12, 109:14,
109:17, 113:24,
115:18, 116:22,
119:4, 119:11,
145:17, 146:10,
146:12, 146:20,
149:12, 154:23,
156:23, 157:17,
157:18, 164:6,
165:4, 165:18,
167:20, 180:1,
181:23, 182:18,
183:21, 187:8,
188:4, 188:6,
188:9, 188:11,
188:15, 188:23,
190:6, 191:12,
191:20, 192:1,
192:4, 192:7,
193:7, 194:20,
196:2, 196:16,
196:17, 202:24,
204:2, 217:8,
218:11
**meaning**
16:24, 17:1,
17:3, 17:11,
17:24, 18:2,
18:12, 18:19,
19:2, 19:20,
19:25, 20:16,
20:25, 22:22,
24:13, 26:5,
26:12, 27:7,
29:2, 30:14,
34:19, 37:7,
37:8, 38:21,

39:2, 52:25,
54:16, 54:18,
55:17, 55:21,
58:12, 59:8,
64:3, 66:10,
77:24, 78:1,
91:15, 91:22,
91:23, 97:4,
101:24, 103:14,
107:8, 109:9,
109:11, 109:14,
109:19, 111:1,
111:12, 114:22,
114:25, 115:9,
115:21, 116:16,
116:24, 118:10,
176:16, 188:2,
188:22, 190:14,
191:1, 195:10,
195:12, 197:24,
198:1, 198:7,
198:20, 199:3,
199:11, 199:21
**meanings**
20:2, 20:8,
20:11, 20:12,
22:4, 26:8,
26:10, 27:21,
94:19, 94:21,
109:7, 114:13,
114:16, 115:6,
115:14, 196:12,
196:17, 202:4,
216:14
**means**
20:4, 20:17,
41:24, 56:8,
62:6, 65:8,
65:10, 66:12,
98:11, 106:25,
115:8, 115:17,
116:11, 175:20,
184:3, 184:4,
184:5, 184:11,
190:10, 191:6,
192:22, 211:9,
216:22, 216:23
**meant**
33:10, 90:1,

90:2, 95:8,
100:21, 127:23,
140:17, 148:1,
184:7, 184:10,
185:15, 191:18,
192:22
**measure**
187:15
**mechanical**
23:22, 26:3
**media**
1:12, 5:11,
6:9, 9:1, 10:11
**meek**
4:21, 11:9,
150:15, 150:18,
158:20, 158:23,
159:16, 159:19,
160:3, 160:6,
160:25, 161:3,
162:2, 162:12,
163:6, 163:20,
163:23, 164:20,
164:23, 169:20,
169:23, 171:13,
171:16, 173:12,
183:13, 183:16,
185:21, 185:24,
210:15, 210:17,
211:2, 211:6,
211:14, 211:16,
211:25, 212:11,
214:9, 214:12,
214:19
**meenakshi**
4:13, 10:18
**meetings**
67:18
**member**
42:5, 43:7,
122:17, 127:16,
128:1, 128:7
**members**
122:1, 146:16
**memorial**
69:19, 125:18,
132:6, 133:16,
157:3, 157:6,

157:8, 157:12,
157:21, 166:3,
166:9, 166:14,
168:1, 191:21,
191:25, 192:15,
192:18, 208:10
**memory**
80:9
**men**
142:16, 180:14
**mentality**
139:20, 140:1,
140:7
**mention**
20:24, 126:2,
131:8, 156:14
**mentioned**
36:1, 36:18,
48:10, 51:24,
75:24, 161:8,
189:13, 194:21
**mere**
146:6
**merely**
84:3
**merriam**
195:16, 195:24,
201:23
**merriam-webster**
21:9
**merriam-webster's**
74:4
**message**
125:8, 126:22
**met**
16:17, 29:25,
30:4, 82:19,
83:14
**methodologically**
189:6
**methodologies**
19:19
**methodology**
77:21, 101:20,
101:21
**mic**
8:11
**michael**
5:22, 6:4,

10:20, 10:24
**michigan**
36:7, 36:12
**middle**
105:9, 156:16,
176:3, 176:8,
179:9, 182:9
**midway**
50:11, 62:18,
64:8
**midwest**
138:1, 138:8,
139:8
**might**
16:15, 19:24,
22:23, 26:4,
26:6, 28:25,
38:20, 40:17,
45:15, 58:8,
68:5, 81:13,
88:13, 92:5,
100:12, 104:22,
106:13, 109:5,
109:6, 112:20,
114:9, 116:2,
117:21, 122:3,
123:2, 124:10,
125:1, 130:18,
132:6, 135:25,
137:18, 138:9,
141:3, 141:23,
142:22, 142:24,
143:6, 143:9,
146:6, 152:5,
159:3, 172:22,
172:23, 180:11,
180:15, 182:2,
212:17
**miles**
14:9
**mind**
104:2, 104:3,
111:20, 124:2,
186:20, 188:13,
188:25, 189:5,
203:12, 220:2
**minds**
209:23

**mine**
19:11, 52:18
**minor**
187:10, 189:8,
189:9, 189:14
**minute**
47:23, 179:4,
210:13, 210:14
**minutes**
175:23, 178:3,
179:11, 183:17,
211:3, 220:18
**misconstruing**
175:4
**misguided**
202:20
**misinterpret**
103:19
**misrepresent**
80:20
**misrepresented**
90:23
**mistaken**
81:22, 81:24,
90:11
**misunderstand**
81:14
**misunderstanding**
87:24
**misunderstood**
30:19
**mitchell**
4:8, 6:15, 57:4
**mixed**
177:2
**mm-hmm**
47:10, 54:11,
123:9, 127:24,
147:22, 203:24,
222:7
**mocking**
161:20
**modern**
17:22, 110:23,
111:23
**moment**
92:23, 140:2,
141:2, 153:13,

153:17, 161:19,
168:20, 169:11,
169:14, 174:1,
178:14, 184:16,
186:20, 202:7,
205:18, 205:23,
207:3, 212:19,
213:8, 213:16
**moments**
175:2, 176:1,
203:19
**money**
43:4, 82:16,
132:12
**monitors**
76:14
**month**
67:5
**months**
110:9, 110:10
**more**
9:18, 17:1,
17:23, 19:2,
20:12, 23:20,
26:12, 44:9,
44:10, 49:13,
51:19, 69:9,
77:11, 80:24,
90:25, 98:7,
98:8, 101:9,
103:2, 103:8,
103:10, 117:23,
118:7, 118:20,
120:12, 156:12,
158:7, 167:4,
174:7, 181:4,
190:25, 192:1,
199:7, 200:14,
203:2, 208:13
**morning**
10:6, 10:14,
10:18, 11:7,
117:4, 222:16
**most**
25:20, 26:17,
52:21, 54:15,
74:1, 86:6,
96:19, 101:19,

102:1, 113:19,
113:21, 113:22,
115:24, 150:6,
197:14, 200:25
**mostly**
45:3
**mother**
110:7
**mothers**
110:3
**motives**
88:24, 90:7,
139:21
**mouth**
140:8, 185:7
**move**
173:22, 175:6,
177:16, 198:13,
203:25, 204:7,
204:12, 210:21,
211:9, 212:17,
213:25
**moved**
42:23, 44:8,
93:6, 93:17,
118:5, 152:24,
173:22, 175:13,
176:23, 194:7,
209:20, 209:24,
217:6, 217:13,
217:16, 218:15,
220:9
**movement**
92:6, 144:13,
200:16, 203:4,
220:5
**moves**
174:12, 175:9
**moving**
90:14, 130:25,
153:1, 156:8,
166:2, 174:19,
177:4, 204:19,
209:8, 211:13,
211:20, 212:18
**much**
15:17, 48:24,
75:14, 76:20,

77:11, 77:15,
80:23, 131:12,
132:19, 198:1,
198:2
**multiple**
109:4, 115:5,
155:3, 167:21
**music**
145:4
**must**
77:1, 154:25,
218:15
**mute**
8:11
**myself**
78:14, 85:8,
113:4, 206:10

## N

**name**
11:18, 12:2,
18:16, 54:14,
66:8
**names**
31:8, 126:3,
177:2
**natalie**
5:4, 10:7
**nathalie**
11:8
**nathan**
11:3
**nationwide**
60:17, 60:18,
61:4, 61:6,
61:7, 61:19
**native**
21:21, 23:18,
23:23, 24:8,
24:9, 32:11,
38:19, 49:17,
71:23, 79:17,
84:16, 84:20,
85:2, 85:20,
88:3, 91:16,
91:24, 95:6,
98:19, 98:23,
99:4, 99:7,

103:3, 103:15,
103:17, 103:25,
104:1, 105:6,
105:24, 106:2,
106:7, 106:9,
106:11, 106:14,
106:20, 107:18,
108:15, 109:15,
110:5, 114:16,
115:1, 115:10,
115:13, 115:15,
119:3, 122:17,
123:18, 124:25,
125:2, 126:8,
129:16, 130:2,
130:7, 132:25,
133:10, 143:21,
145:15, 161:17,
180:14, 180:25,
186:13, 188:23,
196:11, 200:7,
201:11, 201:20,
202:2, 202:4
**natural**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 25:22,
50:4, 50:5,
50:6, 55:16,
197:20
**nature**
76:9
**nbcuniversal**
1:12, 6:9, 9:1
**ncbuniversal**
10:11
**near**
204:5
**nearly**
165:12, 167:19,
168:19
**necessarily**
82:1, 107:19,
143:2, 144:20
**necessary**
216:6, 217:3
**need**
12:16, 52:7,

100:9, 113:8,
115:23, 211:7,
211:10, 221:23
**needed**
78:8, 216:23
**negative**
191:5
**negotiate**
200:16, 203:3,
203:7
**neither**
177:7, 224:9
**network**
2:21, 5:21,
6:2, 10:22, 11:2
**neutral**
88:22, 89:13,
98:7, 98:8
**never**
57:24, 82:19,
83:14, 107:19,
130:12, 131:18,
158:11, 166:8,
190:11, 194:7,
204:7
**new**
1:23, 1:24,
6:7, 6:10, 6:11,
9:4, 10:3,
10:10, 13:4,
13:8, 16:12,
39:18, 45:7,
45:14, 54:3,
60:22, 60:24,
61:3
**news**
1:36, 2:10,
4:10, 4:11,
4:18, 5:1, 9:6,
9:9, 45:1, 45:2,
45:3, 45:10,
45:12, 66:5,
66:6, 70:23,
71:2, 71:3,
71:4, 71:7,
71:9, 72:7,
73:1, 128:11
**newspaper**
21:14, 45:16,

70:8, 70:21,
72:20, 72:22
**newspapers**
45:5
**next**
62:11, 62:12,
70:21, 71:22,
129:5, 139:1,
143:13, 143:14,
175:23, 200:10
**nicholas**
1:6, 1:16,
1:29, 2:3, 2:13,
2:25, 8:25, 9:1,
9:3, 9:5, 9:8,
9:9, 9:12, 9:20,
10:13, 11:6,
65:4
**nick**
73:19, 73:20,
202:23, 204:4,
213:25, 218:12
**nine**
110:9
**nobody**
110:12, 172:4
**nods**
12:23
**noise**
137:11
**non-credit**
55:9
**non-expert**
91:5
**normal**
110:18, 207:5,
207:6, 208:22
**north**
152:21, 154:23,
157:13, 157:22,
157:23, 158:1,
158:5, 167:22,
168:4, 168:6,
168:22, 172:5
**northern**
1:3
**northwest**
4:15

**notary**
3:23
**note**
80:8, 123:9,
124:19, 170:16,
170:20, 186:25,
195:16
**noted**
98:14, 195:24
**notes**
7:14, 39:5,
100:9, 100:14,
169:17, 222:17,
223:6
**nothing**
114:2, 121:13,
136:11, 136:22,
150:3
**notice**
3:22, 31:12
**notre**
173:19, 174:8,
174:12, 175:1,
175:9, 175:12
**novel**
41:18
**november**
46:12, 47:4,
47:15, 65:13,
74:25, 99:19,
100:6, 100:11,
100:12, 100:25,
126:11
**ns**
135:1
**nuclear**
19:9
**number**
8:20, 9:2, 9:4,
9:7, 9:10, 9:13,
9:21, 17:19,
25:1, 52:12,
57:24, 58:1,
108:25, 122:23,
124:23, 129:23,
130:10, 130:13,
131:5, 131:6,
148:17, 200:3,

