**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

|  |  |  |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | |
| Plaintiff, | : | |
| v. | : : | CASE NO. 2:20-cv-00027-WOB-CJS |
| ROLLING STONE, LLC and PENSKE MEDIA CORPORATION, | : : : | |
| Defendants. | : | |

**<u>ORDER</u>**

Upon consideration of Defendants Rolling Stone, LLC and Penske Media Corporation's Motion to Strike Report and Testimony of Dr. Craige Roberts, it is hereby:

ORDERED, this ____ day of _____, 2022, that Defendants' motion to strike the report and deposition testimony of Plaintiff Nicholas Sandmann's proposed expert, Dr. Craige Roberts, from being considered (1) in support of Plaintiff's motion for partial summary judgment and (2) in opposition to Defendants' joint and supplemental motions for summary judgment is GRANTED;

SO ORDERED.