UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

CIVIL ACTION NO. 2:20CV27 (WOB)

NICHOLAS SANDMANN             PLAINTIFF

VS.                    ORDER

ROLLING STONE, LLC, ET AL.    DEFENDANTS

This matter is before the Court on several pending motions (Docs. 59, 60, 72), and the Court being advised,

**IT IS ORDERED** that oral argument on these motions be, and is hereby, **SET FOR TUESDAY, JULY 26, 2022 AT 1:00 P.M.** An order setting the format for this argument will follow.

This 17th day of June 2022.



Signed By:
*William O. Bertelsman* WOB
United States District Judge