210:9
**numbers**
68:7, 132:18,
158:15, 169:17
**nyu**
40:22, 43:10

**O**

**oath**
11:14
**object**
20:7, 117:24,
212:14
**objection**
85:6, 85:14,
85:21, 86:9,
94:6, 94:16,
102:16, 126:23,
138:11, 138:16,
141:22, 142:3,
142:6, 142:7,
142:11, 142:17,
169:7, 170:4,
182:17
**objective**
83:18, 114:12,
190:25
**objectively**
83:20, 115:19
**objects**
30:6, 31:16
**observation**
123:13
**observe**
130:24
**observed**
92:1, 115:19,
120:6, 121:18,
199:6
**obtain**
20:10, 113:6
**obvious**
125:10, 197:23,
201:25
**obviously**
43:21, 49:17,
89:14, 94:3,
124:2

**occasion**
48:23, 98:22
**occur**
21:25
**occurred**
78:17, 79:21,
80:5, 80:11,
82:1, 82:25,
83:1, 102:1,
102:3, 106:21,
107:1, 120:1
**occurs**
87:7, 87:25,
107:2
**october**
66:24, 67:3,
67:14, 100:4,
100:5, 100:10,
100:11, 100:24,
126:11, 222:11
**odd**
31:14
**odds**
142:22
**off-the-record**
8:9, 74:17
**offence**
78:3
**offensive**
55:16, 56:5,
161:16, 161:20
**offer**
52:13, 105:15,
216:15
**offered**
215:24
**offering**
191:24, 195:9,
197:6
**office**
70:18, 76:11
**officer**
224:2
**official**
43:10, 151:16
**often**
44:25, 108:12,
108:20

oh
10:9, 32:10,
32:16, 47:8,
50:14, 53:4,
60:2, 61:6,
61:13, 65:1,
68:3, 96:2,
96:14, 103:23,
145:12, 207:23,
219:14, 221:11
ohio
5:17, 35:13,
35:16, 35:20,
60:16
old
21:7, 88:11,
103:16
on-line
71:14
once
126:10, 146:15,
199:11, 205:19,
211:23, 211:24
one's
87:18, 87:20,
87:22, 96:8
ones
62:25, 63:2,
63:8, 73:12,
75:3, 75:24,
77:16, 113:18,
149:7, 149:8,
156:5, 182:3,
209:6
oneself
99:5
online
45:3, 71:4,
71:5, 71:16,
71:22, 71:23,
71:25, 72:12,
73:3, 112:13,
223:12, 223:13
onlookers
146:6
only
25:17, 29:15,
29:17, 29:20,

29:24, 30:1,
30:3, 31:7,
31:10, 31:13,
32:9, 33:12,
34:18, 41:8,
66:11, 69:3,
72:5, 73:21,
78:16, 79:20,
80:3, 80:11,
82:3, 82:25,
88:1, 91:5,
93:10, 100:6,
102:2, 106:20,
114:25, 126:9,
130:17, 132:22,
143:20, 147:9,
154:10, 166:16,
166:25, 192:4,
193:12, 202:23,
203:20
open
173:16, 174:2,
209:12
opened
156:9
opens
174:11, 175:8
opinion
57:21, 62:22,
63:22, 63:23,
64:1, 64:2,
66:10, 68:19,
70:14, 76:25,
78:25, 79:6,
90:4, 90:9,
90:20, 91:7,
99:23, 106:8,
143:11, 166:24,
176:11, 177:19,
177:23, 177:24,
188:14, 195:9
opinions
60:14, 62:21,
68:15, 79:22,
80:2, 82:3,
82:8, 83:2,
86:18, 102:4,
105:10, 105:14,

105:18, 105:22,
153:20
opposed
151:15, 193:10,
195:20
opposing
95:22
order
68:5, 78:8,
78:13, 108:1,
108:7, 108:24,
217:14
ordinary
21:20, 22:4,
25:21, 103:21,
103:23, 104:1,
107:9, 107:18,
109:15, 109:18,
110:18, 111:1,
122:24
organize
21:23
organized
146:12
original
69:8, 69:15
osu
41:21, 55:1,
55:7
other
17:24, 19:9,
20:7, 22:19,
22:25, 23:10,
23:17, 29:6,
29:11, 30:1,
33:24, 42:7,
43:17, 43:18,
45:16, 48:18,
49:21, 59:23,
62:25, 63:18,
64:16, 69:11,
69:13, 70:7,
70:8, 70:9,
72:22, 73:1,
73:15, 73:16,
74:9, 75:21,
76:16, 82:11,
83:5, 91:2,

92:21, 93:2,
93:5, 93:14,
93:21, 96:8,
96:19, 96:21,
97:15, 98:2,
98:9, 98:24,
98:25, 101:13,
105:18, 111:2,
111:3, 112:22,
115:15, 122:1,
122:19, 136:3,
140:5, 142:22,
142:25, 143:1,
143:15, 143:18,
148:17, 156:3,
156:8, 159:4,
161:14, 163:9,
169:12, 169:15,
174:11, 177:21,
179:5, 182:12,
185:12, 191:8,
192:4, 193:7,
193:11, 195:20,
197:24, 198:10,
208:22, 209:7,
209:18, 209:20,
209:24
other's
96:7
others
45:8, 86:12,
92:22, 113:20,
115:20, 125:16,
138:23, 141:2,
141:10, 145:23,
151:10, 217:2
otherwise
12:18, 73:9,
193:19, 224:12
out
43:16, 43:19,
44:12, 57:24,
58:8, 68:5,
73:5, 104:2,
113:9, 117:18,
124:5, 132:6,
154:19, 175:2,
187:15, 190:11,

199:25, 204:21,
205:24, 209:21,
215:6, 221:3,
221:17, 221:19
**outcome**
59:16, 224:12
**outside**
130:19, 148:3
**outsider**
56:4
**outward**
84:2, 212:21,
213:21, 213:22
**over**
8:6, 47:21,
67:2, 67:5,
76:23, 76:25,
112:21, 169:1,
206:17
**over-generalize**
110:13, 110:19
**overall**
77:11
**overhead**
122:4
**overlap**
12:25
**overlooked**
189:13
**overlooking**
189:7
**overlooks**
187:10
**overspeaking**
9:17, 12:9,
12:12, 12:21,
18:5, 21:1,
22:24, 23:11,
24:18, 24:20,
27:22, 28:5,
30:9, 30:11,
31:25, 32:2,
32:5, 32:8,
32:15, 32:17,
35:10, 39:8,
39:10, 41:2,
41:4, 55:13,
56:11, 62:10,

62:15, 67:6,
67:20, 69:7,
72:24, 77:5,
77:8, 87:2,
87:4, 96:10,
97:6, 98:16,
112:17, 116:6,
123:20, 124:13,
128:20, 130:4,
136:16, 142:11,
153:11, 155:13,
162:21, 167:10,
167:12, 167:14,
174:22, 174:23,
176:25, 178:22,
181:13, 186:6,
186:7, 194:10,
195:22, 199:10,
203:4, 203:11,
204:22, 206:19,
207:14, 213:7,
213:9, 213:11,
219:22
**own**
80:7, 80:24,
86:3, 86:16,
92:17, 138:21,
160:10
**oxford**
74:2, 74:3,
112:9, 191:4,
195:13, 195:18,
201:6

---

**P**

**page**
7:3, 7:7,
46:21, 46:23,
46:25, 47:3,
47:6, 47:7,
47:12, 47:15,
47:21, 48:8,
50:2, 50:11,
53:7, 54:9,
55:1, 56:14,
56:24, 60:6,
64:23, 67:24,
67:25, 68:12,

68:13, 68:19,
68:20, 69:6,
70:12, 70:22,
71:14, 73:15,
73:24, 73:25,
74:24, 74:25,
75:3, 78:25,
79:1, 80:8,
83:23, 83:24,
88:20, 93:1,
99:17, 99:20,
105:8, 105:9,
105:23, 107:4,
107:5, 107:22,
117:1, 117:2,
117:15, 119:5,
119:23, 120:23,
120:25, 122:9,
125:5, 127:2,
133:18, 134:22,
135:19, 137:5,
137:6, 143:14,
146:3, 149:18,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5,
179:9, 187:1,
188:12, 189:16,
192:9, 200:10,
200:11, 201:1,
201:14, 201:24,
203:23, 215:4,
215:19, 215:20,
221:3
**pages**
1:41, 58:3,
68:25, 69:3,
70:9, 223:3,
223:4
**paid**
88:24, 153:4
**pan**
133:8
**paragraph**
79:1, 83:24,
84:1, 133:18,
133:21, 157:2,
171:6, 179:10,

187:7, 219:6,
219:9
**paragraphs**
88:21, 187:3,
187:4, 215:24,
216:3
**paraphrase**
116:17
**pardon**
126:4, 128:25,
211:1
**parents**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26
**part**
14:23, 15:13,
15:23, 34:15,
42:25, 61:3,
84:6, 87:21,
97:18, 104:9,
123:7, 125:1,
126:12, 130:17,
130:23, 133:12,
158:11, 161:21,
166:23, 166:25,
176:9, 176:19,
177:23, 177:24,
186:9, 186:18,
193:17, 194:12,
194:15, 195:19,
198:17, 198:22,
199:1, 199:8,
216:17, 223:4
**part-time**
100:7
**parted**
93:3, 156:3,
156:6
**partee**
17:12
**participants**
83:12, 97:25,
99:9, 130:10
**participating**
129:21
**particle**
19:8

particular
17:22, 18:11,
18:14, 20:14,
23:3, 23:25,
36:23, 37:4,
41:17, 42:20,
45:5, 45:10,
55:22, 81:25,
97:5, 98:6,
109:1, 115:1,
118:4, 118:18,
118:23, 123:2,
157:17, 169:14,
198:10, 204:12,
204:16
particularly
40:17, 121:25,
131:7
parties
224:10
partly
123:12, 190:23
parts
22:22, 27:8,
69:10, 132:25,
198:17
party
29:23
pass
49:15, 174:15
passage
78:12, 106:3,
109:20, 113:22,
117:14, 118:4,
128:22, 157:14,
179:3, 190:15,
191:2, 192:7,
193:16, 193:17,
204:20, 215:22,
215:25, 216:5,
216:8, 216:11
passages
21:25, 66:10,
67:10, 67:12,
78:6, 81:5,
100:18, 100:21,
101:3, 101:22,
103:7, 113:16,

113:19, 117:12,
119:9, 121:20,
122:3, 188:17,
198:18, 199:3,
199:12, 222:9
passageway
179:2
passed
135:25, 152:21,
154:24, 217:6,
217:12
passersby
123:10, 124:5,
124:10, 131:23
passing
154:24
passive
117:23, 118:22
passively
176:16, 177:7,
194:20
past
110:13, 155:16,
165:12, 167:19,
168:8, 168:19,
168:22, 169:2,
191:6, 206:17
path
214:2, 215:12
patterns
18:1, 19:1,
110:4, 110:5,
145:1
pause
158:19, 159:14,
160:24, 161:25,
163:18, 164:19,
169:19, 170:13,
171:12, 173:11,
179:18, 183:12,
185:20, 222:3
paused
150:18, 158:23,
159:19, 160:6,
161:3, 162:9,
163:23, 164:23,
169:23, 171:16,
183:16, 185:24,

210:17, 211:16,
212:11, 214:12
pay
16:20, 77:15
pending
204:23
penske
5:11
penultimate
88:20
people's
79:22, 102:4,
146:16, 146:21,
208:21
peoples
127:6, 129:17,
130:11, 186:14
pep
137:12, 137:18,
138:20
perceive
81:20, 92:11,
141:19, 178:15
perceived
84:17, 203:19
perceives
80:15, 80:17,
92:13
perceiving
87:10, 212:20,
213:17
percent
218:13
perception
81:21, 81:23,
85:19, 87:9,
87:13, 92:23,
175:17, 206:22,
207:9, 207:19
perceptions
85:13, 86:1
perceptual
207:15
perfectly
106:14, 150:7,
197:20
perform
199:8

performance
145:21
performing
143:21
perhaps
125:16
period
67:2, 67:3
peripheral
205:14, 205:15,
206:1, 206:11,
206:12, 206:24
peripherally
207:20
permit
133:15, 191:8,
191:14
perpendicular
168:7
person
29:24, 32:13,
34:16, 80:15,
80:23, 81:20,
86:19, 93:10,
94:10, 96:7,
98:20, 103:12,
103:14, 103:21,
104:22, 104:24,
113:11, 115:16,
135:9, 135:13,
135:17, 141:15,
148:23, 151:15,
151:19, 158:3,
162:25, 163:3,
163:4, 185:12,
191:7, 191:8,
197:23, 221:16
person's
86:15, 92:13
personal
91:6, 124:17,
137:24, 138:22,
143:10, 144:6,
144:8, 168:14,
172:25, 207:7,
218:9, 218:22,
219:24
persons
196:6

| | | | |
|---|---|---|---|
| **perspective**<br>55:24, 205:6<br>**pertain**<br>106:9, 198:24<br>**pertained**<br>77:17<br>**pertaining**<br>59:3, 75:6,<br>79:4<br>**ph**<br>2:35, 3:1, 7:3,<br>7:10, 11:15,<br>15:9, 39:18,<br>195:2, 196:7<br>**phase**<br>46:11, 64:25,<br>65:7, 188:8<br>**philosopher**<br>52:7<br>**philosophers**<br>37:17, 37:20,<br>42:23<br>**philosophical**<br>17:2<br>**philosophy**<br>36:9, 36:13,<br>36:14, 36:15,<br>36:16, 36:24,<br>36:25, 37:14<br>**phone**<br>8:16, 19:21,<br>65:22, 65:24<br>**phonology**<br>18:25<br>**photographing**<br>145:24, 172:1<br>**phrase**<br>102:14, 102:24,<br>102:25, 109:1,<br>109:12, 148:9,<br>218:4, 218:5,<br>219:1, 219:19<br>**physically**<br>167:8<br>**physicist**<br>19:8<br>**physics**<br>19:8, 19:9 | **pick**<br>19:23, 205:24<br>**piece**<br>127:13<br>**pieces**<br>129:14<br>**place**<br>10:1, 16:20,<br>44:12, 50:23,<br>81:11, 93:19,<br>131:3, 155:9,<br>158:12, 218:2,<br>218:19, 219:17<br>**placement**<br>31:21<br>**places**<br>39:17, 98:2<br>**plain**<br>18:12, 23:9,<br>38:21, 59:8,<br>64:2, 64:19,<br>78:11, 101:24,<br>103:14, 107:8,<br>109:11, 109:14,<br>109:19, 110:25,<br>111:12, 114:15,<br>114:25, 116:24,<br>188:22, 191:1,<br>195:12, 196:17,<br>198:7, 216:11<br>**plaintiff**<br>1:10, 1:20,<br>1:33, 2:7, 2:17,<br>2:29, 4:3,<br>10:13, 11:6<br>**plaintiff's**<br>46:10<br>**plaintiff's**<br>64:24<br>**planet**<br>6:19, 9:25<br>**play**<br>159:14, 160:2,<br>210:10, 210:11,<br>210:13, 210:22,<br>211:11, 211:23,<br>212:7, 214:7,<br>214:18 | **played**<br>150:17, 151:1,<br>158:22, 159:18,<br>160:5, 161:2,<br>162:4, 163:22,<br>164:22, 169:22,<br>171:15, 183:15,<br>185:23, 210:16,<br>210:25, 211:4,<br>211:15, 212:2,<br>212:10, 214:11,<br>214:21<br>**playing**<br>150:15<br>**pleadings**<br>188:3, 188:4,<br>188:6<br>**please**<br>8:5, 8:7, 8:11,<br>8:12, 8:16,<br>10:4, 11:12,<br>11:18, 12:16,<br>12:18, 120:24,<br>163:19, 164:19,<br>170:14, 210:10,<br>219:3, 221:3<br>**plenty**<br>173:23<br>**pll**<br>62:18<br>**plla**<br>4:6<br>**poetry**<br>44:7<br>**point**<br>30:23, 51:16,<br>51:17, 54:2,<br>61:23, 62:4,<br>76:7, 98:6,<br>107:21, 110:17,<br>111:11, 125:6,<br>125:12, 146:5,<br>148:13, 150:24,<br>173:22, 175:7,<br>175:23, 196:19,<br>198:1, 198:9,<br>204:21, 215:8,<br>215:12, 220:3 | **pointed**<br>117:18, 162:13,<br>175:2, 215:6<br>**pointing**<br>51:8, 51:9,<br>51:10, 51:11,<br>51:12, 51:13,<br>51:17, 51:18<br>**points**<br>134:23, 217:4<br>**political**<br>97:14, 97:22,<br>98:13, 98:15,<br>98:17, 99:6,<br>125:8, 126:22,<br>142:21<br>**politics**<br>98:22<br>**pond**<br>133:17, 157:10,<br>157:11<br>**pool**<br>132:7<br>**portions**<br>121:11<br>**portraying**<br>92:4<br>**posed**<br>100:2, 100:23,<br>102:17, 102:20,<br>188:14<br>**position**<br>35:13, 42:3,<br>42:4, 81:8,<br>89:23, 90:7,<br>153:15, 166:13,<br>178:18, 203:10,<br>203:12, 206:10<br>**positioned**<br>81:6<br>**positions**<br>42:8, 42:9,<br>43:18, 43:20<br>**possibility**<br>51:21, 59:10<br>**possible**<br>21:23, 75:14,<br>78:14, 83:18, |

109:7, 116:12,
142:23, 145:10,
184:15, 200:6,
201:10, 201:19,
202:1

**possibly**
113:19, 122:25,
131:15, 131:17

**post**
35:4, 45:7,
45:14, 45:15

**post-doc**
36:19

**postdoctoral**
35:2

**potentially**
28:25, 92:13,
141:19, 143:5

**pours**
158:9

**powwows**
144:10

**pragmatics**
28:10, 28:11,
28:13, 28:14,
35:24, 55:1,
55:7, 55:10,
104:11

**prayer**
186:14

**praying**
145:11

**preach**
125:7, 126:21

**precise**
53:16

**precluding**
174:18

**predicament**
201:25, 203:10,
203:16

**predictions**
52:12

**predicts**
54:8

**prejudice**
105:4

**prejudices**
104:23

**preliminary**
67:11, 222:8

**preparing**
57:7, 66:18

**prescribe**
114:20

**prescriptive**
107:13

**present**
6:18, 65:20,
83:12, 121:17

**presented**
78:15, 218:7

**press**
74:3

**presumably**
114:4

**presume**
86:10, 122:24,
124:8

**pretty**
40:7, 48:22,
101:7, 125:10,
136:1, 173:8,
192:19

**prevent**
176:17, 176:23,
177:4

**previously**
101:2, 211:21

**pride**
56:6

**primarily**
19:10, 20:2,
89:10

**primary**
26:14, 27:14

**principal**
180:18

**principally**
121:5

**principle**
43:20

**principles**
74:3

**print's**
112:11

**prior**
16:12, 204:1

**prism**
44:17

**private**
86:19, 94:10

**privy**
193:15

**probable**
118:8

**probably**
44:9, 57:25,
67:14, 100:4,
100:5, 188:5

**problems**
32:11

**procedure**
21:11, 49:6

**procedures**
49:8

**proceed**
200:17

**proceeding**
8:3, 8:8

**process**
43:24, 75:18,
121:15

**processes**
101:5

**produced**
189:1

**professional**
55:11, 151:18,
157:19

**professor**
16:4, 21:8,
36:5, 39:15,
40:22, 41:21

**professors**
41:5

**programs**
21:15, 21:16,
45:10

**progress**
23:5, 201:16,
205:9

**project**
49:4

**promoted**
124:3

**prong**
23:1

**prongs**
22:22

**pronoun**
20:14

**pronounced**
11:24

**pronouns**
27:2, 29:13

**prosody**
110:4

**protest**
98:19

**protesting**
98:23, 124:25

**protestors**
98:25

**protests**
97:12

**proud**
59:17

**provide**
99:22, 112:7,
215:21

**provided**
57:15, 57:18,
57:21, 58:19,
68:17, 70:13,
70:17, 70:24,
75:7, 75:13,
106:5, 119:24,
121:5, 121:11,
150:5, 187:1,
187:5, 196:8

**provides**
48:13

**psychological**
90:18

**psychologist**
81:18, 91:10,
207:15

**psychologists**
42:22

**psychology**
37:1

**public**
3:23, 14:17,

209:2, 224:1
**publication**
50:11
**publications**
47:20, 47:22,
48:4
**publicly**
112:15, 113:2,
207:25, 208:5,
208:8, 208:11,
208:17, 209:3,
209:14
**published**
49:7
**publisher**
11:2
**pull**
149:4, 158:17,
170:13, 171:10,
179:16, 210:9,
214:5, 221:2
**pulls**
165:14
**punch**
61:10, 61:11
**pure**
94:9, 153:23
**purely**
107:7, 107:11,
153:23
**purport**
18:7
**purporting**
80:13
**purpose**
125:9, 153:12
**purposefully**
82:3
**purposes**
8:8
**pursuant**
3:22
**put**
22:11, 30:5,
31:4, 31:16,
33:18, 58:22,
63:6, 68:5,
76:15, 93:9,

93:11, 140:8,
170:25, 185:6,
206:10, 210:7
**puts**
20:11
**putting**
22:7, 36:3,
173:2, 177:10

## Q

**qualified**
199:7
**qualifying**
106:8
**quality**
102:2
**quantification**
50:4
**quantify**
76:22
**question**
20:20, 20:23,
26:18, 26:19,
27:10, 28:2,
30:13, 31:2,
31:5, 31:11,
31:15, 31:17,
31:22, 32:1,
32:4, 33:15,
33:23, 40:3,
40:4, 40:9,
49:24, 53:5,
53:9, 53:12,
53:15, 58:18,
59:9, 72:25,
91:9, 93:11,
102:11, 102:12,
102:20, 102:23,
103:4, 106:23,
109:3, 111:23,
112:1, 112:2,
112:6, 112:19,
115:2, 117:15,
121:7, 122:11,
142:9, 149:14,
171:25, 189:18,
189:23, 189:25,
190:13, 191:7,

193:1, 193:13,
193:14, 194:5,
194:9, 202:14,
202:19, 203:8,
204:23, 212:18,
212:24, 213:13,
217:21, 220:14
**question's**
31:18
**questioning**
61:20
**questions**
12:18, 18:3,
50:2, 75:6,
82:9, 83:3,
99:23, 99:25,
100:15, 100:16,
100:22, 101:6,
101:14, 102:17,
153:21, 162:19,
162:24, 188:14,
204:24, 223:9,
223:14
**quickly**
77:10, 101:17
**quite**
25:5, 123:23,
124:2, 172:3,
172:7, 181:2
**quote**
113:16, 125:7,
125:15, 125:23,
125:25, 127:15,
128:7, 132:23

## R

**raced**
137:7
**races**
123:10, 124:19
**racist**
135:19, 135:20,
136:1, 136:6,
136:13
**radio**
21:15
**raining**
116:2, 116:3

**raised**
186:11
**rallies**
137:25
**rally**
137:12, 137:18,
137:23, 138:20
**rang**
59:14
**range**
17:20, 95:19,
96:18, 109:7,
115:13
**ranging**
174:4
**rather**
59:13, 135:6
**rational**
103:3, 103:17,
103:24, 105:7
**rd**
13:7
**re-starting**
211:2, 211:25
**reach**
134:3, 204:10,
221:19
**reached**
221:16
**reaching**
75:18
**read**
8:23, 11:14,
25:21, 44:1,
44:5, 44:6,
44:25, 45:2,
45:3, 45:17,
79:2, 103:6,
103:13, 112:12,
127:4, 127:25,
128:10, 132:1,
203:12, 209:22,
220:1
**reader**
44:5, 44:23,
102:10, 102:12,
102:15, 102:24,
103:9, 103:11,

103:16, 103:20,
104:2, 106:7,
111:9, 188:25
**readers**
104:16
**readily**
205:10
**reading**
43:25, 44:4,
44:7, 44:15,
82:14, 103:21,
106:3, 127:15,
165:8, 187:9,
208:22, 224:8
**real**
200:16
**realized**
16:25
**really**
15:16, 20:16,
43:6, 44:19,
61:10, 61:12,
65:10, 100:6,
114:3, 123:7,
129:15, 130:15,
130:17, 132:20,
137:21, 140:9,
190:13
**reason**
34:10, 62:8,
69:15, 72:16,
83:15, 90:24,
122:20, 130:21,
130:24, 145:19,
148:2, 155:17,
165:23, 168:23,
186:10, 193:19,
205:8, 210:4
**reasonable**
102:10, 102:11,
102:14, 102:24,
103:9, 103:20,
104:2, 105:3,
105:24, 106:2,
106:6, 106:7,
111:9
**reasoning**
189:17

**reasons**
83:6, 83:13,
130:12, 130:23,
131:21, 194:24
**recall**
39:11, 71:20,
72:5, 72:13,
72:15, 72:16,
73:2, 73:5,
73:11, 111:25,
133:14, 136:25,
169:15
**received**
42:10
**recent**
23:20, 24:5
**recently**
55:5
**recess**
74:18, 120:15,
178:7, 220:23
**recognize**
46:13, 142:20,
161:6
**recognized**
137:22, 138:24
**recollection**
66:22
**reconstruct**
78:22
**reconstructing**
46:1
**record**
11:19, 12:19,
23:13, 74:20,
74:22, 120:9,
120:14, 120:17,
120:21, 149:5,
150:9, 162:12,
173:12, 178:6,
178:9, 220:22,
220:25, 222:18,
223:2, 223:17,
224:5
**recorded**
25:7
**recording**
8:7, 131:1

**records**
63:7, 66:21,
149:2
**recursive**
25:16
**red**
162:6, 162:14,
163:4, 171:23,
173:18, 174:5,
183:23
**reduced**
224:7
**reduction**
33:5
**refer**
19:4, 19:5,
89:7, 109:3,
119:14, 123:18,
127:8, 135:19,
139:12, 150:21,
193:1
**reference**
86:16, 93:1,
165:1, 170:10,
178:15, 179:15,
186:5, 188:3
**referenced**
148:22
**references**
86:4, 87:10
**referencing**
52:3, 163:4
**referring**
122:14, 126:1,
132:24, 135:16,
135:21, 162:18,
162:19, 162:24,
165:6, 179:24
**reflect**
82:1, 212:25
**reflecting**
132:7, 133:16,
157:10, 157:11
**reflection**
22:3, 31:1
**reflects**
31:2, 33:15,
33:19, 33:23,

**37:19**
**refrained**
119:18
**refuse**
118:13
**refused**
191:7, 191:12,
191:13, 192:21,
214:3
**refusing**
194:18
**regarded**
161:16
**regular**
110:13
**regularly**
45:11, 145:2
**rejected**
58:21
**relate**
36:16, 37:14
**related**
38:14, 51:25,
117:21, 224:10
**relates**
37:22
**relation**
218:1
**relationship**
41:18
**relationships**
18:9, 25:13
**relative**
80:22
**relatively**
24:5, 111:18
**relevance**
131:11
**relevant**
50:25, 77:6,
77:9, 80:12,
117:22, 121:19,
131:4, 131:19,
186:23
**reliable**
129:22, 130:9
**reliably**
170:6

relied
75:13
religious
125:7, 126:22
rely
19:16, 20:16,
20:24, 27:11,
82:10, 83:5
relying
177:22
remaining
93:11
remarks
186:9
remember
8:5, 8:11,
36:18, 39:16,
58:6, 58:7,
60:15, 60:22,
61:1, 66:8,
72:6, 88:13,
88:18, 100:8,
100:13, 108:10,
126:8, 127:13,
135:23, 136:4,
136:8, 136:20,
137:3, 180:16,
182:3, 202:11
remembered
66:5, 82:5
reminded
66:11
remote
8:2
remotely
8:3
repeatedly
75:23, 126:6
rephrase
58:13, 102:22,
203:8
reported
1:42
reporter
8:13, 11:11,
11:12, 11:14,
12:12, 13:16,
13:24, 14:2,

71:7, 72:7,
112:23, 138:15,
138:18, 178:24,
213:15
reporter-notary
224:1
reporting
13:23, 21:14,
70:21, 121:23,
190:8
reports
63:8, 66:6,
88:13, 88:14,
102:5
represent
10:5, 10:17,
85:8
representation
81:17
represented
78:20, 79:23,
81:19, 102:9,
114:10
representing
9:25, 10:10,
10:19, 11:4,
11:9
represents
84:11
requested
224:9
research
16:2, 23:23,
42:2, 42:5,
42:11, 43:22
resistance
191:24
resolve
29:1
resolving
26:24
resource
43:7
resources
25:3, 42:1,
63:19, 119:6,
119:11
respect
42:4, 72:12,

89:21, 92:1,
171:1, 184:24,
189:18, 193:22,
219:1
respected
43:6, 74:1,
111:22
respectful
170:24
respects
185:2
responding
141:16, 142:5,
142:14, 142:15
response
140:18
responses
78:3
rest
133:17
restart
159:25, 160:22,
161:24, 163:18,
164:17, 169:18,
173:10
restarting
160:3, 160:25,
163:20, 164:20,
169:20, 185:21,
214:19
results
25:6
resume
35:22
retain
66:16
retained
57:6, 57:8,
75:5, 186:25
retire
41:5
retired
35:17, 40:25,
41:24, 42:6
retreat
114:8, 117:17,
118:12, 190:19,
190:22, 191:4,

191:10, 191:14,
191:16, 191:20,
192:1, 192:2,
192:3, 192:22,
192:23, 194:16,
194:17, 194:19,
195:1, 198:11,
198:15, 214:3
review
48:5, 48:6,
57:11, 71:2,
71:4, 71:25,
72:19, 83:19,
83:21, 83:25,
94:4, 124:17,
124:18, 127:10,
128:15, 135:22,
137:4, 167:3,
168:14, 199:2,
199:19, 204:9,
217:5, 217:18,
217:19, 217:23,
218:22, 218:24,
219:24, 220:14,
222:9
reviewed
67:11, 68:23,
69:3, 70:10,
70:24, 71:15,
71:17, 73:3,
73:22, 77:10,
79:13, 101:8,
120:3, 120:5,
123:25, 181:25,
204:3, 216:7
reviewing
77:20, 78:18,
122:6, 122:21,
155:22
reviews
79:14, 126:13
revise
54:3
revision
54:5
rhythmically
145:3
rich
77:24

**richer**
198:1, 198:2
**right-wing**
104:24
**rights**
98:19, 98:24
**ritchey**
6:13
**road**
198:5
**roberts**
2:35, 3:1, 7:3,
7:10, 7:13,
8:21, 11:15,
11:20, 26:20,
47:5, 223:6,
223:17
**rolling**
2:32, 5:10,
9:13, 10:17
**room**
19:23, 113:5,
134:8, 173:5,
173:23, 177:8
**rooms**
21:19
**root**
140:20
**rooting**
140:16
**rough**
134:1, 134:3
**roughly**
66:3, 167:23,
168:6
**round**
130:2, 130:7,
133:5
**rowdy**
139:2, 139:3,
139:6, 139:16
**rowe**
73:19
**rows**
155:3
**rpr**
224:17
**rubber**
198:5

**rude**
112:24
**rule**
64:24
**ruled**
58:23, 59:18,
59:20
**rules**
12:7, 12:14,
25:16, 110:19
**run**
8:4
**russell**
52:23
**rutgers**
42:14, 42:24
**ryan**
5:14, 10:16

**S**

**s**
4:1, 5:28, 52:8
**said**
13:18, 18:24,
20:4, 22:21,
26:3, 27:2,
29:9, 30:24,
34:5, 34:10,
34:17, 37:5,
40:25, 42:19,
44:22, 50:18,
51:16, 56:2,
59:21, 60:2,
61:20, 61:21,
62:1, 66:1,
66:11, 67:15,
79:10, 82:5,
87:12, 88:12,
88:17, 90:2,
90:12, 90:13,
91:21, 93:6,
94:3, 94:20,
96:25, 97:3,
97:7, 98:18,
102:16, 108:11,
111:11, 114:19,
118:12, 118:18,
122:20, 124:22,

126:9, 127:21,
134:18, 135:8,
136:12, 136:22,
138:14, 139:16,
141:2, 142:19,
156:10, 157:1,
157:4, 157:6,
172:9, 172:11,
181:1, 182:24,
184:21, 185:18,
186:4, 186:10,
187:13, 187:17,
188:12, 188:21,
189:10, 189:22,
191:3, 192:11,
194:17, 197:8,
197:25, 198:12,
202:10, 202:22,
202:25, 211:19,
212:4, 212:20,
215:2, 224:6
**same**
33:17, 33:25,
39:19, 47:12,
50:13, 50:14,
70:4, 72:21,
83:6, 83:13,
87:15, 90:6,
105:23, 116:19,
130:20, 138:20,
144:1, 158:15,
169:11, 178:19,
183:23, 195:3,
199:20, 201:24,
203:14, 205:18,
210:4, 218:25,
219:6
**sandmann's**
73:20, 82:10,
84:17, 90:10,
90:21, 164:12,
168:7, 170:17,
172:6, 173:3,
173:17, 173:18,
173:21, 174:3,
175:1, 177:13,
179:2, 198:12,
205:6, 206:5,

206:13, 206:14,
215:17
**sang**
129:6
**satellite**
2:21, 5:21,
6:2, 10:22, 11:1
**satisfied**
108:7
**saw**
67:13, 72:4,
88:1, 90:15,
96:5, 121:23,
131:22, 133:5,
133:12, 138:1,
141:13, 147:9,
147:12, 147:15,
148:11, 150:4,
155:10, 155:25,
156:1, 157:24,
158:12, 159:5,
166:8, 166:11,
167:21, 176:20,
179:3, 204:7,
210:1, 210:3,
217:5, 217:13,
217:15, 218:6,
218:23, 218:24,
220:12, 220:16
**saying**
13:1, 19:7,
31:10, 33:1,
43:6, 72:8,
81:22, 93:20,
93:22, 96:16,
97:16, 98:25,
103:9, 106:11,
106:14, 110:15,
117:16, 128:13,
128:16, 129:2,
140:10, 145:5,
145:6, 150:4,
168:18, 174:10,
175:5, 175:10,
177:11, 181:9,
184:25, 198:4,
198:14, 205:19,
214:25, 218:20,

219:12
**says**
35:22, 42:4,
47:4, 48:9,
60:5, 68:17,
81:4, 102:23,
113:25, 116:22,
137:6, 179:14,
183:22, 183:24,
190:10, 192:17,
194:4, 204:20,
215:1
**scene**
69:19, 130:17,
132:22, 133:9,
138:24, 147:23,
152:20, 180:3,
181:3, 181:16,
182:1
**scenes**
150:5
**scholar**
42:11
**school**
14:11, 14:13,
14:14, 14:17,
15:4, 16:21,
39:19, 83:11,
127:19, 128:4,
137:7, 137:16
**schoolmates**
164:16
**science**
35:8, 36:19,
37:1, 42:16,
42:17, 42:25,
53:24, 54:5,
107:6, 110:24
**scientific**
17:17
**scientists**
19:18, 42:23,
53:24
**scrabble**
44:20
**screen**
76:12, 173:4
**seated**
120:9

**sec**
158:19
**second**
20:22, 23:1,
24:19, 25:24,
25:25, 37:13,
50:3, 59:1,
71:13, 75:9,
97:1, 114:19,
118:11, 120:9,
120:20, 127:2,
150:14, 150:24,
160:2, 160:23,
160:24, 161:25,
162:1, 162:18,
163:5, 165:16,
167:6, 169:19,
171:9, 171:12,
174:24, 176:22,
187:7, 194:12,
194:15, 198:21,
199:1, 204:20,
205:4, 215:4,
215:20, 215:21,
216:16, 219:14,
222:3
**secondly**
130:16, 131:20,
131:21, 197:10
**seconds**
150:19, 158:24,
159:20, 159:22,
160:4, 160:7,
160:9, 161:1,
161:4, 162:2,
162:13, 163:21,
163:24, 164:21,
164:24, 165:2,
165:9, 169:19,
169:21, 169:24,
171:14, 171:17,
173:13, 178:23,
179:1, 179:4,
183:17, 211:3,
214:10, 214:13,
214:20
**secretary**
70:18

**section**
75:8, 120:25,
121:6, 121:9,
121:15, 127:5,
186:22, 189:17
**see**
31:18, 46:23,
47:18, 50:10,
50:11, 57:25,
58:2, 60:15,
69:11, 70:14,
73:16, 76:6,
76:8, 78:9,
80:24, 81:25,
88:25, 93:2,
94:23, 95:1,
102:7, 104:14,
105:5, 105:6,
110:17, 126:5,
130:14, 133:13,
135:3, 137:13,
148:14, 148:18,
149:13, 150:21,
151:3, 152:19,
154:1, 154:6,
154:11, 156:15,
159:1, 159:23,
164:2, 165:5,
165:22, 166:16,
166:18, 167:4,
167:25, 168:10,
168:13, 168:16,
169:4, 169:8,
169:16, 171:7,
171:19, 173:2,
173:9, 173:18,
174:1, 175:16,
175:19, 176:19,
176:22, 177:18,
177:22, 178:20,
179:2, 179:19,
199:15, 200:19,
201:17, 203:20,
204:12, 205:21,
206:5, 206:8,
206:13, 206:15,
206:16, 207:3,
207:4, 207:20,

218:2, 218:5,
218:8, 218:22,
219:13
**seeing**
80:20, 213:8,
213:23
**seek**
73:5
**seem**
58:8, 139:25,
197:20
**seemed**
44:12, 119:1,
122:12, 123:16,
131:12, 134:7,
135:9, 137:9,
140:11, 140:13,
145:19, 152:25,
186:8, 186:17,
191:23, 205:24
**seems**
61:14, 84:5,
84:7, 95:2,
118:20, 127:17,
127:23, 128:2,
199:4, 199:21,
219:1, 219:4,
219:12, 219:17,
219:19, 219:25
**seen**
66:5, 72:9,
86:12, 86:13,
161:11, 161:13,
210:2, 215:13,
215:17
**sees**
165:9
**segment**
71:16, 72:14
**segments**
71:3, 75:23,
77:2, 77:6,
77:9, 77:16
**select**
195:18
**selection**
50:3, 50:12
**seller**
16:18

semantic
26:2
semanticist
19:13, 37:5,
108:11
semantics
17:11, 18:17,
18:18, 18:19,
18:21, 19:1,
19:6, 19:11,
19:12, 19:16,
24:21, 35:24,
50:4
semester
41:8
seminar
36:14
seminars
35:23, 43:11
sense
54:4, 58:16,
97:25, 117:23,
118:5, 118:15,
118:16, 119:2,
139:20, 176:4,
177:9
senses
117:21, 195:15
sensible
23:18
sensitive
29:1, 41:16
sensors
22:1
sent
70:19, 72:3
sentence
19:25, 20:15,
22:23, 26:5,
26:8, 26:13,
32:18, 33:3,
33:4, 51:3,
51:6, 108:2,
118:25, 127:25,
133:22, 135:1,
135:2, 139:1,
139:4, 190:20,
217:9, 219:11,

219:15
sentences
21:23, 25:18,
33:18, 119:8,
190:2, 190:5,
190:14, 193:20,
193:23, 198:23,
198:25
separate
68:7, 69:14
september
65:16, 65:17,
66:21, 67:8,
100:18, 221:21,
221:22, 222:5
serious
214:24
serve
41:25
set
25:16, 69:9,
105:4, 108:25,
132:22, 224:14
setting
92:20
seven
67:16, 100:7
several
20:1, 29:22,
29:23, 30:4,
36:21, 47:20,
63:2, 73:25,
75:3, 108:5,
123:10, 174:8,
174:16, 180:5
shakes
183:25
share
28:24, 34:15
shared
34:18
sharing
185:2
sheet
127:21, 154:7
shelf
112:8, 112:10,
112:14

shirt
137:8, 173:19
shoeboxes
21:18, 21:19
shohl
60:9
shook
5:13, 10:14,
10:15
short
72:8, 129:14,
218:17, 220:17
shorthand
224:1
shot
133:12, 157:2,
157:18
should
8:9, 34:21,
46:18, 74:12,
107:14, 107:15,
114:22, 116:22,
127:25, 141:10,
141:11, 153:3,
193:20, 210:24
shoulder
173:3
shouldn't
67:4, 107:15
show
107:1, 146:6,
147:24, 148:7
showed
106:25
shown
115:6, 195:7
shows
178:19, 218:18
shy
13:22
sic
105:3
side
13:23, 60:19,
60:25, 61:5,
61:6, 61:7,
61:8, 61:23,
62:2, 148:5,

160:13, 174:13
sides
95:22, 97:13
siegel
11:3
signature-p1kal
224:15
significance
150:2, 170:21,
170:22
signing
224:8
similar
131:24
simple
51:7, 77:21,
101:7, 113:23,
197:20
simply
96:16, 180:24,
216:7
since
23:3, 48:24
singing
129:10, 129:17
single
51:3, 204:3,
218:15
sitting
39:11, 72:11,
73:2, 73:11,
127:12, 136:25
situation
34:3, 75:15,
75:22, 77:12,
78:7, 78:9,
78:12, 79:19,
80:10, 80:11,
81:12, 81:16,
81:18, 82:24,
84:11, 90:24,
92:21, 93:12,
95:13, 97:10,
108:1, 108:2,
114:10, 119:25,
135:15, 146:8,
170:24, 192:2,
192:3, 192:10,

192:23, 198:9,
200:15, 201:15,
203:3
**six**
125:16, 142:5,
142:15, 221:12
**sizes**
132:22
**skewed**
80:6
**sleep**
91:19
**slide**
216:22, 217:14
**slided**
216:20, 216:21
**slightly**
98:6, 165:13,
168:8, 168:22,
169:2, 186:13
**slogan**
60:12, 60:18,
60:24, 61:2,
61:3
**slot**
116:19
**slower**
76:18
**slowly**
8:5
**slur**
55:25, 56:5,
56:7
**slurs**
55:1, 55:12,
55:15, 55:18,
55:21, 77:25,
126:19, 135:20,
135:23, 198:3
**small**
148:18, 181:24,
182:8
**smaller**
131:12
**smile**
164:8
**smirk**
170:3, 170:5

**smoothly**
8:4
**snippets**
69:13, 70:4
**soap**
125:13
**sociology**
37:2
**socrates**
6:19
**software**
76:17
**solan**
39:13, 39:14
**solely**
63:17, 64:13,
79:7, 79:12,
79:16, 80:2,
83:20, 88:24,
94:13
**some**
16:12, 22:2,
38:18, 38:21,
38:23, 45:16,
52:1, 55:17,
63:10, 69:9,
69:14, 69:15,
77:9, 93:6,
93:8, 93:14,
93:16, 93:20,
97:12, 98:2,
98:21, 101:12,
103:10, 111:3,
113:20, 115:6,
117:20, 123:23,
123:24, 124:8,
125:1, 126:2,
127:1, 127:21,
132:5, 136:1,
146:14, 151:9,
153:5, 155:6,
155:7, 155:12,
155:17, 156:3,
158:10, 161:6,
165:23, 168:23,
175:23, 179:5,
182:1, 184:6,
186:17, 189:9,

191:11, 222:8,
222:16
**somebody**
30:15, 86:23,
93:22, 132:17,
135:12, 136:9,
136:12, 152:3,
152:6, 187:13,
207:19, 212:18,
215:1
**someone**
16:17, 63:23,
85:12, 86:14,
86:24, 92:11,
92:13, 92:22,
93:23, 98:23,
104:18, 128:8,
128:14, 142:24,
184:23, 187:14,
195:2, 212:13,
212:16
**someone's**
80:9, 124:21
**something**
20:5, 20:18,
33:24, 43:25,
44:9, 45:15,
55:7, 58:8,
60:25, 91:15,
91:22, 107:14,
115:18, 116:4,
116:15, 122:4,
136:13, 137:22,
138:9, 138:21,
183:20, 185:17,
187:13, 198:7,
202:8, 205:5,
212:4, 215:1,
221:13
**sometimes**
23:6, 37:3,
51:4, 56:4,
122:17, 129:7,
211:23
**somewhat**
218:16
**song**
144:13, 144:19,

192:10, 192:15
**soon**
79:13, 110:1
**sophisticated**
25:7
**sorry**
9:18, 10:7,
19:22, 28:3,
28:7, 31:7,
40:2, 40:10,
47:6, 49:25,
50:14, 58:1,
58:15, 60:5,
61:1, 62:8,
63:6, 65:1,
66:20, 66:25,
68:10, 72:2,
87:5, 112:2,
112:20, 120:20,
124:15, 127:10,
155:14, 162:23,
177:1, 178:24,
211:1, 212:3,
213:15, 214:5,
217:22, 219:13,
219:14
**sort**
25:20, 38:24,
44:1, 46:22,
88:20, 125:1,
140:1, 140:20,
164:8, 176:12,
177:20
**sound**
13:23, 18:1,
19:1, 24:2,
110:4, 110:5,
144:22, 144:25
**sounds**
19:21, 23:19,
24:1, 26:4,
49:21, 145:2
**sources**
21:13, 115:12,
128:12
**south**
5:6, 14:9,
157:13, 158:5,

165:3, 165:11,
165:18, 167:23,
168:4, 168:6,
168:22
**sovereign**
60:23, 60:24,
61:3, 61:8,
61:24
**space**
156:8, 174:10,
175:2, 175:5,
175:8, 205:17,
206:5, 206:13,
206:14, 209:12
**sparks**
64:5
**speak**
8:5, 48:16,
48:18, 48:20,
49:16, 103:12,
107:14, 111:15
**speaker**
49:18, 79:17,
91:24, 95:7,
103:3, 103:15,
103:17, 104:1,
105:6, 105:25,
106:2, 106:7,
106:12, 106:15,
106:20, 109:15,
109:18, 119:3,
188:23, 196:11,
200:8, 201:11,
201:20, 202:2,
202:4
**speakers**
21:21, 23:9,
23:18, 23:24,
24:9, 32:11,
38:19, 91:16,
103:25, 106:9,
107:9, 111:1,
114:17, 115:1,
115:10, 115:13,
115:15
**speaking**
8:14, 8:17,
29:6, 48:11,

50:24, 86:24,
91:3, 110:10,
181:5
**spears**
5:4, 7:4, 8:23,
9:18, 10:8,
11:7, 11:8,
11:17, 12:13,
13:19, 14:3,
28:8, 46:8,
74:15, 74:21,
85:10, 85:17,
85:25, 86:11,
94:11, 95:11,
96:14, 96:23,
102:19, 102:21,
120:8, 120:18,
126:24, 129:1,
138:12, 138:19,
141:25, 142:4,
142:8, 142:12,
143:3, 149:21,
150:1, 150:20,
158:17, 158:25,
159:21, 159:25,
160:8, 160:22,
161:5, 161:24,
162:8, 162:16,
163:7, 163:17,
163:25, 164:17,
164:25, 169:10,
169:18, 169:25,
170:7, 171:18,
173:10, 173:14,
175:24, 177:12,
178:1, 178:4,
178:10, 179:7,
182:21, 183:11,
183:18, 185:19,
186:1, 202:18,
203:5, 205:3,
210:19, 211:22,
212:6, 212:12,
214:14, 214:22,
219:11, 221:1,
223:1, 223:13
**special**
18:4, 18:7,

45:22, 45:25,
113:8, 134:20
**specialities**
52:2
**specialize**
19:15, 28:11
**specialized**
134:13
**specific**
39:23, 40:6,
54:18, 64:6,
72:15, 73:12,
90:15, 108:6,
145:2, 169:15,
208:24
**specifically**
50:24, 75:23,
127:9, 207:2
**spectators**
139:2, 139:6,
139:16
**speculating**
88:23
**speculation**
94:9
**spelled**
11:21
**spent**
76:20, 76:21,
77:1, 77:3,
101:16, 197:16
**spirit**
186:15
**spoil**
44:19
**spoke**
65:23, 144:1
**spoken**
24:8, 30:14,
51:6, 83:15,
110:7, 144:22
**sporting**
137:16, 139:9,
139:23, 140:22,
141:4, 141:9,
161:14
**sports**
137:9, 137:23,

137:25, 139:6,
140:4, 161:11
**springfield**
21:10
**square**
126:20
**st**
222:4, 222:6
**stairs**
171:21, 192:13,
192:23, 200:18,
205:11, 208:2,
208:7
**stake**
80:7
**stance**
52:25
**standard**
38:24
**standing**
61:23, 95:18,
125:16, 130:19,
155:9, 166:2,
173:17, 194:3,
198:12, 204:1,
204:4, 204:6,
204:13, 206:3,
206:4, 206:9,
207:5, 207:6
**standoff**
213:1
**stanford**
35:6, 36:20
**start**
110:10, 132:16,
150:13, 158:18,
164:18, 171:11,
173:15, 190:20,
196:24
**started**
55:8, 67:1,
100:13, 114:1,
190:16, 192:17,
193:24, 215:1,
222:11
**starting**
25:9, 25:11,
42:11, 47:21,

150:16, 158:20,
159:16, 162:2,
171:13, 183:13,
210:15, 211:14,
212:9, 214:9
**starts**
46:22, 133:19,
179:14, 179:20,
182:12
**state**
3:23, 6:6,
10:5, 11:18,
15:23, 35:13,
35:16, 35:20,
75:4, 75:12,
80:23, 116:8,
116:14, 132:23,
133:25, 135:5,
144:11, 145:14,
149:23, 154:1,
171:19, 179:9,
184:18, 185:16,
200:13, 203:23,
216:12, 217:5
**stated**
150:6, 203:25
**statement**
73:20, 80:13,
84:7, 95:6,
104:21, 108:21,
126:21, 149:24,
166:24, 176:15,
184:13, 189:19,
193:11, 193:12,
197:5
**statements**
34:3, 48:2,
79:3, 79:7,
79:16, 79:18,
79:22, 79:24,
81:4, 82:11,
83:5, 94:20,
94:25, 103:22,
120:5, 176:11,
177:19, 187:22,
187:24, 189:12,
212:19, 213:16
**states**
1:1, 70:12,

139:11
**stating**
12:15, 135:6,
145:17, 163:3,
200:21
**status**
41:3
**statute**
63:15
**statutes**
63:12
**statutory**
64:17
**stay**
120:9, 194:6
**stayed**
93:9, 93:19,
210:7, 219:17
**staying**
194:8
**stays**
179:4
**stenographically**
224:6
**step**
154:11, 205:10
**steps**
137:7, 152:21,
154:3, 154:8,
154:21, 155:7,
155:20, 157:12,
157:21, 157:23,
158:6, 158:9,
165:10, 166:6,
166:12, 166:16,
166:19, 166:21,
167:5, 167:8,
167:23, 168:2,
169:1, 172:4,
172:7, 173:24,
173:25, 174:8,
174:16, 174:19,
175:6, 175:14,
175:19, 175:20,
175:21, 176:17,
176:18, 177:4,
179:3, 182:11,
192:5, 193:25,

204:6, 209:17
**sticking**
59:8
**still**
17:9, 17:13,
41:25, 42:4,
43:10, 53:1,
165:14, 173:4,
210:8
**stipulated**
149:6, 150:10
**stipulation**
11:14
**stone**
2:32, 5:10,
9:13, 10:17
**stood**
123:22, 154:13,
190:17, 191:19,
194:1, 205:19,
210:8, 218:2
**stop**
20:22, 37:12,
44:10, 63:19,
75:9, 150:13,
162:5, 165:16,
219:13
**stopped**
76:6, 130:13,
131:18
**stopping**
176:12, 176:13,
177:20
**story**
16:11, 45:17
**straight**
194:2, 220:6
**straightforward**
78:2
**stray**
123:10, 124:10
**streaming**
45:13, 45:18
**street**
4:15, 4:23,
5:16, 5:25, 6:6,
13:7
**strict**
59:7

**strike**
41:20, 68:22,
79:25, 107:3,
116:9, 137:2,
170:16, 189:24,
208:3, 209:19
**strong**
104:23
**structure**
20:3, 20:9,
20:25, 23:2,
23:14, 23:25,
24:1, 24:16,
25:3, 26:11,
32:18, 51:20,
117:3, 117:7,
117:9
**structures**
23:6, 24:10,
25:2, 25:14
**student**
173:17, 174:12,
175:1, 175:9,
210:21, 211:13,
213:25, 214:15
**students**
38:13, 38:16,
43:8, 43:12,
53:21, 55:9,
83:11, 93:2,
93:6, 93:8,
123:18, 131:6,
131:10, 143:8,
152:10, 154:13,
155:4, 156:3,
156:9, 161:6,
171:21, 174:11,
209:7, 209:18,
209:20, 209:24,
212:20, 213:16
**studied**
15:7, 15:10,
15:12, 16:1,
17:7, 21:7,
36:25, 37:21,
37:23, 88:3,
151:9
**studies**
19:12, 110:24

study
14:22, 15:11,
16:7, 16:25,
17:10, 17:11,
17:17, 17:20,
18:1, 18:15,
18:19, 19:1,
19:2, 19:3,
19:8, 19:20,
20:15, 21:7,
21:22, 23:5,
25:6, 26:15,
26:21, 28:14,
35:5, 35:8,
35:9, 36:2,
36:21, 37:5,
42:18, 104:9,
110:25, 111:1,
115:20
studying
21:12, 23:2,
24:7, 24:9,
26:6, 110:20
stuff
99:2
style
180:14
su
215:1
subfield
18:23
subfields
19:10
subject
17:25, 20:6,
52:15, 55:15,
203:1
subscribe
45:6, 45:9
subsequent
79:6, 79:22,
126:12
subsequently
72:20, 77:15,
79:2
substantial
187:8, 187:11,
189:9, 189:12

substantially
187:18, 187:23
substantive
189:14
substitute
85:18
sue
29:16, 29:18,
29:20, 29:21,
29:25, 30:1,
30:3, 30:6,
30:24, 31:6,
31:7, 31:9,
31:10, 31:14,
32:9, 33:12,
33:19
sufficient
208:19
suggest
84:25, 124:24
suggested
208:6
suggesting
181:5, 181:8
suggests
196:15
suit
57:7
suitable
115:24
suite
4:7, 4:16,
4:23, 5:6, 6:14
summary
105:9, 105:10,
154:7, 188:8
support
114:12, 148:12
supports
176:11, 177:19
suppose
29:22
sure
11:23, 13:6,
13:21, 29:14,
33:9, 40:4,
40:9, 47:2,
52:17, 58:13,

58:15, 66:25,
68:8, 74:14,
75:4, 93:23,
96:14, 97:9,
103:13, 106:1,
114:11, 115:4,
117:13, 123:7,
125:18, 127:1,
128:23, 129:2,
131:2, 147:7,
147:9, 147:14,
149:19, 150:23,
159:6, 173:7,
173:8, 175:25,
178:4, 181:11,
194:14, 195:5,
195:8, 196:5,
202:18, 211:18,
211:20, 219:11,
221:13
surmise
143:20, 153:24
surprise
144:15, 144:18
surrounded
176:1, 176:4,
176:5, 176:7,
214:15
suspect
58:6, 153:14
swear
11:12
sworn
11:16
synonymous
61:4, 61:9,
62:5, 62:6
syntactic
20:3, 20:9,
20:25, 23:1,
23:14, 24:1,
24:15, 25:2,
25:3, 25:14,
26:11, 51:20,
116:19, 117:3,
117:7, 117:9
syntacticians
23:15, 24:6,

25:8
syntax
18:1, 20:11,
23:2, 24:17,
25:6, 35:24,
35:25, 109:8,
118:17, 196:25
systematic
17:1

**T**

table
52:20, 206:16
tactic
23:6
take
22:4, 24:10,
27:16, 34:16,
38:3, 47:23,
49:16, 74:12,
82:17, 83:9,
95:8, 105:7,
106:3, 106:17,
109:16, 109:21,
114:12, 114:24,
117:22, 134:13,
152:12, 169:17,
175:22, 178:2,
178:18, 186:2,
192:11, 192:14,
192:22, 193:16,
211:7, 220:17
taken
58:8, 74:18,
120:15, 132:4,
133:6, 178:7,
220:23, 224:3,
224:6
takes
50:23
taking
10:1, 15:25,
89:23, 90:7,
91:24, 112:14,
151:19, 158:3,
180:4
talk
8:6, 25:3,

25:13, 28:9,
38:17, 54:19,
54:25, 64:5,
90:25, 94:4,
97:7, 102:10,
112:21, 122:4,
146:9, 148:8,
156:11, 156:12,
162:17, 171:9,
188:20, 188:24,
189:7, 203:22,
213:20
**talked**
22:9, 25:1,
27:12, 62:14,
65:13, 70:20,
77:24, 82:19,
86:2, 92:10,
99:10, 106:6,
114:14, 116:9,
117:2, 117:3,
172:9, 178:11,
178:14, 209:8,
212:16, 217:9,
221:15
**talking**
20:18, 34:23,
47:6, 47:9,
50:19, 56:7,
64:2, 68:3,
68:8, 68:10,
69:25, 89:8,
89:11, 90:12,
91:18, 106:15,
114:4, 114:5,
130:6, 156:13,
162:7, 168:19,
189:2, 189:3,
214:4
**talks**
54:10
**tape**
122:21, 122:22,
123:13
**taught**
35:19, 35:22,
36:14, 38:6,
39:21, 41:11

**teach**
36:13, 40:15,
41:9, 41:10,
109:23
**teaching**
42:6, 42:8,
42:9, 43:15,
52:5, 63:24,
108:13
**team**
139:13, 139:17,
140:5, 140:6,
140:14, 140:17,
140:21
**technical**
28:20, 51:25,
54:17, 58:15
**technical-related**
8:18
**technician**
6:19, 8:2
**techniques**
119:7
**ted**
1:8, 1:18,
1:31, 2:5, 2:15,
2:27
**teenagers**
142:2, 142:14,
142:15
**telephone**
19:22, 67:19,
67:23
**television**
21:15, 139:9,
173:13
**tell**
13:25, 17:15,
19:2, 49:23,
53:11, 61:14,
63:7, 83:19,
108:4, 122:15,
123:5, 124:20,
127:11, 127:12,
129:15, 130:21,
134:8, 149:3,
149:11, 160:18,
164:9, 172:15,

197:9, 210:6,
211:12, 212:3,
212:5, 214:24,
215:10, 218:10
**telling**
107:13, 137:2,
150:6, 153:23,
180:21
**tells**
33:20, 80:6
**ten**
100:7, 178:3,
220:18
**tend**
196:10
**tense**
104:8, 110:13,
110:14, 191:6
**term**
21:12, 22:5,
41:7, 54:18,
56:4, 98:7,
116:18, 116:19
**terms**
17:18, 17:19,
27:4, 55:16,
59:9, 62:6,
78:1, 81:25,
98:13, 99:11,
121:18, 126:18,
167:6, 188:10,
213:4, 216:18
**terre**
13:14, 14:1,
14:7, 14:8,
14:11
**testified**
11:16, 56:15,
56:20, 59:4,
60:6, 61:2,
61:9, 156:1,
208:3
**testify**
65:4, 91:5
**testifying**
59:11, 66:13,
80:23
**testimony**
57:12, 57:16,

57:19, 58:23,
59:5, 59:10,
59:13, 59:17,
59:19, 59:22,
59:24, 63:11,
64:2, 80:22,
82:23, 85:16,
224:5, 224:6
**texts**
23:8
**th**
25:10, 46:12,
52:24, 65:13,
69:20, 74:4,
75:1, 222:11,
224:14
**thank**
8:2, 8:19,
12:14, 12:15,
24:24, 27:4,
28:9, 54:22,
58:18, 73:1,
93:21, 120:19,
138:18, 142:17,
152:13, 219:16,
220:20, 223:11,
223:14, 223:15
**thanks**
53:18, 74:15,
186:15
**theater**
15:1
**themself**
10:4
**themselves**
34:6, 134:19
**theories**
52:14
**theorist**
52:18
**theory**
28:19, 28:21,
30:25, 41:18,
52:6, 52:11,
52:13, 52:19,
53:12, 53:14,
53:23, 54:4,
54:6, 54:18,

54:21
**thereafter**
224:7
**therefore**
110:25, 192:21
**they'd**
80:6
**thing**
24:19, 25:20,
32:12, 62:12,
63:24, 87:15,
102:6, 109:24,
110:22, 138:20,
167:7, 167:9,
177:25, 180:19,
184:21, 192:4,
193:13, 197:12,
198:10
**things**
26:17, 27:2,
27:5, 36:21,
37:18, 42:18,
43:17, 44:2,
44:16, 45:3,
49:24, 55:17,
76:7, 77:14,
78:3, 86:20,
92:11, 98:24,
99:8, 102:8,
103:19, 105:1,
108:23, 109:5,
110:11, 110:23,
113:25, 114:8,
146:9, 146:18,
150:6, 184:16,
193:20, 197:1
**thinking**
85:4, 113:24,
113:25, 184:16,
184:17, 186:20,
190:9, 193:15,
193:18
**third**
26:2, 51:10,
51:18, 132:1,
133:21
**thoroughly**
78:14

**thought**
16:15, 37:18,
37:19, 37:22,
43:24, 61:22,
67:12, 96:14,
100:20, 102:8,
113:18, 113:21,
114:8, 118:7,
131:7, 140:15,
151:12, 184:6,
185:9, 185:14,
192:4, 193:13,
195:1, 195:23,
197:21, 212:25,
213:4
**three**
13:11, 22:22,
74:1, 74:6,
77:1, 77:4,
97:11, 111:24,
112:3, 117:20,
122:10, 123:17,
131:21, 142:21,
154:21, 172:6,
173:24, 191:15,
197:2
**through**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 43:15,
43:23, 44:17,
46:1, 64:8,
69:22, 72:18,
75:10, 79:12,
86:3, 86:25,
92:6, 101:17,
111:24, 149:16,
156:8, 156:18,
209:23
**throughout**
181:2, 218:3,
218:13, 218:19
**till**
110:8
**time**
8:17, 9:23,
12:16, 15:12,
15:25, 16:13,

17:8, 17:12,
39:22, 43:11,
49:13, 59:6,
67:3, 68:11,
74:17, 74:20,
76:2, 76:20,
76:22, 77:12,
80:19, 82:15,
87:11, 87:23,
98:22, 99:3,
110:8, 111:5,
114:1, 120:14,
120:17, 123:23,
132:3, 132:12,
135:24, 140:12,
154:10, 164:12,
167:4, 169:11,
172:16, 178:6,
178:9, 204:5,
204:13, 211:5,
211:12, 212:21,
213:18, 213:23,
214:23, 215:18,
218:13, 220:22,
220:25, 221:3,
223:14
**timeframe**
49:11
**times**
1:23, 1:24,
6:10, 6:11, 9:4,
10:10, 45:7,
45:14, 75:19,
76:5, 107:12,
108:6, 122:19
**timing**
120:10
**title**
151:16
**titled**
120:25, 223:5
**today**
9:24, 10:16,
10:23, 11:2,
21:15, 72:11,
73:2, 73:11,
127:12, 127:21,
137:1, 154:8,

188:21, 200:25,
221:14
**today's**
9:15, 9:22
**todd**
4:4, 5:15,
10:15, 10:17,
11:5, 65:19,
67:11, 102:20
**together**
20:11, 22:8,
22:11, 36:3,
36:20, 125:16,
147:16, 182:9
**told**
16:19, 52:4,
53:4, 54:14,
62:8, 64:18,
66:2, 66:3,
77:22, 92:15,
101:7, 101:20,
102:4, 132:3,
139:22, 154:15,
188:16, 190:23,
194:25
**tomahawk**
161:7, 161:9,
161:19
**tomorrow**
41:16
**took**
15:18, 16:12,
67:16, 68:4,
81:10, 96:20,
118:14, 119:8,
135:9, 137:10,
143:21, 157:18,
165:13, 194:19
**tool**
24:6, 25:25
**tools**
23:21, 25:23,
37:6, 39:1
**top**
17:9, 17:13,
73:24, 192:13,
223:5
**tore**
137:8

**total**
77:3, 222:10
**touched**
17:1
**tourists**
122:25
**toward**
141:19, 166:8,
166:16, 168:1,
168:25, 180:6
**towards**
15:15, 54:25,
135:24, 141:20,
145:16, 160:13,
166:14, 166:22,
168:1, 193:24
**track**
57:24
**trademark**
60:11
**tradition**
59:7
**trailed**
152:6
**trailing**
145:24
**training**
15:14, 15:24,
43:22, 44:1,
44:14, 134:14,
134:16, 211:8
**trajectory**
208:6
**transcript**
82:11, 224:4
**transcription**
73:19
**transitive**
118:24
**translate**
108:13, 108:18,
108:20
**translating**
108:19
**translation**
108:17
**translations**
48:13

**traurig**
6:5, 10:25
**treat**
20:16
**tremaine**
4:14
**trial**
65:4, 197:8
**tribe**
88:16, 143:23,
144:12
**tried**
38:17, 38:25,
75:19, 76:6,
77:22, 89:12,
134:6
**tries**
115:11
**triple**
142:7, 142:10,
142:17
**true**
29:16, 29:25,
31:23, 33:16,
33:21, 33:24,
34:1, 55:20,
61:25, 62:3,
67:13, 78:2,
78:8, 78:12,
79:18, 79:24,
81:7, 82:24,
84:18, 92:1,
94:25, 95:2,
100:21, 101:23,
102:8, 108:8,
108:24, 121:21,
187:17, 187:18,
187:20, 187:23,
188:1, 189:19,
191:9, 191:12,
198:6, 198:14,
199:4, 199:18,
199:21, 206:2,
216:9, 224:4
**truth**
33:21, 55:19,
56:8, 61:18,
62:5, 77:22,

78:10, 80:12,
87:7, 87:25,
88:1, 94:24,
101:21, 107:6,
107:23, 107:25,
108:3, 108:4,
108:6, 108:21,
108:22, 109:1,
117:10, 119:7,
122:3, 187:8,
187:10, 187:12,
188:17, 188:20,
189:1, 189:2,
189:9, 189:12,
190:1, 190:5,
197:11, 197:24,
198:2, 198:4,
199:14, 199:17,
216:10
**truthfully**
108:2
**try**
33:10, 58:16,
58:17, 187:25,
197:22, 209:22
**trying**
12:25, 37:15,
40:4, 40:10,
78:5, 78:22,
81:19, 84:25,
85:18, 86:15,
86:24, 94:12,
112:24, 132:20,
141:11, 151:17,
153:10, 157:14,
208:7, 212:24,
219:9
**tuesday**
2:37, 4:2
**turk**
23:22, 26:3
**turn**
154:20, 167:25,
193:24
**turned**
155:18, 165:23,
167:15, 187:15,
194:2, 204:15,

217:7, 217:12
**turning**
168:24
**turns**
154:9, 160:10,
165:15, 166:22,
168:2, 168:9,
168:20, 168:21,
168:23, 169:2,
182:12
**tv**
45:20, 71:2
**twice**
134:7
**two**
25:2, 29:19,
32:23, 35:5,
40:18, 66:10,
75:6, 76:14,
77:1, 77:4,
82:9, 83:3,
94:20, 94:25,
95:18, 96:6,
97:11, 98:9,
99:23, 108:19,
110:10, 117:20,
130:12, 154:21,
158:3, 165:10,
176:14, 182:6,
187:2, 190:14,
193:19, 196:4,
198:17, 199:3,
200:13, 202:24,
203:1, 215:24,
216:2, 223:3,
223:4
**type**
18:15, 21:2,
32:14, 76:12,
116:20
**types**
18:3, 27:12
**typewriting**
224:7
**typical**
144:2
**typically**
86:2, 103:24,

115:25, 143:22,
145:3, 191:6,
200:14, 200:22,
203:2
**typo**
127:22, 128:19,
128:21
**typos**
127:21

---
**U**
---

**ultimate**
82:3
**umm**
45:2, 71:11,
104:17
**unable**
8:15, 200:16,
203:3
**unclear**
133:2
**under**
16:4, 20:20,
21:21, 26:18,
26:19, 31:1,
31:2, 31:17,
31:18, 33:16,
33:23, 48:9,
53:5, 53:9,
53:12, 53:15,
70:20, 73:15,
102:12, 105:9,
187:2, 224:7
**undergraduate**
14:24, 14:25,
15:3, 35:19,
35:23, 38:12,
49:2
**underlying**
25:13
**understand**
12:7, 12:17,
13:1, 32:13,
32:19, 33:14,
40:2, 54:7,
65:7, 78:11,
79:17, 83:17,
85:1, 104:21,

106:10, 107:20,
118:9, 119:4,
119:25, 184:22,
188:4, 188:5,
191:16, 197:12,
197:18, 198:16,
199:14, 208:21,
211:8
**understanding**
25:23, 84:13,
85:9, 113:12,
187:18, 188:7,
193:6, 197:11
**understood**
12:20, 12:22,
34:22, 38:19,
80:22, 103:6,
107:9, 188:18
**undertake**
19:16, 27:11
**unfriendly**
99:14
**ungrammatical**
44:13
**united**
1:1, 139:10
**universal**
55:21
**universities**
17:9
**university**
14:19, 14:23,
15:8, 15:11,
15:19, 17:4,
35:6, 35:14,
35:16, 36:6,
39:20, 42:1,
49:3, 74:3
**unless**
44:3, 87:13
**unmovable**
212:14
**unmoving**
95:18
**unquote**
128:7
**unreasonable**
104:16

**unrelated**
122:12, 123:17
**until**
24:23, 66:24,
124:14, 130:5,
142:8, 160:2,
162:23, 166:9,
166:17, 166:22,
167:15, 168:2,
172:6, 179:4,
206:20, 213:12,
217:20, 220:13
**unusually**
96:18
**upbringing**
170:23
**updating**
51:21
**usa**
10:23, 11:2
**usage**
23:16, 116:23,
198:21
**usages**
21:11, 21:17,
21:20, 23:8,
24:7, 196:20,
200:1
**use**
19:19, 21:15,
22:10, 22:11,
22:17, 23:21,
24:4, 25:1,
26:3, 27:21,
28:16, 37:6,
48:23, 61:4,
75:17, 95:14,
98:3, 102:25,
108:17, 109:11,
109:13, 111:2,
111:16, 115:10,
115:20, 116:24,
118:24, 139:1,
139:2, 145:1,
147:25, 148:9,
164:14, 168:16,
172:16, 172:17,
184:23, 200:22,

200:24, 200:25,
201:4, 218:5,
219:1, 219:19
**useful**
37:8, 39:1,
108:12
**uses**
23:16, 55:23,
102:24, 116:13,
116:14, 197:13
**using**
91:3, 98:5,
201:2
**usually**
76:15, 139:23,
145:3
**utilize**
76:17
**utter**
19:25, 20:3,
22:23
**utterance**
20:10, 20:21,
26:22, 26:25,
32:23, 33:11,
33:13, 34:12,
55:19, 91:17,
198:5, 198:6
**utterances**
29:19, 30:23,
31:22
**uttered**
95:5, 145:2

---
**V**
---

**vague**
98:9, 132:21
**valid**
196:3, 200:6,
201:10, 201:19,
202:1
**variety**
18:13, 19:9,
21:13, 37:18,
40:8, 42:18,
52:9
**various**
20:13, 49:24,

97:13, 122:11,
134:23
**veracity**
48:1
**verb**
110:13, 116:20,
116:21, 216:19,
220:4
**verbatim**
187:4, 192:11
**version**
112:13
**versus**
9:1, 9:3, 9:6,
9:9, 9:13, 9:20,
20:19, 29:20,
30:6, 30:24,
61:7, 131:23,
139:17, 139:19,
139:23, 140:7
**veteran**
71:24
**via**
8:16
**viacombs**
4:19, 5:2
**vicinity**
129:16
**video-recorded**
8:24
**videoed**
134:25
**videographer**
6:18, 8:20,
9:15, 9:22,
9:24, 11:11,
74:16, 74:19,
120:13, 120:16,
122:22, 125:11,
129:13, 130:16,
133:6, 147:2,
148:24, 149:1,
178:5, 178:8,
206:17, 207:16,
220:12, 220:24,
223:16
**videography**
131:1, 134:17

**videotape**
8:21
**videotaping**
135:14
**view**
90:9, 90:20,
104:22, 138:9,
141:9, 141:10,
141:11, 218:10,
220:3
**viewed**
72:17, 141:3,
142:22, 161:19
**viewing**
134:19, 138:24
**views**
86:19, 88:22,
89:13, 89:15,
89:18, 98:18,
124:3, 125:12
**viral**
71:24
**virtually**
2:36, 3:2
**virtue**
30:15, 54:6,
198:6
**vis-a-vis**
133:16, 203:10
**vision**
205:14, 205:16,
206:1, 206:11,
206:25, 207:6
**visiting**
36:5, 40:21
**visual**
51:14, 206:18,
206:21, 207:9,
207:19
**vitae**
58:7

---
**W**
---

**wacker**
5:6
**waded**
176:3
**wading**
160:19, 160:20

**wah**
145:6
**wait**
24:22, 120:20,
124:14, 130:5,
142:8, 162:23,
171:9, 198:14,
206:20, 213:12,
217:20, 220:13
**walk**
110:1, 155:16,
156:18, 180:3,
220:6
**walked**
93:7, 155:10,
155:11, 155:15,
155:19, 156:5,
160:10, 168:19,
176:8, 194:2,
204:14, 204:15,
205:10, 209:11
**walking**
152:15, 154:17,
156:25, 159:2,
159:7, 165:20,
165:22, 166:5,
166:11, 166:14,
166:20, 167:22,
168:4, 168:5,
168:22, 168:25,
169:1, 180:6,
181:22, 182:5,
182:9, 182:15,
208:9, 208:15,
209:16
**walks**
110:1, 156:20,
158:8, 165:12,
167:19, 168:8
**walt**
4:11
**want**
13:5, 13:20,
35:1, 37:13,
46:3, 53:19,
61:10, 61:14,
68:5, 75:4,
81:11, 83:16,

91:6, 93:1,
102:4, 103:14,
103:15, 103:17,
105:24, 106:1,
120:9, 126:2,
126:5, 140:8,
140:9, 146:9,
156:12, 165:16,
167:3, 171:10,
171:24, 177:25,
178:1, 204:25,
222:18
**wanted**
17:14, 18:1,
49:10, 53:17,
59:13, 61:3,
101:18, 118:14,
119:15, 125:12,
132:14, 132:15,
192:5, 205:5,
208:1, 209:15,
209:23
**washington**
4:16, 45:7,
45:14
**waste**
82:15
**watch**
44:25, 45:11,
45:12, 45:19,
45:20, 76:10,
76:13, 76:18,
104:22, 106:19,
169:5, 169:11
**watched**
71:10, 71:19,
72:14, 73:9,
75:19, 75:23,
76:5, 126:10,
135:8, 146:2,
149:12, 149:23,
150:8, 169:13,
215:15
**watching**
71:20, 76:21,
94:14, 139:20,
139:25, 141:15,
144:9, 147:19,

180:3, 183:1

**ways**
19:20, 20:15,
26:10, 26:15,
26:21, 29:11,
36:2, 37:6,
38:24, 51:20,
90:15, 103:10,
136:10, 191:15

**we'll**
222:3

**we're**
13:21, 47:12,
53:25, 56:3,
74:22, 103:14,
120:13, 120:21,
178:8, 222:20

**we've**
105:16, 149:4,
158:18, 210:9,
217:9

**wearing**
99:5, 147:18,
165:10, 180:11

**web**
21:16, 23:21,
23:23, 53:7

**webster**
195:16, 195:24

**webster's**
201:23

**week**
76:25

**weigh**
78:7

**weird**
49:24, 50:2

**well-known**
60:18

**went**
14:16, 14:19,
15:8, 15:20,
16:21, 17:4,
19:22, 35:17,
39:20, 72:14,
76:6, 110:15,
111:24, 149:16,
165:23, 215:9,

216:16, 220:2,
220:3

**weren't**
130:21, 151:20,
155:3

**wessels**
4:6, 57:2, 57:9

**west**
4:23, 5:16,
5:25, 13:7,
157:21, 168:1

**western**
14:8

**whatever**
64:3, 90:24,
94:2, 140:17,
145:22, 148:2,
184:5, 184:7,
222:4

**whereof**
224:13

**whereupon**
223:19

**wherever**
133:10

**whether**
23:24, 32:4,
32:7, 33:18,
53:14, 55:20,
67:12, 72:13,
73:2, 79:24,
91:25, 95:2,
100:21, 102:7,
114:9, 120:4,
121:20, 139:10,
145:4, 145:6,
145:8, 151:12,
153:12, 154:2,
161:18, 163:15,
181:11, 181:14,
182:22, 184:12,
187:20, 187:22,
187:25, 189:19,
199:3, 199:17,
199:20, 200:17,
202:6, 202:14,
203:9, 203:15,
204:18, 205:25,

214:1, 216:8

**white**
142:1, 142:14,
142:15, 151:3,
174:5

**whitehead**
52:23

**whoever**
157:18

**whole**
33:11, 135:9,
177:25, 198:23,
198:25

**wide**
21:13, 52:9

**wider**
172:15

**wiley**
14:13, 14:15

**willing**
66:9, 150:7

**within**
19:11, 28:21,
72:1, 73:13,
84:19, 103:25

**without**
33:12, 87:19,
118:2, 118:3,
195:2, 196:7

**witness**
11:13, 28:3,
28:6, 57:6,
82:23, 85:7,
85:15, 85:16,
85:22, 86:10,
94:7, 94:17,
96:16, 102:18,
102:20, 128:25,
141:23, 142:19,
149:22, 162:5,
162:12, 162:14,
169:8, 170:5,
177:1, 179:1,
182:18, 199:13,
202:19, 211:5,
211:18, 212:3,
212:9, 219:8,
224:13

**witnessing**
141:3

**womb**
110:3

**women**
123:25, 180:5

**won**
183:20, 183:21,
183:24, 183:25,
184:6, 184:11,
184:21, 184:25,
185:13, 185:15

**wonder**
151:2

**word**
23:25, 30:16,
33:2, 33:4,
37:24, 37:25,
44:21, 52:21,
52:22, 95:14,
95:17, 98:3,
98:4, 109:5,
109:19, 115:1,
115:8, 115:9,
116:12, 135:25,
139:1, 139:2,
139:13, 144:22,
145:9, 147:25,
152:16, 164:14,
195:10, 195:11,
196:4, 196:16,
200:14, 200:21,
201:4, 216:13

**words**
20:2, 20:8,
20:11, 20:25,
23:10, 26:10,
27:21, 31:16,
33:17, 33:19,
34:6, 36:3,
38:1, 69:13,
91:3, 92:21,
94:19, 104:7,
111:12, 113:15,
113:17, 114:10,
136:3, 140:8,
144:11, 144:19,
177:21, 185:6,

188:22, 193:6,
193:10, 193:11,
195:3, 196:12,
196:18, 198:21,
198:23, 216:4,
217:1
**work**
12:23, 16:19,
17:14, 21:4,
26:17, 30:25,
35:3, 44:9,
44:11, 53:2,
53:5, 53:9,
54:15, 54:19,
56:18, 58:4,
63:16, 67:1,
68:2, 172:18,
221:9
**worked**
16:2, 21:9,
49:1, 100:6,
221:12, 222:7,
222:10
**working**
15:15, 42:21,
55:8, 100:13,
222:11
**works**
52:1, 197:14,
197:15, 197:17
**world**
17:10, 50:19,
87:11, 112:22
**world's**
52:20
**worth**
132:12, 179:21
**wouldn't**
18:7, 85:11,
109:22, 114:7,
117:17, 118:12,
132:9, 141:6,
144:21, 145:8,
190:18, 190:21,
191:3, 191:6,
191:10, 194:16,
194:17, 194:25,
198:11, 198:15,

206:2
**wrap**
35:1
**wright**
4:14
**write**
27:16, 27:20,
62:22, 64:1,
67:15, 67:17,
89:12, 121:3,
125:6, 156:19
**writing**
38:15, 39:25,
43:13, 53:21,
63:8, 161:22
**written**
24:8, 27:16,
53:9, 105:15,
105:19
**wrong**
52:11, 141:6,
159:3, 159:10,
159:24, 163:16,
165:6, 176:6,
196:24
**wrote**
46:15, 49:5,
63:1, 63:3,
63:4, 67:7

**Y**

**yardstick**
172:15, 173:2
**yardsticks**
172:16, 172:17,
172:19
**yeah**
12:10, 19:24,
22:11, 24:22,
27:8, 28:4,
29:15, 32:16,
34:25, 40:12,
40:14, 41:8,
44:15, 44:24,
45:4, 47:14,
47:24, 51:2,
55:2, 55:4,
57:20, 61:9,

61:22, 63:3,
70:16, 95:25,
102:18, 103:19,
122:5, 147:8,
166:4, 174:3,
190:11, 192:14,
194:25, 198:19,
221:24
**year**
15:7, 15:10,
15:21, 15:22,
16:13, 41:8,
55:3, 110:9,
221:21
**years**
13:10, 35:5,
35:15, 37:20,
197:16
**yelled**
185:16
**yelling**
141:17, 146:18,
183:20, 186:3,
210:21, 211:13,
214:25
**yep**
151:4, 170:15,
201:18, 210:6
**yesterday**
41:15
**yield**
33:24
**york**
1:23, 1:24,
6:7, 6:10, 6:11,
9:4, 10:3,
10:10, 13:4,
13:8, 16:12,
39:18, 45:7,
45:14
**young**
170:23
**yourself**
8:17, 18:16,
19:4, 19:5, 92:4

**Z**

**zero**
173:13

**zoom**
55:14, 67:23

**$**

**$300**
221:7

**.**

**.1188**
4:9
**.1222**
5:18
**.1400**
6:8
**.3071**
6:16
**.4499**
4:17
**.8000**
5:8
**.8280**
5:27
**.8900**
4:25

**0**

**00023**
1:21, 9:5
**00024**
1:34, 9:7
**00025**
2:8, 9:11
**00026**
2:18, 9:21
**00027**
2:30, 9:14
**00056**
1:11, 9:2
**01**
9:23, 178:7,
178:9
**03**
185:22
**05**
220:23, 220:25
**06**
224:18
**07**
185:20, 185:25

**09**
223:18, 223:19

---

**1**

**1**
120:15, 120:17,
179:21, 211:11,
211:14, 211:16,
211:25, 212:8,
212:9, 212:11
**10**
4:23, 5:16,
9:23, 46:12,
57:25, 65:13,
75:1, 99:19,
137:6, 143:14,
146:3, 146:7,
148:13, 148:14,
149:5, 149:6,
149:9, 149:17,
149:24, 150:12,
150:14, 150:15,
150:17, 150:18,
150:19, 151:1,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5
**100**
218:13
**10027**
13:8
**11**
74:4, 74:17,
74:18, 74:20,
171:12, 171:17,
179:9, 186:22,
187:1, 224:14
**116**
135:1
**12**
7:4, 120:14,
120:15, 188:12,
189:16
**12207**
6:7
**1221**
10:2
**123**
13:7

**13**
83:23, 83:24,
192:9, 200:10,
201:1, 203:23
**1301**
4:15
**14**
74:17, 74:18,
88:20, 93:1,
93:14, 170:11,
215:4, 215:19,
215:20
**147**
179:18
**16**
47:6, 171:6,
171:11, 171:13,
171:15, 171:16,
173:13, 176:10,
177:17
**17**
214:5, 221:12
**18**
69:20, 69:23,
70:1, 70:4,
72:9, 72:19,
75:10, 75:17,
77:7, 79:12,
121:4, 122:7,
183:12, 183:14,
201:14, 204:11,
211:11, 211:14,
211:25, 217:24
**19**
1:11, 9:2,
25:10, 52:24
**1950**
23:4, 25:11
**1978**
15:3
**1979**
15:22
**1981**
48:25
**1988**
35:17

---

**2**

**2**
156:17, 178:6,

178:7
**20**
1:21, 1:34,
2:8, 2:18, 2:30,
9:5, 9:7, 9:11,
9:14, 9:21,
13:7, 25:10,
52:24, 120:14,
120:15, 146:7,
148:13, 148:14,
158:24, 160:2,
160:7, 160:23,
161:1, 172:20,
224:18
**200**
14:9, 37:20
**20005**
4:16
**2005**
38:9
**2016**
35:18, 38:9,
40:21
**2019**
40:21, 69:20,
121:4
**202.973**
4:17
**2021**
2:37, 4:2,
7:15, 9:23,
46:13, 47:4,
47:15, 75:1,
99:19, 222:17,
223:7, 224:14
**2022**
42:12
**2023**
224:18
**21**
65:16, 65:17,
165:9, 221:22,
222:4, 222:6
**22**
211:11, 211:16,
212:8, 212:9
**223**
7:12

**224**
1:41
**23**
224:18
**233**
5:6
**2400**
6:14
**250**
4:7
**26**
46:10, 64:24
**27**
120:17, 222:11
**2700**
4:23
**28**
178:6, 178:7,
210:13, 210:15,
211:3
**29**
74:18, 74:20,
212:8, 212:11
**2:-cv--wob-cj**
9:11
**2:-cv--wob-cjs**
2:8, 2:18,
2:30, 9:14

---

**3**

**3**
178:7, 178:9,
183:12, 183:14,
185:19, 185:22,
210:13, 210:14,
210:15, 210:18,
220:22, 220:23
**3-foot**
171:10, 171:20,
174:2, 175:3,
177:18, 178:16
**30**
2:37, 131:15,
132:18, 133:23,
161:25
**300**
6:14
**312.876**
5:8

**317.635**
4:25
**32**
160:24, 161:3,
162:2, 163:18,
163:21, 210:14,
210:18
**33**
183:12, 183:17,
187:16
**34**
214:7, 214:10,
214:19
**37**
187:14, 214:8,
214:12
**39**
162:13, 163:6,
163:8, 164:21

---
**4**
---

**4**
185:20, 185:25,
220:23, 220:25,
223:18, 223:19
**40**
131:15, 133:23,
163:5, 165:21,
187:16, 197:16
**40202**
5:26
**41**
162:1, 163:19,
164:18, 165:2
**41017**
4:8, 6:15
**416134**
1:40
**43**
163:24
**43215**
5:17
**46**
164:19, 165:2
**46204**
4:24
**47**
7:9, 164:24,

169:19, 169:21
**48**
179:21
**4th**
5:25

---
**5**
---

**50**
132:18, 178:23,
179:1, 179:4,
220:22, 220:23
**500**
4:7, 4:16
**501**
13:7
**502.540**
5:27
**518.689**
6:8
**53**
185:19
**54**
6:6
**58**
169:19, 169:24
**59**
8:1
**5900**
5:6

---
**6**
---

**6-second**
171:11
**60**
88:14
**60606**
5:7
**615.565**
5:18
**6th**
6:6

---
**7**
---

**7**
68:20
**70**
88:14
**710**
5:25

**78**
49:1
**7th**
9:16, 9:23,
222:17

---
**8**
---

**8-second**
159:15, 160:1
**80**
15:23, 49:2,
52:8
**859.344**
4:9
**859.578**
6:16

---
**9**
---

**9**
2:37, 8:1